UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC U.S.A., INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 03-CV-440 (WES) |

**DECLARATION OF LAURA R. BRADEN IN SUPPORT OF MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR AN ORDER ALLOWING EXPERT WITNESS ACCESS TO DEFENDANT'S COMPUTER SOURCE CODE**

I, Laura R. Braden, do hereby declare as follows:

1. I am an associate in the law firm Fish & Richardson P.C., counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter.

2. I make this declaration in support of MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR AN ORDER ALLOWING EXPERT WITNESS ACCESS TO DEFENDANT'S COMPUTER SOURCE CODE.

3. I am presently on maternity leave, and therefore, as indicated below, have given my colleague, Kurt L. Glitzenstein, permission to sign this declaration on my behalf.

4. I was present during the March 29, 2004 scheduling conference for this case held in front of Judge Smith.

5. During the March 29 scheduling conference, the Protective Order was discussed and Paul Hayes, lead trial counsel for Plaintiffs, stated that David Klausner would be Plaintiffs' technical expert in this matter. Mr. Hayes pointed out that Mr. Klausner has served as a testifying expert, and has reviewed Microsoft source code, in connection with two other cases involving Microsoft: *Arendi U.S.A., Inc. and Arendi Holding Limited v. Microsoft Corporation*,

Case No. 02-CV-343 (ECT), currently on appeal from the Federal District Court for the District of Rhode Island, and *Fred B. Dufresne v. Microsoft Corporation, Adobe Systems Incorporated and Macromedia, Incorporated*, Civil Action No. 02-11778 RCL, pending in the Federal District Court for the District of Massachusetts.

6. Upon hearing this, Judge Smith asked Frank Scherkenbach, lead trial counsel for Microsoft, whether Microsoft had any issue with Mr. Klausner personally having access to Microsoft source code. Mr. Scherkenbach replied that it did not.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: May 26, 2005

By: ______________ for
Laura R. Braden

Attorney for Defendant
MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

I certify that on May 26th, 2005 I caused a true and correct copy of the foregoing DECLARATION OF LAURA R. BRADEN IN SUPPORT OF MICROSOFT CORPORATION'S OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR AN ORDER ALLOWING EXPERT WITNESS ACCESS TO DEFENDANT'S COMPUTER SOURCE CODE to be served as follows:

Francis A. Connor, III
Jennifer L. Buckley
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Attorneys for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(via overnight mail)

Paul J. Hayes
Rosemary Allen
Paul J. Cronin, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Counsel for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(via overnight mail)

Cynthia Dragon