UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC U.S.A., INC. and UNILOC SINGAPORE PRIVATE LIMITED,<br>Plaintiffs,<br>v.<br>MICROSOFT CORPORATION,<br>Defendant. | Civil Action No. 03-CV-440 (WES) |

DEFENDANT MICROSOFT CORPORATION'S ASSENTED-TO MOTION TO MODIFY THE COURT'S AMENDED PRETRIAL ORDER

Defendant Microsoft Corporation ("Microsoft") hereby moves the Court to modify the Court's April 28, 2005, Amended Pretrial Order to allow for and additional one month to complete discovery and prepare the case for trial. Counsel for Uniloc USA, Inc. and Uniloc Singapore Private Limited ("Uniloc") has assented to this motion. Support for Microsoft's motion is provided in the accompanying memorandum.

Dated: June 6, 2005

By: Joseph V. Cavanagh, Jr. /srl 5407

Joseph V. Cavanagh, Jr. #1139
BLISH & CAVANAGH
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Frank E. Scherkenbach
Kurt L. Glitzenstein
Laura R. Braden
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Isabella E. Fu, Esq.
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (415) 882-8080
Facsimile: (415) 936-7329

Attorneys for Defendant
MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

I certify that on June 6, 2005 I caused a true and correct copy of the foregoing DEFENDANT MICROSOFT CORPORATION'S ASSENTED-TO MOTION TO MODIFY THE COURT'S AMENDED PRETRIAL ORDER to be served as follows:

Francis A. Connor, III
Jennifer L. Buckley
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Attorneys for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(via overnight delivery)

Paul J. Hayes
Rosemary Allen
Paul J. Cronin, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Counsel for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(via overnight delivery)

Cynthia Dragon
______________________________

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC U.S.A., INC. and UNILOC SINGAPORE PRIVATE LIMITED,<br>Plaintiffs,<br>v.<br>MICROSOFT CORPORATION,<br>Defendant. | Civil Action No. 03-CV-440 (WES) |

# MEMORANDUM IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S ASSENTED-TO MOTION TO MODIFY THE COURT'S AMENDED PRETRIAL ORDER

Defendant Microsoft Corporation ("Microsoft") submits the following memorandum in support of its Assented-to Motion to Modify the Court's Amended Pretrial Order. Microsoft requests that the dates set by the Court's April 28, 2005 Order granting Plaintiffs' Assented-To Motion To Modify The Court's Amended Pretrial Order be extended by one month so that the parties may complete discovery and prepare the case for trial. This is Microsoft's first request to extend the discovery deadlines in this case. For the reasons set forth herein, Microsoft respectfully submits that this motion should be granted.

While the parties have taken and completed many depositions, important depositions remain, including that of the inventor of the patent-in-suit, and several Microsoft employees knowledgeable about the accused technology. Because of a recently amended trial date in another patent infringement litigation pending in the Federal District Court for the District of Delaware, lead trial counsel for Microsoft, Frank Scherkenbach, will be unable to participate in these depositions if they must be completed before the current close of fact discovery, July 1, 2005. This would substantially impair Microsoft's ability to prepare for trial.

Counsel for the parties have met and conferred to discuss this matter and reached an agreement that a one month extension of the pretrial deadlines is needed to accommodate the

remaining depositions in this case. As set forth in the attached Proposed Order (Exhibit A), a one-month extension would modify the dates adopted by the Court's April 28, 2005 Order granting Plaintiffs' Assented-To Motion To Modify the Court's Amended Pretrial Order Amended Pretrial Order as follows:

**AMENDED PRETRIAL ORDER**
**(Civil Case)**

Pursuant to Rule 16 of the Federal Rules of Civil Procedure, it is ordered that:

1. Amended Pleadings Deadline. Last date by which the parties may join other parties and/or amend the pleadings will be **June 30, 2004**, except that the deadline to amend the pleadings to add the defense of inequitable conduct shall be **October 30, 2004**.

2. Fact Discovery. The parties will be allowed twenty (20) depositions each and one hundred (100) requests for admissions each. All factual discovery will be closed by **August 1, 2005**. There shall be no additional exchange of written discovery requests between the parties. Notwithstanding the foregoing, the parties shall not be precluded from serving timely deposition notices, document subpoenas and deposition subpoenas during the remainder of the fact discovery period.

3. Expert Discovery Disclosures. Expert witness reports as required by Fed.R.Civ.P. 26(a)(2) concerning issues on which a party bears the burden of proof shall be served by **September 1, 2005**. Responsive expert witness reports shall be served by **October 3, 2005**. Any rebuttal expert witness reports shall be served by **November 3, 2005**. Expert Discovery shall be closed by **December 2, 2005**. (Any expert witness not disclosed by these dates will not be allowed to testify unless authorized by the Court.)

