UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JUN 06 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILOC U.S.A., INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 03-CV-440 (WES)

DEFENDANT MICROSOFT CORPORATION'S ASSENTED-TO MOTION TO MODIFY THE COURT'S AMENDED PRETRIAL ORDER

Defendant Microsoft Corporation ("Microsoft") hereby moves the Court to modify the Court's April 28, 2005, Amended Pretrial Order to allow for and additional one month to complete discovery and prepare the case for trial. Counsel for Uniloc USA, Inc. and Uniloc Singapore Private Limited ("Uniloc") has assented to this motion. Support for Microsoft's motion is provided in the accompanying memorandum.

Dated: June 6, 2005

By: Joseph V. Cavanagh, Jr. #1139

Joseph V. Cavanagh, Jr. #1139
BLISH & CAVANAGH
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

Frank E. Scherkenbach
Kurt L. Glitzenstein
Laura R. Braden
FISH & RICHARDSON P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

GRANTED
WES
William E. Smith
U.S. District Judge
6/10/05