RECEIVED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MAY 31 2005

DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

FILED MAY 13 2005 U.S. DISTRICT COURT DISTRICT OF RHODE ISLAND

UNILOC U.S.A., INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION

Defendants.

Civil Action No. 03 CV 440 (WES)

**MICROSOFT'S MOTION TO COMPEL RESPONSES TO ITS INTERROGATORIES NOS. 8 AND 20**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Defendant Microsoft Corporation ("Microsoft") hereby moves for an order compelling Plaintiffs Uniloc USA, Inc. and Uniloc Singapore Private Ltd. (collectively, "Uniloc") to respond fully to Microsoft's Interrogatory Nos. 8 and 20 immediately.

The grounds for said Motion are set forth in the accompanying Memorandum of Points and Authorities in Support of Microsoft's Motion to Compel Responses to its Interrogatories Nos. 8 and 20.

WITHDRAWN. See letter of 6/16/2005
from Microsoft's counsel.

David L. Martin
United States Magistrate Judge
June 17, 2005

Joseph V. Cavanagh, Jr. #1139
**BLISH & CAVANAGH**
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)

Attorneys for Defendant
MICROSOFT CORPORATION

Dated: May 13, 2005

Referred to U.S.M.J. MARTIN
☐ for findings & recommendation
☑ for determination
☐
William E. Smith, U.S. District Judge
Date: 5/27/05