RECEIVED
JUN 23 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILOC U.S.A., INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 03-CV-440 (WES)

**ORDER ON PLAINTIFFS' EMERGENCY MOTION FOR AN ORDER ALLOWING EXPERT WITNESS ACCESS TO DEFENDANT'S COMPUTER SOURCE CODE**

Before the Court is Plaintiffs' Emergency Motion for Order Allowing Expert Witness Access to Defendant's Computer Source Code. Document Number 79.

Defendant Microsoft has filed an objection to the motion.

The basis for the motion is that Uniloc wishes to allow an expert, Mr. Frank, access to Microsoft's Source Code to help Uniloc prepare for court-ordered mediation scheduled for June 9, 2005. Microsoft argues that the protective order specifies that control and custody of the source code in Paragraph 7(a) of the protective order states in clause 2: "In the case of the source code produced to Uniloc, Mr. David Klausner, provided that Mr. Klausner has signed the acknowledgment form annexed hereto as Exhibit A agreeing to be bound by the terms of this protective order."

Microsoft also expresses fear that the more people that have the ability to have access to the source code, the greater the danger to Microsoft. Microsoft also argues that there is really no pressing need for Uniloc to have this authorization granted, because Uniloc already has an expert who can review the source code, Mr. Klausner.

From the Court's viewpoint, the more people that have access to the source code the greater the danger that information can be disseminated beyond those who should have it.

The Court is not satisfied that an adequate showing has been made based on the need to have this information for the mediation conference to justify ordering or authorizing the disclosure of the source code by allowing access to Mr. Frank.

Plaintiffs' Emergency Motion for an Order Allowing Expert Witness Access to Defendant's Computer Source Code is therefore DENIED.

Dated: 6/24, 2005

David L. Martin

Magistrate Judge David L. Martin

**CERTIFICATE OF SERVICE**

I certify that on June 23, 2004, I caused a true and correct copy of the foregoing to be served via 1st class mail to the following:

Francis A. Connor, III
Jennifer L. Buckley
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street
Suite 700
Providence, RI 02903

Attorneys for Plaintiffs
UNILOC U.S.A., INC. and UNILOC SINGAPORE PRIVATE LIMITED

Paul J. Hayes
Rosemary Allen
Joseph P. Curtin
Paul J. Cronin
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

Counsel for Plaintiffs
UNILOC U.S.A., INC. and UNILOC SINGAPORE PRIVATE LIMITED

Cynthia Dragon