UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILOC U.S.A., INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 03-CV-440 (WES)

**DECLARATION OF DENIS TICAK IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S APPLICATION FOR FEES PURSUANT TO FRCP 37(a)(4)(A)**

I, Denis Ticak, do hereby declare as follows:

1. I am an associate in the law firm Fish & Richardson P.C., counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter.

2. I make this declaration in support of Defendant Microsoft Corporation's Application for Fees Pursuant to FRCP 37(a)(4)(A).

3. On information and belief, the following table represents the date on which Laura R. Braden performed work on the draft brief submitted to counsel for Uniloc on December 29, 2004, the number of hours spent on such work, and the billing description provided by Ms. Braden for such work:

| Date | Description | Time |
|---|---|---|
| 12/28/2004 | Work on motion to compel interrogatory responses from Uniloc | 4.5 hours |
| 12/29/2004 | Work on motion to compel interrogatory responses; e-mail same to Ms. Fu for comments | 3.5 hours |
| 1/5/2005 | Revise motion to compel interrogatory responses; telephone conference with Mr. Cronin re Uniloc will supplement interrogatory responses on January 10; draft letter to Mr. Cronin confirming same | 2.7 hours |
| | Total hours | 10.7 hours |

4. On information and belief, the following table represents the date on which Denis Ticak performed work on briefing regarding Uniloc's responses to Microsoft's Interrogatory

Nos. 8 and 20, the number of hours spent on such work, and the billing description provided by Mr. Ticak for such work:

| Date | Description | Time |
|---|---|---|
| 5/3/2005 | work on motion to compel interrogatory responses | 0.4 hours |
| 5/4/2005 | work on motion to compel responses to interrogatories 8 and 20; work on declaration in support of same | 1.9 hours |
| 5/8/2005 | Work on motion to compel interrogatories re marking; work on declaration in support of motion to compel | 4.3 hours |
| 5/12/2005 | Work on filing motion to compel; work on declaration in support of motion to compel | 1.2 hours |
| 5/13/2005 | Work on filing motion to compel; letter to local counsel | 0.6 hours |
| 6/1/2005 | Work on reply in support of motion to compel supplements to interrogatories 8 and 20; analyze Uniloc opposition and supplemental response; perform legal research re obligations to respond to interrogatories | 1.1 hours |
| 6/6/2005 | Work on reply in support of motion to compel interrogatories re marking | 0.6 hours |
| 6/7/2005 | Legal research re contention interrogatories; work on reply brief in support of motion to compel interrogatory responses | 7.3 hours |
| 6/8/2005 | Work on reply brief in support of motion to compel interrogatory responses | 6.7 hours |
| 6/9/2005 | Work on reply brief in support of motion to compel responses to interrogatories | 5.3 hours |
| 6/10/2005 | Work on reply in support of motion to compel interrogatory responses | 6.9 hours |
| | Total hours | 36.3 hours |

5. On information and belief, the following table represents the date on which Kurt L. Glitzenstein performed work on briefing regarding Uniloc's responses to Microsoft's Interrogatory Nos. 8 and 20, the number of hours spent on such work, and the billing description provided by Mr. Glitzenstein for such work:

| Date | Description | Time |
|---|---|---|
| 5/11/2005 | work on motion to compel interrogatory responses re marking | 0.5 hours |
| 6/1/2005 | work on reply in support of motion to compel responses to marking interrogatories | 0.5 hours |
| 6/10/2005 | work on reply in support of motion to compel interrogatory responses | 0.5 hours |
| | Total hours | 1.5 hours |

I declare under the penalty of perjury under the laws of the State of Rhode Island that the forgoing is true and correct.

Dated: June 27, 2005