UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILOC U.S.A., INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 03-CV-440 (WES)

**DECLARATION OF STEPHEN J. REID, JR. IN SUPPORT OF DEFENDANT MICROSOFT CORPORATION'S APPLICATION FOR FEES PURSUANT TO FRCP 37(a)(4)(A)**

I, Stephen J. Reid, Jr. do hereby declare as follows:

1. I am a partner in the law firm of Blish & Cavanagh, counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter.

2. I make this declaration in support of Defendant Microsoft Corporation's Application for Fees Pursuant to FRCP 37(a)(4)(A).

3. I have been a member of the Rhode Island bar, and have practiced law in Providence, Rhode Island since 1982. I am familiar with the prevailing market rates for legal work in the Providence, Rhode Island market for attorneys of comparable experience to Kurt Glitzenstein, Laura Braden, and Denis Ticak. I believe that the rates of $209/hour for legal work performed by Ms. Braden and Mr. Ticak, and $390/hour for legal work performed by Mr. Glitzenstein, are comparable to the prevailing market rates in the Providence market for attorneys of comparable experience.

4. I have read Microsoft's draft brief provided to counsel for Uniloc on December 29, 2004, and the briefing supporting Microsoft's Motion to Compel Reponses to Its Interrogatories Nos. 8 and 20. Given, *inter alia*, the circumstances leading to the motion to compel, and the relevance of the marking issue to the potential damages available to Uniloc, I believe that the total number of hours spent by Ms. Braden and Messrs. Glitzenstein and Ticak were reasonable,

and that the total fees in the amount of $10,408.00 for this briefing is comparable to the prevailing market rates in the Providence market.

I declare under the penalty of perjury under the laws of the State of Rhode Island that the forgoing is true and correct.

Dated: June 27, 2005

Stephen J. Reid, Jr.