UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC U.S.A., INC. and UNILOC SINGAPORE PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 03-CV-440 (WES) |

MICROSOFT'S MOTION TO FILE ITS MEMORANDUM IN SUPPORT OF ITS EMERGENCY MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY AND THE DECLARATION OF DENIS TICAK IN SUPPORT THEREOF UNDER SEAL

Defendant Microsoft Corporation ("Microsoft") hereby moves for leave to file its Memorandum in Support of Its Motion to Compel Plaintiffs to Produce Documents Improperly Withheld on the Basis of Third-Party Confidentiality and the Declaration of Denis Ticak in Support Thereof under seal.

In support of this motion, Microsoft states that its Memorandum and the supporting Ticak Declaration contain references to information, particularly the identities of companies with whom Uniloc has had relationships, that Uniloc contends is confidential to Uniloc and/or the third parties.

For the aforementioned reasons, Microsoft requests that leave be granted to file its Memorandum and the supporting Ticak Declaration under seal.

Dated: June 29, 2005

By: [signature] (SK)

Joseph V. Cavanagh, Jr. #1139
**BLISH & CAVANAGH**
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)
Laura R. Braden
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Isabella Fu, Esq.
**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (415) 882-8080
Facsimile: (415) 936-7329

Attorneys for Defendant
MICROSOFT CORPORATION