UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC U.S.A., INC. and UNILOC SINGAPORE PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 03-CV-440 (WES) |

**DEFENDANT MICROSOFT CORPORATION'S EMERGENCY MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY**

Pursuant to Rule 37(a) of the Federal Rules of Civil Procedure, Defendant Microsoft Corporation ("Microsoft") hereby moves for an order compelling Plaintiffs Uniloc USA, Inc. and Uniloc Singapore Private Ltd. (collectively, "Uniloc") to produce and/or re-produce in un-redacted form all documents and information withheld by Uniloc on the basis of third party confidentiality obligations.

The grounds for said Motion are set forth in the accompanying Memorandum in Support of Microsoft Corporation's Motion to Compel Plaintiffs to Produce Documents Improperly Withheld on the Basis of Third-Party Confidentiality.

Dated: June 29, 2005

By: /s/ Joseph V. Cavanagh, Jr.

Joseph V. Cavanagh, Jr. #1139
**BLISH & CAVANAGH**
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)

Frank E. Scherkenbach
Kurt L. Glitzenstein
Laura R. Braden
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Isabella Fu, Esq.
**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (415) 882-8080
Facsimile: (415) 936-7329

Attorneys for Defendant
MICROSOFT CORPORATION

# CERTIFICATE OF SERVICE

I certify that on June 28, 2005, I caused a true and correct copy of the foregoing

(1) **DEFENDANT MICROSOFT CORPORATION'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY;**

(2) **DEFENDANT MICROSOFT CORPORATION'S MEMORANDUM IN SUPPORT OF ITS EMERGENCY MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY;**

(3) **DECLARATION OF DENIS TICAK IN SUPPORT OF MICROSOFT'S EMERGENCY MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY;**

(4) **PROPOSED ORDER GRANTING MICROSOFT CORPORATION'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY;**

(5) **MICROSOFT'S MOTION TO FILE ITS MEMORANDUM IN SUPPORT OF ITS EMERGENCY MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY AND THE DECLARATION OF DENIS TICAK IN SUPPORT THEREOF UNDER SEAL; and**

(6) **[PROPOSED] ORDER GRANTING MICROSOFT'S MOTION TO FILE ITS MEMORANDUM IN SUPPORT OF ITS EMERGENCY MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY AND THE DECLARATION OF DENIS TICAK IN SUPPORT THEREOF UNDER SEAL**

to be served as follows:

Francis A. Connor, III
Jennifer L. Buckley
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Attorneys for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(by overnight delivery)

Paul J. Hayes Rosemary Allen
Paul J. Cronin
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Attorneys for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(by overnight delivery)