UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
JUN 29 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILOC U.S.A., INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 03-CV-440 (WES)

**ORDER GRANTING MICROSOFT'S MOTION TO FILE ITS MEMORANDUM IN SUPPORT OF ITS EMERGENCY MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY AND THE DECLARATION OF DENIS TICAK IN SUPPORT THEREOF UNDER SEAL**

Having considered Microsoft's Motion, and good cause appearing,

IT IS HEREBY ORDERED that Microsoft's Memorandum in Support of Its Emergency Motion to Compel Plaintiffs to Produce Documents Improperly Withheld on the Basis of Third-Party Confidentiality and the Declaration of Denis Ticak in Support thereof is to be filed under seal.

**IT IS SO ORDERED.**

Dated: 6-30-05

David L. Martin
United States ~~District Court~~ Judge
MAGISTRATE

50285442.doc