**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED<br>Plaintiffs,<br>vs.<br>MICROSOFT CORPORATION,<br>Defendant. | Civ. A. No. 03-CV-440 (WES) |

**PLAINTIFFS' STATEMENT OF OPPOSITION TO DEFENDANT MICROSOFT CORPORATION'S EMERGENCY MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY**

Plaintiffs Uniloc USA, Inc. and Uniloc Singapore Private Limited (*collectively* "Uniloc") hereby respectfully oppose Defendant Microsoft Corporation's Emergency Motion to Compel Plaintiffs to Produce Documents Improperly Withheld on the Basis of Third-Party Confidentiality, dated July 1, 2005. For the reasons set forth in the accompanying memorandum in opposition, Uniloc respectfully requests that Microsoft's Motion be denied.

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

Dated: 7/12/05

By: ______________________

Francis A. Connor, III (R.I. Bar No. 4640)
Sheri L. Pizzi (R.I. Bar No. 5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street, Suite 700

Providence, Rhode Island 02903
(401) 273-7171 (Telephone)
(401) 273-2904 (Facsimile)

OF COUNSEL:

Paul J. Hayes, Esq.
Dean G. Bostock, Esq.
Rosemary Allen, Esq. (R.I. Bar No. 5407)
Paul J. Cronin, Esq.
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
(617) 542-6000 (Telephone)
(617) 542-2241 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on local counsel for Microsoft Corporation, Joseph V. Cavanagh, Esq. of Blish & Cavanagh, Commerce Center, 30 Exchange Terrace, Providence, Rhode Island 02903, by hand delivery and on national counsel for Microsoft Corporation, Kurt L. Glitzenstein, Esq. of Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110, by facsimile and first class mail on July 12, 2005.

FILED



LIT 1531217v1

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED<br>Plaintiffs,<br>vs.<br>MICROSOFT CORPORATION,<br>Defendant. | ) | Civ. A. No. 03-CV-440 (WES) |

**PLAINTIFFS' MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT MICROSOFT CORPORATION'S EMERGENCY MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY**

Plaintiffs Uniloc USA, Inc. and Uniloc Singapore Private Limited (*collectively*, "Uniloc") submit this memorandum in opposition to defendant Microsoft Corporation's Emergency Motion to Compel Plaintiffs to Produce Documents Improperly Withheld on the Basis of Third-Party Confidentiality, dated July 1, 2005 ("Emergency Motion").

Uniloc has produced all responsive documents sought in the Emergency Motion, with the exception of documents that concern or relate to one third party: Verification Technologies, Inc., or Veritec ("Veritec"). Uniloc USA, Inc. and Veritec entered into a joint venture known as Veriloc LLC. As part of that business relationship, both parties agreed to a broad non-disclosure provision to protect proprietary information. In response to Microsoft's discovery responses, Uniloc sought Veritec's consent to produce certain responsive documents, which are subject to

the non-disclosure provision. Veritec, through its outside counsel, did not consent to the production.

In light of Veritec's response, and Uniloc's obligations under its agreements with Veritec, Uniloc withheld production of those documents that concern or relate to Veritec or Veriloc LLC. In total, 513 pages of documents are being withheld ("Veritec Documents"). Uniloc will continue to withhold the production of the Veritec Documents, unless the Court orders their production. To assist the Court in its resolution of the Emergency Motion, Uniloc is filing together with this opposition, a request for *in camera* inspection of the Declaration of Doris M. Fournier, Esq., dated July 11, 2005 ("Fournier Declaration."). The Fournier Declaration summarizes the nature of the documents and information that are part of the Veritec Documents. Due to the highly sensitive nature of the information contained in the Veritec Documents, the protective order entered in this lawsuit does not provide sufficient protection.

Where, as here, a heightened sensitivity to the dangers of production exists, the party requesting disclosure should be required to make a strong showing of need. *Greater Rockford Energy and Tech. Corp. v. Shell Oil Co.,* 138 F.R.D. 530, 534 (C.D. Ill. 1991), *Litton Indus., Inc. v. Chesapeake & Ohio Ry. Co.*, 129 F.R.D. 528, 529-32 (E.D. Wisc. 1990). In its Emergency Motion, Microsoft simply states that the documents its seeks from the whole list of third-party sources are generally relevant to licensing of the patent-in-suit and the technology disclosed in those licenses. Def's. Mem. In Support at 6 (citing *Georgia-Pacific Corp. v. Plywood Corp.*, 318 F. Supp. 1116 (S.D.N.Y. 1970)). The Emergency Motion makes no effort to show a particularized demonstration of need for the Veritec Documents, particularly in light of the other third-party documents, which have already been produced. Absent such a showing, Microsoft's

discovery requests do not trump the legitimate privacy concerns addressed by the non-disclosure agreement.

**Conclusion**

Accordingly, plaintiffs ask that the Court review, *in camera*, the Fournier Declaration, the Veritec Documents does not outweigh Veritec's heightened privacy interest in those documents.

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

Dated: July 12, 2005.

By: ______________________
Francis A. Connor, III (R.I. Bar No. 4640)
Sheri L. Pizzi (R.I. Bar No. 5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street, Suite 700
Providence, Rhode Island 02903
(401) 273-7171 (Telephone)
(401) 273-2904 (Facsimile)

OF COUNSEL:

Paul J. Hayes, Esq.
Dean G. Bostock, Esq.
Rosemary Allen, Esq. (R.I. Bar No. 5407)
Paul J. Cronin, Esq.
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
(617) 542-6000 (Telephone)
(617) 542-2241 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on local counsel for Microsoft Corporation, Joseph V. Cavanagh, Esq. of Blish & Cavanagh, Commerce Center, 30 Exchange Terrace, Providence, Rhode Island 02903, by hand delivery and on national counsel for Microsoft Corporation, Kurt L. Glitzenstein, Esq. of Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110, by facsimile and first class mail on July 12, 2005.