**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED<br>Plaintiffs,<br>vs.<br>MICROSOFT CORPORATION,<br>Defendant. | Civ. A. No. 03-CV-440 (WES) |

**PLAINTIFFS' MOTION TO FILE DECLARATION OF**
**DORIS M. FOURNIER UNDER SEAL**

Plaintiffs Uniloc USA, Incorporated and Uniloc Singapore Private Limited ("Plaintiffs") hereby move this Court for leave to file the Declaration of Doris M. Fournier ("Fournier Declaration") under seal.

In support of this motion, Plaintiffs hereby state that consideration of the Fournier Declaration as it is currently written would best assist the court in deciding the opposition referenced therein. However, in order to best make its argument in opposition to the motion pending in the Court, Plaintiff has had to make several specific references to confidential documents relating to third party Veritec. It is therefore necessary that the Fournier Declaration be filed under seal pursuant to Paragraph 12 of the Protective Order entered in this case.

WHEREFORE, Plaintiffs respectfully request that this Court grant its Motion to file the Fournier Declaration Under Seal.

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

Dated: 7/12/05

By: ______________________
Francis A. Connor, III (R.I. Bar No. 4640)
Sheri L. Pizzi (R.I. Bar No. 5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street, Suite 700
Providence, Rhode Island 02903
(401) 273-7171 (Telephone)
(401) 273-2904 (Facsimile)

OF COUNSEL:

Paul J. Hayes, Esq.
Dean G. Bostock, Esq.
Rosemary Allen, Esq. (R.I. Bar No. 5407)
Paul J. Cronin, Esq.
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
(617) 542-6000 (Telephone)
(617) 542-2241 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on local counsel for Microsoft Corporation, Joseph V. Cavanagh, Esq. of Blish & Cavanagh, Commerce Center, 30 Exchange Terrace, Providence, Rhode Island 02903, by hand delivery and on national counsel for Microsoft Corporation, Kurt L. Glitzenstein, Esq. of Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110, by facsimile and first class mail on July 12, 2005.

2005 JUL 12 P 2:3?
FILED

______________________