**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED<br>Plaintiffs,<br>vs.<br>MICROSOFT CORPORATION,<br>Defendant. | ) | Civ. A. No. 03-CV-440 (WES) |

**PLAINTIFFS' REQUEST FOR *IN CAMERA* REVIEW OF THE DECLARATION OF <u>DORIS M. FOURNIER</u>**

Plaintiffs Uniloc USA, Inc. and Uniloc Singapore Private Limited (*collectively*, "Uniloc") request that the Court review in camera and consider the enclosed Declaration of Doris M. Fournier, Esq., dated July 11, 2005 ("Fournier Declaration") as part of its adjudication of defendant Microsoft Corporation's Emergency Motion to Compel Plaintiffs to Produce Documents Improperly Withheld on the Basis of Third-Party Confidentiality, dated July 1, 2005 ("Emergency Motion"). The Fournier Declaration is filed in the accompanying separate envelope under seal as Exhibit A to this opposition. As grounds for its request, Uniloc states that the Fournier Declaration summarizes the nature of documents and information that are part of the Veritec documents currently being withheld on the basis of Uniloc's obligations under its agreements with third party Veritec. Due to the highly sensitive nature of the information contained in the Veritec Documents, the protective order entered in this lawsuit does not provide sufficient protection.

**Accordingly**, Uniloc asks that the Court review and consider the Fournier Declaration contained in Exhibit A to this opposition, *in camera*, in its determination of the motion.

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

Dated: July 12, 2005.

By: ______________________
Francis A. Connor, III (R.I. Bar No. 4640)
Sheri L. Pizzi (R.I. Bar No. 5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street, Suite 700
Providence, Rhode Island 02903
(401) 273-7171 (Telephone)
(401) 273-2904 (Facsimile)

OF COUNSEL:

Paul J. Hayes, Esq.
Rosemary Allen, Esq. (R.I. Bar No. 5407)
Dean G. Bostock, Esq.
Paul J. Cronin, Esq.
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
(617) 542-6000 (Telephone)
(617) 542-2241 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served on local counsel for Microsoft Corporation, Joseph V. Cavanagh, Esq. of Blish & Cavanagh, Commerce Center, 30 Exchange Terrace, Providence, Rhode Island 02903, by hand delivery and on national counsel for Microsoft Corporation, Kurt L. Glitzenstein, Esq. of Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110, by facsimile and first class mail on July 12, 2005.

______________________

LIT 1531501v1