UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILOC USA, INC. and

UNILOC SINGAPORE PRIVATE LIMITED

Plaintiffs,

vs.

MICROSOFT CORPORATION,

Defendant.

Civ. A. No. 03-CV-440 (WES)

**PLAINTIFFS' MOTION TO FILE DECLARATION OF DORIS M. FOURNIER UNDER SEAL**

Plaintiffs Uniloc USA, Incorporated and Uniloc Singapore Private Limited ("Plaintiffs") hereby move this Court for leave to file the Declaration of Doris M. Fournier ("Fournier Declaration") under seal.

In support of this motion, Plaintiffs hereby state that consideration of the Fournier Declaration as it is currently written would best assist the court in deciding the opposition referenced therein. However, in order to best make its argument in opposition to the motion pending in the Court, Plaintiff has had to make several specific references to confidential documents relating to third party Veritec. It is therefore necessary that the Fournier Declaration be filed under seal pursuant to Paragraph 12 of the Protective Order entered in this case.

GRANTED.

David L. Martin
United States Magistrate Judge
July 13, 2005

Referred to U.S.M.J. DLM
☐ for findings & recommendations
☒ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date: 7/12/05