UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
JUL 12 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED<br>Plaintiffs,<br>vs.<br>MICROSOFT CORPORATION,<br>Defendant. | ) | Civ. A. No. 03-CV-440 (WES) |

**PLAINTIFFS' REQUEST FOR *IN CAMERA* REVIEW OF THE DECLARATION OF DORIS M. FOURNIER**

Plaintiffs Uniloc USA, Inc. and Uniloc Singapore Private Limited (*collectively*, "Uniloc") request that the Court review in camera and consider the enclosed Declaration of Doris M. Fournier, Esq., dated July 11, 2005 ("Fournier Declaration") as part of its adjudication of defendant Microsoft Corporation's Emergency Motion to Compel Plaintiffs to Produce Documents Improperly Withheld on the Basis of Third-Party Confidentiality, dated July 1, 2005 ("Emergency Motion"). The Fournier Declaration is filed in the accompanying separate envelope under seal as Exhibit A to this opposition. As grounds for its request, Uniloc states that the Fournier Declaration summarizes the nature of documents and information that are part of the Veritec documents currently being withheld on the basis of Uniloc's obligations under its agreements with third party Veritec. Due to the highly sensitive nature of the information contained in the Veritec Documents, the protective order entered in this lawsuit does not provide sufficient protection.

GRANTED.

David L. Martin
United States Magistrate Judge
July 13, 2005

Referred to U.S.M.J. MARTIN
☐ for findings & recommendations
☐ for determination
☐
William E. Smith, U.S. District Judge
Date: 7/12/05