UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**CASE NUMBER: CA 03-440S** **DATE: July 13, 2005**

**TITLE: UNILOC USA INC., ET AL v. MICROSOFT CORPORATION**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Plaintiff: James Wodarski**
**Sherri Pizzi**

**Defendant: Kurt Glitzenstein**
**Mary Dunn**

********************************************************************************

**Proceedings: Defendant's Emergency Motion to Compel Plaintiffs to Produce Documents Improperly Withheld on the Basis of Third-Party Confidentiality and Defendant's Application for Fees**

**All counsel of record present. Both sides argue motion. Court grants the motion to compel. Defendant to prepare an order. Both sides argue defendant's application for fees. Court takes matter under advisement.**