UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **UNILOC U.S.A., INC. and UNILOC SINGAPORE PRIVATE LIMITED,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**MICROSOFT CORPORATION,**<br><br>**Defendant.** | **Civil Action No. 03-CV-440 (WES)** |

RECEIVED
JUL 25 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**ORDER GRANTING MICROSOFT CORPORATION'S MOTION TO COMPEL PLAINTIFFS TO PRODUCE DOCUMENTS IMPROPERLY WITHHELD ON THE BASIS OF THIRD-PARTY CONFIDENTIALITY**

**AND NOW**, the Court, having considered the issues raised in Microsoft Corporation's Motion to Compel Plaintiffs to Produce Documents Improperly Withheld on the Basis of Third-Party Confidentiality, Plaintiffs' Uniloc U.S.A., Inc. and Uniloc Singapore Private Limited Opposition thereto, and at the hearing thereon on July 13, 2005,

**IT IS HEREBY ORDERED** that the Motion is GRANTED. Plaintiffs shall produce and/or reproduce in un-redacted form all documents and information withheld on the basis of third-party confidentiality obligations, including without limitation documents and information withheld on the basis of any non-disclosure or confidentiality agreement with either or both Veriloc LLC and/or Verification Technologies, Inc.

**SO ORDERED**, this 26th day of July, 2005.

David L. Martin
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I certify that on June 25, 2004, I caused a true and correct copy of the foregoing to be served via 1st class mail to the following:

Francis A. Connor, III
Jennifer L. Buckley
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street
Suite 700
Providence, RI 02903

Attorneys for Plaintiffs
UNILOC U.S.A., INC. and UNILOC SINGAPORE PRIVATE LIMITED

Paul J. Hayes
Rosemary Allen
Joseph P. Curtin
Paul J. Cronin
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

Counsel for Plaintiffs
UNILOC U.S.A., INC. and UNILOC SINGAPORE PRIVATE LIMITED