UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC U.S.A., INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 03-CV-440 (WES) |

**MICROSOFT CORPORATION'S MOTION TO GRANT A COMMISSION TO COUNSEL TO ADMINISTER OATHS TO DEPONENTS LOCATED IN AUSTRALIA (ASSENTED-TO)**

Microsoft Corporation ("Microsoft") hereby moves the Court to commission Kurt L. Glitzenstein, counsel for defendant Microsoft, pursuant to Federal Rule of Civil Procedure 28(b)(4) to administer oaths necessary for the taking of depositions in the above-captioned case of witnesses located in Australia during the month of October, 2005. The parties have conferred regarding this motion and Uniloc has assented to Microsoft's request for a commission to Mr. Glitzenstein. Support for Microsoft's motion is provided in the accompanying memorandum.

WHEREFORE, Microsoft requests that the Court commission Kurt Glitzenstein to administer any oath necessary to take the deposition of witnesses located in Australia in the above-captioned matter pursuant to Rule 28(b)(4), during the month of October, 2005.

Dated: September 2, 2005

By: ______________________________

Joseph V. Cavanagh, Jr. #1139
**BLISH & CAVANAGH**
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)

Frank E. Scherkenbach
Kurt L. Glitzenstein
Laura R. Braden
Denis Ticak
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Isabella E. Fu, Esq.
**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 882-8080
Facsimile: (425) 936-7329

Attorneys for Defendant
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

I certify that on September 2, 2005 I caused a true and correct copy of the foregoing MICROSOFT CORPORATION'S MOTION TO GRANT A COMMISSION TO COUNSEL TO ADMINISTER OATHS TO DEPONENTS LOCATED IN AUSTRALIA (ASSENTED-TO) to be served as follows:

Francis A. Connor, III
Jennifer L. Buckley
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street
Suite 700
Providence, RI 02903

Attorneys for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(via hand delviery)

Paul J. Hayes
Dean G. Bostock, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Counsel for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(via overnight mail)

Mary C Dunn

Motion to Grant Commission.doc