UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC U.S.A., INC. and UNILOC SINGAPORE PRIVATE LIMITED,<br>Plaintiffs,<br>v.<br>MICROSOFT CORPORATION,<br>Defendant. | Civil Action No. 03-CV-440 (WES) |

**MEMORANDUM IN SUPPORT OF MICROSOFT CORPORATION'S MOTION TO GRANT A COMMISSION TO COUNSEL TO ADMINISTER OATHS TO DEPONENTS LOCATED IN AUSTRALIA (ASSENTED-TO)**

Microsoft hereby requests that the Court grant this assented-to motion requesting the Court to commission Kurt L. Glitzenstein, counsel for defendant Microsoft Corporation ("Microsoft") pursuant to Federal Rule of Civil Procedure 28(b)(4) to administer oaths necessary for the taking of depositions in the above-captioned case of witnesses located in Australia during the month of October, 2005.[1] The parties have conferred regarding this motion and Uniloc has assented to Microsoft's request for a commission to Mr. Glitzenstein.

Microsoft and Uniloc are in the process of scheduling depositions of Allan Bell, Tim Cooper, and Cary Dreelan in Australia during the week of October 2, 2005.[2] Given that the

---

1 This Court granted similar relief in connection with a prior series of depositions taken by the parties in Australia. (Docket # 73).

2 For purposes of efficiency, the parties had previously agreed to schedule the deposition of Allan Bell, and the continued deposition of Tim Cooper, for the same time as the anticipated deposition of Cary Dreelan pursuant to this Court's August 1, 2005 Letter of Request. Mr. Dreelan has since agreed to be deposed voluntarily due to the issuance of the Letter of Request.

depositions will take place in a foreign country, the provisions of Rule 28(b) control, which allows that depositions in foreign countries be taken before parties commissioned by the Court. Fed.R.Civ.P. 28(b)(4).

While Microsoft may be able to secure court reporters with the authority to administer oaths to deponents in Australia pursuant to Rule 28(b)(3),[3] it is not as commonplace in Australia as in the United States for court reporters to have such authorization. Thus, obtaining such services may require retaining the services of additional individuals simply for the purpose of administering an oath. In view of this, and to account for other unforeseeable logistical difficulties and in view of the expense and burdens of taking these depositions in Australia, Microsoft therefore seeks the requested relief.

WHEREFORE, in view of the foregoing, Microsoft requests that the Court commission Kurt Glitzenstein to administer any oath necessary to take the deposition of witnesses located in Australia in the above-captioned matter pursuant to Rule 28(b)(4), during the month of October, 2005.

[3] In the likely event that Mr. Dreelan's deposition goes forward without execution of the Court's Letter of Request, Rule 28(b)(2), which permits the taking of depositions pursuant to a Letter of Request, will be inapplicable.

Dated: September 6, 2005

By: Joseph V. Cavanagh (mcd)

Joseph V. Cavanagh, Jr. #1139
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900
(401) 751-7542 (fax)

Frank E. Scherkenbach
Kurt L. Glitzenstein
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Of Counsel:

Isabella E. Fu, Esq.
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 882-8080
Facsimile: (425) 936-7329

Attorneys for DefendantMICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

I certify that on September 6, 2005 I caused a true and correct copy of the foregoing MEMORANDUM IN SUPPORT OF MICROSOFT CORPORATION'S MOTION TO GRANT A COMMISSION TO COUNSEL TO ADMINISTER OATHS TO DEPONENTS LOCATED IN AUSTRALIA (ASSENTED-TO) to be served as follows:

| | |
|---|---|
| Francis A. Connor, III<br>Jennifer L. Buckley<br>Taylor, Duane, Barton & Gilman, LLP<br>10 Dorrance Street<br>Suite 700<br>Providence, RI 02903 | Attorneys for Plaintiffs<br>UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED |

(via hand delivery)

| | |
|---|---|
| Paul J. Hayes<br>Dean G. Bostock, Esq.<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.<br>One Financial Center<br>Boston, Massachusetts 02111 | Counsel for Plaintiffs<br>UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED |

(via overnight mail)

Mary C. Orvn
_________________________

Memo Mt to Grant Commission.doc