UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

RECEIVED
SEP 09 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILOC U.S.A., INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 03-CV-440 (WES)

**ORDER GRANTING MICROSOFT CORPORATION'S MOTION TO GRANT A COMMISSION TO COUNSEL TO ADMINISTER OATHS TO DEPONENTS LOCATED IN AUSTRALIA (ASSENTED-TO)**

Defendant Microsoft Corporation ("Microsoft") came before this Court on their assented-to Motion To Grant A Commission To Counsel To Administer Oaths To Deponents Located In Australia. After reviewing the motion and supporting memorandum, it is hereby

**ORDERED**

The Court hereby commissions Kurt L. Glitzenstein to administer any oath necessary to take the deposition of witnesses located in Australia pursuant to Rule 28(b)(4) during the month of October, 2005.

ENTER:

David L. Martin
David L. Martin
United States Magistrate Judge

Dated: September ~~9~~ 12, 2005

PER ORDER:

Clerk

By: Joseph V. Cavanagh (med)

Joseph V. Cavanagh, Jr. #1139
**BLISH & CAVANAGH**
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)

Frank E. Scherkenbach
Kurt L. Glitzenstein
Laura R. Braden
Denis Ticak
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Isabella E. Fu, Esq.
**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 882-8080
Facsimile: (425) 936-7329
Attorneys for Defendant
MICROSOFT CORPORATION

Frank E. Scherkenbach
Kurt L. Glitzenstein
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Of Counsel:

Isabella E. Fu, Esq.
MICROSOFT CORPORATION
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (425) 882-8080
Facsimile: (425) 936-7329

Attorneys for Defendant MICROSOFT CORPORATION

# CERTIFICATE OF SERVICE

I certify that on September 9, 2005 I caused a true and correct copy of the foregoing ORDER GRANTING MICROSOFT CORPORATION'S MOTION TO GRANT A COMMISSION TO COUNSEL TO ADMINISTER OATHS TO DEPONENTS LOCATED IN AUSTRALIA (ASSENTED-TO) to be served as follows:

Francis A. Connor, III
Jennifer L. Buckley
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance Street
Suite 700
Providence, RI 02903

Attorneys for Plaintiffs
UNILOC USA, INC. and UNILOC
SINGAPORE PRIVATE LIMITED

(via hand delivery)

Paul J. Hayes
Dean G. Bostock, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Counsel for Plaintiffs
UNILOC USA, INC. and UNILOC
SINGAPORE PRIVATE LIMITED

(via overnight delivery)

Mary C. Dunn

REVISEDProposed Order (3).wpd