# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

FILED
SEP 20 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILOC USA, INC. and
UNILOC SINGAPORE PRIVATE LIMITED

Plaintiffs,

vs.

MICROSOFT CORPORATION,

Defendant.

Civ. A. No. 03-CV-440 (WES)

## JOINT MOTION TO EXTEND REMAINING EXPERT DISCOVERY DEADLINES

Defendant Microsoft Corporation and Plaintiffs Uniloc USA, Inc. and Uniloc Singapore Private Limited hereby jointly move the Court to extend the remaining deadlines for expert discovery in the amended pretrial order entered by the Court on June 10, 2005.

Because initial expert reports served by the parties on September 1, 2005 were voluminous, the parties agree that additional time is necessary to respond to initial expert reports. Therefore, the parties propose moving the deadline for responsive expert reports from October 3, 2005 to November 7, 2005. The parties propose moving the remaining deadlines for expert discovery accordingly: rebuttal expert reports will be exchanged on December 8, 2005, and expert discovery will close on January 6, 2006. **These changes do not impact any deadlines for Court submissions in the current schedule.** Microsoft and Uniloc therefore respectfully request that the Court grant this motion to extend remaining expert discovery deadlines.

Both parties reserve their rights, if any, to object to information contained in expert reports that was not timely disclosed during the discovery period.

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

By: ______________________
Francis A. Connor, III, Esq. (R.I. Bar No. 4640)
Sheri L. Pizzi, Esq. (R.I. Bar No. 5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street, Suite 700
Providence, Rhode Island 02903
(401) 273-7171 (Telephone)
(401) 273-2904 (Facsimile)

**MICROSOFT CORPORATION**

By: ______________________
Joseph V. Cavanagh, Jr., Esq.
(R.I. Bar No. 1139)
**BLISH & CAVANAGH**
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)

Paul J. Hayes, Esq.
Eugene A. Feher, Esq.
Rosemary Allen (R.I. Bar No. 5407).
Paul J. Cronin, Esq.
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
(617) 542-6000 (Telephone)
617) 542-2241 (Facsimile)

Frank E. Scherkenbach, Esq.
Kurt L. Glitzenstein, Esq.
Laura R. Braden, Esq.
Denis Ticak, Esq.
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070 (Telephone)
(617) 542-8906 (Facsimile)

Isabella E. Fu, Esq.
**Microsoft Corporation**
One Microsoft Way
Redmond, WA 98052-6399
(415) 882-8080 (Telephone)
(415) 936-7329 (Facsimile)

GRANTED
______________________
William E. Smith
U.S. District Judge
9/22/05