UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILOC U.S.A., INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 03-CV-440 (WES)

**DECLARATION OF DENIS TICAK IN SUPPORT OF MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF LICENSE AGREEMENT**

I, Denis Ticak, do hereby declare as follows:

1. I am an associate in the law firm Fish & Richardson P.C., counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter.

2. I make this declaration in support of MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF LICENSE AGREEMENT.

3. Attached as exhibit A is a true and correct copy of a Microsoft press release available at http://www.microsoft.com/presspass/press/2004/apr04/04-12MSInterTrustPR.mspx.

4. Attached as exhibit B is a true and correct copy of a timeline representing the *Intertrust* litigation against Microsoft, available at the Intertrust website at http://www.intertrust.com/main/images/history/Timeline.pdf.

5. Microsoft informed Uniloc during a meet and confer on July 19, 2005, and by letters dated July 25, and July 26, 2005, that it would not produce the entire *Intertrust* discovery file.

6. Mr. Gemini's expert report at page 8 references Microsoft production document MS-U 952148, which in turn references several Microsoft license agreements directed to CD and

DVD-based anti-piracy technology. These licenses, which are not related to Intertrust, are not settlement agreements, and are not licenses of product activation technology, were subsequently produced by Microsoft on October 19, 2005.

7. In my October 24, 2005, letter to Mr. Bostock, Microsoft informed Uniloc that settlement documents from the *Intertrust* litigation were irrelevant and would not be produced.

8. The *Intertrust* settlement gives Microsoft a comprehensive license to Intertrust's entire patent portfolio, which includes 37 issued U.S. patents, and over 100 pending patent applications worldwide. See also http://www.intertrust.com/main/ip/settlement.html.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 1, 2005

By: ______________________
Denis Ticak

Attorney for Defendant
MICROSOFT CORPORATION

# Microsoft and InterTrust Settle Outstanding Litigation and License Intellectual Property

**REDMOND, Wash., and SANTA CLARA, Calif., April 12, 2004** — Microsoft Corp. and InterTrust Technologies Corp. today announced that Microsoft has taken a comprehensive license to InterTrust's patent portfolio for a one-time payment of $440 million. The agreement resolves all outstanding litigation between the two companies. InterTrust receives rights under Microsoft patents to design and publish InterTrust reference technology specifications related to digital rights management (DRM) and security. Microsoft and InterTrust believe this agreement will accelerate adoption and development of DRM technologies.

**Related Links**

**Feature Story:**
- Microsoft Agreement with InterTrust Paves Way for Accelerated Development and Adoption of Digital Distribution Technology - Apr. 12, 2004

**Virtual Newsrooms:**
- Legal News on PressPass

"Licensing InterTrust's patent portfolio reaffirms Microsoft's commitment to the importance of intellectual property rights as well as our commitment to our customers to stand behind our products in these emerging technology areas," said Marshall Phelps, deputy general counsel and corporate vice president of intellectual property at Microsoft. "One of our goals with this and our broader intellectual property (IP) licensing program is to provide peace of mind for our customers and partners by letting them know that patent licensing is our responsibility. Doing an effective job at managing the IP in our software differentiates our products and builds confidence that Microsoft has the rights necessary to build innovative solutions."

"Today's announcement validates InterTrust's intellectual property portfolio as seminal to advancing DRM and trusted computing in the marketplace," said Talal Shamoon, CEO of InterTrust. "InterTrust will continue to help drive the adoption of these important technologies through our inventions, licensing programs and reference technologies, and we expect to develop a thriving licensing business going forward."

The settlement agreement ensures that Microsoft's end-user customers can use Microsoft® products and services as they are intended to be used without requiring a license from InterTrust. In addition, software developers who build products that use Microsoft platform technology will not require an InterTrust license for normal and expected uses of the Microsoft technologies.

However, developers, including systems integrators, may need a license from InterTrust for other uses of Microsoft technology including cases in which Microsoft technology is combined with third-party technology. Information about licensing terms, questions about whether a license is needed and documentation needed to license InterTrust technology can be found at http://www.intertrust.com/ . Third-party software developers can obtain information at http://www.microsoft.com/presspass/ .

