UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILOC U.S.A., INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 03-CV-440 (WES)

**DECLARATION OF DENIS TICAK IN SUPPORT OF MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF LICENSE AGREEMENT**

I, Denis Ticak, do hereby declare as follows:

1. I am an associate in the law firm Fish & Richardson P.C., counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter.

2. I make this declaration in support of MICROSOFT'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF LICENSE AGREEMENT.

3. Attached as exhibit A is a true and correct copy of a Microsoft press release available at http://www.microsoft.com/presspass/press/2004/apr04/04-12MSInterTrustPR.mspx.

4. Attached as exhibit B is a true and correct copy of a timeline representing the *Intertrust* litigation against Microsoft, available at the Intertrust website at http://www.intertrust.com/main/images/history/Timeline.pdf.

5. Microsoft informed Uniloc during a meet and confer on July 19, 2005, and by letters dated July 25, and July 26, 2005, that it would not produce the entire *Intertrust* discovery file.

6. Mr. Gemini's expert report at page 8 references Microsoft production document MS-U 952148, which in turn references several Microsoft license agreements directed to CD and

DVD-based anti-piracy technology. These licenses, which are not related to Intertrust, are not settlement agreements, and are not licenses of product activation technology, were subsequently produced by Microsoft on October 19, 2005.

7. In my October 24, 2005, letter to Mr. Bostock, Microsoft informed Uniloc that settlement documents from the *Intertrust* litigation were irrelevant and would not be produced.

8. The *Intertrust* settlement gives Microsoft a comprehensive license to Intertrust's entire patent portfolio, which includes 37 issued U.S. patents, and over 100 pending patent applications worldwide. See also http://www.intertrust.com/main/ip/settlement.html.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: December 1, 2005

By: ______________________
Denis Ticak

Attorney for Defendant
MICROSOFT CORPORATION