UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

FILED
NOV 0 9 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILOC USA, INC. and
UNILOC SINGAPORE PRIVATE LIMITED

Plaintiffs,

vs.

MICROSOFT CORPORATION,

Defendant.

Civ. A. No. 03-CV-440 (WES)

RECEIVED
NOV 28 2005
DAVID L. MARTIN, U.S. MAGISTRATE JUDGE
U.S. DISTRICT COURT, DISTRICT OF RHODE ISLAND

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF LICENSE AGREEMENT**

Plaintiffs, Uniloc USA, Inc. and Uniloc Singapore Private Limited (together "Uniloc"), hereby respectfully move the Court for an order compelling production by defendant, Microsoft Corporation ("Microsoft"), of a patent license agreement between Microsoft and Intertrust Technologies Corporation. This license agreement relates to the determination of a reasonable royalty measure of damages. Further, it is needed to rebut the opinion of Microsoft's damages expert who relies upon other license agreements entered into between Microsoft and other third parties. For the reasons set forth in the accompanying memorandum of law, Uniloc respectfully requests that this motion be granted.

**CERTIFICATE OF COMPLIANCE WITH FED.R.CIV.P. 37(a)(2)(A)**

The undersigned certifies that Uniloc's counsel has attempted to confer with Microsoft's counsel in a good-faith attempt to secure the relief requested in this motion and that the attempt was not successful.

Withdrawn.

David L. Martin
DAVID L. MARTIN
United States Magistrate Judge
December 6, 2005

Referred to U.S.M.J. MARTIN
☐ for findings & recommendation
☑ for determination
☐ ____________
William E. Smith, U.S. District Judge
Date 11/25/05