**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNILOC USA, INC. and<br><br>UNILOC SINGAPORE PRIVATE LIMITED<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | ) | Civ. A. No. 03-CV-440 (WES) |

**PLAINTIFFS' MOTION TO FILE REPLY**
**IN SUPPORT OF MOTION TO COMPEL**
**PRODUCTION OF LICENSE AGREEMENT UNDER SEAL**

Plaintiffs Uniloc USA, Incorporated and Uniloc Singapore Private Limited ("Plaintiffs") hereby move this Court for leave to file the Plaintiff's Reply in Support of Motion to Compel Production of License Agreement ("Reply") under seal.

In support of this motion, Plaintiffs hereby state that consideration of the Reply as it is currently written would best assist the court in deciding the motion referenced therein. However, in order to best make its argument in support of the motion pending in the Court, Plaintiff has had to make several specific references to confidential information relating to the report of the defendant Microsoft Corporation's damages expert. It is therefore necessary that the Reply be filed under seal pursuant to Paragraph 12 of the Protective Order entered in this case.

WHEREFORE, Plaintiffs respectfully request that this Court grant its Motion to file the Reply Under Seal.

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

Dated: 12/30/05

By: ______________________
Francis A. Connor, III (R.I. Bar No. 4640)
Sheri L. Pizzi (R.I. Bar No. 5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street, Suite 700
Providence, Rhode Island 02903
(401) 273-7171 (Telephone)
(401) 273-2904 (Facsimile)

OF COUNSEL:

Paul J. Hayes, Esq.
Dean G. Bostock, Esq.
Rosemary Allen, Esq. (R.I. Bar No. 5407)
Paul J. Cronin, Esq.
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
(617) 542-6000 (Telephone)
(617) 542-2241 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served on local counsel for Microsoft Corporation, Joseph V. Cavanagh, Esq. of Blish & Cavanagh, Commerce Center, 30 Exchange Terrace, Providence, Rhode Island 02903, by hand delivery and on national counsel for Microsoft Corporation, Kurt L. Glitzenstein, Esq. of Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110, by facsimile and first class mail on December 30, 2005.

______________________