UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILOC USA, INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 03 440 (WES)

**DEFENDANT MICROSOFT CORPORATION'S ASSENTED-TO MOTION FOR LEAVE TO EXCHANGE ADDITIONAL CLAIM TERMS**

Pursuant to the June 18, 2004 Order entered by the Court, Defendant Microsoft Corporation ("Microsoft") hereby moves for leave to exchange more than 10 claim terms with Plaintiffs Uniloc USA, Inc. and Uniloc Singapore Private Limited. Specifically, Microsoft moves for leave to exchange the following fourteen claim terms:

1. registration key
2. enabling key
3. information uniquely descriptive of the licensee
4. platform unique ID generating means
5. provided to said mode-switching means by said intending user
6. communicated to said intending user
7. fully enabled mode / full version run
8. partly enabled or demonstration mode
9. serial number
10. includes the algorithm utilized by said local licensee unique ID generating means to produce said local licensee unique ID
11. wherein said registration system is replicated at the registration authority
12. generated by a third party means of operation of a duplicate copy of said registration key generating means

13. has matched
14. mode switching means will permit said data to run in said use mode in subsequent execution only if said platform unique ID has not changed.

For the reasons set forth in Microsoft's November 21 Memorandum in Support of its Motion for Leave to Exchange Additional Claim Terms (Dkt. 118) and in Microsoft's December 22 Reply Memorandum in Support of its Motion for Leave to Exchange Additional Claim terms (Dkt. 125), Microsoft respectfully requests that this relief be granted.

On January 5, 2006, Uniloc's counsel informed Microsoft's counsel that Uniloc assents to Microsoft's request to exchange the fourteen terms identified in this assented-to motion.

Dated: January 9, 2006

By: Joseph V. Cavanagh Jr. (mcd)

Joseph V. Cavanagh, Jr. #1139
**BLISH & CAVANAGH**
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)

Frank E. Scherkenbach
Kurt L. Glitzenstein
Laura R. Braden
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Isabella Fu, Esq.
**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (415) 882-8080
Facsimile: (415) 936-7329

Attorneys for Defendant
MICROSOFT CORPORATION

## CERTIFICATE OF GOOD FAITH

Counsel for Defendant hereby certify that they have made efforts in good faith to confer with opposing counsel concerning the issues raised in this motion, and that Counsel for Plaintiff has assented to this motion.

Joseph V. Cavanagh Jr. (mcd)

Joseph V. Cavanagh, Jr.

## CERTIFICATE OF SERVICE

I certify that on January 9, 2006 I caused a true and correct copy of the foregoing **DEFENDANT MICROSOFT CORPORATION'S MOTION FOR LEAVE TO EXCHANGE ADDITIONAL CLAIM TERMS** to be served as follows:

Francis A. Connor, III
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Attorneys for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(by hand)

Paul J. Hayes
Paul J. Cronin
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Counsel for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(by overnight delivery)

May Conna