UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JAN 09 2006
Property of U.S. District Court
District of Rhode Island

UNILOC USA, INC. and
UNILOC SINGAPORE PRIVATE LIMITED
Plaintiffs,
vs.
MICROSOFT CORPORATION,
Defendant.

Civ. A. No. 03-CV-440 (WES)

**ORDER**

The above-entitled matter came for hearing on January 5, 2006 before the Honorable Magistrate Justice David Martin on Plaintiffs' motion for an Order compelling defendant, Microsoft Corporation ("Microsoft"), to produce a copy of a patent license agreement entered into between Microsoft and third-party Intertrust Technologies Corporation ("Intertrust"). Based upon the submissions of the parties and the record before the Court, **IT IS HEREBY ORDERED:**

1. The Plaintiffs' Motion to Compel Production of License Agreement is GRANTED.
2. Microsoft shall produce to the Plaintiffs a copy of the patent license agreement entered into between Microsoft and Intertrust on or before January 15, 2006.

ENTER:

David L. Martin

Dated: January 10, 2006

ORDER:

[signature]