UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FILED
JAN 09 2006
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILOC USA, INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 03 440 (WES)

**DEFENDANT MICROSOFT CORPORATION'S ASSENTED-TO MOTION FOR LEAVE TO EXCHANGE ADDITIONAL CLAIM TERMS**

Pursuant to the June 18, 2004 Order entered by the Court, Defendant Microsoft Corporation ("Microsoft") hereby moves for leave to exchange more than 10 claim terms with Plaintiffs Uniloc USA, Inc. and Uniloc Singapore Private Limited. Specifically, Microsoft moves for leave to exchange the following fourteen claim terms:

1. registration key
2. enabling key
3. information uniquely descriptive of the licensee
4. platform unique ID generating means
5. provided to said mode-switching means by said intending user
6. communicated to said intending user
7. fully enabled mode / full version run
8. partly enabled or demonstration mode
9. serial number
10. includes the algorithm utilized by said local licensee unique ID generating means to produce said local licensee unique ID
11. wherein said registration system is replicated at the registration authority
12. generated by a third party means of operation of a duplicate copy of said registration key generating means

GRANTED
[signature]
William E. Smith
U.S. District Judge
1/12/06

13. has matched
14. mode switching means will permit said data to run in said use mode in subsequent execution only if said platform unique ID has not changed.

For the reasons set forth in Microsoft's November 21 Memorandum in Support of its Motion for Leave to Exchange Additional Claim Terms (Dkt. 118) and in Microsoft's December 22 Reply Memorandum in Support of its Motion for Leave to Exchange Additional Claim terms (Dkt. 125), Microsoft respectfully requests that this relief be granted.

On January 5, 2006, Uniloc's counsel informed Microsoft's counsel that Uniloc assents to Microsoft's request to exchange the fourteen terms identified in this assented-to motion.