**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

UNILOC USA, INC. and

UNILOC SINGAPORE PRIVATE LIMITED

Plaintiffs,

vs.

MICROSOFT CORPORATION,

Defendant.

Civ. A. No. 03-CV-440 (WES)

**JOINT DESIGNATION OF PATENT CLAIM TERMS**
**IN DISPUTE**

Pursuant to the Amended Pretrial Order entered on June 10, 2005, plaintiffs, Uniloc USA, Inc. and Uniloc Singapore Private Ltd. (together Uniloc"), and defendant, Microsoft Corporation ("Microsoft"), submit this joint designation of disputed patent claim terms to be construed by the Court in this case:

| TERMS DESIGNATED BY UNILOC | TERMS DESIGNATED BY MICROSOFT |
|---|---|
| Licensee Unique ID/Security Key | Registration key |
| Registration system | Enabling key |
| Algorithm | Information uniquely descriptive of an intending licensee |
| Local Licensee Unique ID Generating Means | Platform unique ID generating means |
| Remote Licensee Unique ID Generating Means | Provided to said mode-switching means by said intending user |
| Mode Switching Means | Communicated to said intending user |
| Use Mode | Fully enabled mode/full version run |
| Information … Which Uniquely Identifies An Intended Registered User | Partly enabled or demonstration mode |
| Checking by the registration authority that information unique to the user is correctly | Serial number |

| | |
|---|---|
| entered | |
| Registration Key Generating Means | Includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID |
| | Wherein said registration system is replicated at the registration authority |
| | Generated by a third party means of operation of a duplicate copy of said registration key generating means. |
| | Has matched |
| | Mode switching means will permit said data to run in said use mode in subsequent execution only if said platform unique ID has not changed |

Respectfully submitted,

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

By: ______________________
Francis A. Connor, III (R.I. Bar No. 4640)
Sheri L. Pizzi (R.I. Bar No. 5720)
**TAYLOR DUANE BARTON**
**& GILMAN, LLP**
10 Dorrance Street, Suite 700
Providence, Rhode Island 02903
(401) 273-7171 (Telephone)
(401) 273-2904 (Facsimile)

Paul J. Hayes
Paul J. Cronin
**MINTZ, LEVIN, COHN, FERRIS,**
**GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, Massachusetts 02111
(617) 542-6000 (Telephone)

**MICROSOFT CORPORATION**

By: ______________________
Joseph V. Cavanagh (R.I. Bar No. 1139)
**BLISH & CAVANAGH**
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)

Frank E. Scherkenbach
Kurt L. Glitzenstein
Laura R. Braden
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, Massachusetts 02110
(617) 542-5070 (Telephone)
(617) 542-8906 (Facsimile)

Dated: January 17, 2006

Isabella Fu
**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, Washington 98052
(415) 882-8080 (Telephone)
(415) 936-7329 (Facsimile)

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served by hand delivery on local counsel for Microsoft Corporation, Joseph V. Cavanagh, Esq. of Bliss and Cavanagh, Commerce Center, 30 Exchange Terrace, Providence, Rhode Island 02903, and by overnight delivery to and Kurt L. Glitzenstein, Esq. of Fish & Richardson P.C., 225 Franklin Street, Boston, Massachusetts 02110, on January 17, 2006.



LIT 1557317v.1