UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. No. 03-440S |

**SCHEDULING ORDER**

After conference with the attorneys in this case, it is ordered that:

(1) Plaintiffs' brief regarding disputed claims shall be filed with the Court on or before **February 24, 2006**;

(2) Defendant's brief regarding disputed claims shall be filed with the Court on or before **March 17, 2006**, and Plaintiffs' Reply shall be filed with the Court on or before **March 27, 2006**;

(3) The Technical Tutorial will be held on **April 5, 2006**;

(4) The Claim Construction Hearing will be held on **May 1, 2006**;

(5) Defendant's Motion for Summary Judgment shall be filed **fourteen (14) days** after the Court's decision regarding disputed claim terms;

(6) Plaintiffs' Opposition to the Motion for Summary Judgment shall be filed **ten (10) days** after the

filing of said Motion, and Defendant's Reply shall be filed **seven (7) days** thereafter.

IT IS SO ORDERED.

ORDER:

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: January 26 2006