UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILOC USA, INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v. C.A. No. 03-440S

MICROSOFT CORPORATION,

Defendant.

**REVISED SCHEDULING ORDER**

After conference with the attorneys in this case, it is ordered that:

(1) Plaintiffs' brief regarding disputed claims shall be filed with the Court on or before **February 24, 2006**;

(2) Defendant's brief regarding disputed claims shall be filed with the Court on or before **March 17, 2006**, and Plaintiffs' Reply shall be filed with the Court on or before **March 27, 2006**;

(3) The Technical Tutorial will be held on **April 5, 2006**;

(4) The Claim Construction Hearing will be held on **May 1, 2006**;

(5) Defendant's Motion for Summary Judgment shall be filed **fourteen (14) days** after the Court's decision regarding disputed claim terms;

(6) Plaintiffs' Opposition to Defendant's Motion for Summary Judgment (and Cross-Motion for Summary

Judgment, if any) shall be filed **ten (10) days** after the filing of said Motion;

(7) Defendant's Reply and Opposition to Plaintiffs' Summary Judgment Motion shall be filed **seven (7) days** thereafter; and

(8) Plaintiffs' Reply to Defendant's Opposition shall be filed **seven (7) days** thereafter.

IT IS SO ORDERED.

ORDER:

Deputy Clerk

ENTER:

William E. Smith
United States District Judge

Date: February 1, 2006