# Dan Seth Wallach

Home: 713-862-7860
Work: 713-348-6155
Fax: 713-348-5930

*dwallach@cs.rice.edu*

*http://www.cs.rice.edu/~dwallach/*

Department of Computer Science
Rice University
Duncan Hall 3121
6100 Main Street
Houston, TX 77005


**Education**

**Princeton University** (Princeton, NJ), Department of Computer Science,

Ph.D. Computer Science, January 1999.

M.A. Computer Science, May 1995.

**U.C. Berkeley** (Berkeley, CA), College of Engineering,

B.S. Electrical Engineering/Computer Science, May 1993.

**Publications**

**Journal Papers**

Cristian Coarfa, Peter Druschel, Dan S. Wallach, Performance Analysis of TLS Web Servers, *ACM Transactions on Computer Systems*, to appear.

Eyal de Lara, Yogesh Chopra, Nilesh Vaghela, Rajnish Kumar, Dan S. Wallach, Willy Zwaenepoel, Iterative Adaptation for Mobile Clients Using Existing APIs, *IEEE Transactions on Parallel and Distributed Systems*, vol. 16, no. 10, October 2005.

Adam B. Stubblefield, Aviel D. Rubin, and Dan S. Wallach, Managing the Performance Impact of Web Security, *Electronic Commerce Research Journal*, February, 2005.

Andrew M. Ladd, Kostas E. Bekris, Algis Rudys, Lydia E. Kavraki, and Dan S. Wallach, Robotics-Based Location Sensing Using Wireless Ethernet, *Wireless Networks*, volume 11, number 1-2, January 2005, pp. 189-204.

Andrew M. Ladd, Kostas E. Bekris, Algis P. Rudys, Dan S. Wallach, and Lydia E. Kavraki. On the Feasibility of Using Wireless Ethernet for Indoor Localization, *IEEE Transactions on Robotics and Automation*, volume 20, number 3, June 2004.

Y. Charlie Hu, Weimin Yu, Alan Cox, Dan S. Wallach, and Willy Zwaenepoel, Runtime Support for Distributed Sharing in Safe Languages. ACM Transactions on Computer Systems, volume 21, number 1, pp. 1-35, February 2003.

Algis Rudys and Dan S. Wallach, Termination in Language-based Systems, *ACM Transactions on Information and System Security*, volume 5, number 2, May 2002.

Dan S. Wallach, Edward W. Felten, and Andrew W. Appel, The Security Architecture Formerly Known as Stack Inspection: A Security Mechanism for Language-based Systems, *ACM Transactions on Software Engineering and Methodology*, volume 9, number 4, October 2000.

**Refereed Conference Papers**

Animesh Nandi, Tsuen-Wan "Johnny" Ngan, Atul Singh, Peter Druschel, and Dan S. Wallach, Scrivener: Providing Incentives in Cooperative Content Distribution Systems, *ACM/IFIP/USENIX 6th International Middleware Conference (Middleware 2005)* (Grenoble, France), November 2005.

Andreas Haeberlen, Eliot Flannery, Andrew M. Ladd, Algis Rudys, Dan S. Wallach, and Lydia E. Kavraki, Practical Robust Localization over Large-Scale 802.11 Networks, *Tenth ACM International Conference on Mobile Computing and Networking (MOBICOM 2004)* (Philadelphia, Pennsylvania), September 2004.

Tadayoshi Kohno, Adam Stubblefield, Aviel D. Rubin, Dan S. Wallach, Analysis of an Electronic Voting System, *2004 IEEE Symposium on Security and Privacy* (Oakland, California), May 2004.

Scott Crosby and Dan S. Wallach, Denial of Service via Algorithmic Complexity Attacks, *12th Usenix Security Symposium* (Washington, D.C.), August 2003.

David W. Price, Algis Rudys, and Dan S. Wallach, Garbage Collector Memory Accounting in Language-Based Systems, *2003 IEEE Symposium on Security and Privacy* (Oakland, California), May 2003.

Eyal de Lara, Rajnish Kumar, Dan S. Wallach, and Willy Zwaenepoel, Collaboration and Multimedia Authoring on Mobile Devices, *First International Conference on Mobile Systems, Applications, and Services (MobiSys '03)* (San Francisco, California), May 2003.

Miguel Castro, Peter Druschel, Ayalvadi Ganesh, Antony Rowstron and Dan S. Wallach, Security for Peer-to-Peer Routing Overlays. *Fifth Symposium on Operating Systems Design and Implementation (OSDI '02)* (Boston, Massachusetts), December 2002.

