# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civ. A. No. 03-CV-440 (WES) |

## ASSENTED-TO MOTION OF DEFENDANT MICROSOFT CORPORATION TO MODIFY SCHEDULING ORDER

Defendant Microsoft Corporation hereby moves the Court to modify the briefing schedule for motions for summary judgment set forth in the February 1, 2006, Revised Scheduling Order (Dkt. 136).

The Revised Scheduling Order set an expedited schedule, triggered by the Court's claim construction ruling, for summary judgment briefing so that such briefing could be completed in sufficient time to permit a hearing and ruling on summary judgment before the end of August, 2006, when the term of the Court's clerk will end. Specifically, the Revised Scheduling Order provided:

5. Defendant's Motion for Summary Judgment shall be filed fourteen (14) days after the Court's decision regarding disputed claim terms;

6. Plaintiffs' Opposition to Defendant's motion for Summary Judgment (and Cross-Motion for Summary Judgment, if any) shall be filed ten (10) days after the filing of said Motion;

7. Defendant's Reply and Opposition to Plaintiffs' Summary Judgment Motion shall be filed seven (7) days thereafter; and

8. Plaintiffs' Reply to Defendant's Opposition shall be filed seven (7) days thereafter.

(Dkt. 136.)

Because the Court's decision regarding disputed claim terms has not yet issued, this schedule has not yet been triggered. Since it is not possible at this point to complete briefing in time for rulings to be made before the end of August, and given impending summer holiday plans on the part of some counsel, Microsoft respectfully requests that summary judgment briefing go forward on the following, less expedited schedule in order to provide the parties with additional time to prepare their respective briefs:

- Deadline For Filing Motions For Summary Judgment: thirty (30) days after the Court's decision regarding disputed claim terms;
- Oppositions Thereto: fourteen (14) days after the filing of any such motions;
- Replies To Oppositions: ten (10) days thereafter.

Counsel for Microsoft has conferred with counsel for Uniloc regarding this motion, and Uniloc assents to the motion.

Dated: July 21, 2006

By: ______________________________

Joseph V. Cavanagh, Jr. #1139
**BLISH & CAVANAGH**
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)

Frank E. Scherkenbach
Kurt L. Glitzenstein
Laura R. Braden
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Isabella Fu, Esq.
**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (415) 882-8080
Facsimile: (415) 936-7329

Attorneys for Defendant
MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2006 I caused a true and correct copy of the foregoing **ASSENTED-TO MOTION OF DEFENDANT MICROSOFT CORPORATION TO MODIFY SCHEDULING ORDER** to be served as follows:

Francis A. Connor, III
Sheri L. Pizzi
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Attorneys for Plaintiffs
UNILOC USA, INC. and UNILOC
SINGAPORE PRIVATE LIMITED

(by hand)

Paul J. Hayes
Dean Bostock
Paul J. Cronin
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Counsel for Plaintiffs
UNILOC USA, INC. and UNILOC
SINGAPORE PRIVATE LIMITED

(by overnight delivery)

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civ. A. No. 03-CV-440 (WES) |

**(PROPOSED) REVISED SCHEDULING ORDER**

The February 1, 2006, Revised Scheduling Order (Dkt. 136) is hereby modified as follows:

1. Motions For Summary Judgment are due thirty (30) days after the Court's decision regarding disputed claim terms;

2. Oppositions Thereto are due fourteen (14) days after the filing of any such motions;

3. Replies To Oppositions are due ten (10) days thereafter.

Date:______________________

______________________________
District Court Judge William E. Smith

Presented by:

Joseph V. Cavanagh, Jr. #1139
**BLISH & CAVANAGH**
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)

Frank E. Scherkenbach
Kurt L. Glitzenstein
Laura R. Braden
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Isabella Fu, Esq.
**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (415) 882-8080
Facsimile: (415) 936-7329

Attorneys for Defendant
MICROSOFT CORPORATION

**CERTIFICATE OF SERVICE**

I certify that on July 21, 2006 I caused a true and correct copy of the foregoing **(PROPOSED) REVISED SCHEDULING ORDER** to be served as follows:

Francis A. Connor, III
Sheri L. Pizzi
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street, Suite 700
Providence, RI 02903

Attorneys for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(by hand)

Paul J. Hayes
Dean Bostock
Paul J. Cronin
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, Massachusetts 02111

Counsel for Plaintiffs
UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED

(by overnight delivery)

______________________________