UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC U.S.A., INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 03-CV-440 (WES) |

**MICROSOFT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY**

Pursuant to Fed.R.Civ.P. 56, Defendant Microsoft Corporation ("Microsoft") hereby moves for summary judgment that all of the claims of U.S. Patent No. 5,490,216 are not infringed by Microsoft, and additionally or alternatively that claims 1, 2, 7-13, 17, 19 and 20 are invalid.

This Motion is based on the following supporting materials, filed herewith:

- Memorandum in Support of Microsoft's Motion for Summary Judgment of Non-Infringement and Invalidity;
- Microsoft's Statement of Material Undisputed facts;
- Declaration of Dan Wallach;
- Declaration of Aidan Hughes;
- Declaration of Caglar Guynkati
- Declaration of Sunil Swami; and
- Declaration of Laura R. Braden

For the foregoing reasons and those set forth in the foregoing supporting materials, Microsoft hereby respectfully requests that the Court enter summary judgment on its behalf that all of the claims of U.S. Patent No. 5,490,216 are not infringed by Microsoft, and additionally or alternatively that claims 1, 2, 7-13, 17, 19 and 20 are invalid.

Dated: September 21, 2006

By: _/s/________________________________

Joseph V. Cavanagh, Jr. #1139
BLISH & CAVANAGH
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)
Attorneys for Defendant
MICROSOFT CORPORATION

Frank E. Scherkenbach, Esq.
Kurt L. Glitzenstein, Esq.
Laura R. Braden, Esq.
FISH & RICHARDSON, P.C.
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070 (Telephone)
(617) 542-8906 (Facsimile)

Isabella Fu, Esq.
Microsoft Corporation
One Microsoft Way
Redmond, WA 98052-6399
(425) 882-8080 (Telephone)
(425) 936-7329 (Facsimile)