4. Markman Hearing.

   a. Expert discovery closes on **December 2, 2005**;

   b. Parties shall exchange lists of terms of construction (limit of 10 per party, unless authorized by the Court) by **December 2, 2005**;

c. Joint submissions of claims with agreed upon construction, and claims not agreed upon by **January 16, 2006**;

d. Plaintiffs' brief regarding disputed claim terms shall be filed with the Court on or before **February 10, 2006**;

e. Defendant's brief regarding disputed claims shall be filed with the Court on or before **March 6, 2006**;

f. Motions for Summary Judgment shall be filed with the Court on or before **March 17, 2006**, and Reply Memoranda to the Motions for Summary Judgment shall be filed with the Court on or before **April 10, 2006**;

g. Claim Construction Hearing and Technical Tutorial will be held in the end of **March** or beginning of **April, 2006**; and

h. Oral argument on the Motions for Summary Judgment shall be heard in **April or May 2006**.

5. Dispositive Motions. Dispositive motions shall be filed as indicated above. Counsel should note the requirements of Local Rule 12.1 with respect to motions for summary judgment.

6. Pretrial Memoranda. Counsel shall present by **45 days after a decision on any dispositive motion, or if no dispositive motions are filed, 45 days after a decision on claim construction**, typewritten memorandum which shall contain the following information:

a.(1) Plaintiff will set forth what is expected to be proven in support of the claim, indicating each witness to testify with a brief summary of his/her testimony and a statement as to whether that witness will testify as an expert.

a.(2) Defendant will set forth what is expected to be proven in defense, indicating each witness to testify with a brief summary of his/her testimony and a statement as to whether that witness will testify as an expert.

b. A memorandum of supporting law with citations of authorities. This is to include

all the law applicable to the case with emphasis on special legal issues. All pertinent citations must be fully briefed.

c. A list of all exhibits intended to be offered at the trial with statements of the purpose for which the exhibit is offered. All such exhibits must be pre-marked by the plaintiff in numerical order and by defendant in alphabetical order.

d. Anticipated motions in limine and proposed date for filing of same.

e. If said captioned case is to be tried before a jury, full and complete proposed jury instructions.

f. A statement as to probable length of trial.

g. Any additional matter which counsel feel will aid the Court in the disposition and/or hearing of said action.

7. Trial Calendar. This case shall be placed on the trial calendar for **the month following the filing of pretrial memoranda**.

8. No Stays Except Upon Motion. The dates contained herein shall not be stayed by the filing of a dispositive motion (i.e. Local Rule 12.1(e) is not in effect) unless approved by the Court upon the filing of a motion setting for the specific reasons for such a stay.

9. Additional Matters. Counsel shall file three (3) copies of all materials (one (1) for the Clerk and two (2) for Chambers).

Failure to strictly comply with this order will result in appropriate sanctions which may include dismissal, default, or exclusion of evidence.

Except as provided above with respect to motions in limine, after ten (10) days from the close of discovery, no motions shall be filed except by leave of Court.

The case is subject to being called for trial on 48-hour notice, unless otherwise ordered by the Court. A final pretrial conference will be held on a date to be determined shortly before trial. At the final pretrial conference trial counsel must be prepared to discuss in detail the probable length of the trial, witnesses to be presented, exhibits, jury instructions and any other matter that may assist in the efficient presentation of this case to the jury or the Court.

Every effort should be made to settle the case before jurors are summoned for empanelment. **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than seven (7) days before the scheduled empanelment date**. Jury costs and/or counsel fees may be assessed against one or more of the parties and/or their counsel if the court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

## Conclusion

Microsoft submits that there is good cause for this motion because, without an extension of the pretrial deadlines, it will be prejudiced in its ability to prepare this case for trial. Accordingly, for the reasons set forth above, Microsoft respectfully requests the Court to grant this assented-to motion.

Dated: June 6, 2005

By: /s/ Joseph V. Cavanagh, Jr.

Joseph V. Cavanagh, Jr. #1139
BLISH & CAVANAGH
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

OF COUNSEL
Frank E. Scherkenbach
Kurt L. Glitzenstein
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Isabella Fu, Esq.
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 882-8080
Facsimile: (425) 936-7329

Attorneys for Defendant
MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

I certify that on June 6, 2005, I caused a true and correct copy of the foregoing MEMORANDUM IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S ASSENTED-TO MOTION TO MODIFY THE COURT'S AMENDED PRETRIAL ORDER to be served as follows:

| | |
|---|---|
| Francis A. Connor, III<br>Jennifer L. Buckley<br>Taylor Duane Barton & Gilman, LLP<br>10 Dorrance Street, Suite 700<br>Providence, RI 02903 | Attorneys for Plaintiffs<br>UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED |

(via overnight mail)

| | |
|---|---|
| Paul J. Hayes<br>Dean G. Bostock, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, Massachusetts 02111 | Counsel for Plaintiffs<br>UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED |

(via overnight mail)