"DRM solutions are essential to secure valuable personal, business and commercial content in a massively connected world," said Will Poole, senior vice president of the Windows® client business at Microsoft. "With our existing technology and IP portfolio combined with our new agreement with InterTrust, Microsoft is committed to working with the broader industry to accelerate the promotion of DRM standards and solutions. Microsoft and our partners are delivering the most powerful and flexible rights management solutions in the industry, while assuring customers that we have the IP necessary in striving to secure our products."

**About InterTrust Technologies**

InterTrust is an independent, privately held company located in Silicon Valley. The Company was founded in 1990 and was publicly traded from 1999 to early 2003 when it merged

with a joint venture owned by Sony, Philips and Stephens Bank. The Company holds 30 U.S. patents and has over 100 patent applications pending worldwide. InterTrust's patent portfolio covers software and hardware techniques that can be implemented in a broad range of products that use DRM and trusted computing technologies, including computer operating systems, digital media platforms, Web services and enterprise infrastructure. InterTrust has research, engineering and IP groups focused on developing and monetizing next-generation technologies and inventions. More information about the company can be found at http://www.intertrust.com/ .

**About Microsoft**

Founded in 1975, Microsoft (Nasdaq "MSFT" ) is the worldwide leader in software, services and solutions that help people and businesses realize their full potential.

Microsoft is a registered trademark of Microsoft Corp. in the United States and/or other countries.

The names of actual companies and products mentioned herein may be the trademarks of their respective owners.

*Note to editors:* If you are interested in viewing additional information on Microsoft, please visit the Microsoft Web page at http://www.microsoft.com/presspass/ on Microsoft's corporate information pages. Web links, telephone numbers and titles were correct at time of publication, but may since have changed. For additional assistance, journalists and analysts may contact Microsoft's Rapid Response Team or other appropriate contacts listed at http://www.microsoft.com/presspass/contactpr.asp .

↑ Top of page

Printer-Friendly Version Send This Page Add to Favorites

Manage Your Profile | Contact Us | Newsletter

© 2005 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

**Timeline of InterTrust Patent Infringement Lawsuit against Microsoft**

| | April 26, 2001 | June 2001 | July 2001 | Sept 2001 | Oct 2001 | Feb 2002 | June 2002 | July 2003 | Sep 2003 | April 3, 2004 |
|---|---|---|---|---|---|---|---|---|---|---|
| | **InterTrust initiates lawsuit** | InterTrust expands lawsuit implicating Windows Media Players & Windows XP versions | InterTrust expands lawsuit implicating eBooks | Microsoft files denial of infringement and counterclaims | InterTrust expands lawsuit implicating .Net Platform and Windows XP | InterTrust expands lawsuit implicating Plug & Play Driver Certification Program | InterTrust substantially broadens lawsuit to include 11 patents, 144 claims, & 193 infringement scenarios | **Court adopts InterTrust's claim constructions and denies Microsoft's motion for partial summary judgment** | InterTrust expands lawsuit implicating rights management Services | **InterTrust & Microsoft reach settlement of lawsuit** |
| InterTrust Patents | 6,185,683 | 6,253,193 | 5,920,861 | | 5,982,891<br>5,917,912<br>5,892,900 | 6,157,721 | 5,915,019<br>6,112,181<br>6,389,402<br>5,949,876 | | | |
| Accused Products | ▪ Windows Media Player's (WMP) DRM components | ▪ Windows ME's rights management components for transfer of content to remote devices<br>▪ Windows XP's rights management components | ▪ MS Reader<br>▪ Digital Asset Server | | ▪ .NET framework<br>▪ Windows XP<br>▪ Windows XP activations/ antipiracy features<br>▪ Office XP<br>▪ Visio 2000<br>▪ Access 2002<br>▪ Excel 2002<br>▪ Frontpage 2002<br>▪ Visio Enterprise Network<br>▪ Project 2002<br>▪ Publisher 2002 | ▪ Driver Certification program<br>▪ ASP.net<br>▪ Windows CE for automotive | Windows XP<br>Office XP<br>.NET<br>Digital Asset Server<br>MS Reader<br>Xbox<br>Windows Installer<br>▪ ActiveX<br>▪ System Management Server (SMS)<br>▪ WMP individualization client<br>▪ WMP Secure Audio Path (SAP)<br>▪ Activation on reader | | ▪ Windows Server 2003<br>▪ Office 2003's RMS feature | |