Andrew M. Ladd, Kostas E. Bekris, Guillaume Marceau, Algis Rudys, Dan S. Wallach, and Lydia E. Kavraki, Using Wireless Ethernet for Localization. *2002 IEEE/RSJ International Conference on Intelligent Robots and Systems (IROS 2002)* (Lausanne, Switzerland), October 2002.

Andrew M. Ladd, Kostas E. Bekris, Guillaume Marceau, Algis Rudys, Lydia E. Kavraki and Dan S. Wallach, Robotics-Based Location Sensing using Wireless Ethernet. *Eighth ACM International Conference on Mobile Computing and Networking (MOBICOM 2002)* (Atlanta, Georgia), September 2002.

Algis Rudys and Dan S. Wallach, Transactional Rollback for Language-Based Systems, *The 2002 International Conference on Dependable Systems and Networks (DSN-2002)* (Washington, D.C.), June 2002.

Cristian Coarfa, Peter Druschel, and Dan S. Wallach, Performance Analysis of TLS Web Servers, *Network and Distributed Systems Security Symposium* (San Diego, California), February 2002.

Eyal de Lara, Dan S. Wallach, and Willy Zwaenepoel, HATS: Hierarchical Adaptive Transmission Scheduling, *Multimedia Computing and Networking 2002 (MMCN02)* (San Jose, California), January 2002.

Jason Flinn, Eyal de Lara, M. Satyanarayanan, Dan S. Wallach, and Willy Zwaenepoel, Reducing the Energy Usage of Office Applications, *IFIP/ACM International Conference on Distributed Systems Platforms - Middleware 2001* (Heidelberg, Germany), November 2001.

Scott A. Craver, Min Wu, Bede Liu, Adam Stubblefield, Ben Swartzlander, Dan S. Wallach, Drew Dean, and Edward W. Felten, Reading Between the Lines: Lessons from the SDMI Challenge, *10th Usenix Security Symposium* (Washington, D.C.), August 2001.

Eyal de Lara, Dan S. Wallach and Willy Zwaenepoel, Puppeteer: Component-based Adaptation for Mobile Computing, *3rd Usenix Symposium on Internet Technologies and Systems (USITS '01)* (San Francisco, California), March 2001.

Algis Rudys, John Clements, and Dan S. Wallach, Termination in Language-based Systems, *Network and Distributed Systems Security Symposium* (San Diego, California), February 2001.

Eyal de Lara, Dan S. Wallach and Willy Zwaenepoel, Opportunities for Bandwidth Adaptation in Microsoft Office Documents, *4th Usenix Windows Systems Symposium* (Seattle, Washington), August 2000.

Dan S. Wallach and Edward W. Felten, Understanding Java Stack Inspection, *1998 IEEE Symposium on Security and Privacy* (Oakland, California), May 1998, pp. 52-63.

Dan S. Wallach, Dirk Balfanz, Drew Dean, and Edward W. Felten, Extensible Security Architectures for Java, *16th Symposium on Operating Systems Principles* (Saint-Malo, France), October 1997, pp. 116-128.
***—outstanding paper award***

Edward W. Felten, Dirk Balfanz, Drew Dean, and Dan S. Wallach, Web Spoofing: An Internet Con Game, *20th National Information Systems Security Conference* (Baltimore, Maryland), October 1996.

Drew Dean, Edward W. Felten, and Dan S. Wallach, Java Security: From HotJava to Netscape and Beyond, *1996 IEEE Symposium on Security and Privacy* (Oakland, California), May 1996, pp. 190-200.

Dan S. Wallach, Sharma Kunapalli and Michael F. Cohen, Accelerated MPEG Compression of Dynamic Polygonal Scenes, *Computer Graphics*, SIGGRAPH 1994 (Orlando, Florida), August 1994, pp. 193-196.

**Articles, Book Chapters, Etc.**

Dan S. Wallach, Texas must confront voting systems' flaws, *Austin American-Statesman*, September 2004.

Jonathan Bannet, David W. Price, Algis Rudys, Justin Singer, Dan S. Wallach, Hack-a-Vote: Demonstrating Security Issues with Electronic Voting Systems, *IEEE Security & Privacy Magazine*, volume 2, number 1, January/February 2004, pp. 32-37. Also reprinted by *ComputerUser*, March 2004.

Dan S. Wallach, Copy Protection Technology is Doomed, *IEEE Computer*, volume 34, number 10, October 2001, pp. 48-49.

Drew Dean, Edward W. Felten, Dan S. Wallach, and Dirk Balfanz, Java Security: Web Browsers and Beyond, *Internet Beseiged: Countering Cyberspace Scofflaws*, D. E. Denning and P. J. Denning, Eds. ACM Press, New York, Oct. 1997, pp. 241-269.

**PhD Dissertation**

Dan S. Wallach, A New Approach to Mobile Code Security, PhD Dissertation, Princeton University, January 1999.
*Advised by Edward W. Felten*

**Workshop Papers**

Seth James Nielson, Scott A. Crosby, and Dan S. Wallach, A Taxonomy of Rational Attacks, *Fourth International Workshop on Peer-to-Peer Systems (IPTPS '05)* (Ithaca, New York), February 2005.

Alan Mislove, Gaurav Oberoi, Ansley Post, Charles Reis, Peter Druschel, and Dan S. Wallach, AP3: Cooperative, Decentralized Anonymous Communication, *11th ACM SIGOPS European Workshop* (Leuven, Belgium), September 2004.

Tsuen-Wan "Johnny" Ngan, Animesh Nandi, Atul Singh, Dan S. Wallach, and Peter Druschel, Designing Incentives-Compatible Peer-to-Peer Systems, *2nd Bertinoro Workshop on Future Directions in Distributed Computing (FuDiCo 2004)* (Bertinoro, Italy), June 2004.

Tsuen-Wan "Johnny" Ngan, Dan S. Wallach, and Peter Druschel, Incentives-Compatible Peer-to-Peer Multicast, *2nd Workshop on Economics of Peer-to-Peer Systems* (Cambridge, Massachusetts), June 2004.

Ping Tao, Algis Rudys, Andrew Ladd, and Dan S. Wallach, Wireless LAN Location Sensing for Security Applications, *ACM Workshop on Wireless Security (WiSe 2003)* (San Diego, California), September 2003.

Andrew Fuqua, Tsuen-Wan "Johnny" Ngan, and Dan S. Wallach, Economic Behavior of Peer-to-Peer Storage Networks, *Workshop on Economics of Peer-to-Peer Systems* (Berkeley, California), June 2003.

Alan Mislove, Charles Reis, Ansley Post, Paul Willmann, Peter Druschel, Dan S. Wallach, Xavier Bonnaire, Pierre Sens, Jean-Michel Busca, Luciana Arantes-Bezerra, POST: A Secure, Resilient, Cooperative Messaging System, *9th Workshop on Hot Topics in Operating Systems (HotOS IX)* (Lihue, Hawaii), May 2003.

Nathanael Paul, David Evans, Aviel D. Rubin, and Dan S. Wallach, Authentication for Remote Voting, *Workshop on Human-Computer Interaction and Security Systems* (Fort Lauderdale, Florida), April 2003.

Tsuen-Wan "Johnny" Ngan, Dan S. Wallach, and Peter Druschel, Enforcing Fair Sharing of Peer-to-Peer Resources, *2nd International Workshop on Peer-to-Peer Systems (IPTPS '03)* (Berkeley, California), February 2003.

Algis Rudys and Dan S. Wallach, Enforcing Java Run-Time Properties Using Bytecode Rewriting, *International Symposium on Software Security* (Tokyo, Japan), November 2002.

Dan S. Wallach, A Survey of Peer-to-Peer Security Issues, *International Symposium on Software Security* (Tokyo, Japan), November 2002.

Yuri Dotsenko, Eyal de Lara, Dan S. Wallach, and Willy Zwaenepoel, Extensible Adaptation via Constraint Solving, *4th IEEE Workshop on Mobile Computing Systems & Applications* (Callicoon, New York), June 2002.

Eyal de Lara, Rajnish Kumar, Dan S. Wallach, and Willy Zwaenepoel, Collaboration and Document Editing on Bandwidth-Limited Devices, *Proceedings of the Workshop on Application Models and Programming Tools for Ubiquitous Computing (UbiTools '01)* (Atlanta, Georgia), September 2001.

Eyal de Lara, Dan S. Wallach, and Willy Zwaenepoel, Position Summary: Architectures for Adaptation Systems, *Eighth IEEE Workshop on Hot Topics in Operating Systems (HotOS-VIII)* (Schloss Elmau, Germany), May 2001.

Y. Charie Hu, Weimin Yu, Alan L. Cox, Dan S. Wallach, and Willy Zwaenepoel, Runtime Support for Distributed Sharing in Typed Languages, *Proceedings of LCR2000: the Fifth Workshop on Languages, Compilers, and Run-time Systems for Scalable Computers* (Rochester, New York), May 2000.

Dan S. Wallach, Jim A. Roskind, and Edward W. Felten, Flexible, Extensible Java Security Using Digital Signatures, *Network Threats* (New Brunswick, New Jersey), December 1996, R. N. Wright and P. G. Neumann, Eds., vol. 38 of *DIMACS Series in Discrete Mathematics and Theoretical Computer Science*, American Mathematical Society, pp. 59-74.

**Tech Reports / Miscellaneous**

Seth Nielson, Seth J. Fogarty, and Dan S. Wallach, Attacks on Local Searching Tools, Technical Report TR-04-445, Department of Computer Science, Rice University, December 2004.

Dan S. Wallach, Testimony for the NIST/EAC Technical Guidelines Development Committee (Gaithersburg, Maryland), September 2004.

Dan S. Wallach, Testimony for the Texas Senate Committee on State Affairs (Austin, Texas), May 2004.

Dan S. Wallach, Testimony for the Texas House Elections Committee (Austin, Texas), March 2004.

Dan S. Wallach, Testimony for the Ohio Joint Committee on Ballot Security (Columbus, Ohio), March 2004.

Jonathan Bannet, David W. Price, Algis Rudys, Justin Singer, Dan S. Wallach, Hack-a-Vote: Demonstrating Security Issues with Electronic Voting Systems. Technical Report TR-03-427, Department of Computer Science, Rice University, November 2003.

Tadayoshi Kohno, Adam Stubblefield, Aviel D. Rubin, Dan S. Wallach, Analysis of an Electronic Voting System, Johns Hopkins Information Security Institute Technical Report TR-2003-19, July 2003.

David L. Dill, Rebecca Mercuri, Peter G. Neumann, and Dan S. Wallach, Frequently Asked Questions about DRE Voting Systems (web page, also submitted to Santa Clara County board of supervisors), February 2003.

David W. Price, Algis Rudys, and Dan S. Wallach, Garbage Collector Memory Accounting in Language-Based Systems, Technical Report TR-02-407, Department of Computer Science, Rice University, December 2002.

Adam B. Stubblefield and Dan S. Wallach, Dagster: Censorship-Resistant Publishing Without Replication, Technical Report TR01-380, Department of Computer Science, Rice University, July 2001.

Alex Grosul and Dan S. Wallach, A Related-Key Cryptanalysis of RC4, Technical Report TR-00-358, Department of Computer Science, Rice University, June 2000.

Adam B. Stublefield and Dan S. Wallach, A Security Analysis of My.MP3.com and the Beam-it Protocol, Technical Report TR-00-353, Department of Computer Science, Rice University, February 2000.

Eyal de Lara, Dan S. Wallach, and Willy Zwaenepoel, A Characterization of Compound Documents on the Web, Technical Report TR-99-351, Department of Computer Science, Rice University, November 1999.

**Invited Panels**

Steve Ansolabehere, *et al.*, Workshop on Developing a Research Agenda for Electronic Voting Technologies, American Association for the Advancement of Science (AAAS), September 2004.

Darleen Fisher, *et al.*, NSF Workshop on Security and Privacy (Berkeley, California), February 2002. *Publication pending.*

Gary McGraw, *et al.*, Attacking Malicious Code: A Report from the Infosec Research Council (San Antonio, Texas), April, 2000. Report published in *IEEE Software* 17(5), pp. 33-40.

**Teaching**

Courses at Rice:

Comp527: Computer Systems Security (Spring 1999, Fall and Spring 2000, Fall 2001-2005)

Comp314: Applied Algorithms and Data Structures (Fall 1999, Spring 2001, 2002, 2004, 2005)

Comp620: Seminar in Secure Systems (Fall 1998)

Short courses and tutorials:

Dan S. Wallach, *Language-Based Security* (a one-week intensive short course), presented at *The Summer School on Foundations of Internet Security* (Duszniki Zdrój, Poland), June 2002.

Dan S. Wallach and Drew Dean, *Java and Security* (a one-week intensive short course), Katholieke Universiteit Leuven (Leuven, Belgium), March 1997.

Teaching assistant positions at Princeton:

Introduction to Computer Systems (Spring 1996)

Computer Graphics (Fall 1993, Fall 1994, and Fall 1995)

Advanced Programming Techniques (Spring 1994)

**Professional Service**

*Research management:*

Associate Director, ACCURATE (NSF-funded research center), 2005-2010

*Program committees:*

ACM Conference on Computer and Communications Security (CCS) 2004 and 2005

ACM Role-Based Access Control Workshop 1999 and 2000

Applied Cryptography and Network Security (ACNS) 2005

HotOS Workshop 2003

IEEE Security and Privacy 1999, 2004, and 2005

IEEE Workshop on Mobile Computing Systems and Applications (WMCSA) 2002 and 2004

International Peer-to-Peer Symposium (IPTPS) 2004 and 2006

Network and Distributed Systems Security Symposium (NDSS) 2002-2004 and 2006

NSF Trusted Computing Panel 2002

NSF Cybertrust Panel 2004

South Central Information Security Symposium 2003-2005

Usenix Annual Conference 2001

Usenix Security Symposium 1999-2003 and 2005

Usenix Symposium on Internet Technologies and Systems (USITS) 2003

Workshop on Economics in Peer-to-Peer Systems 2004

WWW Conference 1999, 2000, 2003, 2004

*Program committee chair:*

Usenix Security Symposium 2001

*Invited talks coordinator:*

Usenix Security Symposium 2002

*Panel moderator/organizer (electronic voting security):*

Usenix Security Symposium 2003
IEEE Symposium on Security and Privacy 2004

*Workshop organizer:*

South Central Information Security Symposium 2003-2005

*Editorial and advisory board memberships:*

Abusable Technologies Awareness Center
Election Science Institute (VoteWatch)
IEEE Internet Computing
International Journal of Information Security
International Journal of Information and Computer Security
International Journal for Infonomics
National Committee for Voting Integrity
Verified Voting Foundation / VerifiedVoting.org

*University committees:*

Advisor for MCS Students (2000-2001)
CS Graduate Admissions (1998-2005)
CS Curriculum Committee (2005-present)
CS Facilities (occasional involvement)
KTRU (Rice Radio) Friendly Committee (2005-present)

University IT Security Committee (2002-present)

*Other university service:*

Divisional advisor and faculty associate, Martel College (2001-present)
Rice Social Dance Society: faculty sponsor, instructor, workshop organizer, etc. (2001-present)

**Grants**

Aviel D. Rubin, Dan S. Wallach, Michael Byrne, Douglas W. Jones, David Dill, Dan Boneh, David A. Wagner, Dierdre Mulligan, Drew Dean, and Peter G. Neumann, CT-CS: A Center for Correct, Usable, Reliable, Auditable, and Transparent Elections (ACCURATE), NSF CNS-0524211 (October 2005).

Dan S. Wallach and Peter Druschel, CSR/PDOS: Security and Incentives for Overlay Network Infrastructure, NSF CNS-0509297 (August 2005).

Dan S. Wallach and Mike Dahlin, Resource Management for Safe Deployment of Edge Services, Texas Advanced Technology Program #003604-0053-2001 (October 2001).

Dan S. Wallach, Security and Resource Management in Type-Safe Language Environments, NSF CAREER CCR-9985332 (March 2000).

Behnaam Aazhang, Richard G. Baraniuk, Joseph R. Cavallaro, Edward W. Knightly, and Dan S. Wallach, Seamless Multitier Wireless Networks for Multimedia Applications, NSF Special Projects ANI-9979465 (April 1999).

*Industrial gifts and support:*

Microsoft gift (November 2002)
Schlumberger gift (February 2002)
IBM University Partnership Program (June 2000)
Microsoft gift (July 2000)

*Related support:*

Usenix Student Scholarship for Adam Stubblefield (May 2001)

**Invited Talks and Panels**

Dan S. Wallach, *The Risks of Electronic Voting*, Virginia Joint Committee Studying Voting Equipment (Richmond, Virginia), August 2005.

Dan S. Wallach, *The Risks of Electronic Voting*, Tarrant County Democratic Party Meeting (Hurst, Texas), July 2005.

Dan S. Wallach, *Electronic Voting Machine / Registration Systems*, Testimony for the Carter-Baker Commission on Federal Election Reform (Houston, Texas), June 2005.

Dan S. Wallach, *The Risks of Electronic Voting*, NSF Workshop on Cyberinfrastructure and the Social Sciences (Arlington, Virginia), March 2005.

Dan S. Wallach, *The Risks of Electronic Voting*, CASSIS: Construction and Analysis of Safe, Secure, and Interoperable Smart Devices (Nice, France), March 2005.

Dan S. Wallach, *The Risks of Electronic Voting*, University of Massachusetts, Amherst, Five Colleges Information Assurance Lecture Series (Ahmerst, Massachusetts), December 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, University of Iowa, Department of Computer Science (Iowa City, Iowa), December 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, CSI's 31st Annual Computer Security Conference (Washington, D.C.), November 2004.

Hans Klein, Eugene Spafford, Donald Moynihan, Dan S. Wallach, and Jim Reis, *Panel: E-Voting Policies and Perils,* Association for Public Policy Analysis and Management (APPAM) (Atlanta, Georgia), October 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, Seventh Workshop on Languages, Compilers, and Run-time Support for Scalable Systems (Houston, Texas), October 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, Symposium on the 2004 Presidential Election, John J. Marshall Law School (Chicago, Illinois), October 2004.

Chris Bell, Dan S. Wallach, and Tony J. Servello III, *Panel: Electronic Voting*, Science Café (Houston, Texas), October 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, The Integrity of the Electrion Process, U. of Toledo Law School (Toledo, Ohio), October 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, Princeton University, Department of Computer Science (Princeton, New Jersey), October 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, DIMACS Workshop on Cryptography: Theory Meets Practice (Piscataway, New Jersey), October 2004.

Dan S. Wallach, Michael I. Shamos, Eugene Spafford, and Michael E. Lavelle, *Panel: Who Can Plug Into E-Voting Machines?*, E-lection 2004: Is E-Voting Ready for Prime Time?, John Marshall Law School (Chicago, Illinois), October 2004.

Dan S. Wallach, Testimony for the NIST/EAC Technical Guidelines Development Committee (Gaithersburg, Maryland), September 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, DiverseWorks: The Voting Machine (Houston, Texas), September 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, Baker Institute Forum on Electronic Voting (Houston, Texas), September 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, League of Women Voters General Meeting (Houston, Texas), September 2004.

Dan S. Wallach, *The Risks of Electronic Voting,* Simposio acerca de Urnas Electrónicas para la Emisión del Voto Ciudadano (Mexico City, Mexico), September 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, Fermi National Accelerator Lab (Batavia, Illinois), August 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, TrueMajority "National Day of Action" (Austin, Texas), July 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, 10th Annual County and District Clerks' Association of Texas Conference (Lake Conroe, Texas), June 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, Texas State Democratic Party Convention, Progressive Populist Caucus (Houston, Texas), June 2004.

Dan S. Wallach, *Hack-a-Vote: Demonstrating Security Issues with Electronic Voting Machines*, DIMACS Workshop on Electronic Voting - Theory and Practice (Piscataway, New Jersey), May 2004.

Dan S. Wallach, Testimony for the Texas Senate Committee on State Affairs (Austin, Texas), May 2004.

Josh Benaloh, Dana DeBeauvoir, and Dan S. Wallach. *Panel: Electronic Voting Security*, IEEE Symposium on Security and Privacy (Oakland, California), May 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, Harris County Democrats (Houston, Texas), April 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, North Brazoria County Democrats (Pearland, Texas), April 2004.

Dana DeBeauvoir, Ann McGeehan, Dan S. Wallach, *Panel on the Security of Electronic Voting*, League of Women Voters (Austin, Texas), April 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, Guest lecture in "Texas Political Parties and Elections" (Government 335N, University of Texas, Austin), March 2004.

Dan S. Wallach, Testimony for the Texas House Elections Committee (Austin, Texas), March 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, Bell County Republican Convention (Belton, Texas), March 2004.

Dan S. Wallach, Testimony for the Ohio Joint Committee on Ballot Security (Columbus, Ohio), March 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, Houston Peace Forum (First Unitarian Universalist Church, Houston, Texas), March 2004.

Ben Cohen and Dan S. Wallach, *TrueMajority Press Event* (Washington, D.C.) February, 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, European Commision eDemocracy Seminar (Brussels, Belgium), February, 2004.

Dana DeBeauvoir, Dan S. Wallach, Ann McGeehan, Bill Stotesbery, Adina Levin, *Electronic Voting: Benefits & Risks*, First Unitarian Universalist Church of Austin (panel co-sponsored by Travis County Green Party and Austin Democracy Coalition) (Austin, Texas), January 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, Texas IMPACT / United Methodist Women (Austin, Texas), January 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, River Oaks Democratic Women (Houston, Texas), January 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, University of Michigan, Department of Computer Science (Ann Arbor, Michigan), January 2004.

Dan S. Wallach, *The Risks of Electronic Voting*, EFF-Austin Policy Roundtable (Austin, Texas), December 2003.

Dan S. Wallach, *O.S. Security Semantics for Language-based Systems*, Katholieke Universiteit Leuven (Leuven, Belgium), December 2003.

Dan S. Wallach, *O.S. Security Semantics for Language-based Systems*, Belgium Java User's Group: JavaPolis (Antwerp, Belgium), December 2003.

Dan S. Wallach, *The Risks of Electronic Voting*, Austin Pastoral Center (Austin, Texas), November 2003.

Dan S. Wallach, *Peer-to-Peer Security*, Cornell University, Department of Computer Science (Ithaca, New York), November 2003.

Dan S. Wallach, *The Risks of Electronic Voting*, Duke University, Department of Computer Science (Durham, North Carolina), October 2003.

Dan S. Wallach, *The Risks of Electronic Voting*, University of Arizona, Department of Computer Science (Tucson, Arizona), September 2003.

Dan S. Wallach, *Peer-to-Peer Security*, UW/MSR/CMU Software Security Summer Institute (Stevenson, Washington), June 2003.

Dan S. Wallach, *Peer-to-Peer Security*, Stanford University, Department of Computer Science (Stanford, California), May 2003.

Dan S. Wallach, *Adventures in Copy Protection Research*, The Hockaday School (Dallas, Texas), April 2003.

Dan S. Wallach, *Adventures in Copy Protection Research*, Formal Techniques for Networked and Distributed Systems (Houston, Texas), November 2002.

Dan S. Wallach, *Peer-to-Peer Security*, Oregon Graduate Institute (Portland, Oregon), March 2002.

Dan S. Wallach, *Mobile Code Security Through Program Transformations*, Mathematical Foundations of Programming Semantics (New Orleans, Louisiana), March 2002.

Dan S. Wallach, *The Risks of E-Voting Machines*, Bay Area New Democrats (Houston, Texas), November 2001.

Dan S. Wallach, Testimony before the Houston City Council on the risks of electronic voting systems, July 2001.

Dan S. Wallach, *Adventures in Copy Protection Research*, Open Group Meeting (Austin, Texas), July 2001.

Dan S. Wallach, *Adventures in Copy Protection Research*, Houston Copyright Town Hall Meeting (Houston, Texas), April, 2001.

Dan S. Wallach, *Mobile Code Security Through Program Transformations*, U.C. Berkeley (Berkeley, California), March 2001.

Dan S. Wallach, *Mobile Code Security Through Program Transformations*, University of Texas (Austin, Texas), November 2000.

Dan S. Wallach, *Mobile Code Security Through Program Transformations*, International Workshop on Mobile Objects/Code and Security (Tokyo, Japan), October 2000.

Dan S. Wallach and John DeRose, *The Security of My.MP3.com and Other ``Beaming" Technologies*, MP3 Summit (San Diego, California), June 2000.

Dan S. Wallach, *An Overview of Computer Security*, Law Practice Management Section of the Houston Bar Association (Houston, Texas), May 2000.

- Wallach has also spoken to visiting groups of high school students via a Rice outreach program organized by Jen Overton.

**Advisees**

*Completed PhDs:*

Eyal de Lara (PhD completed January '03, now a professor at the University of Toronto)

*Recent graduate researcher collaborators* (* = Wallach is current, primary advisor):

Konstantinos Bekris
Cristian Coarfa
Scott Crosby*
Anwis Das*
Yuri Dotsenko
Tadayoshi Kohno (UC San Diego)
Rajnish Kumar
Andrew Ladd
Alan Mislove
Animesh Nandi
Seth Nielson*
Tsuen Wan "Johnny" Ngan*
Ainsley Post
Algis Rudys*
Atul Singh
Adam Stubblefield (Johns Hopkins)

Ping Tao

*Recent undergraduate researchers*:

Jonathan Bannet
Eliot Flannery
Andrew Fuqua
David Wray Price
Adam Stubblefield
Andy Thomas

**Consulting**

*Private Consulting:*

AT&T Research (fall 2001, collaborating with Avi Rubin on security research)
GalleryFurniture (August 2001, post-attack web site audit and reinstall)
Curl (December 2000, security architecture review)
Quaadros Technologies (October 2000, design review)
Cloakware (September 2000 and August 2001, design review)
Coral Technologies (December 1999, security audit)
MetaCreations (March 2000, security audit)
CenterPoint Ventures (ongoing, technical evaluations of startups)
Rho Ventures (ongoing, technical evaluations of startups)

*Legal Consulting:*

Autobytel v. Dealix (May 2005, expert for Dealix)
Soverain v. Amazon.com (April 2005, expert for Amazon.com)
Uniloc v. Microsoft (November 2004, expert witness for Microsoft)
Nash v. Microsoft (May 2004, expert witness for Microsoft)
Recruitsoft v. Hire.com (August 2003, expert witness for Hire.com)
DirecTV v. NDS (April 2003, expert witness for DirecTV)
RIAA v. MP3.com (February 2000, wrote declaration for MP3.com)

**Employment History**

Rice University, Associate professor, Department of Computer Science, beginning October 1998. (Promoted from assistant professor in May 2005.)

9/93 - 10/98 Princeton University, Graduate student, Department of Computer Science. Supported by grants from NSF, Sun Microsystems, Intel, Microsoft, and others.

6/97 - 8/97 Netscape Communications Corporation, Mountain View, California.

Integrated Java with SSL. Audited the CORBA and RMI implementations for security bugs. Wrote a CORBA demonstration (a chat server).

6/96 - 8/96 Netscape Communications Corporation, Mountain View, California.

Designed and implemented a privilege-based security mechanism and user interface to enable digitally-signed Java applets. Participated in design reviews of several Netscape and JavaSoft technologies.

6/95 - 8/95 Microsoft Corporation, Redmond, Washington.

Wrote a converter from Softimage to a RenderMorphics-based system (V-Chat). Designed and implemented a polygonal model compression system for virtual reality applications.

6/94 - 8/94 **David Sarnoff Research Center**, Princeton, New Jersey.

Wrote a microcode-level simulator for parallel video processing engine. Wrote design documents for the client side of a future video-on-demand system.

6/93 - 8/93 **Berkeley Systems**, Berkeley, California.

Ported a screen-reading system (allowing blind people to use graphical user interfaces) from Microsoft Windows to X.

9/92 - 6/93 **U.C. Berkeley**, Research Assistant for Dr. Larry Rowe.

Implemented parts of a MPEG-1 video encoder. Wrote the audio support for a real-time distributed media-on-demand system.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNILOC USA INC. and UNILOC SINGAPORE PRIVATE LTD.<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 03-CV-440 (WES) |

**DECLARATION OF DAN S. WALLACH, Ph.D**

1. My name is Dan S. Wallach. I am an associate professor in the Department of Computer Science at Rice University in Houston, TX. My specialty is computer security. In the course of my academic studies, I have authored or co-authored over forty refereed papers on topics in computer security. A complete list of my publications, program committee appointments, testimony, grants received, and other honors appears in my curriculum vita, attached as Exhibit A.

2. I have been engaged by counsel to Defendant Microsoft Corporation in this matter and have submitted expert reports in this case on issues relating to validity and infringement of U.S. Patent No. 5,490,216 (hereinafter "Richardson" or "the Richardson patent").

3. I am making this Declaration in support of Microsoft's Claim Construction Brief.



140

4. With regard to "checking by the registration authority that the information unique to the user is correctly entered," one of skill in the art at the time of the invention would understand "entered" to mean "entered by the user"; second, one of skill in the art at the time of the invention would understand "correctly" to mean a check would be performed to ensure that the information entered contains no errors, i.e., that information that was in fact entered was the information that was intended to be entered. Consider, for example, credit card numbers. Current credit cards include "check digits" that can be compared to the remaining digits in order to protect against data entry errors. This process can be performed anywhere and does not require the computer to know what the user's intent might have been to detect an error in data entry. As another example, consider the common dialog when a new user registers with a password-based system. Although different from the "replicated registration system" arrangement of claim 12, such systems commonly ask for a password to be entered twice, to check that both passwords match. If they don't, then the system concludes that either or both passwords were incorrectly entered.

5. With respect to the requirement that "said registration system is replicated at the registration authority," I note that Mr. Klausner argues that it makes no sense to replicate all of the features of the registration system on both the local and remote systems. At least with respect to the "checking for correct entry" feature of the registration system, discussed above, it does make sense to replicate that feature on both the local and remote systems. A common practice in the design of computer systems is today, and was at the time of the invention,

to always validate external and possibly malformed input. Such defensive programming techniques are widely understood to improve the quality of a software system. Moreover, in the context of Uniloc's invention, which contemplates communication over the telephone, such checks would be sensibly performed locally (when the user interacts with the local registration system) and performed remotely (when the user telephones the registration authority, which must concern itself with data entry errors).

Date: 3/17/06

Dan S. Wallach, Ph.D.