UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 03 440 (WES) |

**DECLARATION OF LAURA R. BRADEN**

I, Laura R. Braden, an associate of the law firm Fish & Richardson P.C., counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter, declare the following to be true, to the best of my knowledge, information, and belief:

1. Attached hereto as Exhibit A is a true and correct copy of the September 1, 2005 Expert Report of Uniloc's expert David Klausner regarding infringement issues, including exhibits and accompanying papers.

2. Attached hereto as Exhibit B is a true and correct copy of the December 8, 2005 Rebuttal Expert Report of Mr. Klausner regarding infringement issues, including exhibits.

3. Attached hereto as Exhibit C is a true and correct copy of the November 7, 2005 Expert Report of Mr. Klausner regarding invalidity issues, including exhibits.

4. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 4,796,220 (the "Wolfe patent").

5. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 5,291,598 (the "Grundy patent").

6. Attached hereto as Exhibit F is a true and correct copy of U.S. Patent No. 5,490,216 (the "patent-in-suit").

7. Attached hereto as Exhibit G is a table summarizing Microsoft's non-infringement positions with respect to each of Uniloc's eight infringement theories.

8. Attached hereto as Exhibit H is a table summarizing the Microsoft products accused of infringement by Uniloc.

9. Attached hereto as Exhibit I is a September 8, 2006 letter Microsoft's counsel sent to counsel for Uniloc.

10. Attached hereto as Exhibit J is Uniloc's counsel's September 12, 2006 response to Microsoft's counsel's September 8 letter.

11. Attached hereto as Exhibit K is a copy of the Microsoft web page found at http://www.microsoft.com/piracy/activation_how.mspx, which was printed on September 21, 2006.

12. Attached hereto as Exhibit L is a copy of the Microsoft web page found at http://www.microsoft.com/piracy/activation_facts.mspx, which was printed on September 21, 2006.

13. Attached hereto as Exhibit M is a copy of the Microsoft web page found at http://www.microsoft.com/piracy/activation_myths.mspx, which was printed on September 21, 2006.

14. Attached hereto as Exhibits N through V are screen captures created at Microsoft's counsel's office during the installation and attempted activations of a retail copy of Microsoft's Office 2003 Standard Edition in January and February of 2005.

- Exhibit N shows a user prompt for entry of the product key;
- Exhibit O shows the prompt in Exhibit N with the product key entered;

- Exhibit P shows a dialogue box providing the End User License Agreement ("EULA") terms and conditions of use of the software;
- Exhibit Q shows a dialogue box providing the EULA with the box checked indicating acceptance of the terms of the EULA;
- Exhibit R shows an "activation wizard" dialogue box that gives the user an opportunity to activate their software by telephone or Internet;
- Exhibits S and T show successive screens shown after a the user elects to activate via the Internet during the grace period and indicating that the activation process is complete;
- Exhibit U shows a dialogue box providing instruction to the user who selects telephone activation; and,
- Exhibit V shows a dialogue box indicating that telephone activation is complete.

15. Attached hereto as Exhibit W is a true and correct copy of excerpts of the transcript from the January 11, 2006 deposition of David Klausner.

16. Attached hereto as Exhibit X is a true and correct copy of excerpts of the transcript from the July 7, 2005 deposition of Susan Cole.

17. Attached hereto as Exhibit Y is a true and correct copy of excerpts of the transcript from the July 12, 2005 deposition of Allen Nieman.

18. Attached hereto as Exhibit Z is a true and correct copy of excerpts of the transcript from the October 5, 2005 deposition of Timothy Cooper.

19. Attached hereto as Exhibit AA is a true and correct copy of excerpts from the September 21, 1993 application for a U.S. Patent which resulted in the issuance of the patent-in-suit on February 6, 1996.

20. Attached hereto as Exhibit BB is a true and correct copy of excerpts from the July 26, 1995 Amendment In Response to March 30, 1995 Office Action.

21. Attached hereto as Exhibit CC are true and correct copies of excerpts from Microsoft's End User License Agreements for the following products: Windows XP Home Edition (MS-U 533509), Windows XP Professional (MS-U 533502-07), Windows Server 2003 (MS-U 533516-533528).

22. Attached hereto as Exhibit DD are true and correct copies of excerpts from Microsoft's End User License Agreements for the following products: Office 2003 Standard (MS-U 533485), Access 2003 (MS-U 533530-36), OneNote 2003 (MS-U 533672-78), InfoPath 2003 (MS-U 533664-670), Visio Professional 2003 (MS-U 533656-62), Word 2003 (MS-U 533547-553), Outlook 2003 (MS-U 533598-604), Office 2003 Professional (MS-U 533476-82), Office 2003 Small Business Edition (MS-U 533494-500), FrontPage 2003 (MS-U 533581-533587), Project Professional 2003 (MS-U 533623-29), Project Standard 2003 (MS-U 533680-86), PowerPoint 2003 (MS-U 533615-21), and Excel 2003 (MS-U 533564-70).

23. Attached hereto as Exhibit EE are true and correct copies of excerpts from the Microsoft End User License Agreements for the following products: Office XP Standard (MS-U 533450), Project 2002 Professional (MS-U 533757-63), Project 2002 Standard (MS-U 533862-68), Visio Standard 2002 (MS-U 533640-46), Visio Enterprise Network Tools (MS-U 533698-704), Word 2002 (MS-U 533538-45), Outlook 2002 (MS-U 533589-96), FrontPage 2002 (MS-U 533572-79), PowerPoint 2002 (MS-U 533606-13), Publisher 2002 (MS-U 533631-38), Excel 2002 (533555-62), Office XP Professional (MS-U 533458-65), Office XP Developer Edition (MS-U 533467-74), and Visio 2003 Office 2003 (MS-U 533648-54).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 21, 2006

_____/s/_________________________________

Laura R. Braden

# UNILOC et al. v. MICROSOFT CORPORATION

# EXHIBIT A

September 1, 2005 Expert Report of Uniloc's expert David Klausner regarding infringement issues, including exhibits and accompanying papers

**FILED UNDER SEAL**

# **UNILOC et al. v. MICROSOFT CORPORATION**

# **EXHIBIT B**

December 8, 2005 Rebuttal Expert Report of Mr. Klausner regarding infringement issues, including exhibits

## **FILED UNDER SEAL**

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED<br><br>Plaintiff,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)Civ. A. No. 03-CV-440 (WES)<br>)<br>)<br>)<br>) |

**EXPERT REPORT OF DAVID KLAUSNER**
**RE VALIDITY OF U.S. PATENT NO. 5,490,216**

## I. Experience and Qualifications

My background, qualifications and testimonial experience are set forth in my curriculum vitae attached as Exhibit A. As can be seen from my curriculum vitae, I have a Bachelors degree in Mathematics and a Master of Science degree in Electrical Engineering and over 37 years of development and consulting experience in the computer and software industry. I have testified as a computer expert in prior lawsuits. I have designed and developed, as well as managed and assisted in the design and development of computer hardware and software

systems and some of my clients are computer software companies, including Intel Corp., Hewlett-Packard and IBM.

I have over 37 years of software development, consulting and expert testimony experience in all aspects of the computer field, from micros to mainframes, and in all areas of programming. I also have experience as an engineer, developer, supervisor, project manager, department manager, middle manager and company executive as well as experience in forensic investigation and reverse engineering.

I am being paid at the rate of $350 per hour for my time in preparing my opinion. I expect to be compensated at the same rate for any time spent testifying at deposition or at trial.

## II. Scope of Study and Opinions

### A. Questions Presented

I have been retained by the plaintiff, Frederic B. Richardson ("Richardson") as a technical expert in this case. I have been asked to review the Defendant's Expert Reports and to opine as to the validity of the asserted claims 1, 2, and 7-20 of U.S. Patent No. 5,490,216 ("the '216 Patent"). The '216 Patent is attached hereto as Exhibit B.

### B. Materials

In the process of forming my opinions, I have reviewed and considered numerous documents including the Expert Report of Dan Wallach, Ph.D. (the "Wallach Report"), the Expert Witness Report of Larry S. Nixon (the "Nixon Report"), asserted patent and the alleged prior art documents provided by the defendants.

### C. Summary of Opinions

It is my opinion that the asserted claims of the '216 Patent are not anticipated and are not obvious in view of the alleged prior art identified by the Defendant. It is also my opinion that Mr. Nixon has failed to provide evidence of inequitable conduct on the part of the '216 Patent applicant.

A detailed explanation of the bases of my opinions is set forth below and in the exhibits attached to this Report.

## III. Background of the Invention

Generally the'216 Patent protects digital data from unauthorized execution by reliance on an identifier (one or more pieces of information that alone, or in

combination, can be used to form an identifier that relates uniquely only to the user) that is unique to the licensee and/or to the environment of the licensee. Examples of pieces of information used to form an identifier include the serial numbers of present hardware, the fact of the presence of certain hardware components, some personal information of the user, some information unique to the licensee.

The '216 Patent is directed generally to systems and methods for (1) licensing execution of digital data in a use mode; (2) a registration system attachable to software to be protected; (3) a method of control of distribution of software; and (4) a method of registration of digital data so as to enable its execution in a use mode. (See the '216 Patent, claims 1, 12, 17, 20).

I note that Dr. Wallach has not described the problem solved by the inventor. See Wallach Report, III. A. 6. and VI. D.

The problem solved by the inventor is that of ensuring that an application loaded on a user computer is able to execute in a fully enabled mode (also called a "use mode") only if a licensing procedure has been successfully performed. See '216 Patent Abstract, Figures 2a, 2b, 2c, 2:52-55, 4:30-43, 5:47-51, 13:42-48. See also *Id.* 2:40:47, that states "In this specification, 'use mode' refers to use of the digital data or software by its execution on a platform so as to fulfill the seller's licensor's obligations in relation to the sale or license of the right to execute the

digital data or software in the use mode. The use mode is to be distinguished from what might generally be termed unlicensed modes of operation (which is not to say unauthorized modes of operation) …"

## IV. Level of Ordinary Skill in the Art

The '216 Patent relates to the field of registration and licensing of software so as to protect the use of digital data, e.g., software and/or applications, from unauthorized use.

It is my understanding based on my experience in the field that a person having ordinary skill in the art ("POSA") at the time of the invention would have a Bachelor's Degree, or equivalent, in either Electrical Engineering or Computer Science, or one to two years of experience in software development or the equivalent work experience. I understand from the deposition of Mr. Richardson (of 03/31/05) that at the time he filed the '216 Patent he did not have a college degree and that he had no more than (approximately) 2 years of programming experience (*Id.*, 9:24-10:10, 10:21-12:9).

I disagree with Dr. Wallach's opinion that (a) the art is the field of computer security because the '216 Patent does not require, discuss, or even mention such a field, and (b) Richardson does not require, discuss, or even mention such a field in

his depositions. I also disagree with Dr. Wallach that a person having ordinary skill in the art would have a clear understanding of the operations and limitations of common cryptographic techniques, including the use of hash functions, including "1. the operation and limitations of common cryptographic techniques, including the use of hash functions. 2. the ease with which traditional copy protection technologies can be circumvented by rewriting a program to remove its internal copy protection checks. 3. the general difficulty of engineering software to be robust against attack versus the general ease with which attackers can find and exploit security flaws in computer software. 4. the nature of writing computer programs that use computer networks for communication between computers." A clear understanding of the four items enumerated by Dr. Wallach is not necessary for a POSA. Dr Wallach has not given a reason for why "a clear understanding" of his enumerated items is necessary for a POSA. I find that what is necessary for a POSA to possess is merely a working knowledge of the items enumerated by Dr. Wallach in order to implement the Patent without undue experimentation.

## V. Validity Analysis

I am informed that a patent is presumed valid by law and that a relatively high standard of proof (clear and convincing evidence) is required to prove a

patent invalid. I am also informed that each claim must be considered separately and that a dependent claim can be valid even if the claim from which it depends has been declared invalid.

I have reviewed Dr. Wallach's Report and the alleged prior art produced by the defendants in this case. I disagree with the opinions expressed by Dr. Wallach in the Wallach Report and I also disagree with his application of the prior art cited therein to the claims of the '216 Patent. It is my opinion that the prior art does not teach each and every element of the claims of the '216 Patent. In addition, because the prior art teaches away from the '216 Patent, it is my opinion that the '216 Patent is not obvious in view of this prior art.

a. Dr. Wallach's Discussion Of The Prosecution History

According to Dr. Wallach (Wallach Report, V. B. 1.), the '216 Patent describes a "try before you buy" demonstration mode. In fact, "try before you buy" is never mentioned in the '216 Patent or in the Prosecution History. Instead, the '216 Patent describes a "use mode" (*Id.*, 2:40) as part of the embodiments. The methods and systems of the '216 Patent apply to either "try before you buy" usage or to "buy and activate" usage and there is nothing in the '216 Patent or in the Prosecution History to limit the inventions to "try before you buy" usage. (Microsoft's Accused Products use "buy and activate" methods and systems.) In

any event, any differences between the two usages are insubstantial, as I have shown below:

"Try before you buy" and "buy and activate" are illustrated as follows:




According to Dr. Wallach (Wallach Report, V. B. 2.), in the '216 Patent "[T]he local machine also generates the licensee unique id locally, based solely upon the same information that is sent to the remote registration system and using the identical licensee unique ID algorithm as is used at the remote registration system." I disagree. There is no limitation in the '216 Patent as to the licensee unique ID being based "solely" on anything in particular. In addition, the information on which the '216 Patent's licensee unique ID is based is not limited to "the same information that is sent to the remote registration system …"

According to Dr. Wallach (Wallach Report, V. B. 3.), the '216 Patent "technique provides negligible protection against unlicensed use of software because all the necessary information to impersonate the remote registration system is already available on the client computer. It would be a straightforward exercise for one of skill in the art to run a Richardson-protected program under appropriate debugging tools and to observe the comparison of the local and remote licensee unique IDs. This section of the program could then be trivially modified to eliminate the check. Alternatively, the local licensee unique ID generating means could be identified and extracted to produce a standalone 'cracking' tool. Only one 'cracker' would need to accomplish this task, after which the cracked software program, with the Richardson invention disabled, could be widely distributed and used in its fully functional mode without any need for users to purchase licenses." In fact, the Microsoft products have been successfully cracked in the same manner. (See "Inside Windows Product Activation, A Fully Licensed Paper, 2001", at http://www.licenturion.com/xp/fully-licensed-wpa.txt, and other Web sites) Nevertheless, the level of knowledge required to accomplish the cracking described by Dr. Wallach is beyond that possessed by a POSA of the '216 Patent and is irrelevant to evaluating the scope of the claims, particularly because the claims do not require that the registration system be impervious to every

imaginable form of attack. Dr. Wallach and a POSA will appreciate that no registration system will ever be completely undefeatable.

According to Dr. Wallach (Wallach Report, V. D. 1-3.), the Chou reference was distinguished from the '216 Patent because Chou "does not need unique identifying numbers prestored in each copy of the software." In fact, the Applicant distinguished the '216 Patent from Chou because Chou (1) "is not particularly relevant to the claims ... [because it] covers a hardware lock ..." (Response of 12/27/94, page 3); and (2) only teaches a local licensee unique ID generating means and does not teach a remote licensee unique ID generating means (*Id.*); and (3) "[Chou does not teach that] The uniqueness is ultimately provided by the end users of the software in the course of supplying their own identification details, which details are subsequently checked by use of a matching algorithm at a remote location." (*Id.*).

According to Dr. Wallach (Wallach Report, V. D. 6. and V. E. 1.) "a 'licensee unique ID' must be entirely the product of local information about a user, such as their name, address, telephone number, and so forth." Dr. Wallach's opinion is based on his reading of the '216 Patent File History (Response of 07/05/95, page 6-7) where the Applicant distinguished the claims over Grundy that "It is inherent in the system of the present application, as claimed, that the 'licensee unique ID' is entirely the product of data generated locally as distinct

from data added before delivery of the software to the local location for use … or [generated from data added] subsequently from a remote location". I disagree with Dr. Wallach. The Applicant did not argue that the "data generated locally" be limited to "…local information about a user, such as their name, address, telephone number, and so forth …" as Dr. Wallach asserts. The Applicant merely argued in the Response of 6/30/95, page 6-7, that regardless of the data that is used to generate the "licensee unique ID", that the "licensee unique ID" itself may be generated locally. Such data can be other than the data to which Dr. Wallach wants to limit the claims. The Applicant's argument to the Examiner was about where the "licensee unique ID" is generated, but the Applicant's argument did not limit the inputs or limit the contents of the "licensee unique ID" that could be formed from data or formed from metadata that was in the possession of the user. In fact, neither the claims, the Specifications, nor the File History limit the data that can be used to generate the "licensee unique ID" to what Dr. Wallach asserts; e.g., the word "packaging," does not appear in the Specifications or in the claims as limiting the inputs to the generator of a "licensee unique ID." In addition, the Applicant's reference to data from a remote location was made to distinguish data generated locally from data generated remotely, and was not made to distinguish from a user's telephone number or from a user's product serial number as that product serial number may appear on packaging provided by a manufacturer.

Either of the latter are "information unique" to the user ('216 Patent, 3:65, 4:12:17, 4:30-43, 7:8-35, 9:58, 12:32). Also, "vendor information" (e.g., product serial numbers) was recognized by the Examiner during prosecution as potentially being part of the authorization process of Grundy (Office Action, 12/27/94, page 3) and of the '216 Patent (without limitation, and at least by acquiescence) and therefore as potentially being part of the information unique to the user for the '216 Patent. Finally, it is a fact that everything that identifies a person comes from a source outside of the person; e.g., social security number given by the Government, name provided by parents, etc. Finally, there is no requirement in the '216 Patent that the information unique to the user also has to be unique at the time it is input by the user. The information entered by the user can become unique to the user by virtue of the user having supplied the information that no other user had yet supplied.

To the extent that Dr. Wallach argues indefiniteness of Claim 7 on the basis that "Richardson does not disclose a corresponding structure for performing this function [of generating a platform unique ID]," I disagree. Richardson teaches generating a platform unique ID ('216 Patent, Figure 8, 11:66-12:2) and Grundy (Grundy, 17:10-12) corroborates that such a function is known in the art and is thereby merely a routine implementation detail for a POSA.

b. Dr. Wallach's First Reference – Chou

See V. a. above. Also, Chou teaches away from using software methods to protect software (7:59-66). It is my opinion that the asserted claims of the '216 Patent are not anticipated and are not obvious in view of Chou.

c. Dr. Wallach's Second Reference - Grundy

I disagree with Dr. Wallach that Grundy anticipates or makes obvious the claims of the '216 Patent. One embodiment of the '216 Patent requires that there be generated a licensee unique ID created with the same algorithm on both the local and remote, and not just that the same algorithm be present on both the local and remote. ('216 Patent generally, and the 12/21/94 Response to Office Action.) This made it possible to perform a simple match between the licensee unique ID generated on both sides. Grundy does not generate a licensee unique ID on both local and remote with the same algorithm. For example, although a "user data cross-reference" checksum is generated at a local location and provided to a Manufacture Control Agency that calculates its match, that "user data cross-reference" checksum is not unique and it does not "… uniquely identify[ies] an intended registered user ..." ('216 Patent, 4:2, 6:63-67, 14:42-43, 15:10-13) and is not "… information uniquely descriptive of an intending licensee …" (*Id.*, 14:6-7) Grundy never requires that the "user data cross-reference" checksum be unique (or

that the input to it's calculation be unique), and there is no need in Grundy for the "user data cross-reference" checksum to be unique. To the extent that Grundy functions, it does so without the "user data cross-reference" checksum being, or needing to be, unique. The Grundy "user data cross-reference" checksum that is not a licensee unique ID is used to check the typing of the Manufacture Control Agency operator for typographical errors rather than for uniquely identifying a user or a copy of the software and is not used in the process of mode switching. (*Id.*, 14:49-59, 15:10-13, 15:17-26). This error checking via checksum is tangential to the Grundy authorization code calculation that is essentially an encrypted resending of the registration number information from the Manufacture Control Agency to the user. Checksums were well known long before the filing of the '216 Patent, were ubiquitous in the prior art, and were commonly used for data transfers and error checking as opposed to uniquely identifying a licensee or copy of the software. A POSA would know that a "user data cross-reference" checksum is not unique, and the Examiner of the '216 Patent likely knew that as well because he did not cite checksums and he allowed the claims of the '216 Patent over Grundy. According to the Grundy specification, an "owner data" checksum that is not a '216 Patent licensee unique ID is calculated on the local location and is sent to the Manufacture Control Agency that returns it to the local location. Unlike the "data cross-reference" checksum, Grundy does not teach a re-calculation of the

"owner data" checksum at the Manufacture Control Agency nor does Grundy teach that a checksum of the user data that is calculated by Manufacture Control Agency is returned to the user. (Grundy 15:10-13, 15:52-54, 19:53-55, 20:3-5) Checksums were well known to a POSA, and Grundy does not add anything to that art. Also, Grundy changes the executable code of the installed product itself, "After the user enters the authorization code, a Save Ownership Module modifies the executable code of the software product." (Grundy 5:22-23, 10:13-16, 13:14-54, 19:27-30, 20:28-34, 21:41-51) Also, modifying the executable code is not a workable solution for protecting software for several reasons: (1) the executable code must therefore be unprotected and unprotectable thereby weakening software protection; (2) the method will not work on CD ROMs and other read-only media ('216 Patent, 2:19-21); (3) the method can be defeated with debugging tools per Dr. Wallach's comments in the Wallach Report V. B. 3. Also, I disagree with Dr. Wallach that "...it would have been obvious to one of ordinary skill in the art at the time of the invention that, as with the hardware identification code, the user data cross-reference code could be compared on subsequent boots." Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this because, at least, (1) Grundy is not concerned with subsequent boots or the problem of subsequent boots, (2) Dr. Wallach does not explain where Grundy motivates a POSA to increase security protection for

subsequent boots beyond what is taught in Grundy, (3) Dr. Wallach does not explain why or where Grundy motivates a POSA to help users move software to new computers to implement checking on subsequent boots.

With respect to the Wallach Report, Exhibit B that references Grundy, Grundy is missing the following elements of the claims of the '216 Patent for at least the following reasons:

- Claim 1 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID. In addition, Grundy's "checksum" is not the same as the Richardson "summer" ("Seventh Embodiment") because the Richardson "summer" explicitly creates a '216 patent licensee unique ID.
- Claim 1 element "and remote licensee unique ID generating means" for lacking a licensee unique ID, and for requiring that the software on the manufacturer's media be modified.
- Claim 1 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID first generated by said local licensee unique ID generating means has matched a licensee unique ID subsequently generated by said remote licensee unique ID generating means" for lacking a licensee unique

ID, for not including mode switching means on the local platform, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.

- Claim 1 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.
- Claim 2 element "wherein said local licensee unique ID generating means generates said local licensee unique ID by execution of a registration algorithm which combines information in accordance with said algorithm, said information uniquely descriptive of an intending licensee of said digital data to be executed in said use mode" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 7 element "said system further including platform unique ID generating means, wherein said mode switching means will permit said digital data to run in said use mode in subsequent execution of

said digital data on said platform only if said platform unique ID has not changed" for lacking a licensee unique ID.

- Claim 8 element "wherein said platform unique ID generating means comprises part of said digital data when executed on said platform" for lacking a licensee unique ID.
- Claim 9 for the same reasons as for Claim 7 bulleted above and the independent claim on which it depends.
- Claim 10 for the same reasons as for Claim 1.
- Claim 11 element "said system including local licensee unique ID generating means" for the same reasons as for Claim 10.
- Claim 12 element "said registration system generating a security key from information input to said software which uniquely identifies an intended registered user of said software on a computer on which said software is to be installed" for lacking a security key and generation means. See also the reasons in the bullet points for Claim 1, above.
- Claim 12 element "and wherein said registration system is replicated at a registration authority" for lacking a security key and generation means, and for failing to use the identical algorithm to generate a security key locally and remotely. See also the reasons in the bullet points for Claim 1, above.

- Claim 13 element "wherein said security key is generated by a registration number algorithm" for lacking a security key. See also the reasons in the bullet points for Claims 1 and 12, above.
- Claim 14 element "wherein said registration number algorithm combines information entered by a prospective registered user unique to that user with a serial number generated from information provided by the environment in which the software to be protected is to run" for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.
- Claim 15 element "wherein said registration system checks at the time of boot of said software as to whether it is a first boot of the software to be protected or a subsequent boot" for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.
- Claim 16 element "wherein said environment details comprise at least one element which is not user-configurable on the platform" for the same reasons as for Claim 15 bulleted above and the independent claim on which it depends.
- Claim 17 element "said method further comprising providing registration key generating means adapted to generate a registration

key which is a function of information unique to an intending user of the software" for lacking a licensee unique ID.

- Claim 17 element "said mode-switching means switching said software into fully enabled mode only if an enabling key provided to said mode-switching means by said intending user at the time of registration of said software has matched identically with said registration key" for lacking a licensee unique ID, and for requiring that the software on the manufacturer's media be modified.
- Claim 17 element "and wherein said enabling key is communicated to said intending user at the time of registration of said software" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 18 element "wherein said registration key is also a function of the environment in which said software is installed" for lacking a licensee unique ID. See also the reasons in the bullet points for Claims 1, 12, and 17, above.
- Claim 19 preamble "A remote registration station incorporating remote licensee unique ID generating means" for lacking a licensee unique ID.

- Claim 19 element "said station forming part of a registration system for licensing execution of digital data in a use mode" for requiring that the software on the manufacturer's media be modified.
- Claim 19 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 19 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID, and for requiring that the software on the manufacturer's media be modified.
- Claim 19 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

- Claim 20 element "said system including local licensee unique ID generating means and remote licensee unique ID generating means" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 20 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID, and for requiring that the software on the manufacturer's media be modified.
- Claim 20 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

It is my opinion that the asserted claims of the '216 Patent are not anticipated and are not obvious in view of Grundy. I also disagree with Dr. Wallach that it would have been obvious to combine this reference with any other reference(s) to make obvious the '216 Patent. (See discussion below in V.i.).

d. Dr. Wallach's Third Reference - Hellman

I disagree with Dr. Wallach that Hellman anticipates or makes obvious the claims of the '216 Patent. Hellman does not teach the generation of a licensee unique ID using information unique to the user. For example, no forms of the word "unique" are taught by Hellman with respect to his invention. In addition, Dr. Wallach references the Hellman teaching to alter the distributed software when enabling its use. (Hellman 2:44-53) Modifying the executable code is not a workable solution for protecting software for several reasons: (1) the executable code must therefore be unprotected and unprotectable thereby weakening software protection; (2) the method will not work on CD ROMs and other read-only media ('216 Patent, 2:19-21); (3) the method can be defeated with debugging tools per Dr. Wallach's comments in the Wallach Report V. B. 3. [Hellman's one-way hash function generator 22 always generates the same H when provided the same "software package" of the manufacturer. (*Id.*, 6:43-45)] Hellman does not teach identical algorithms on the local and remote as required by the '216 Patent.

Hellman's "cryptographic function generators" 38 and 23 are merely "functionally identical" and so they can differ in their sequence and steps. (*Id.*, 10:27-30) Dr. Wallach also argues that Hellman (*Id.*, 5:63-65) discloses a serial number, but that number is not generated locally, and that number is hidden inside the user's hardware (*Id.*, 9:7-10) like a platform ID and that number is not licensee unique information. Also, Dr. Wallach provides no basis for his argument that it would have been obvious to a POSA to generate Hellman's check value C and authorization A entirely from local information about the user. Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this. In fact, such generation would not work since the only asserted "licensee unique information" (that I disagree is within the scope of the '216 Patent) is permanent, secret memory. (*Id.*, 9:7-10) A username or other user information is not an obvious or trivial substitution for this permanent memory. (*Id.*, 9:29-40) I disagree with Dr. Wallach's conclusory arguments. Also, there is no teaching in Hellman that the check value C and authorization A are licensee unique IDs, unlike the "summer" of the '216 Patent. Also, I disagree with Dr. Wallach that "… it would have been obvious to one of ordinary skill in the art at the time of the invention that the registration number algorithm could use information entered by a prospective registered user unique to that user including the user name (5:63-65) and/or billing information (5:61)." Dr. Wallach provides

no proof that a POSA at the time of the filing of the '216 Patent would have known to do this, no proof that a POSA would be motivated to do this in light of the disclosure in Hellman, and no proof that such a deviation from the mechanism of Hellman would be likely to succeed. Also, I disagree with Dr. Wallach that "...it would have been obvious to one of ordinary skill in the art at the time of the invention that, as with the non-volatile memory, the user details could be compared on subsequent boots." Dr. Wallach does not provide a credible reason for why this would have been obvious to a POSA at the time of the filing of the '216 Patent, no reason that a POSA would be motivated to do this in light of the disclosure in Hellman, and no reason that such a deviation from the mechanism of Hellman would be likely to succeed. I also disagree with Dr. Wallach's argument to replace the cryptographic function with a summer because these are very different functions -- Hellman relies on a secret key.

Also, there is a fundamental flaw with Dr. Wallach's assertions regarding Hellman. As I understand his interpretation of the Hellman patent, Dr. Wallach concludes that C is the locally-generated licensee unique ID. Dr. Wallach is wrong because C is never based on user information, nor is there a disclosure that C is unique to the licensee. Instead, C is the output of a cryptographic function that uses a "secret key" stored permanently on the licensee's computer (Hellman, Figure 7) While I disagree that Hellman's C is a platform unique ID in accordance

with the '216 patent, it is much more like a '216 Patent platform unique ID than a licensee-unique ID. This secret key is not user information. In addition, Dr. Wallach alleges that the secret key can be found on the server using user information (Hellman, item 18 in Figure 2) However, a POSA would appreciate that the table used for this process is not resident on the user's platform, nor would anyone consider placing this information on the user's platform because of insurmountable security problems. Therefore, the cryptographic function discussed by Dr. Wallach as the licensee unique generation means does not anticipate the '216 claims because it does not process licensee-unique information. Also, there is no teaching or obvious way to modify the cryptographic function of the Hellman patent to generate an ID that is unique to a licensee. Therefore, no licensee-unique ID or generation means is disclosed in, or obviously compatible with, the Hellman patent.

With respect to the Wallach Report, Exhibit C that references Hellman, Hellman is missing the following elements of the claims of the '216 Patent for at least the following reasons:

- Claim 1 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID and generating means. In addition, Hellman's "cryptographic function generator" is not the same as the Richardson "summer" ("Seventh Embodiment")

because the Richardson "summer" explicitly creates a '216 patent licensee unique ID.

- Claim 1 element "and remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 1 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID first generated by said local licensee unique ID generating means has matched a licensee unique ID subsequently generated by said remote licensee unique ID generating means" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.
- Claim 1 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.
- Claim 2 element "wherein said local licensee unique ID generating means generates said local licensee unique ID by execution of a

registration algorithm which combines information in accordance with said algorithm, said information uniquely descriptive of an intending licensee of said digital data to be executed in said use mode" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

- Claim 7 element "said system further including platform unique ID generating means, wherein said mode switching means will permit said digital data to run in said use mode in subsequent execution of said digital data on said platform only if said platform unique ID has not changed" for lacking a licensee unique ID, and for lacking a platform unique ID generating means that is part of the digital data.
- Claim 8 element "wherein said platform unique ID generating means comprises part of said digital data when executed on said platform" for lacking a licensee unique ID, and for lacking a platform unique ID generating means that is part of the digital data.
- Claim 9 for the same reasons as for Claim 7 bulleted above and the independent claim on which it depends.
- Claim 10 for the same reasons as for Claim 1.

- Claim 11 element "said system including local licensee unique ID generating means" for the same reasons as for Claim 10.
- Claim 12 element "wherein said local licensee unique ID generating means generates said local licensee unique ID by execution of a registration algorithm which combines information in accordance with said algorithm, said information uniquely descriptive of an intending licensee of said digital data to be executed in said use mode" for lacking a security key. See also the reasons in the bullet points for Claim 1, above.
- Claim 12 element "and wherein said registration system is replicated at a registration authority" for lacking a security key, and for failing to use the identical algorithm to generate a security key locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 13 element "wherein said security key is generated by a registration number algorithm" for lacking a licensee unique ID. See also the reasons in the bullet points for Claims 1 and 12, above.
- Claim 14 element "wherein said registration number algorithm combines information entered by a prospective registered user unique to that user with a serial number generated from information provided by the environment in which the software to be protected is to run"

for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.

- Claim 15 element "wherein said registration system checks at the time of boot of said software as to whether it is a first boot of the software to be protected or a subsequent boot" for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.
- Claim 16 element "wherein said environment details comprise at least one element which is not user-configurable on the platform" for the same reasons as for Claim 15 bulleted above and the independent claim on which it depends.
- Claim 17 element "said method further comprising providing registration key generating means adapted to generate a registration key which is a function of information unique to an intending user of the software" for lacking a licensee unique ID.
- Claim 17 element "said mode-switching means switching said software into fully enabled mode only if an enabling key provided to said mode-switching means by said intending user at the time of registration of said software has matched identically with said

registration key" for lacking a licensee unique ID, and for requiring that the software on the manufacturer's media be modified.

- Claim 17 element "and wherein said enabling key is communicated to said intending user at the time of registration of said software" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 18 element "wherein said registration key is also a function of the environment in which said software is installed" for lacking a licensee unique ID. See also the reasons in the bullet points for Claims 1, 12, and 17, above.
- Claim 19 preamble "A remote registration station incorporating remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 19 element "said station forming part of a registration system for licensing execution of digital data in a use mode" for requiring that the software on the manufacturer's media be modified.
- Claim 19 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID.

- Claim 19 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID, and for requiring that the software on the manufacturer's media be modified.
- Claim 19 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 20 element "said system including local licensee unique ID generating means and remote licensee unique ID generating means" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

- Claim 20 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID, and for requiring that the software on the manufacturer's media be modified.
- Claim 20 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

It is my opinion that the asserted claims of the '216 Patent are not anticipated and are not obvious in view of Hellman. I also disagree with Dr. Wallach that it would have been obvious to combine this reference with any other reference(s) to make obvious the '216 Patent. (See discussion below in V.i.).

<u>e. Dr. Wallach's Fourth Reference - Wolfe</u>

I disagree with Dr. Wallach that Wolfe anticipates or makes obvious the claims of the '216 Patent. Wolfe is not analogous art because Wolfe (1) is a copy control scheme (Wolfe, 2:33-36), (2) does not provide for a demonstration mode, (3) is not a registration system, and (2) does not activate/register anything (Title, Abstract, description, and 7:42-44). Also, although Wolfe was mentioned in the '216 Patent Specifications ('216 Patent, 1:57-65), and was before the Examiner during the '216 Patent prosecution, Wolfe likely was not argued by the Examiner because it is no more material to the '216 Patent than the other art that was argued; (1) there is no remote licensee unique ID generating means (Wolfe, 3:15-16); and (2) Wolfe uses a "footprint" of the hardware on the local machine (also not unique) (*Id.*, 3:11-14, 4:23-28) and was no more material to the '216 Patent than Grundy's "hardware identification code" (Grundy, 17:9-23). Also, Wolfe does not generate a local and remote licensee unique ID because the user's information (such as a telephone number 8:34-35, 9:15-23) is never input to an identical algorithm local and remote for generating a licensee unique ID. (Wolfe, 8:32-35) I also note that Wolfe was properly characterized by the '216 patent specification that stated that Wolfe discloses "recognition of a platform on which licensed software is to be executed" ('216 Patent, 1:59-60) and that Wolfe "does not contemplate or disclose utilization of information which is unique to the user," (*Id.*, 1:60-62) because

Wolfe merely calculates a value based on hardware information. Therefore, like the "hardware identification code" of Grundy, Wolfe's "permission code" is roughly akin to a "platform unique ID," and is not a licensee unique ID or a security key as required by the claims of the '216 patent. Wolfe does not generate a local and remote licensee unique ID because the user's information (such as a telephone number, Wolfe 8:34-35, 9:15-23) is never input to an identical algorithm local and remote for generating a licensee unique ID. Wolfe changes the executable code of the installed product itself (*Id.*, 4:23-28) by storing the "footprint" in the first control program. Modifying the executable code is not a workable solution for protecting software for several reasons: (1) the executable code must therefore be unprotected and unprotectable thereby weakening software protection; (2) the method will not work on CD ROMs and other read-only media ('216 Patent, 2:19-21); (3) the method can be defeated with debugging tools per Dr. Wallach's comments in the Wallach Report V. B. 3. In addition, Wolfe stores the serial number on the media as did the prior art of the '216 Patent. ('216 Patent, 1:11-15).

With respect to the Wallach Report, Exhibit D that references Wolfe, Wolfe is missing the following elements of the claims of the '216 Patent for at least the following reasons:

- Claim 1 preamble for not being a registration system for licensing execution of digital data in a use mode.
- Claim 1 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID and generating means. In addition, there is no corresponding element in Wolfe's that is the same as the Richardson "summer" ("Seventh Embodiment") because the Richardson "summer" explicitly creates a '216 patent licensee unique ID.
- Claim 1 element "and remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 1 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID first generated by said local licensee unique ID generating means has matched a licensee unique ID subsequently generated by said remote licensee unique ID generating means" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.
- Claim 1 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which

includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.

- Claim 2 element "wherein said local licensee unique ID generating means generates said local licensee unique ID by execution of a registration algorithm which combines information in accordance with said algorithm, said information uniquely descriptive of an intending licensee of said digital data to be executed in said use mode" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 7 element "said system further including platform unique ID generating means, wherein said mode switching means will permit said digital data to run in said use mode in subsequent execution of said digital data on said platform only if said platform unique ID has not changed" for lacking a licensee unique ID, and for lacking a platform unique ID generating means that is part of the digital data.
- Claim 8 element "wherein said platform unique ID generating means comprises part of said digital data when executed on said platform"

for lacking a licensee unique ID, and for lacking a platform unique ID generating means that is part of the digital data.

- Claim 9 for the same reasons as for Claim 7 bulleted above and the independent claim on which it depends.
- Claim 10 for the same reasons as for Claim 1.
- Claim 11 element "said system including local licensee unique ID generating means" for the same reasons as for Claim 10.
- Claim 12 element "said registration system generating a security key from information input to said software which uniquely identifies an intended registered user of said software on a computer on which said software is to be installed" for lacking a security key. See also the reasons in the bullet points for Claim 1, above.
- Claim 12 element "and wherein said registration system is replicated at a registration authority" for lacking a security key, and for failing to use the identical algorithm to generate a security key locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 13 element "wherein said security key is generated by a registration number algorithm" for lacking a security key. See also the reasons in the bullet points for Claims 1 and 12, above.

- Claim 14 element "wherein said registration number algorithm combines information entered by a prospective registered user unique to that user with a serial number generated from information provided by the environment in which the software to be protected is to run" for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.
- Claim 15 element "wherein said registration system checks at the time of boot of said software as to whether it is a first boot of the software to be protected or a subsequent boot" for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.
- Claim 16 element "wherein said environment details comprise at least one element which is not user-configurable on the platform" for the same reasons as for Claim 15 bulleted above and the independent claim on which it depends.
- Claim 17 element "said method further comprising providing registration key generating means adapted to generate a registration key which is a function of information unique to an intending user of the software" for lacking a licensee unique ID.

- Claim 17 element "said mode-switching means switching said software into fully enabled mode only if an enabling key provided to said mode-switching means by said intending user at the time of registration of said software has matched identically with said registration key" for lacking a licensee unique ID, and for requiring that the software on the manufacturer's media be modified.
- Claim 17 element "and wherein said enabling key is communicated to said intending user at the time of registration of said software" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 18 element "wherein said registration key is also a function of the environment in which said software is installed" for lacking a licensee unique ID. See also the reasons in the bullet points for Claims 1, 12, and 17, above.
- Claim 19 preamble "A remote registration station incorporating remote licensee unique ID generating means" for lacking a licensee unique ID.

- Claim 19 element "said station forming part of a registration system for licensing execution of digital data in a use mode" for requiring that the software on the manufacturer's media be modified.
- Claim 19 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 19 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID, and for requiring that the software on the manufacturer's media be modified.
- Claim 19 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

- Claim 20 element "said system including local licensee unique ID generating means and remote licensee unique ID generating means" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 20 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID, and for requiring that the software on the manufacturer's media be modified.
- Claim 20 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

Also, Dr. Wallach does not explain why claim 7 and its dependent claims are indefinite. To the extent that Dr. Wallach argues indefiniteness of Claim 7 on the basis that "Richardson does not disclose a corresponding structure for performing this function [of generating a platform unique ID]," I disagree. Richardson teaches generating a platform unique ID ('216 Patent, Figure 8, 11:66-12:2) and Grundy (Grundy, 17:10-12) corroborates that such a function is known in the art and is thereby merely a routine implementation detail for a POSA. It is my opinion that the asserted claims of the '216 Patent are not anticipated and are not obvious in view of Wolfe. I also disagree with Dr. Wallach that it would have been obvious to combine this reference with any other reference(s) to make obvious the '216 Patent. (See discussion below in V.i.).

<u>f. Dr. Wallach's Fifth Reference - Kuhn</u>

I disagree with Dr. Wallach that Kuhn anticipates or makes obvious the claims of the '216 Patent. Kuhn does not teach a user unique identifier (I have some knowledge of the German language, and my examination of Kuhn in German shows that the German word for "unique" that is "einmalig" does not appear in Kuhn). Also, Kuhn teaches away from using software methods, "... the known methods have the same disadvantage in that they are software-based." UNILOC 991b. Also, Kuhn does not teach a remote algorithm to generate a remote licensee

unique ID identical to the local algorithm and the local licensee unique ID. Dr. Wallach alleges that Kuhn discloses a local licensee unique ID called a CIA. However, Kuhn plainly teaches that the CIA is entirely based on hardware information and is therefore more akin to a platform identifier of the '216 patent rather than to a licensee unique ID as Dr. Wallach alleges. Dr. Wallach also alleges that Kuhn discloses a remote licensee unique ID called a CP. However, Kuhn plainly teaches that the CP is only generated by the software manufacturer and is not generated by the user's platform. The user's platform instead appears to use the CP to find a general software password that is the same for all copies of the software, and the CP is therefore not a licensee unique ID. Also, there is no disclosure that the CIA or CP is unique, or why it might be useful for the CIA or CP to be unique, especially in light of their role as components of a general software password that is the same for all instances and copies of the manufactured software. I also note that because a CIA and a CP are completely different, there is no switching means disclosed in Kuhn that matches these two values, which are neither licensee unique IDs. Dr. Wallach also incorrectly states that the CP could be entirely generated from local user information. Kuhn also discloses a hardware device called a CID. However, Kuhn fails to describe how the CID is created or calculated, and is therefore indefinite. Kuhn also does not identify a structure for the mode-switching means and for the "check routine." Also, Kuhn essentially

requires a hardware dongle (a ROM/PROM/IOU/CID) to store the CIA and is therefore no more material to the '216 Patent than the prior art before the Examiner. (e.g., Chou) Also, Dr. Wallach does not explain why claim 7 and its dependent claims are indefinite. It is my opinion that the asserted claims of the '216 Patent are not anticipated and are not obvious in view of Kuhn.

With respect to the Wallach Report, Exhibit D that references Kuhn, Kuhn is missing the following elements of the claims of the '216 Patent for at least the following reasons:

- Claim 1 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID. In addition, there is no corresponding element in Kuhn's that is the same as the Richardson "summer" ("Seventh Embodiment") because the Richardson "summer" explicitly creates a '216 patent licensee unique ID.
- Claim 1 element "and remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 1 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID first generated by said local licensee unique ID generating means has

matched a licensee unique ID subsequently generated by said remote licensee unique ID generating means" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.

- Claim 1 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.
- Claim 2 element "wherein said local licensee unique ID generating means generates said local licensee unique ID by execution of a registration algorithm which combines information in accordance with said algorithm, said information uniquely descriptive of an intending licensee of said digital data to be executed in said use mode" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 7 element "said system further including platform unique ID generating means, wherein said mode switching means will permit

said digital data to run in said use mode in subsequent execution of said digital data on said platform only if said platform unique ID has not changed" for lacking a licensee unique ID, and for lacking a platform unique ID generating means that is part of the digital data (e.g., the CIA is hardware-generated).

- Claim 8 element "wherein said platform unique ID generating means comprises part of said digital data when executed on said platform" for lacking a licensee unique ID, and for lacking a platform unique ID generating means that is part of the digital data (e.g., the CIA is hardware-generated).
- Claim 9 for the same reasons as for Claim 7 bulleted above and the independent claim on which it depends.
- Claim 10 for the same reasons as for Claim 1.
- Claim 11 element "said system including local licensee unique ID generating means" for the same reasons as for Claim 10.
- Claim 12 element "said registration system generating a security key from information input to said software which uniquely identifies an intended registered user of said software on a computer on which said software is to be installed" for lacking a security key. See also the reasons in the bullet points for Claim 1, above.

- Claim 12 element "and wherein said registration system is replicated at a registration authority" for lacking a security key, and for failing to use the identical algorithm to generate a security key locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 13 element "wherein said security key is generated by a registration number algorithm" for lacking a security key. See also the reasons in the bullet points for Claims 1 and 12, above.
- Claim 14 element "wherein said registration number algorithm combines information entered by a prospective registered user unique to that user with a serial number generated from information provided by the environment in which the software to be protected is to run" for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.
- Claim 15 element "wherein said registration system checks at the time of boot of said software as to whether it is a first boot of the software to be protected or a subsequent boot" for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.
- Claim 16 element "wherein said environment details comprise at least one element which is not user-configurable on the platform" for the

same reasons as for Claim 15 bulleted above and the independent claim on which it depends.

- Claim 17 element "said method further comprising providing registration key generating means adapted to generate a registration key which is a function of information unique to an intending user of the software" for lacking a licensee unique ID.
- Claim 17 element "said mode-switching means switching said software into fully enabled mode only if an enabling key provided to said mode-switching means by said intending user at the time of registration of said software has matched identically with said registration key" for lacking a licensee unique ID.
- Claim 17 element "and wherein said enabling key is communicated to said intending user at the time of registration of said software" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 18 element "wherein said registration key is also a function of the environment in which said software is installed" for lacking a licensee unique ID. See also the reasons in the bullet points for Claims 1, 12, and 17, above.

- Claim 19 preamble "A remote registration station incorporating remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 19 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 19 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 19 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 20 element "said system including local licensee unique ID generating means and remote licensee unique ID generating means"

for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

- Claim 20 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 20 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

It is my opinion that the asserted claims of the '216 Patent are not anticipated and are not obvious in view of Kuhn. I also disagree with Dr. Wallach that it would have been obvious to combine this reference with any other reference(s) to make obvious the '216 Patent. (See discussion below in V.i.).

g. Dr. Wallach's Sixth Reference - Medveczky

I disagree with Dr. Wallach that Medveczky anticipates or makes obvious the claims of the '216 Patent. Medveczky is in the class (380/4 and 380/25) that was searched by the Examiner during the prosecution of the '216 Patent and therefore was likely seen by the Examiner and was considered as no more material than the prior art that was already of record. (e.g., Chou) Medveczky teaches away from software means for protecting software such as the '216 patent, relying instead on hardware means. (Medveczky, 2:14-54, including stating, "In general, it can be stated as a mathematical truism that efforts to prevent piracy in software terms alone are defeatable;" and 6:1-3) Also, Medveczky teaches a hardware dongle (Medveczky, Abstract (security device), 3:61-4:14) that is no more material to the '216 Patent than the prior art before the Examiner, and that hardware dongle is not part of the digital data on the platform per the '216 Patent. My knowledge of hardware dongles includes that they tended to be expensive at the time of the filing of the '216 Patent, and Medveczky teaches away from the software means '216 Patent when he mentions that a system that does not rely on a dongle would be impractical. (Medveczky 2:26-42; 6:1-3) To the extent that Dr. Wallach argues that the (ASIC) dongle could store information unique to the user, I disagree that that would have been a workable implementation because each hardware (ASIC)

dongle would have had to be custom "fitted" to each user and that would have been prohibitively expensive. Medveczky generates a password from information preexisting in the software and the hardware configuration, rather than from licensee unique information. (*Id.*, 3:35-51) To the extent that the software information used in this process is alleged to be unique, this mechanism would be no different than that of Chou. Medveczky does not teach a unique licensee unique ID generated from information unique to the user. (*Id.*, 4:59-5:5, and system identifier at *Id.* 6:18-26). Instead, Medveczky relies on hardware devices for security and for any uniqueness and does not teach user information as part of the functions cited by Dr. Wallach. Also, Medveczky does not teach or motivate to generate an ID that is unique to the user. Medveczky teaches that the dongle/ASIC is hardware and Dr. Wallach considers that the information in this device is part of the platform identifier. Therefore, the dongle's information is not licensee unique information because it belongs to the hardware, much like the hard drive and the associated ID in the '216 patent. Medveczky does not appear to teach a platform unique ID that uses platform information, or that is part of the digital data. Also, Dr. Wallach 's alleged platform unique ID is not generated by the digital data. Medveczky does not teach performing a check for mode switching at a subsequent boot. Medveczky's VAL PASS deliberately slows down execution of the software and would not be used by a POSA. (*Id.*, 7:20-34) Also,

Medveczky fails to teach, and Dr. Wallach has failed to show, that the generic symbol "*f*" for a function means the identical function at the local and remote locations. Also, Medveczky 's "installation identification code" is not computed from within the digital data and is also not a licensee unique ID. Also, Medveczky is not enabled because it does not define the "installation type" used in the calculations. I disagree with Dr. Wallach that "... it would have been obvious to one of ordinary skill in the art at the time of the invention that L1 and L2 could be generated entirely from local information about the user, including the user identification (6:3-26, 8:22, 8:29, Fig. 3 item 310) or billing/invoice information (6:44-45, Fig. 3 items 430, 435)" because use of the secret information in the hardware dongle is essential to the embodiments of Medveczky and there is no benefit to using user information for the same security purposes Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would consider user information in place of or in addition to hardware information, or that such a system was possible.

In addition, Medveczky is not enabled because it fails to teach how to create the L2. I disagree with Dr. Wallach that "To one of ordinary skill, at the time of the invention, it' s obvious that the computation could occur in either order, so long as the L1 computation is not dependent on any information provided by the server. In Medveczky, there is no such dependence (7:1-12, 8:28-32, see also, Fig.

4 item 590: 'Calculate L1')." Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this. Also, as I have previously stated Medveczky is not enabled because it fails to teach how to create the L2. Medveczky also fails to teach that L1 and L2 are unique.

I disagree with Dr. Wallach to the extent that he argues for Claim 12 of the '216 Patent that a Medveczky "checksum" is unique. Medveczky would operate, to the extent it does operate, with a non-unique checksum. Medveczky uses a non-unique checksum only to find transmission errors between and among the user's hardware components, including the dongle, and Medveczky does not use the non-unique checksum as a licensee unique ID. (*Id.*, 8:60-64) Calculating a checksum is distinguished from the format check cited by Dr. Wallach. I disagree with Dr. Wallach that "... the use of this user information in its registration algorithm ... would have been obvious to one of ordinary skill in the art at the time of the invention ..." Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this, would be motivated to do this, or that such a modification would be likely to work. Also, I disagree with Dr. Wallach that "It would have also been obvious to one of skill in the art at the time of the Richardson invention to add a [partly enabled] demonstration mode such as those disclosed in Grundy and Hellman to Medveczky' s invention (e.g., by changing the 'disable system' step (Fig. 5C item 1200) or the 'system crash' step

(Fig. 4 step 620) to instead enter the demonstration mode) or to activate the new user registration procedure." Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this, would be motivated to do this, or that such a modification would be likely to work. For example, unlike systems that employ a demonstration or limited use mode, such as the '216 patent, Medveczky requires the user have a special hardware device for operation, and that requirement would be impractical for use with a software demonstration distribution process.

With respect to the Wallach Report, Exhibit D that references Medveczky, Medveczky is missing the following elements of the claims of the '216 Patent for at least the following reasons:

- Claim 1 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID. In addition, there is no corresponding element in Medveczky's that is the same as the Richardson "summer" ("Seventh Embodiment") because the Richardson "summer" explicitly creates a '216 patent licensee unique ID.
- Claim 1 element "and remote licensee unique ID generating means" for lacking a licensee unique ID.

- Claim 1 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID first generated by said local licensee unique ID generating means has matched a licensee unique ID subsequently generated by said remote licensee unique ID generating means" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.
- Claim 1 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.
- Claim 2 element "wherein said local licensee unique ID generating means generates said local licensee unique ID by execution of a registration algorithm which combines information in accordance with said algorithm, said information uniquely descriptive of an intending licensee of said digital data to be executed in said use mode" for lacking a licensee unique ID, and for failing to use the

identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

- Claim 7 element "said system further including platform unique ID generating means, wherein said mode switching means will permit said digital data to run in said use mode in subsequent execution of said digital data on said platform only if said platform unique ID has not changed" for lacking a licensee unique ID, and for lacking a platform unique ID generating means that is part of the digital data.
- Claim 8 element "wherein said platform unique ID generating means comprises part of said digital data when executed on said platform" for lacking a licensee unique ID, and for lacking a platform unique ID generating means that is part of the digital data.
- Claim 9 for the same reasons as for Claim 7 bulleted above and the independent claim on which it depends.
- Claim 10 for the same reasons as for Claim 1.
- Claim 11 element "said system including local licensee unique ID generating means" for the same reasons as for Claim 10.
- Claim 12 element "said registration system generating a security key from information input to said software which uniquely identifies an intended registered user of said software on a computer on which said

software is to be installed" for lacking a licensee unique ID. See also the reasons in the bullet points for Claim 1, above.

- Claim 12 element "and wherein said registration system is replicated at a registration authority" for lacking a security key, and for failing to use the identical algorithm to generate a security key locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 13 element "wherein said security key is generated by a registration number algorithm" for lacking a security key. See also the reasons in the bullet points for Claims 1 and 12, above.
- Claim 14 element "wherein said registration number algorithm combines information entered by a prospective registered user unique to that user with a serial number generated from information provided by the environment in which the software to be protected is to run" for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.
- Claim 15 element "wherein said registration system checks at the time of boot of said software as to whether it is a first boot of the software to be protected or a subsequent boot" for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.

- Claim 16 element "wherein said environment details comprise at least one element which is not user-configurable on the platform" for the same reasons as for Claim 15 bulleted above and the independent claim on which it depends.
- Claim 17 element "said method further comprising providing registration key generating means adapted to generate a registration key which is a function of information unique to an intending user of the software" for lacking a licensee unique ID.
- Claim 17 element "said mode-switching means switching said software into fully enabled mode only if an enabling key provided to said mode-switching means by said intending user at the time of registration of said software has matched identically with said registration key" for lacking a licensee unique ID.
- Claim 17 element "and wherein said enabling key is communicated to said intending user at the time of registration of said software" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 18 element "wherein said registration key is also a function of the environment in which said software is installed" for lacking a

licensee unique ID. See also the reasons in the bullet points for Claims 1, 12, and 17, above.

- Claim 19 preamble "A remote registration station incorporating remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 19 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 19 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 19 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

- Claim 20 element "said system including local licensee unique ID generating means and remote licensee unique ID generating means" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 20 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 20 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

Also, Dr. Wallach does not explain why claim 7 and its dependent claims are indefinite. To the extent that Dr. Wallach argues indefiniteness of Claim 7 on

the basis that "Richardson does not disclose a corresponding structure for performing this function [of generating a platform unique ID]," I disagree. Richardson teaches generating a platform unique ID ('216 Patent, Figure 8, 11:66-12:2) and Grundy (Grundy, 17:10-12) corroborates that such a function is known in the art and is thereby merely a routine implementation detail for a POSA. It is my opinion that the asserted claims of the '216 Patent are not anticipated and are not obvious in view of Medveczky. I also disagree with Dr. Wallach that it would have been obvious to combine this reference with any other reference(s) to make obvious the '216 Patent. (See discussion below in V.i.).

h. Dr. Wallach's Seventh Reference – Tau

I disagree with Dr. Wallach that Tau anticipates or makes obvious the claims of the '216 Patent. Tau (1) includes source code that Dr. Wallach has not shown has ever been made public, (2) includes source code that Dr. Wallach has not shown was ever used to produce any executable programs that have been made public, (3) includes an executable program from which a POSA would not know the source code cited by Dr. Wallach and would not know how that source code operates to the detail described in the source code modules referenced by Dr. Wallach, (4) includes two references ( a manual and the software), and (5) is not analogous art to the '216 Patent because it involves measuring circadian rhythms.

In addition, Tau lacks a licensee unique ID because the so-called "user info" of Tau's software Version Number is not unique and is also present in the data on the floppy disk delivered by the manufacturer, as in Chou. The Tau platform ID is not unique because two machines similarly configured would have the same Tau "computerID" calculated for each. This is because the calculation of the Tau "checksum" is based on the identification of the hardware that is, at best, either (1) identified as being present, or (2) perhaps by model number as reported by the BIOS (although there is no proof of the latter), and the calculation of the Tau "checksum" is not based on the serial numbers of the computer hardware. Serial numbers were generally reported by computer hardware sub-components only years after Tau was written and when Plug and Play was implemented years after Tau. Tau does not teach what software or hardware is present at a location remote to the user. I also note that the alleged Tau licensee unique ID is generated the first time the software is run without waiting for the user to supply any of his unique information. (JS 0000356) In the Tau source code module ..\JS573\R3_Disk3dot3\PAS1001_ZIP\Getuseid[eschull0000306].pas, the User Information is not input to an algorithm to generate a licensee unique ID, and instead is intended to be sent to Jonathan Schull and not to the software distributor, Mini-Mitter, contrary to what Dr. Wallach states. (Wallach Report, L. 2. a.) Also, in the Tau source code module

..\JS573\R3_Disk3dot3\PAS1001_ZIP\Getuseid[eschull0000306].pas, the computer ID and software version is sent to Jonathan Schull and not to the software distributor, Mini-Mitter, contrary to what Dr. Wallach states. (Wallach Report, L. 2. d.) Also, the source code cited by Dr. Wallach is from at least two different versions of Tau and is therefore at least two different references.

With respect to the Wallach Report sections that reference Tau, Tau is missing the following elements of the claims of the '216 Patent for at least the following reasons:

- Claim 1 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 1 element "and remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 1 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID first generated by said local licensee unique ID generating means has matched a licensee unique ID subsequently generated by said remote licensee unique ID generating means" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.

- Claim 1 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely.
- Claim 2 element "wherein said local licensee unique ID generating means generates said local licensee unique ID by execution of a registration algorithm which combines information in accordance with said algorithm, said information uniquely descriptive of an intending licensee of said digital data to be executed in said use mode" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 7 element "said system further including platform unique ID generating means, wherein said mode switching means will permit said digital data to run in said use mode in subsequent execution of said digital data on said platform only if said platform unique ID has not changed" for lacking a licensee unique ID, and for lacking a platform unique ID generating means that is part of the digital data.

- Claim 8 element "wherein said platform unique ID generating means comprises part of said digital data when executed on said platform" for lacking a licensee unique ID, and for lacking a platform unique ID generating means that is part of the digital data.
- Claim 9 for the same reasons as for Claim 7 bulleted above and the independent claim on which it depends.
- Claim 10 for the same reasons as for Claim 1.
- Claim 11 element "said system including local licensee unique ID generating means" for the same reasons as for Claim 10.
- Claim 12 element "said registration system generating a security key from information input to said software which uniquely identifies an intended registered user of said software on a computer on which said software is to be installed" for lacking a security key. See also the reasons in the bullet points for Claim 1, above.
- Claim 12 element "and wherein said registration system is replicated at a registration authority" for lacking a security key, and for failing to use the identical algorithm to generate a security key locally and remotely. See also the reasons in the bullet points for Claim 1, above.

- Claim 13 element "wherein said security key is generated by a registration number algorithm" for lacking a security key. See also the reasons in the bullet points for Claims 1 and 12, above.
- Claim 14 element "wherein said registration number algorithm combines information entered by a prospective registered user unique to that user with a serial number generated from information provided by the environment in which the software to be protected is to run" for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.
- Claim 15 element "wherein said registration system checks at the time of boot of said software as to whether it is a first boot of the software to be protected or a subsequent boot" for the same reasons as for Claim 13 bulleted above and the independent claim on which it depends.
- Claim 16 element "wherein said environment details comprise at least one element which is not user-configurable on the platform" for the same reasons as for Claim 15 bulleted above and the independent claim on which it depends.
- Claim 17 element "said method further comprising providing registration key generating means adapted to generate a registration

key which is a function of information unique to an intending user of the software" for lacking a licensee unique ID.

- Claim 17 element "said mode-switching means switching said software into fully enabled mode only if an enabling key provided to said mode-switching means by said intending user at the time of registration of said software has matched identically with said registration key" for lacking a licensee unique ID.
- Claim 17 element "and wherein said enabling key is communicated to said intending user at the time of registration of said software" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 18 element "wherein said registration key is also a function of the environment in which said software is installed" for lacking a licensee unique ID. See also the reasons in the bullet points for Claims 1, 12, and 17, above.
- Claim 19 preamble "A remote registration station incorporating remote licensee unique ID generating means" for lacking a licensee unique ID.

- Claim 19 element "said system including local licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 19 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 19 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.
- Claim 20 element "said system including local licensee unique ID generating means and remote licensee unique ID generating means" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

- Claim 20 element "said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means" for lacking a licensee unique ID.
- Claim 20 element "and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID" for lacking a licensee unique ID, and for failing to use the identical algorithm to generate a licensee unique ID locally and remotely. See also the reasons in the bullet points for Claim 1, above.

Also, Dr. Wallach does not explain why claim 7 and its dependent claims are indefinite. To the extent that Dr. Wallach argues indefiniteness of Claim 7 on the basis that "Richardson does not disclose a corresponding structure for performing this function [of generating a platform unique ID]," I disagree. Richardson teaches generating a platform unique ID ('216 Patent, Figure 8, 11:66-12:2) and Grundy (Grundy, 17:10-12) corroborates that such a function is known in the art and is thereby merely a routine implementation detail for a POSA. It is

my opinion that the asserted claims of the '216 Patent are not anticipated and are not obvious in view of Tau. I also disagree with Dr. Wallach that it would have been obvious to combine this reference with any other reference(s) to make obvious the '216 Patent. (See discussion below in V.i.).

i. Dr. Wallach's Combinations Alleging Obviousness of the '216 Patent

Dr. Wallach argues that a POSA would be motivated to combine certain of Dr. Wallach's references to meet the limitations of claims of the '216 Patent. I disagree. I have reviewed Dr. Wallach's arguments and I do not find them persuasive. There is no teaching in any of Dr. Wallach's references to combine with any other reference asserted by Dr. Wallach. In addition, Dr. Wallach does not explain how any of his combinations of references would operate to perform all of the elements of the claims of the '216 Patent.

There is no teaching in Hellman to combine with any other reference asserted by Dr. Wallach. Dr. Wallach argues to combine Hellman and Grundy to use the Hellman "cryptographic function generator" instead of the Grundy "checksum." Such a combination benefits from hindsight and also would make no sense in light of the Hellman disclosure and the Grundy disclosure. For example, Dr. Wallach does not explain how the "Manufacturing Modules" of Grundy could

possibly work with Hellman, nor does he explain how or why the complex computations for the Hellman check value C and authorization A can substitute for the simple Grundy "checksum" that is used merely to avoid typographical errors in a human operator's keyed input. In any event, since none of the Hellman or Grundy elements is a licensee unique ID, Hellman is no more material than Grundy for the '216 Patent. Also, Dr. Wallach argues to combine Hellman and Grundy to generate a local licensee unique ID. I disagree with Dr. Wallach. Neither of these references teaches generating a licensee unique ID, or using an identical algorithm on a remote and local for generating a licensee unique ID. Also, I disagree with Dr. Wallach that "... one of skill in the art at the time of the Richardson invention would have been motivated to combine such a feature ['try before they buy'] with Hellman' s invention (e.g., by using the switch to change the software from a full version to a demonstration mode, rather than preventing the user from using the software)." Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this, been motivated to do this, or would expect this modification to work successfully. Also, I disagree with Dr. Wallach that "... one of skill in the art would have been motivated to combine Hellman and Grundy to create a registration key [or an enabling key] [generating means] based on input that uniquely identifies a user." Dr. Wallach provides no proof that a POSA at the time of the filing of the '216

Patent would have known to do this, been motivated to do this, or that such a modification would be likely to work. Also, I disagree with Dr. Wallach that "... one of skill in the art would have been motivated to combine Hellman and Grundy to create a third party means." Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this, been motivated to do this, or that such a modification would be likely to work. Also, I disagree with Dr. Wallach that "... one of skill in the art would have been motivated to combine Hellman and Grundy to create a remote [or a local] licensee unique ID [or enabling key, or generating means]." Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this, been motivated to do this, or that such a modification would be likely to work. In addition, just as the PTO Examiner found nothing interesting about Grundy's use of checksums, a POSA reading Hellman would also not care about Grundy. Because these references teach conflicting (cryptographic versus checksum) strategies, there is no easy way to combine them.

There is no teaching in Wolfe to combine with any other reference asserted by Dr. Wallach. Dr. Wallach argues to combine Wolfe and Grundy to use information local to the user (such as a telephone number) to create local and remote licensee unique IDs. I disagree. Also, the Examiner had these references

before him during prosecution and did not make Dr. Wallach's suggested combination. It would not be obvious to combine Wolfe with Grundy. Such a combination is not obvious because, at least, the only user information disclosed in Wolfe is sent only to the central authority for some purpose, such as tracking, unrelated to matching with a licensee unique ID locally, and such information is never returned locally because doing so would serve no obvious purpose in Wolfe. Therefore, combining Wolfe with checksums from Grundy is non-obvious and would serve no useful purpose related to the '216 patent. Also, as discussed above, Grundy does not disclose a licensee unique ID or related generation means, so even if these references were combined the combination would still lack several elements of the claims of the '216 patent. Also, I disagree with Dr. Wallach that "… one of skill in the art at the time of the Richardson invention would have been motivated to combine the disclosure of a demonstration mode (see, e.g., Grundy, Hellman, and Tau) with Wolfe's invention (e.g., by using the switch to change the software from a full version to a demonstration mode, rather than preventing the user from using the software)." There is no teaching in Wolfe to combine with any other reference asserted by Dr. Wallach. Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this, been motivated to do this, or that such a modification would be likely to work. Also, I disagree with Dr. Wallach that "… one of skill in the art would have been

motivated to combine Wolfe and Grundy to create a remote [or a local] licensee unique ID [or enabling key, or generating means]." I disagree. Also, the Examiner had these references before him during prosecution and did not make Dr. Wallach's suggested combination. Also, I disagree with Dr. Wallach that "... one of skill in the art would have been motivated to combine Wolfe and Grundy to create a third party means." I disagree. Also, the Examiner had these references before him during prosecution and did not make Dr. Wallach's suggested combination.

There is no teaching in Kuhn to combine with any other reference asserted by Dr. Wallach. Dr. Wallach alleges that it would be obvious and advantageous to use Grundy's checksums. Dr. Wallach is wrong at least because Kuhn does not disclose sending licensee unique information that was obtained from the licensee back from an authority. Specifically, the manufacturer in Kuhn returns a CP that is otherwise not available to the licensee and is not licensee information. Therefore, there would not be a way to combine Kuhn with Grundy without extensive modification to both systems, and requiring undue experimentation to achieve a dubious result. Also, as explained above, Grundy's checksums are not licensee unique IDs and therefore no combination with Grundy would resolve the elements missing from Kuhn. Dr. Wallach also argues to combine Kuhn and Grundy to use

the Kuhn CIA and CP to generate a local licensee unique ID [or a security key or a registration key] by using user information. I disagree with Dr. Wallach. Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this, been motivated to do this, or that such a modification would be likely to work. There is no teaching in Kuhn to combine with any other reference asserted by Dr. Wallach. There is no teaching in Kuhn to use a generating means either locally or remotely to generate licensee unique IDs. Also, the CIA and CP are implemented in hardware and are also not part of the digital data per the '216 Patent. Also, I disagree with Dr. Wallach that "One of skill in the art attempting to implement a system like Kuhn would need a method for comparing the remote licensee unique IDs with the local licensee unique IDs. This provides the motivation to combine Kuhn with Grundy, Hellman, or Wolfe." I disagree. A POSA would need a Kuhn "check routine" that is not defined. Also, there is no teaching to combine any other references with Kuhn to perform any mode switching. None of Dr. Wallach's references teaches generating a licensee unique ID, or using an identical algorithm on a remote and local for generating a licensee unique ID. Also, I disagree with Dr. Wallach that "It would have been obvious to one of skill in the art at the time of the invention that the registration system, replicated at a registration authority, could be used for the purposes of checking by the registration authority that the information unique to the user is

correctly entered at the time that the security key is generated by the registration system. For example, as described in other exhibits, Grundy, Hellman, and Wolfe disclose this feature. One of skill in the art attempting to implement a system like Kuhn would need a method for the registration authority to check user information. This provides the motivation to combine Kuhn with Grundy, Hellman, or Wolfe." By this quote, Dr. Wallach requires that the combination teach, at least, (1) replication at a registration authority of the registration system of the '216 Patent, (2) information unique to the user be input, (3) validated for its having been entered properly, (4) used to create licensee unique IDs with (4) identical algorithms locally and remotely. Dr. Wallach fails to show how these could all be accomplished, and in fact, there is no teaching to create any such combinations or permutations from Dr. Wallach's asserted prior art. Also, I disagree with Dr. Wallach that "It would have been obvious to one of skill in the art at the time of the invention that a security check could be used to switch said software between a fully enabled mode and a partly enabled or demonstration mode. For example, as described in other exhibits, Grundy and Hellman disclose this feature. It would be desirable to widely distribute software with a demonstration mode, allowing prospective users to try before they buy (see, e.g., Grundy). Therefore, one of skill in the art at the time of the Richardson invention would have been motivated to combine such a feature with Kuhn' s invention (e.g., by using the switch to change

the software from a full version to a demonstration mode, rather than preventing the user from using the software)." There is no teaching in Kuhn to combine with any other reference asserted by Dr. Wallach. Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this, been motivated to do this, or that such a modification would be likely to work. Also, I disagree with Dr. Wallach that "It would have been obvious to one of skill in the art at the time of the invention that algorithms are necessary to generate the enabling key and the registration key, and that the algorithms used could be the same. For example, Grundy, Hellman, and Wolfe disclose such algorithms, and disclose the possibility that the algorithms used are the same. One of skill in the art attempting to implement a system like Kuhn would need algorithms to generate the keys and would thus be motivated to combine Kuhn with the algorithms disclosed in Grundy, Hellman, or Wolfe." There is no teaching in Kuhn to combine with any other reference asserted by Dr. Wallach. Dr. Wallach provides no proof that a POSA at the time of the filing of the '216 Patent would have known to do this, been motivated to do this, or that such a modification would be likely to work.

There is no teaching in Medveczky to combine with any other reference asserted by Dr. Wallach. In his discussion of Medveczky, Dr. Wallach references

Grundy and Hellman. I do not see that Dr. Wallach has made an argument to combine Medveczky with any other reference(s), but if he has, I reserve my right to examine and to report on his opinions after he clarifies them.

There is no teaching in Tau to combine with any other reference asserted by Dr. Wallach. I do not see that Dr. Wallach has made an argument to combine Tau with any other reference(s), but if he has, I reserve my right to examine and to report on his opinions after he clarifies them.

As I have stated, it is my opinion that none of the alleged prior art references of Dr. Wallach anticipate or render obvious the claims of the '216 Patent. I also understand that commercial success of systems practicing the patent can be a secondary consideration of non-obviousness. As I have stated previously, I believe that the accused Microsoft products practice the '216 patent. To the extent that these products have been commercially successful, I believe this to be persuasive evidence that the invention of the '216 patent is non-obvious over the prior art.

## VI. Inequitable Conduct Analysis

I have reviewed Mr. Nixon's Report and his arguments that the '216 Patent Applicant engaged in inequitable conduct. I disagree with the opinions expressed by Mr. Nixon in the Nixon Report and I also disagree with his reading and understanding of the '216, the Grundy, and the Kuhn Patents. It is my opinion that Mr. Nixon has failed to provide evidence of inequitable conduct on the part of the '216 Patent Applicant.

### a. Mr. Nixon's Discussion Of The '216 Patent And Prosecution History

Mr. Nixon has mischaracterized both the '216 Patent and the Grundy Patent. According to Mr. Nixon (Nixon Report, I. b. (i)) the "... '216 Patent is directed to ... registering ... plural identical copies of digital content ..." I disagree. There is no requirement for a "plurality" in the '216 Patent. I also disagree with Mr. Nixon that there is only one invention in the '216 Patent (*Id.*) I also disagree with Mr. Nixon that in the '216 Patent "... executable computer software is ... configured ... based on the customer['s] ... own unique identification ..." (*Id.*) There is no requirement in the '216 Patent that the information provided by the "customer" be their "own unique identification," only that the information input by the customer be useful to uniquely identify that customer. There is no requirement in the '216 Patent that the customer's personal data, such as name, address, telephone number,

etc. be input by the customer. I disagree with Mr. Nixon that the "principal focus" of the '216 Patent "... is on use of truly personal 'licensee unique ID' data ..." (*Id.*) Mr. Nixon has no basis for his statement limiting the '216 Patent.

Mr. Nixon argues that '216 Patent Applicant engaged in inequitable conduct with respect to Grundy. (Nixon Report I. e. (i)) I disagree. Mr. Nixon mischaracterizes Grundy in Mr. Nixon's attempt to prove inequitable conduct. I find that the description of Grundy supplied by the Applicant to the Examiner during prosecution of the '216 Patent was correct, and that Mr. Nixon's description of Grundy is misleading, at best. For example, Mr. Nixon argues that Grundy calculates the same checksum locally and remotely and compares the results, while ignoring the fact that the Grundy checksum is not a licensee unique ID of the '216 Patent. (See my discussion above with respect to Grundy and this issue.) Mr. Nixon bases his arguments on confusing a checksum with a licensee unique ID; a mistake that the Examiner did not make during the '216 Patent prosecution. Mr. Nixon merely turns on its head the fact that the Examiner properly ignored the checksum as a Licensee Unique ID and instead Mr. Nixon accuses the Applicant, and by implication, the Examiner, of misconduct because they failed to make the mistake made by Mr. Nixon. Also, Mr. Nixon mischaracterizes the Applicant's arguments in the Applicant's 12/20/94 Response to the Patent Office as saying that "... Gru[n]dy was not relevant merely because it required validity/authorization

checking steps in addition to merely one single match-comparison check between a locally generated and a centrally generated licensee unique ID registration code." A glance at the Response of the Applicant shows a broader argument distinguishing Grundy that is consistent with both Grundy and with the '216 Patent. (e.g., '216 Patent File History ("FH"), Response of 12/21/94 pages 4-5, and Grundy 15:49-58; e.g., also FH, Response of 06/30/95 pages 7-9, and Grundy Claim 1 "second processor", 4:54-57, 5:5-7) This also shows that Mr. Nixon has chosen to ignore the parts of the Applicant's Response that do not fit Mr. Nixon's theories. (See my discussion above with respect to Grundy.) Also, Mr. Nixon mischaracterizes the Applicant's arguments in the Applicant's 6/30/95 Response to the Patent Office. (*Id*., page 30) Mr. Nixon alleges without basis that (1) the Applicant [improperly] "focused" on Grundy's Owner Identification Number, (2) there was something "unnatural" about the Applicant's argument distinguishing Grundy, (3) it is logical in the '216 Patent to generate a sequential serial number at the licensor cite, and (4) Grundy's Owner Identification Number is not checked at the user location because it is not known to be authentic [the word "authentic" does not even appear in Grundy]. Mr. Nixon is wrong on all of these counts, and has no basis for arguing any of them. In addition, the argument presented by the Applicant and quoted by Mr. Nixon (*Id.*) was not erroneous. In fact, the Applicant was correct that in Grundy

"... any element of uniqueness to be associated with the software to be protected is injected and derived at the second platform (the remote location) and, furthermore, that whether an Authorization Code is valid or not derives directly from data first arising at the second platform (the remote location). [See, e.g., Grundy 15:46-50]

This is the complete reverse of the system of the present invention where the uniqueness derives entirely locally,

It is submitted that this local generation of the identifying feature for each copy of the software to be protected is one distinguishing feature of the present invention. Grundy does not disclose or suggest this feature or manner or operation ..." [See, e.g., Grundy Claim 1 "second processor", and discussions above)

The '216 Patent does not teach merely comparing generated data as Mr. Nixon is apparently arguing, but the '216 Patent requires generating a Licensee Unique ID.

I disagree with Mr. Nixon that the Kuhn reference is invalidating prior art to the '216 Patent. (See, e.g., paragraphs in V.f. above) Kuhn is no more material to the patentability of the '216 Patent than the art that was before the PTO Examiner (e.g., Chou). In addition, I disagree that the European Patent Office examiner properly held Kuhn to be invalidating art for the Richardson Application, based on the arguments I have already made in V.f., above.

I disagree with Mr. Nixon that Mr. Higgs or Mr. Bell were inventors of the '216 Patent, or that the inventions of the '216 Patent were derived from those of Mr. Higgs or Mr. Bell. (See Richardson Deposition, 07/20/05, page 245:15-24) It is my understanding that in order to be an inventor of a patent, the person must have contributed to the conception of the invention of at least one claim of the patent.

I find no evidence of record that Mr. Higgs collaborated in any way with Mr. Richardson during the conception of Mr. Richardson's invention. Mr. Higgs testified that at his first meeting with Mr. Richardson (which was at Mr. Higgs birthday party), Mr. Richardson informed him that a patent application was filed or about to be filed. (Higgs Dep. p. 62.) Presumably, if Mr. Richardson had filed or was about to file the application, he would have had to have met with his patent attorney prior to meeting Mr. Higgs. Also, Mr. Richardson testified that he conceived of his idea at least 20 days before he filed his patent application on

September 21, 1992. (See Richardson, 3/31/05 p. 180.) Thus, it would appear that Mr. Richardson was working with Mr. Higgs to reduce Mr. Richardson's invention to practice and/or as a business partner to commercialize Mr. Richardson's invention. This is consistent with Mr. Higgs testimony and with Mr. Richardson's notebook entry "contract work" above Mr. Higgs' name. (See Uniloc 11775) Further, I disagree with Mr. Nixon, this entry does not attribute "a way to create demonstration mode software with disabled 'save' and 'print' functions," because it appears that Mr. Richardson was considering Mr. Higgs as someone who could provide some contract work to reduce Mr. Richardson's invention to practice. My understanding is consistent with the other document Mr. Nixon relies on, Uniloc 15870, with respect to Mr. Bell. That latter document is a letter to Mr. Cary Dreelan, and apparently from the letter, Mr. Dreelan was a software developer and Mr. Richardson, in the Uniloc 15870 letter, was asking Mr. Dreelan to provide a quote for software development work (as reduction to practice) after the Uniloc provisional application was filed. (See Uniloc 15870-15871).

I also note that Mr. Nixon has not identified any elements of any claims of the '216 Patent that were conceived by either Mr. Higgs or by Mr. Bell. I note that the mock up screen shots allegedly produced by Mr. Higgs (and disputed by Mr. Richardson), do not disclose or even suggest the concept of a licensee unique ID or an algorithm for generating a licensee unique ID. (See Higgs 44-49) Accordingly,

it is my opinion that none of the evidence relates to any of the claims of the '216 Patent and that neither Mr. Higgs nor Mr. Bell contributed to the conception of the claimed inventions of the '216 Patent.

## VII. Exhibits To Be Used As A Summary Of Or In Support Of My Opinions

To summarize and support my testimony at trial, I may use this Report (or a revised/updated version of this Report), and any of the various documents to which I have referred, or excerpts from them. I may also use charts or other demonstrative exhibits prepared from my Report.

## VIII. Reservation of Right to Supplement This Report and Opinions

This report presents my opinions to date regarding the matter set forth above. As additional data, information, testimony, or Defendant's experts' reports become available to me or is provided to me, I may consider this information and I may find it appropriate to revise or supplement my analysis, opinions, and conclusions. I reserve the right to modify or supplement this Report and the opinions contained herein.

Dated November 7, 2005

David Klausner

**Exhibit A – David Klausner's Resume and**
**Exhibit B – U.S. Patent 5,490,216 are NOT attached to this report.**

United States Patent [19]
Wolfe
[11] Patent Number: 4,796,220
[45] Date of Patent: Jan. 3, 1989

[54] METHOD OF CONTROLLING THE COPYING OF SOFTWARE

[75] Inventor: Everett W. Wolfe, Lauderdale Lakes, Fla.

[73] Assignee: Pride Software Development Corp., Boca Raton, Fla.

[21] Appl. No.: 941,411

[22] Filed: Dec. 15, 1986

[51] Int. Cl.[4] .......... G06F 12/14
[52] U.S. Cl. .......... 364/900
[58] Field of Search ... 364/200 MS File, 900 MS File, 364/300; 380/4; 340/825.31, 825.34

[56] References Cited

U.S. PATENT DOCUMENTS

4,562,306 12/1985 Chou et al. .......... 364/200
4,593,353 6/1986 Pickholtz .......... 364/200
4,644,493 2/1987 Chandra et al. .......... 364/900
4,652,990 5/1987 Pailen et al. .......... 364/200
4,685,055 8/1987 Thomas .......... 364/200
4,688,169 8/1987 Joshi .......... 364/200
4,740,890 4/1988 William .......... 364/200
4,748,561 5/1988 Brown .......... 364/300

*Primary Examiner*—Raulfe B. Zache
*Assistant Examiner*—Eric Coleman
*Attorney, Agent, or Firm*—Harry W. Barron

[57] ABSTRACT

An authorized user of the program is allowed to make any number of backup copies of a computer program and to execute each such backup copy on the same authorized machine, but is inhibited from executing either the original or any copy thereof on any other machine. The method is implemented by including a control program with the application program to be copy controlled, which control program causes an interaction and registration of the program during initialization of the program with a central computer. The method includes generating a configuration code based on the configuration of the user's computer and the communication of the configuration code to the central computer. The central computer thereafter generates a permission code based on the communicated configuration code and communicates the permission code back to the user. The permission code is then entered into the user's computer and stored as a part of the control program. Prior to each subsequent execution of the program, a recalculation of the permission code is made by the control program and a comparison of the recalculated and the stored permission codes allows further execution of the program. The configuration code may include special data unique to the user's authorized computer and the recalculation of the permission code may be enabled only by data supplied by the central computers generated permission code. Further, self destruct code may be included in the control code to avoid tampering with the copy control scheme.

12 Claims, 2 Drawing Sheets




MS-U 467298




Fig. 1.

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | A | B | C |
|---|---|---|---|---|---|---|---|---|---|---|---|

Num 1 — Number of Disc Drives
Num 2 — 100'S Digit of Ram Size
Num 3 — 1'S Digit of Ram Size
Num 4 — Number of Hard Disk Drives
Num 5 — Logged Drive Number
Num 6 — 10'S Digit of RAM Size
Num 7 — 1'S Digit of Mode Number
Num 8 — 1'S Digit of Free Space %
Num 9 — 10'S Digit of Hard Disk Size
Num A — 1'S Digit of RAM Size
Num B — 10'S Digit of Mode Number
Num C — 10'S Digit of Free Space %

Fig. 2.


1
52
Store Permission Code in Software.
54
Recalculate Permission Code at user Computer based on Configuration of user Computer.
56
Continue Processing if Recalculated and Original permission Code Compare; otherwise Display Message and Abort.
40
Insert New Diskette
42
Calculate and Display Configuration Code and Message at User CPU
44
Communicate Serial Number and Configuration Code from User CPU to Central CPU
46
Further Copies Allowed ?
No
48
Inform Caller and Disconnect.
Yes
50
Central CPU Stores Data updates permisson data Base, calculates Permission code from Configuration Code and Communicates Permission Code to user CPU.
1

Fig. 3.

## METHOD OF CONTROLLING THE COPYING OF SOFTWARE

### BACKGROUND OF THE INVENTION

This invention relates to a method of controlling the copying of computer software and more particularly, to such a method which allows an unlimited number of backup copies of a program to be made for the same machine, but selectively prevents the execution of such backup copies or the original on other unauthorized machines.

In recent years, the sale and/or licensing of computer software has become an established industry of it own. In this industry, more than any other, the illegal copying of copyrighted works of authorship has robbed the copyright owner of large amounts of revenue. The illegal copying has come from many different segments of users and other sellers of computer software. On one extreme, the organized pirate copies software and then sells it at discount to potential purchasers from the true owner, in effect, putting the developer of the copyrighted version of the software out of business. On the other extreme, a rightful possessor of the software may make a limited number of additional copies for use as backup copies on the original computer, or, if authorized by the owner of the software, for use on a home computer, or for use on a replacement or additional computer used by the authorized user in the same office. Between these two extremes, many rightful possessors of software may merely give, or even lend the software to friends or others in the same office.

In the first case, the copyright owner is generally unwilling to grant his permission to the pirate. In the second case, however, the copyright owner generally should have no objection to true backup copies being used, since the user of the software has a legitimate right to make a backup copy of the software for protection against the inadvertent destruction of the original copy. On the other hand, the owner of the software copyright may or may not be willing to allow the user to copy the software for use on other computers, or the owner of the software copyright may be willing to allow the copying of the software for use on other computers in the same office for an additional fee.

Attempts to solve copying problems in the past have included various techniques of copy protection. Common for most of these techniques is the placing of code in the program which limits the number of executable copies of a particular copy of software which can be made. However, as soon as a new technique for copy protection is developed, it is quickly broken by knowledgeable computer experts. These experts then market programs which allow the so called copy-protected software to be copied at will. In some situations, such copying may be approved by the owner, such as, making backup copies, but in other situations, the copying may be without the owner's approval, and hence illegal, such as the making copies for friends. However, the copy protect schemes typically don't distinguish between the allowable copying and the illegal copying. Even to the extent that the copy protection schemes of the prior art have allowed the making of a backup copy of the software, such schemes generally don't allow a legitimate backup of the backup or multiple backups of the original for execution on the same machine. Further, the copy protect schemes of the prior art do not prevent the permitted backup copies to be given to a friend for a disallowed use on a different machine.

One drawback of many copy protection schemes of the past is that problems may occur after an authorized user copies the software into a hard disk, or other type of permanent large memory associated with the machine. These problems, as well as the protests of the user to the inconveniences and inability to make sufficient legitimate copies, have led many software vendors to discontinue the use of copy protection schemes. The result, of course, is that many unauthorized copies of software are being made, thereby causing the author of the program to lose rightful rewards for his creative endeavors.

Another problem with the marketing of software has more recently appeared as hardware technology has advanced to allow a local area networks of many computers and other sophisticated communications between computers in either the same general area or across country. One problem the software industry is facing as a result of this new technology is that large companies with many computers are demanding either site licenses or large volume discounts. In either case, the price of the software is directly tied to the number of copies and it, thus, becomes necessary for the software owner, or licensed distributor, to keep track of the number of copies of the software being made by or for the large customer. Further, many of the same problems of unauthorized copies made for friends or for machines beyond the site licensed still remain. Traditional copy protection schemes offer no solution to these problems.

It would be preferable to utilize a copy control scheme, rather than the copy protection, or prevention, schemes of the prior art in order to overcome the above noted problems. A copy control scheme is one in which the scheme does not interfere with the proper execution of the software on an authorized machine, in which the rightful possessor of the software can make as many backup copies as is desired, and in which the party charged with authorizing copies, such as a copyright owner, is able to approve, control and have knowledge of all copies made for additional machines. In addition, such a scheme should allow any of the backup copies to be executed on the authorized machine, but stop the execution of all such backup, or other unauthorized, copies on machines other than the authorized machine. Finally, such a scheme should be able to prevent override techniques, such as those programs of the prior art that override copy protection schemes, from avoiding, overriding or bypassing the copy control scheme.

Another problem of the prior art has been the ability of authorized distributors of software to assure the registration of licensed software and obtain desired feedback from users regarding computer configurations. Registration is desirable in the current environment of software marketing using unsigned license agreements, since the registration of the software with the authorized distributor may manifest the acceptance of the license terms. Further, the system configuration feedback of the software developer's customer base is valuable business information for the developer so that the developer knows what additional functions can or should be added to future enhancements of the software product, or what customer segment should be targeted in a marketing program based on hardware availability for future software products.

MS-U 467301

## SUMMARY OF THE INVENTION

In accordance with one aspect of this invention, there is provided a method of controlling the use of copies of computer software, which software includes an application program for performing a desired task and an associated a first control program. The first control program allows the application program, and a copy made therefrom, to be executed on a given machine, but prevents the application program, and all copies thereof, from being executed on another machine. The method comprises the steps of generating a configuration code related to the hardware of the given machine and transmitting the configuration code to a remote machine. The remote machine is programmed with a second control program related to the first control program. Further, the method includes the steps of generating, by the second control program, a permission code at the remote machine related to the configuration code transmitted thereto, transmitting the permission code to the given machine, and storing the permission code as a part of the first control program to allow the associated application program, or copies thereof, to be executed only on the given machine.

## BRIEF DESCRIPTION OF THE DRAWINGS

One preferred embodiment of the subject invention is hereafter described, with reference being made to the following Figures, in which,

FIG. 1 shows a general system block diagram of apparatus used to perform the software copy control method of the subject invention;

FIG. 2 shows an example of the configuration code generated at the user's machine; and

FIG. 3 shows a flow diagram of the procedures in obtaining authorization to use software subject to copy control on a given computer.

## DESCRIPTION OF THE EMBODIMENT

Referring now to FIG. 1, a user computer system 10 and a central computer system 12, located at a location remote from the user computer system 10, are shown. A communications link 14 connects user computer system 10 with central computer system 12. Communications link 14 may take the form of either a direct processor to processor link, such as through modem 16 of user computer 10 to an associated modem (not shown) included as a part of computer 12, or an indirect link, such as through a conventional telephone 18. If an indirect link, such as telephone 18, is used, central computer 12 may communicate using a voice synthesizer prompter unit (not shown) and a signal receiver unit (not shown) included therein responsive to telephone tone signals.

User computer system 10 may be any conventional computer system, from the smallest personal computer to the largest main frame system. For example, system 10 may be a typical business personal computer system including a hard disk drive 20, one or more diskette drives 22, a defined amount of random access memory (RAM) 24, a microprocessor system (CPU) 26, one or more input devices 28, such as a keyboard, and one or more output devices 30, such as a display or a printer. In a typical operating environment, an application program is stored on either the disk associated with disk drive 20, or on a diskette inserted into on of the diskette drives 22. This program is then executed, on command of the user, that is, it is copied into the RAM 24 and



controls the tasks performed by CPU 26 to cause a desired application to be performed.

One of the tasks that CPU 26 may be programmed to perform is to copy the program stored on either the disk or the diskette associated with drives 20 or 22 onto another diskette. In the past, programmers have tried to prevent this copying of the program code, as opposed to data generated by using the program, by techniques generally known as copy protection schemes. Briefly, copy protection schemes worked by preventing certain critical code from being copied, or from being copied more than a certain number of times, such as one or two. However, as soon as a programmer came up with a particularly scheme for copy protection, another programmer was able to come up with a scheme to override the protection scheme. One problem with the conventional copy protection schemes is that the code implementing the scheme is always the same for any given program. Thus, a person desiring to break the code, only has to do it once for a given program, and then all copies of the program can be copied.

The subject invention utilizes a different philosophy than has been used in the past. Rather than placing copy preventing code on the media containing the program, a footprint of the machine is taken and a control program responding to only the footprint is placed within the application program to allow that machine to make and use as many copies of the program as desired. However, the control program prevents the application program from being executed on a machine having a different footprint. Thus, a person with the right to use the program is not be prevented from enjoying the full use of his program on the approved machine, but such person is not be able to make copies of the program for use on unapproved machines. Controls are also included in the code to allow multiple machines to be approved, or to allow changes to be made to the approved machine from time to time, such as the addition of more memory to RAM 24.

In practice, the manner in which the invention is to be implemented is that the first time the application program is used, a prompt appears on the screen requiring the user to register the program for use on a defined user computer 10 with the owner or the authorizing agent of the owner. This prompt may include the serial number of the program and a configuration code generated by the application program based on the configuration of user machine 10.

The serial number of the program will have been previously assigned by the licensor or seller of the program and may include information relating to how many different machines have been authorized. For example, a serial number may allow the application program to be copied into two hard disks for execution on two different machines, or it may limit the copying to only a single machine configuration. The price the user pays for this privilege may be related to the number of machines upon which the application program is to operate. Alternatively, a purchaser or licensee of the application program may obtain a site license, allowing a certain number of copies to be made and that certain number is included as a part of the serial number. Further, in other situations, the software owner may inventory programs in a central location of a customer and only bill for the programs after distribution by the customer to its employees or other users. The billing amount could, in turn, be related to the number of programs actually in use.

The configuration code is generated after the program is loaded into the machine is based on the particular hardware parameters of the machine. For example, the configuration code may be a multi-digit number, in which each group of one or more digits includes different hardware configuration information. Further, special information, unique to a particular machine, such as information unique to a disk, disk drive or RAM based on specific tests, may also be included as a part of the configuration code.

The prompt screen informs the user starting to load the application program for the first time to call a certain telephone number to obtain a permission code to be entered into the user's computer 10. This call can be made using the modem 16 or the telephone 18 and connects the user with central computer 12. If the telephone 18 is used, computer 12 requests that the serial number of the program be first entered using the keypad of a tone generating telephone. Then, computer 12 requests that the configuration code be entered in the same way. This can all be accomplished by using a voice synthesizer as a part of computer 12, so that no human labor is involved. If modem 16 is used, information can be transmitted directly between the two computers 10 and 12 to obtain the same information.

Once computer 12 has received the correct information, it can first check to determine if another copy has been authorized for the particular serial number. If such a copy is authorized, the records are updated for that serial number. If no additional copies are permitted, a message so indicating is generated and computer 12 disconnects the link.

After computer 12 determines that a copy can be made, it generates a permission code based on the configuration code previously transmitted to it. This configuration code may be based on an algorithm defined only by the special, or configuration unique, code portion of the configuration code. Once the permission code is generated, it is transmitted to the user machine, either directly through modem 16, or to the operator of user machine 10 over the telephone 18. At that point, the user enters the permission code. The control program portion of the software then recreates the generation of the permission code based on the hardware and can compare the internally generated code to the entered permission code. If the two codes compare, execution of the program is allowed; if the two codes do not compare, then further execution of the application program is stopped and a message is displayed indicating to the user that execution on that machine has not been approved. This, of course, should only happen if the configuration of the machine upon which execution is attempted is not the same as the configuration of the machine which received the original permission code.

In order to allow the owner of user machine 10 to upgrade computer 10, such as by adding more memory to RAM 24 or adding or replacing diskette drives 22, artificial intelligence type of programming may be included as a part of the control program to accept and remember normal type upgrades and make appropriate modifications to the calculation and comparison scheme, so that the modified configuration is still able to have the application program executed thereon. Alternatively, when any change occurs, or when certain types of changes occur, the owner of the application program may desire that a new configuration code be generated and a new registration and permission code generation and entry procedure occur. Such a decision on the part of the application program owner is, in part at least, based on the value of always knowing the exact hardware configuration of its customer base.

Referring now to FIG. 2, an example of the configuration code is shown. In this example, the code includes twelve digits, labeled for convenience 1–9 and A–C. Each of the digits may include any number 0–9 therein, and these numbers may be encrypted, if desired. In the example chosen, the following hardware elements are measured:

1. Total Number of Hard Drive Units
2. Hard Disk Partition Size
3. Free Space Percentage on Hard Disk
4. RAM memory size
5. Total Number of Disk Drives
6. Current Logged Disk Drive
7. Mode Number

The hardware data may be encoded into a twelve digit configuration code number, as follows:

| Digit Number | Meaning |
|---|---|
| 1 | Number of Disk Drives |
| 2 | 100's Digit of RAM size |
| 3 | 1's Digit of Hard Disk Partition Size |
| 4 | Number of Hard Drives |
| 5 | Logged Drive Number |
| 6 | 10's Digit of RAM Size |
| 7 | 1's Digit of Mode Number |
| 8 | 1's Digit of Free Space Percent |
| 9 | 10's Digit of Hard Disk Size |
| A | 1's Digit of RAM Size |
| B | 10's Digit of Mode Number |
| C | 10's Digit of Free Space Percent |

The two digit Mode Number used in the configuration code may be a special number calculated for a particular machine based on a unique configuration footprint of the user's computer 10. For example, the Mode Number may be determined by utilizing the fact that the oxide coating on all hard disks is not perfectly uniform and further that the nonuniformity is different from one computer to another computer. A special formatting utility program, such as those used by the disk manufacturers for quality control, can then be used to allow unstable bytes of information, as defined by the special formatting program but not by normal commercial standards, found in one or more sectors of the disk to be determined. Since the nonuniformities on the disk or diskette remain constant with time, the test is repeatable, since the special format program will arrive at the same number each time it measures the same disk or diskette. Once the number of unstable bytes is determined, that number can be reduced to the two digit Mode Number by, for example, only using the two least significant digits, or by summing the digits until a one or two digit number is found. The Mode Number can further be modified so that it can differentiate between soft disks, that is floppy disks or diskettes as such are commonly called, or hard disks, by for instance reserving certain numbers for each type or using even numbers for soft disks and odd numbers for hard disks. The copy control scheme can then differentiate and use different copy control procedures for software designed to be stored on different types of media.

The remaining information relating to the hardware defined portions of the configuration code are easily obtained by conventional techniques and can be inserted into the configuration code in the proper position by the control program portion of the software. It

should be understood that the configuration code may, if desired, be encrypted or compressed in any conventional or proprietary manner. It is only necessary that a corresponding second control program in central computer 12 is correspondingly programmed to understand the configuration code. For example, the Mode Number, as previously mentioned, may be any number between 00 and 99 and this number is based on a physical measured criteria, such as the number of unstable bytes found on a hard disk by using a special formatting program. However, the Mode Number included in the configuration code may be different than the number measured, due to an encryption technique. For example, the Mode Number in the configuration code may be determined by first adding a number found by multiplying the sum of the first and last digits of the configuration code by three and then adding that number to the measured value. Such addition could occur either before or after the measured physical criteria number is reduced to two digits. Further, the Mode Number may be forced to an even or odd number if it is desirable to control the copying of soft and hard disks in different manners.

Once the serial number and configuration code is communicated to central computer 12 by either modem 16 or telephone 18, central computer 12 performs the necessary checks against the serial number and stores the hardware configuration data in an appropriate data base. Then, central computer 12 calculates the permission code based on the hardware configuration information provided thereto. Central computer 12 has many different algorithms it can use to calculate the permission code and the particular one selected relates to the unique Mode Number portion of the configuration code. For example, if the Mode Number is 75, then the algorithm to calculate the permission code may be the sum of the RAM size plus the hard disk size, times the percent of free space. For a different Mode Number, a different algorithm using different portions of the configuration code information is used to calculate the permission code.

After the permission code generated by computer 12 is returned to and entered in user computer 10, user computer 10 is able to duplicate, with the appropriate additional information that may be contained in the permission code (or previously included in the control program) the recalculation of a permission code based on retesting the hardware configuration. As long as the recalculated permission code and the originally entered permission code are the same, execution of the application program on the user computer 10 is allowed to continue. This is also be true for any backup copies of the application program which the user desires to create, since the regeneration of the permission code results in the same permission code as was originally entered.

However, if a person attempted to execute a copy of the software on another machine, the attempt to recalculate the permission code would result in a different permission code being recalculated. In this instance, the control program associated with the application program would see non-matching permission codes and would then prevent execution. However, if the proprietor of the software had granted rights to run the software on a second machine, a message could be placed on the screen advising the user that the use on second machine must be registered. In such an instance, the second machine user would communicate with central



computer 12, as previously explained, and would receive a new, and different, permission code based on the hardware configuration of the second machine. However, where all of the allowed machines had previously been registered, central computer 12 would immediately know this fact from checking its data base information. In such an event, central computer 12 would communicate back the message indicating that no additional machines had been authorized. The customer could then obtain the additional authorization by paying the required fee or use the software only on an authorized machine, such as user computer 10.

Referring now to FIG. 3, a flow diagram of the procedure for initializing the copy control scheme on a given item of software is shown. FIG. 3 includes blocks 40 through 56 (even numbers only). Beginning at block 40, the diskette containing the application program and the control program is inserted into the user's computer 10 and according to block 42, the configuration code is calculated and displayed by the user's computer 10 along with the serial number of the program and a message instructing the user to communicate with central computer 12. Other information regarding the copy control scheme may also be conveyed, such as the general manner in which the scheme operates to allow an unlimited number of backup copies to be made for execution on the user's computer 10, but not for execution on any other computer.

Next, according to block 44, the user communicates the serial number and configuration code to central computer 12 using either modem 16 or telephone 18, as previously explained. Additional information may also be communicated at this point, such as the telephone number of the user or a security code. Thereafter, according to block 46, central computer 12 checks its data base to be sure that a copy of the software is permitted. If not, then according to block 48, central computer 12 informs the user that no additional copies have been authorized and terminates the communication link. If central computer concludes that another machine is authorized to copy and execute the software, then, as indicated at block 50, central computer 12 stores the configuration data and updates its data base for the transmitted serial number. Next, central computer 12 calculates the permission code from the information contained in the transmitted configuration code and communicates the calculated permission code back to the user over the communication link.

Thereafter, as indicated at block 52, the user enters the communicated permission code for storage with and subsequent use by the software. The subsequent use, as indicated at block 54, is the recalculation of a permission code by user's computer 10 under the control of the software and, as indicated at block 56, a comparison between the originally entered permission code and the recalculated permission code occurs. The recalculation may, in part, either include or be controlled by a unique response to information communicated from central computer 12 as a part of the original permission code. If the comparison is made, execution is allowed to continue; however, if no comparison is found, execution is stopped and an appropriate message is displayed informing the user that authorization for that computer has not been granted. A reauthorization procedure, beginning at block 40, may then be attempted and if use of the software on additional machines is authorized, a new permission code for the new machine will be given.

It should be noted that when the user computer 10 recalculates the permission code at block 56, the recalculation is based on both the hardware configuration and the original permission code. In order to allow the user to upgrade computer 10, artificial intelligence may be included in the software to note and remember certain types of upgrades which occur and to modify the original permission code based on such modifications. However, certain modifications, such as those which affect the hardware from which the Mode Number was derived, may result in a new registration procedure being required.

Many additional safeguards can be placed in the system to prevent attempts to override the copy control system. For example, the communication between the user and central computer could include the user's telephone number, which number could be checked by computer 12 redialing that number to again contact the user, or to see if a busy signal were received or to make the user give a security code after the redial. If it turned out that an unauthorized copy of the software were at that telephone number, then the location of unauthorized software could be determined. Other safeguards can include dispersing the control program throughout the application program and using techniques which would cause the control program to self destruct itself or the application program if attempts to modify, or even print, the control program were made. This would prevent, or greatly inhibit any attempts to override the copy control scheme of the subject invention in the manner that the copy protect schemes of the prior art have been overridden.

What is claimed is:

1. A method of controlling the use of copies of computer software, said software including an application program for performing a desired task and a first control program, said first control program allowing said application program, or a copy thereof, to be executed on an authorized given machine, but preventing said application program, or a copy thereof, from being executed on another unauthorized machine, said method comprising the steps of:

generating a configuration code in response to the hardware of said given machine;

transmitting said configuration code to a remote machine, said remote machine being programmed with a second control program, one of said first or second control programs including information defining a number of authorized copies which can be and have been made for use on machines in addition to said given machine;

generating, by said second control program, a permission code at said remote machine in response to said configuration code;

transmitting said permission code to said given machine;

entering said permission code as a part of said first control program to allow said associated application program, or copies thereof, to be executed only on said given machine; and

determining whether the number of authorized copies has been reached and, if said number of authorized copies has not been reached, repeating said steps of generating a configuration code, transmitting said configuration code, generating a permission code, transmitting said permission code and entering said permission code for each additional machine on which said application program is to be executed.



2. The method according to claim 1 wherein said step of generating said configuration code includes manifesting selective hardware configuration parameters of said given machine in said configuration code and further manifesting a generated parameter based on the particular hardware of said given machine, said generated parameter being generated by said first control program.

3. The method according to claim 2 wherein said step of manifesting a generated parameter includes generating a number in response to said parameter.

4. The method according to claim 3 wherein said step of generating a number in response to said parameter includes performing a repeatable test on one item of hardware of said given machine.

5. The method according to claim 4 wherein said step of performing a repeatable test includes the step of determining the nonuniformities on said item of hardware.

6. The method according to claim 2 wherein said step of generating said permission code includes utilizing an algorithm unique to said generated parameter manifested by said transmitted configuration code.

7. The method according to claim 6 wherein said step of manifesting a generated parameter includes generating a number in response to said parameter.

8. The method according to claim 7 wherein said step of generating a number in response to said parameter includes performing a repeatable test on one item of hardware of said given machine.

9. The method according to claim 8 wherein said step of performing a repeatable test includes the step of determining the nonuniformities on said item of hardware.

10. The method according to claim 9 wherein said step of determining the nonuniformities includes determining a number of unstable storage units on a magnetic storage means.

11. The method according to claim 1 wherein said step of generating a configuration code includes the step of encrypting said configuration code.

12. The method according to claim 11 wherein said step of encrypting includes utilizing data obtained from said hardware of said given machine for determining the encryption of said configuration code.

* * * * *

US005291598A

# United States Patent [19]

Grundy

[11] Patent Number: 5,291,598

[45] Date of Patent: Mar. 1, 1994

[54] **METHOD AND SYSTEM FOR DECENTRALIZED MANUFACTURE OF COPY-CONTROLLED SOFTWARE**

[76] Inventor: **Gregory Grundy**, 1/21 Hewitt Street, Wilston 4051, Queensland, Australia

[21] Appl. No.: **864,836**

[22] Filed: **Apr. 7, 1992**

[51] **Int. Cl.**[5] .......................... **G06F 9/00**; G06F 12/14

[52] **U.S. Cl.** .............................. **395/650**; 364/DIG. 1; 364/286.4; 364/286.5; 364/286.6

[58] **Field of Search** ..................... 395/650; 364/286.4, 364/286.5, 286.6

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,652,990 | 3/1987 | Pailen et al. | 364/200 |
| 4,685,055 | 8/1987 | Thomas | 364/200 |
| 5,034,980 | 7/1991 | Kubota | 380/4 |
| 5,113,518 | 5/1992 | Durst et al. | 395/550 |

*Primary Examiner*—Gareth D. Shaw
*Assistant Examiner*—A. Katbab
*Attorney, Agent, or Firm*—Kenyon & Kenyon

[57] **ABSTRACT**

A system to control the use of an informational product is disclosed. The informational product is stored on a storage medium and executed by a first processor. The informational product is operatable in a plurality of modes. The system comprises three manufacture modules. The first manufacture module, executed by the first processor, generates a registration code for a user of the informational product, the registration code being a function of the identity of the first processor, the identity of the user and the identity of the informational product. The second manufacture module, executed by the first processor, accepts as input an authorization code, verifies the authorization code and, if the verification is successful, changes the operational mode of the informational product. The second manufacture module also stores a user record in the informational product. The third manufacture module examines the user record each time the informational product is activated. The third module determines the operational mode of the informational product as a function of the operational mode stored in the user record and the identity of the processor on which the third module is executed. The third module returns to the informational product the user record.

**43 Claims, 11 Drawing Sheets**




13
14
CENTRAL DATABASE
112
MEMORY
11
CPU
15
19
20
18
MODEM
MODEM
USER'S CPU
10
INPUT/ OUTPUT DEVICE
16
INPUT/ OUTPUT DEVICE
12

FIG. 1




FIG. 1A
PROCESS OVERVIEW

Case 1:03-cv-00440-S-DLM Document 156-7 Filed 09/21/2006 Page 4 of 26





FIG. 2




FIG. 3 AUTHORIZATION PROCESS




FIG. 4
GET USER DATA MODULE




FIG. 5
GENERATE REGISTRATION CODE MODULE


ENTRY
600
FIX SIMPLE DATA ENTRY ERRORS
601
TRANSLATE AUTHORIZATION CODE INTO BIT ARRAY
602
DECRYPT BIT ARRAY
603
CALCULATE AUTHORIZATION CODE CHECKSUM
604
OK
605
NO
YES
CALCULATE HARDWARE IDENTITY
606
OK
607
NO
YES
PRODUCT ID MATCH
608
NO
YES
VERSION # OK
609
NO
YES
CALCULATE USER DATA CHECKSUM
610
MATCH OK
611
NO
YES
A
RETURN AUTHORIZATION ERROR
612
EXIT
613
A
GENERATE OWNERSHIP DETAILS RECORD
614
ENCRYPT OWNERSHIP DETAILS RECORD
615
STORE OWNERSHIP DETAILS RECORD
616
OK ?
617
NO
YES
RETURN OK STATUS
620
RETURN UPDATE ERROR
618
EXIT
621
EXIT
619

FIG. 6




FIG. 7
PRIME BACKUP MODULE




FIG. 8
FRANKING PROCESS

FIG. 9
DEVELOPER MODULES






FIG. 10
SCHEMATIC OF CENTRAL DATABASE

# METHOD AND SYSTEM FOR DECENTRALIZED MANUFACTURE OF COPY-CONTROLLED SOFTWARE

## FIELD OF INVENTION

The present invention is directed to a computer based method and apparatus to control the distribution of information, and more particularly, a method and apparatus whereby a user of computer software becomes the primary agent of manufacture and distribution of the software under the direct monitoring and control of a centralized control point.

## BACKGROUND OF THE INVENTION

Traditionally, computer software is manufactured and distributed through a system where a developer creates software (by designing a solution to a problem and coding that solution), manufactures the software in mass at a production facility, packages the software and then distributes it to the consumer. The software, in the form of computer code, is stored on a secondary storage device, such as a disk. Software products are generally manufactured by copying the computer code to the required number of storage devices. In a normal distribution chain, the consumer, who may be a purchaser or licensee, generally acquires the software (i.e., a storage device containing a copy of the computer code) from wholesale or retail dealers who in turn have acquired the software from the manufacturer.

A problem with the traditional system for the manufacture and distribution of computer software is that each software developer has its own substantial production, packaging and transportation costs, plus fixed overhead costs for facilities and personnel. When added to the initial investment required to develop software, such costs often make the launching of a new product prohibitive for the developer, especially where the developer is an individual or small corporation. Production and distribution is costly, and these costs are passed on to the consumer by way of higher product prices or fees. Additionally, the developer, where demand for a product is uncertain, may not know how many copies of a piece of software to manufacture and distribute. Production of too many or too few copies results in lost profits.

One approach taken by a segment of the software industry in order to reduce the inherent costs associated with the traditional manufacture and distribution of software is to invite consumer participation through the concept of "shareware" software. Shareware is software available for copying by consumers free of charge or at nominal costs from electronic bulletin boards accessed using modems or through mail order catalogue services. If, after having had an opportunity to use the software for a short period of time, the user decides to keep the software, the user is then under a good faith obligation to register the software and return a fee to the developer or distributor. In practice, the consumer participation in copying and distributing the available software is good, but the honorarium is rarely paid. As a direct consequence of the poor returns to shareware developers in general, the quality of products and level of support is low.

Another and very significant problem facing the manufacturer of computer software is the unauthorized reproduction of software products. Computer software is expensive to design and code, but the duplication of an individual piece of software can be done swiftly and, relative to the initial production costs, at minimal cost. For example, by using operating system commands, a user can simply copy a program from a storage device such as a disk using one of the user's disk drives to another storage device. This illegal copying of software duplicates, on a small scale, a developer's manufacturing process. However, the unauthorized copying of computer software cannot be controlled by the manufacturer and the distribution of authorized copies cannot be traced.

The software manufacturing industry is placed in an unfortunate position. The purchase price of software is relatively high to reflect the cost of design and coding. The consumer is often averse to paying a high price for software, especially for software that cannot be evaluated before purchase (because the manufacturer will not allow access to the software before the purchase to prevent pre-purchase copying), and when the consumer is faced with a low risk of being detected and prosecuted for copying software, there is a strong incentive to make an unauthorized copy of the software. In effect, unlicensed, pirated software competes directly for the same market as legally manufactured software. The lost revenue to the manufacturer is passed on to the consumer via higher purchase prices, further increasing the incentive for piracy. With the current trend in the industry to develop software which has an intuitive, graphical interface, not requiring manuals to operate it, this problem can only increase as users do not require access to difficult to copy instruction manuals and tutorials. Further, pirated software can be quickly and widely distributed over telephone lines using modems.

One approach the industry has taken to improve the return on investment in the manufacture and distribution of software is to attempt to decrease the amount of software piracy. Software developers have used varying copy protection schemes. These schemes generally prevent a user from copying software or using an unauthorized copy of software. Schemes include "dongles", "code-wheels", storing the software on difficult to copy storage devices such as copy protected disks, using enabling access codes provided in user manuals or by the developer that must be entered before the software will work, or using hardware specific validation codes that allow a piece of software to operate only on one identified computer. Alternatively, a software developer could use a hardware copy protection scheme where an access code is supplied by a unique or difficult to copy hardware device able to be attached to only one computer at a time. Typically, when licensed software is not given an access code, the standard practice is for the software to refuse to operate. See, for example, U.S. Pat. No. 4,562,306 (Method and Apparatus for Protecting Computer Software Using an Active Coded Hardware Device) and 4,748,561 (Method of Protecting Computer Software).

Copy protection schemes have not been effective in stemming the tide of piracy, mainly because there are many specialized anti-copy products available to "unlock" the copy protection. Further, some copy protection schemes prevent consumers from legitimately making backup copies of the software for use when the authorized copy fails or is destroyed.

Another approach to prevent piracy of software is to require the authorized user, upon the first start-up of the software, to input the user's name (which is then stored

in the software's code) such that the user's name will appear on the initialization screen on each successive re-use in order to identify the user to whom the software is licensed or sold. This practice is intended to discourage authorized software users from allowing their software to be reproduced, knowing that they can be identified readily from an unauthorized copy of the software. However, as the software producer is unlikely to know when the software is illegally copied and is unlikely to be able to track down unauthorized users, such a scheme does not discourage copying. Further, there is no identification of users who pirate pirated software.

An approach to reduce piracy prior to purchase but to allow a potential consumer to test a piece of software is to distribute demonstration software without the full functional features of the software program. This permits the user to sample the user interface and certain features of the software without having to purchase the software product "sight unseen". If the user likes the software, the user can contact the developer or distributor for the fully functional software upon registration and payment of a license fee or the purchase price. The problem with such demonstration software is that twice the number of software products have to be produced and distributed. One or more storage mediums containing software must be produced and distributed for demonstration and one or more storage mediums containing different software must be produced and distributed for full function operation. This increases the costs of production and distribution. Further, the user is inconvenienced by twice having to contact or visit the distributor and is delayed until the full function software is obtained.

One solution to the problem of having to obtain additional fully functional software is to initially provide to the user the full function program but to have only certain files active for demonstration purposes. Then, if the user wants to enable the full function, the user must contact the developer or distributor for registration and payment of the license fee or purchase price in return for an access code. However, once the access code is revealed, unauthorized copies can be made and the access code can be passed on with the unauthorized copy of the software. Therefore, this is not effective protection. Typically the process also requires the overhead of serializing each individual software copy at a central point of manufacture.

As a result of the high overhead costs of the traditional means of manufacture and distribution of software, and the significant level of unauthorized reproduction of software, there is a need in the software industry for a system that takes advantage of the software consumers' ability to manufacture and distribute copies of software using their own equipment while at the same time controlling access to the software so that the person who designed and coded the software receives fees for its use. In other words, there is a need in the industry for a method of manufacture and distribution that invites rather than restricts consumer participation in the manufacture and distribution process but does not reduce the incentive of the original manufacturer to create the software.

Software is not the only product that suffers from these problems. Other developers and distributors in the information industry, such as developers and distributors of databases and other informational products, also have difficulties controlling access to their product where it can be loaded onto a user's own machine. They have a product that individual users find easy to copy and distribute, but which is costly for the developer to initially design, make and efficiently distribute. Developers and distributors of information products desire to harness the user's ability to copy and distribute their product but only where they can obtain a fee for their initial involvement.

As a result, there is a significant and substantial need in the information industry to allow developers to sell their information product to the full potential market efficiently, that encourages and takes advantage of consumer participation in the manufacture and distribution of the information products yet has centralized monitoring and control, that permits consumers to evaluate the product prior to the purchase decision, that effectively combats piracy, and that permits developer profit for funding of support and update services.

## SUMMARY OF THE INVENTION

The present invention provides a method and apparatus that monitors and controls the use of information stored on a storage medium. The information, in machine readable form, can be, for example, a computer software program or a database. In the representative embodiment, the information is a software product.

According to the present invention, the software products are created by software developers capable of being operated in two modes. The first mode is a full-function mode, where all the functions and features of the software product are available to the user of the software product. The second mode is an evaluation mode, where only certain functions, decided by the software developer, can be accessed by the user. The evaluation mode allows potential users to try and evaluate features of the software product. Each software product is stored on a storage medium, in the representative embodiment, on disk. On each disk (or set of disks) the software product is capable of being operated in both modes. However, each software product operates in only one mode at a time.

The present invention, in the representative embodiment, involves two computers. A first computer, the user's computer, executes the software product. A second computer, belonging to a Central Authority, contains a database that stores information about software products recognized by the Central Authority and about the users who are authorized to operate software products in full-function mode.

When a new user obtains a disk containing a software product, the software product will operate in the evaluation mode. The new user can freely operate the software in the evaluation mode and make other copies, which will also be in the evaluation mode. If the new user wishes to use the software product in full-function mode, the new user contacts the Central Authority to obtain an authorization code. It is expected that the new user will pay a fee for obtaining the authorization code.

To obtain the authorization code, the new user will conduct, on the user's computer, a registration process. A Get Registration Code Module, a separate executable segment of the software product, produces for the new user a registration code. The registration code is a code made by the Get Registration Code Module based upon, inter alia, the version and identity of the software product, the identity of the user's computer, the identity of the previous user (if any) and data about the new user. (The data about the new user had previously been

entered by the user as requested by the software product.)

The new user transmits the registration code to the Central Authority. At the Central Authority, an authorization process takes place. The registration code is decoded by the Central Authority and from the contained information, an authorization code is made. The new user provides user information to the Central Authority, plus a fee, and obtains the authorization code. The new user then enters the authorization code into the user's computer to become an authorized user and the software product will operate in full-function mode. In some cases, for example, when requested by the software producer, the authorization code is able to be used on later versions of the same software product. Thus, the authorization process and conversion to full-function mode takes place at the user's own site. Details of authorized users and from whom authorized users obtain the software product are stored in the Central Authority's database.

After the user enters the authorization code, a Save Ownership Details Module modifies the executable code of the software product. The modification ensures that the software product will operate free of evaluation mode limitations on the user's computer upon which the registration process took place.

Further, a Prime Backup Module ensures that every authorized user holds a backup copy of the software product. The backup copy is in the evaluation mode, and so can be freely be copied for distribution to other potential users, who can register themselves as authorized users as described above. However, the backup copy is such that if the registered user's software product fails, the backup copy (or a copy of the backup copy) can, using the previously obtained authorization code, be converted to full-function mode.

Each time a user starts the software product, a Get User Data Module checks what mode the software product is operating in. It does this by examining an ownership details record stored by the Save Ownership Details Module. If in evaluation mode, the user can access only designated features of the software product, as discussed above. If in full-function mode, the Get User Data Module will check to see if the software product is being used on the user's computer upon which the registration process took place. If it is not, the software product will automatically revert to evaluation mode. When in full-function mode, the authorized user's name is displayed on the screen.

The four modules above, namely the Get User Data Module, the Generate Registration Code Module, the Save Ownership Details Module and the Prime Backup Module are what are referred to as Manufacture Modules.

When the software product is created, the software developer inserts four "dummy" developer modules into the code of the software product. This is called the priming process. The developer modules simulate the operation and interfaces of the Manufacture Modules for testing and development purposes. The developer modules are made freely available by the Central Authority.

As the next step in the creation of the software product, the software product containing the developer modules is transferred to the Central Authority. The Central Authority performs a Franking Process on the software product whereby the four developer modules are replaced with the four Manufacturers Modules. The software product is placed in evaluation mode, copied and distributed in the marketplace and to potential users. Details of the software product are stored in the Central Authority's database. In performing the Franking Process, the Central Authority is not given access to the software product's source code or object modules, preserving confidentiality.

The Manufacture Modules contain computer instructions that encrypt the registration code and decrypt the authorization code which allows the user to operate the software product in full-function mode. Further, computer instructions allow the detection of whether the software product has been tampered with. In the Authorization Process, the Central Authority checks for tampering of the software product to prevent the proliferation of copies of software products that have been corrupted or tampered with.

Many software developers can create software products that contain developer modules and that are capable of being used in two modes. The Central Authority's database is capable of storing information about various software products and various authorized users.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of an exemplary computer system incorporating the information distribution system of the present invention.

FIG. **1A** is a data flow diagram illustrating the overall process of the present invention.

FIG. **2** is a flow chart diagram of the operation of the Manufacture Modules of the present invention and their interaction with the host software product.

FIG. **3** is a flow chart diagram of the Authorization process of FIG. **1A**.

FIG. **4** is a flow chart diagram of the Get User Data Module of FIG. **2**.

FIG. **5** is a flow chart diagram of the Generate Registration Code Module of FIG. **2**.

FIG. **6** is a flow chart diagram of the Save Ownership Details Module of FIG. **2**.

FIG. **7** is a flow chart diagram of the Prime Backup Module of FIG. **2**.

FIG. **8** is a flow chart diagram of the Franking process of FIG. **1A**.

FIG. **9** is a flow chart diagram of the Developer Modules of FIG. **1A**.

FIG. **10** is an example table structure of the Central Database of FIG. **1A**.

## DETAILED DESCRIPTION

Referring now to the drawings, and initially FIG. **1**, there is illustrated in block diagram form an exemplary computer system incorporating the information distribution system of the present invention.

A user's computer processor **10** is coupled to a memory device **11** and an input/output device **12**. A secondary storage device **13** contains a copy of an informational product **14**. In the representative embodiment, the informational product **14** is a software product, such as a computer program, and the secondary storage device **13** is a disk. The computer program stored on the secondary storage device **13** is loaded onto the memory device **11**, or is coupled to the memory device **11** and accessed by the user's computer processor **10**. The computer program is executed by the user's computer processor **10**.

A Manufacture Control Agency operates a second computer processor **15**, coupled to a Central Database

112. An operator (not shown) at the Manufacture Control Agency accesses the Central Database by means of a second input/output device **16** coupled to the second computer processor **15**. An Authorization Process **109**, as illustrated below in FIG. **1A**, is conducted using the second computer processor **15**.

The user and the Manufacture Control Agency communicate with each other. In a representative embodiment, the communication takes place via a telephone line **20**. The user's computer processor **10** is coupled to a modem **18** which is coupled to the telephone line **20**. A second modem **19** is coupled to the second computer processor **15** which is also coupled to the telephone line **20**. A registration code (**109***a* FIG. **1A**), as determined by the informational product **14** operating on the user's computer processor **10**, is communicated to the second computer processor **15** which in response returns an Authorization Code (**108***b* FIG. **1A**). The Authorization Code is used to enable the informational product **14** to operate in a fully functional manner, as described below.

Referring now to FIG. **1A**, there is illustrated a data flow diagram showing the various processes of the present invention. The data flow of the present invention is shown in the context of software manufacture and the distribution. However, the present invention is not limited to the manufacture and distribution of software. Other informational products, such as databases, could be the product that is developed and distributed. The diagram shows each component process of the present invention and the inputs and outputs of each process. Each process is shown as an oval labelled and numbered. The inputs to and outputs from the processes are shown as directional lines labelled with a number and a letter.

As input, there is the initial informational product **14** by a developer **101**. The informational product **14** could be, for example, a software product, such as a computer program. The software product could be one developed for use and execution on any type of computer and could carry out any application or utility. In a representative embodiment, the informational product **14** is a software product ("the host software product"), which is input as source code into a Priming process **102** of the present invention (**102***a*). The host software product, in the representative embodiment, is stored on the secondary storage device **13** being a disk.

The software developer, before releasing the host software product to users, performs the Priming process **102** on the host software product. The Priming process **102** involves combining the host software product **102***a* with a set of four Developer Modules **103** in object code **102***b*, that are supplied by a central Manufacture Control Agency, using an industry standard "Linker".

The Manufacture Control Agency makes the Developer Modules **103** in object code **102***b* freely and widely available to all developers for inclusion in their host software products **103**. The Developer Modules **103** are incorporated into the code of the host software product by the developer. The developer is supplied with a specification of the interface of the Developer Modules **103** so as to be able to carry out such incorporation. The unencrypted nature of the Developer Modules **102***b* does not compromise the security of the subsequent manufacture and distribution process as the modules are overwritten in a Franking process **104** with a set of encrypted Manufacture Modules. A more detailed description of the Developer Modules **102***b* is provided below and shown in FIG. **9**.

The resultant software product **104***a*, after completing the priming process **102**, is then tested thoroughly before a copy is sent to the central Manufacture Control Agency where the Franking process **104** is conducted.

Franking is a process whereby the Manufacture Control Agency modifies the primed host software product provided by the developer **104***a* by overwriting the Developer Modules therein with a set of four specifically created Manufacture Modules to create an evaluation mode copy of the host software product. A more detailed description of the Franking process is provided below and shown in FIG. **8**.

The Manufacture Modules created during the Franking Process **104** comprise the software instructions necessary to control the steps of getting data about a new user of the host software product and determining the operational mode of the software each time it is used, generating the registration code needed by new users when arranging to convert their copy of the host software product to full-function mode, performing the conversion to full-function mode, and allowing the user to make a primed backup copy of the host software product. The Franking Process **104** generates Manufacture Modules that are customized to each host software product. The Manufacture Modules contain features which provide security against tampering with or corruption of the code of the host software product.

Part of the Franking process **104** also involves the storage of information **112***a* about the software product in the Central Database **112** operated by the Manufacture Control Agency. The Central Database **112** can contain information about numerous host software products from numerous developers. Information **112***b* is also captured into the Central Database **112** during the authorization process **109** discussed below. The information retained in the Central Database **112** serves three primary purposes. Firstly, data held about each specific host software product is used during the Authorization process **109** when a potential user of the host software product requests authorization to use the software. Secondly, registration data is retained in the Central Database **112** and is used to make payments to the developer for new registrations and to provide the developer with a complete register of the authorized users of its products. Thirdly, genealogical information, obtained in the registration process **112***b*, is stored in the Central Database **112**. The genealogical information is information identifying from which user the newly registered user obtained the software. It can be used as the basis for commercial arrangements which support and encourage the process of duplication and distribution (e.g. through the payment of commissions). The structure of the Central Database **112** is discussed below and is shown in FIG. **10**.

After the Franking process **104** is complete, the software **105***a* can be returned to the developer or to another party for "seeding" of the product into the user community **105**. Seeding **105** is accomplished by making evaluation mode copies of the host software product freely available to potential consumers. The distribution of the initial "seed" copies (or distribution copies **106**) can be conducted through standard industry distribution channels **106***a* such as, for example, electronic bulletin boards, Public Domain Libraries, direct mailing, disk-based magazines and compendium laser disks. The seeding process establishes an initial pool of distribution

copies **106** of the host software product within the user community.

The distribution copies of the host software product in evaluation mode **106** that are placed into the user community by the seeding process are made available for evaluation purposes only. Copies of the software in evaluation mode do not permit operation beyond that level which is necessary for the software consumer to make an evaluation of the host software product's features prior to making a decision to purchase. However, the host software product does contain all the executable code and ancillary files necessary for the software to operate without any restrictions. That is, the consumer is in fact supplied with a complete copy of the software, but can not operate the software in full-function mode until after the registration process **108**, as discussed below, is completed.

The quantity and penetration of the distribution copies **106** within the user community increases as distribution copies **106** of the host software product in evaluation mode (**107***a*) are duplicated **107** and the duplicates **106***b* are passed between users, each who can evaluate the software and can duplicate the software using their own equipment **107** and pass the duplicated copies **106***b* to other potential users. This duplication **107** is a process which all consumers of computer software products are familiar and can carry out using their own hardware equipment **10** to **13**.

As stated above, the distribution copy **106** of the host software product is a copy of the host software product first given to the user as part of the seeding process **105**. It is in evaluation mode. The user will usually copy the distribution copy **106** of the host software product, making an evaluation mode working copy of the host software product. Because the host software product may be stored on the secondary storage device **13** in a compressed form, the user may have to create the working copy by decompressing the distribution copy **106** of the host software product before the host software product can be used. The working copy is a copy of the host software product that the user runs and executes on the user's computer processor **10**. For example, the working copy could be loaded onto the memory device **11**, such as the user's hard disk drive, and is executed by the user's computer processor **10**. The working copy may be in either evaluation mode or full-function mode. (A working copy is to be distinguished from a backup copy of the host software product, which is in evaluation mode. When the user performs a Recover Backup option **225** on the backup copy, as explained below in reference to FIG. **2**, the backup copy (or a copy of the backup copy) will be converted to a full-function working copy. The backup copy of the host software product is created during by the Prime Backup process **700**, explained below in reference to FIG. **7**.)

As people within the user community come into contact with the host software product they will evaluate the host software product and decide on its suitability to their requirements. Should the host software product prove satisfactory and the user wishes to make further use of the host software product the user can undertake the registration process **108** and register a copy of the host software product **108***a* with the Manufacture Control Agency. The registration process **108** firstly involves an Authorization process **109** whereby the user provides the Manufacture Control Agency with the registration code **109***a* and receives from the Manufacture Control Agency the Authorization Code **108***b*. In an exemplary embodiment, the exchange of codes can take place directly between the Manufacture Control Agency's computer processor **15** and the user's computer processor **10**, which executes the host software product, via the telephone line **20**. The Authorization Code enables the transformation of an evaluation mode copy of the host software product **108***a* into a full-function mode copy of the host software product **110**. The registration process **108** also transforms an evaluation mode copy of the host software product **108***a* into a backup copy **106***c* which can still be freely passed to other potential users for their use in evaluation mode. This transformation involves storing an identification number and details of the new user in the distribution copy **106** of the host software product originally given to the user, to make it the backup copy. Thus, if the full-function copy **110***a* of the host software product fails, a new full-function copy can be made by reactivating the backup copy of the host software product (or a copy of the backup copy) using the same Authorization Code (see steps **226** to **231** of FIG. **2**). A more detailed description of the registration process is provided below and shown in FIG. **2**, (steps **210** to **224**).

Full-function mode copies of the host software product **110** operate without any of the restrictions which apply to evaluation mode copies. Each time the host software product is used in full-function mode, the name and address of the registered user is displayed on a banner page.

Control over the registration process **108** is provided by the Manufacture Control Agency during the Authorization process **109** through the provision of Authorization codes **108***b*. The Authorization process **109** requires the new product owner to provide information (including the registration code **109***a*) to the Manufacture Control Agency (See step **216** of FIG. **2**). The Authorization process **109** also draws on information **109***b* about each host software product which is stored in the Central Database **112** and results in the storage of information **112***b* about the new user in the Central Database **112**. A more detailed description of the Authorization process **109** conducted by the Manufacture Control Agency is provided below and shown in FIG. **3**.

It should be noted that the registration process **108** and the Authorization Process **109** occur in different physical locations. The registration process **108** is performed using the user's computer processor **10** operating on the host software product. The Authorization Process **109** takes place on the Manufacture Control Agency's computer processor **15** which accesses the Central Database **112**.

In the event that the user of the host software product makes a copy of the full-function product available to an unauthorized user **111***a*, the Manufacture Modules embedded in the host software product contain a mechanism whereby the unauthorized or illegal use **111** of the host software product is detected and the full-function mode copy reverts to an evaluation mode copy **106***d*. A more detailed description of this process is provided below and shown in FIG. **4**, (steps **406** to **411**).

Referring now to FIG. **2**, there is shown a flow chart diagram illustrating the operation of the four Manufacture Modules and their interaction with the host software product according to the present invention. The Manufacture Modules are incorporated into the host software product during the Franking process **104** of FIG. 1A. The modules are executed by a user's com-

puter processor **10** which has a computer memory **11** capable of storing the host software product and its incorporated Manufacture Modules. The four Manufacture Modules are: (1) a Get User Data Module **400**, (2) a Generate Registration Code Module **500**, (3) a Save Ownership Details Module **600**, and (4) a Prime Backup Module **700** (each depicted in FIG. **2** with double bar sides). During the host product development and testing phase **101** and **102**, the functionality provided by these modules is simulated by four equivalent Developer Modules **103**.

FIG. **2** illustrates, without reference to any particular coding language, the interaction between the Manufacture Modules and the standard host software product. In FIG. **2**, the functions not provided by the four Manufacturer modules are provided by the host software product. Thus, the developer of the host software product must know the interface between the host software product and the Manufacturer Modules as well as the function of each module. The actual code used to express the function of the Manufacturer Modules depends upon that of the specific host software product. Minor error handling pathways have been omitted from FIG. **2** to preserve the clarity of the illustration.

The Manufacturer Modules do not directly interface with the user of the host software product. The Manufacturer Modules interface with the user only through the host software product and thus are able to take advantage of the user interface of the host software product.

The initialization code of the host software product is executed **201**. The initialization code performs set-up functions necessary for the operation of the specific host software product, and depends on the host software product.

After the execution of the initialization code **201**, the Get User Data Module **400** is called. A purpose of calling this module is to obtain current ownership details of the host software product for subsequent display on the host software product banner page **205**. If operating in full-function mode, the Get User Data Module **400** returns an ownership details record containing current ownership details. Once the Get User Data Module has completed its function, control is returned to the host software product. The operation of the Get User Data module is illustrated in FIG. **4**.

The Get User Data Module **400** always returns an indication as to whether the host software product is being used by an authorized user. When the Get User Data Module **400** detects unauthorized usage of the host software product, as described below, the host software product will transparently revert from full-function mode to evaluation mode **408** of FIG. **4**.

If operating in evaluation mode, the Get User Data Module **400** returns an ownership details record which indicates that the host software product is operating in evaluation mode. In the event that the process of reverting to evaluation mode will be prevented by write-protection of the storage medium on which the host software product is stored, an error status signal is returned (**412** of FIG. **4**), and the host software product takes this signal **202** and advises the user to write-enable the host software before proceeding **203**. Once the user complies with this directive, the Get User Data module is called again.

The operational state of the host software product is saved **204** for future reference (i.e. at step **232**). The operational state, as discussed above, of the host software may be either evaluation mode or full-function mode.

After storing the operational state, the banner page of the host software product displays information such as the host software product name, version, a copyright notice, and the operational state of the host software product **205**. If the operational state is full-function mode then the name and address details of the current authorized user are displayed; otherwise the banner page indicates that the user is running an evaluation mode copy of the product. The host software product next provides the user with a number of options **206** including (1) executing the host software product (either step **233** or **234** depending on the mode), (2) terminating the host software product's operation by selecting an "exit" function **207**, (3) selecting a "new registration" option to enable the user to obtain an Authorization code to operate the host software product in full-function mode **209**, and (4) selecting a Recover Backup option **225** for re-activating the host software product if it becomes necessary to restore from a backup copy.

If the user selects the exit function **207**, the operation of the host software product including the Manufacture Module is terminated **208** and the user is returned to the operating system environment.

If the user is operating the host software product in evaluation mode and decides that the host software product suits the users requirements, the user may "purchase" the host software product. The user does this by selecting the new registration option **209**. A message is displayed advising the user that they are to use a copy of the distribution copy **106** of the host software product **210**, and the user must confirm that this has been done **211**. (That copy becomes a working copy, which is in evaluation mode.) Without positive confirmation, the Registration process does not proceed. The user is requested to input new user data, such as the user's name, address and telephone number **212**.

The new user data and a previous ownership details record are passed by the host software product to the Get Registration Code Module **500** to create a registration code for use during the Authorization process (see FIG. **3**). However if the new user has failed to provide the requested information, such as the new user's name, address and telephone number (**501** of FIG. **5**), an error status message is returned (**503** of FIG. **5**). The host software product acts upon this error status message **213** and a message advising the user to reenter the required information is displayed **214** and the process continues from step **212**.

If valid user details were entered **213**, the Generate Registration Code Module **500** (as explained below in reference to FIG. **5**) will return a registration code to the host software product which is displayed (on the input/output device **12**) by the host software product to the user **215**.

The registration code displayed **215**, together with new user's data, address and phone number is communicated **216** by the user to the Manufacture Control Agency (via, for example, telephone, facsimile, modem **18** and **19** or mail). Subject to satisfactory commercial arrangements, such as, for example, the payment of a fee, the new user will receive an Authorization code. Upon receipt of this Authorization code from the Manufacture Control Agency, the user then inputs the Authorization code **217** using the host software product's interface. Input of the Authorization code enables the full functions of the host software product by convert-

ing the operational state to full-function mode, as explained below.

The entered Authorization Code **217** is passed to the Save Ownership Details module **600** (See FIG. **6**). This module stores within the host software product details of the new owner so that when the host software product is used in the future on the same hardware, it will operate in full-function mode. If the Save Ownership Details module **600** completes successfully, a new ownership details record will be returned to the host software product.

The process of updating the new owner details may not proceed if a) the Authorization code is not entered correctly or b) the disk is write protected. If the Save Ownership Details Module **600** returns an error indication **218** (and **612** or **618** of FIG. **6**) then the user is advised to ensure that the disk is write enabled and to carefully re-enter the Authorization code **219**.

Upon the successful operation **218** of the Save Ownership Details Module **600**, a message advises the new owner to insert into the user's disk drive the distribution copy **106** of the host software product. This copy (typically in archived and compressed form) will be in evaluation mode as it is the copy from which the current working copy was created and has not been processed as described above **220**. This operation is done so that the host software product stored on the newly inserted disk can be primed to become the backup copy in case the need to restore from the backup media arises. The user is also advised to physically record the Authorization code for safe keeping, as this code will be needed as part of any future recovery process.

The user inserts the distribution copy **106** of the host software product, as advised and records the Authorization code for later reference **221**. Control passes to the Prime Backup Module **700** (as explained in detail in reference to FIG. **7**). (At this stage, it is still the code of the host software product that is executed by the user's computer; the backup copy is modified but not run at step **700**.) On invocation, the Prime Backup Module **700** is passed the new Ownership details record as returned by the Save Ownership Details module **600**. The Prime Backup Module **700** transfers the full details of the new ownership to the backup copy. These details are stored in the executable code of the backup copy. However, the backup copy is left in the evaluation mode, and consequently, the user may allow other potential users to copy the backup copy.

The Prime Backup Module **700** may fail if the disk containing the copy of the host software product was not inserted correctly or was write-protected **222**. If the prime backup process does fail, an error status is returned (see FIG. **7**, **707**) and the user is advised to correct the problem before trying again **223**.

The host software product's operational state in memory is converted to full-function mode **224**. The flow of control continues from step **206**.

If at some future time the executable image of the software product is lost or becomes corrupted, the user will need to restore the host software product from the backup copy. The user will first create a copy of the backup copy. This copy, which will be used as a working copy, will be in evaluation mode. In order to restore the working copy to full functionality, the user will need to select the Recover Backup Option **225**. If the user selects the Recover Backup Option **225**, the user data of the registered owner is displayed **226** and the user is asked to confirm that these details are correct before proceeding **227**. If the user data is not correct, the flow of control continues from step **206**. The display **226** also advises the user that recovery is best performed when using a copy of the backup copy.

After the user confirms that the user data as displayed on the input/output device **12** is correct and that a working copy is being used **227**, the user is asked to enter the Authorization code **228**. This is the same authorization code obtained at step **216**.

The Authorization code as entered **228** and the ownership details record are then passed to the Save Ownership Details Module **600**. If the disk containing the backup copy is write-protected or if the Authorization code was entered incorrectly, the Save Ownership Details Module **600** returns an error indication **612** or **618** of FIG. **6** and the host software product decides **229** to advise the user to correct the problem **230** before trying again.

The operational state in memory of the backup copy is changed to full-function mode **231**. The flow of control continues from step **206**.

If the user does not select any of the options **207**, **209** or **225**, the host software product determines **232** what mode it is to operate in by examining the information passed to it by the Get User Data Module **400**. If in evaluation mode, the host software product is then run in evaluation mode **233**. If in full-function mode, the host software product is then run in full-function mode **234**.

Referring now to FIG. **3**, there is illustrated in flow chart form the operation of the Authorization process **109** of FIG. **1A**. These operations, performed at the Manufacture Control Agency, register a new user of the host software product. In the representative embodiment, the Authorization process **109** is executed by the Manufacture Control Agency's computer processor **15**.

When a new user contacts the Manufacture Control Agency in order to register a product, an operator at the Manufacture Control Agency records in the Central Database **112** data about the new user **301**. The operator will enter via the input/output device **16** the Registration Code **302** as displayed to the user at step **215** of FIG. **2**. The registration code in the representative embodiment is in an alpha-numeric format suitable for communication between the new user and the Manufacture Control Agency (e.g. AAA-999-AAA-999-AAA).

The registration code can be in a format to allow it to be checked for errors. The following is an example of such an error checking process. The registration code as entered at step **302** is converted to an underlying packed array of bits. Some bits contain a checksum, which is extracted and compared with a newly calculated checksum of the bits **303**. If the registration code checksum as calculated do not match **304**, this indicates that the registration code has been entered incorrectly **304**. In this case, the operator is advised of the problem **305** and given the opportunity to re-enter the code.

If the registration code checksum values as calculated do match **304**, bit values which represent a Product/version Identification Code are extracted from the registration code **306**.

The Product/Version Identification Code **306** is then used as a key to retrieve the details of the product being registered (such as, for example, host software product name, Product Identification Number, version number, a software product specific encryption/decryption key,

anti-virus checksum, latest version number and price) **307** from the central database **112**.

Using the software product specific encryption/decryption key code as retrieved **307**, the registration code is decrypted and then unpacked into its component fields **308**. In the representative embodiment, the fields include a user data cross-reference code, a hardware identification code, an anti virus-checksum, and a previous Owner Identification Number.

The user data cross-reference code as extracted **309** is the checksum originally calculated (**505** FIG. **5**) from the owner data as entered by the user during the registration process (**212** FIG. **2**). A second checksum based on the user data as entered via the input/output device **16** by the Manufacture Control Agency operator is also calculated **309**.

The user data cross-reference code and the second checksum **309** are compared **310**. If these do not match it is an indication that the User Data as entered by the Manufacture Control Agency operator **301** does not match the User Details as originally entered by the new user at step **212**. There is also a possibility that the mismatch could have resulted from a mis-entry of the Registration Code **302**. In the event of a mismatch, an error message is displayed **311** and the operator given the opportunity to correct the data entry problems.

If there is a match **310**, the anti-virus checksum as originally calculated during the Franking process (**810** FIG. **8**) retrieved from the central database **112** is compared with the checksum of the host software product as calculated in the process of generating the registration code (**507** FIG. **5**) and derived from that registration code **308**. If these two checksums do not match **312**, it indicates that the host software product has in some way been deliberately or accidentally corrupted. In the event of such corruption the operator is warned **312** to advise the user **313** that the host software product is not suitable for registration and the process is terminated **314**.

If the anti-virus checksums match **312**, the details of the product (e.g. host software Product Name, Version Number, Price and Latest Version) are displayed **315** so that the Manufacture Control Agency operator can confirm these details with the new user **316**.

Next, a new Owner Identification Number is allocated from the next available number in the Manufacture Control Agency's database **317**.

After the Owner Identification Number is allocated to the new user **317**, an Authorization code is generated **318**. The Authorization code is generated using a four step process. In the first step, an authorization record is assembled which contains, in the representative embodiment, the owner data checksum, the host software product identification code, the latest product Version Number, the hardware identification code, the newly allocated Owner Identification Number and a checksum of the authorization record itself. During the second step, the authorization record is packed into a bit array. The mapping between the fields of the authorization record and packed bit array ensures that the minimum number of bits necessary to represent the information content of each field is used. The third step provides for the bit array to be encrypted using the software product specific encryption/decryption key. Finally, in step four, the encrypted bit array is encoded in a format suitable for communication, e.g. "AAA-999-AAA-999-AAA".

The Authorization code is then displayed **319** on the input/output device **16** and the Manufacture Control Agency operator communicates it to the new user **320** and **108***b*. If the version of the host software product which the new user is registering is older than the latest version of the product which is available, this fact is highlighted to the operator on this display so that the operator can advise the new user that the registration number being provided will also be useable if the user subsequently obtains a copy of a more current version.

To complete the Authorization process, the Manufacture Control Agency updates the Central Database **112** with details of the new registration: e.g. date, name, address, phone number, allocated Owner Identification Number, product identification number, latest product version number, and previous Owner Identification Number.

Referring now to FIG. **4**, there is illustrated the Get User Data module **400** of FIG. **2**. The Get User Data Module **400** returns an ownership details record to the host software product. The Get User Module **400** is one of the four Manufacturer Modules.

Retrieving the ownership details record enables the host software product to determine the proper operational state (evaluation or full-function) for the use of the host software product. The ownership details record is also necessary so that the name and address of the current registered owner can be displayed on the banner page of all full-function copies **205**. This acts as an important deterrent to unauthorized duplication. Further, the ownership information also allows the Owner Identification Number of the previous owner to be tracked when new product registrations are made.

The first step is to load an encrypted ownership details record **401**. (The ownership details record is encrypted (at step **806** or **615**) using the software product specific encryption/decryption key generated during the Franking Process **104** (as discussed below in relation to step **803**). The ownership details record is stored as part of the host software product's code segment (at step **616** FIG. **6**).) The ownership details record contains, if operating in full-function mode, details of the registered user. However, if this is the first use of the host software product, an initialized ownership details record originally created as part of the program code segment of the host software product (**806** FIG. **8**) is loaded to memory. The ownership details record indicates the mode of operation of the host software product.

The ownership details record is decrypted into its respective fields (e.g., owner name, address, phone number, hardware identification code, Owner Identification Number, and an operational state flag which indicates if this copy of the product is evaluation mode or full function mode) **402** using the software product specific encryption/decryption key.

If the host software product is in evaluation mode **403**, the ownership details record is returned to the host software product **404** and control returns to step **202** of FIG. **2** **405**. When the host software product is in evaluation mode, the name, address, phone number and Owner Identification Number fields of the ownership details record will contain information about the previously registered owner. (If this is use of a copy of the host software product which has not previously been through the registration process **108**, the ownership details record contains initialized data and sets the mode as evaluation mode: see step **806**.) These details will not

be displayed on the banner page but are stored in case needed when restoring from a backup copy. The previous Owner Identification Number is used as part of the process of registering a new owner.

If the operational status indicates that the software product is authorized to operate in full-function mode **403**, further checking is necessary in order to ensure that the software is still being used on the hardware for which it was authorized. A current hardware identification code is generated **406**. The method of generating the hardware identification code is different for each type of computer hardware, and is known in the art. If the hardware provides direct support for a unique machine number then this is used as the basis for the hardware identification code. Alternately, where a unique machine number is not available, but the hardware is operating in a networked environment, then the hardware identification code can be based on the local area network (LAN) address of the computer. If neither a unique machine number nor LAN address is available, then a relatively distinctive hardware identification code is calculated as a checksum ranged over the ROM BOIS of the computer hardware.

After the hardware identification code is generated **406**, it is compared **407** with the hardware identification code which was recorded in the ownership details record at steps **614** to **616** of FIG. **6**. If the hardware identification codes match, the full-function ownership details record is returned to the host software product **404** and the module returns control to step **202** of FIG. **2 405**.

If the hardware identification codes do not match **407**, this indicates that the specific software product is being used on computer hardware for which it is not authorized. The operational state of the host software product is changed to evaluation mode **408** and a copy of the resultant ownership details record is re-encrypted using the software product specific encryption/decryption key **409**.

After the encrypted ownership details record is generated **409**, the host software product is opened for writing at an offset calculated during the Franking process **804** FIG. **8** and the new ownership details record is written to the storage device, in the representative embodiment being a disk, containing the host software product **410**.

If this is successful **411** then the module returns an evaluation only ownership details record to the host software product **404** and exits **405**.

If, however, the storage device is write-protected, then the down grading of the operational state will fail **411** and the Get User Data Module will return control to the host software product **413** with an error status signal which indicates that the host software product is being used without authorization **412**. In this case the host software product will advise the user that the storage device containing the host software product must be write-enabled before proceeding **203** FIG. **2**.

Referring now to FIG. **5**, there is illustrated in flow chart form the process of generating a registration code by the Generate Registration Code Module **500** of FIG. **2**. The Generate Registration Code Module **500** is one of the four Manufacturer Modules.

A registration code is used as a concise and reliable method of transferring a set of information from a new user to the Manufacture Control Agency in a manner which is not readily subject to fraudulent abuse (see **302**). The registration code also provides for a cross-check on the validity of other information provided by a new user to the Manufacture Control Agency at the time of registration (See FIG. **3**). As illustrated in FIG. **2**, this module is called by the host software product at step **500**. The information passed to the Generate Registration Code Module **500** by the host software product is the new user data and the ownership details record. (The Ownership Details record contains details of the previous authorized user at this stage.)

The generation of a registration code begins with a validity check of the user data **501** as entered **212** FIG. **2**. The validity check comprises a simple test of the address field to ensure that the new user has input a suitable number of characters. If the user did not enter at step **212** a suitable number of characters in the address field **502**, then an error status message is returned **503** and the registration routine exits **504**. This is only a simple first-line check which prevents the new user from attempting to register a software product with a frivolous amount of address information. A far more rigorous check occurs at the time of registration when the Manufacture Control Agency operator scrutinizes the information provided by the new user and the user data cross-check process is performed **310**.

If the user data validity check **502** passes, a checksum of the user data is created **505**. This checksum will be used during the Authorization process as a cross-reference to validate the user data as communicated to the Manufacture Control Agency **310** FIG. **3**. The cross-reference can be a hash value based on only the alphanumeric characters in the user data. (All lower-case letters are converted to upper-case and white space is ignored before the hash value is calculated.)

Next, the hardware identification code is generated **506**. The method of generating the hardware identification code is the same as described in step **406** FIG. **4**. This code is passed to the Manufacture Control Agency as part of the registration code **216** and returned as part of the Authorization Code for use at the time when the software product undergoes the transformation from evaluation mode to full-function mode **224**?? and subsequently every time the product is activated **407**. This ensures that the product is being used on the hardware for which it was authorized.

After the hardware identification code is generated **506**, an anti-virus checksum of the host software product is calculated **507**. This checksum could be calculated, for example, by ranging a "hashing" algorithm across all the executable instructions of the host software product's code. When generating the product checksum, however, that portion of the code where the ownership details record is stored is excluded from the calculations as this data is subject to change. This checksum is used by the Manufacture Control Agency at the time of registration in order to ensure that the copy of the product being registered has not be corrupted in any way. See **312** of FIG. **3**.

A registration record is then assembled **508** which contains the user data cross-reference code, the hardware identification code, anti-virus checksum, and the previous owner's Identification Number. The registration record is then packed into a bit array **509** with each field of the record occupying no more bits than is necessary to encode the information content of the field. After the bit array is created **509** it is encrypted **510** using the software product specific encryption/decryption key. Algorithms which pack and encrypt the registration bit array are known in the art. Any one of these

many techniques, commonly known in the industry, may be used.

The bits representing the Product/Version Identification code are added to the packed bit array **511**. A checksum is then calculated from the bits in the array and added to the packed bit array **512**. This checksum will be used by the Manufacture Control Agency to avoid operator data-entry errors **304**. The Product/Version Identification code and the data-entry checksum is added after the encryption process **510** as both these details are needed by the Manufacture Control Agency before the registration code can be decrypted.

After the final component is added to the packed bit array **512**, it is converted to a form suitable for oral or written communication by the prospective owner to the Manufacture Control Agency **513**; for example "AAA-999-AAA-999-AAA" and returned to the host software **514** for display **215** FIG. **2** to the user.

Referring now to FIG. **6**, there is illustrated the flow chart diagram of the Save Ownership Details Module **600** FIG. **2**. The Save Ownership Details Module **600** is one of the four Manufacturer Modules.

Once the user inputs into the host Software Product the Authorization code received from the Manufacture Control Agency **217** FIG. **2** it is passed to the Save Ownership Details Module **600** and a new ownership details record is created and stored. The ownership details record is stored in the program code segment of the host software product, overwriting the previous ownership details record.

A function of the Save Ownership Details Record module **600** is to check and fix any input error that may have been made by the user when keying in the Authorization code. In the representative embodiment, the following scheme is used. Because many users may fail to distinguish between an "0" (letter) and a "0" (numeral 0) or between an "1" (letter) and a "1" (numeral one), or use lower case where upper case is required, all characters are transposed to a canonical character set **601** which is not sensitive to such mis-entries. By way of example, the Authorization Code is transposed into the format "AAA-999-AAA-999-AAA". All lower case characters are transposed to their upper case equivalents. Any numerical characters representing of zero (0) or one (1) appearing in an "AAA" group are transposed to the letter "O" or letter "L" appropriately. Likewise, the reverse process is performed where a letter "O" or "L" appear in numeric groups.

Once the Authorization code is transposed into a canonical character set **601**, it is converted to a packed bit array **602** and decrypted **603** using the software product specific encryption/decryption key.

After the Authorization code is decrypted **603**, the packed bit array is unpacked into its component record fields: owner data cross-reference, the software product identification number, the product version number, the hardware identification code, the new Owner Identification Number, and a checksum of the authorization record itself.

The sub-fields of the Authorization code are then checked for validity. The validity checks ensure that the Authorization Code checksum matches a freshly calculated checksum **604** and **605**, that the authorized hardware identification code matches the freshly generated hardware identification code **606** and **607**, that the authorized product identification number matches the actual product identification number **608** as recorded in the specific software product during the Franking process **608**, that the authorized product version number is greater than or equal to the software version number **609** as stored during the Franking process, and that the authorized owner data cross-reference corresponds to the owner data entered by the user **610** and **611**. If any of these validity checks fail, the module returns to the host software product **613** and **218** with an authorization error indication **612**. (See **218** and **219** of FIG. **2**) If the Authorization code validates, a new ownership details record is constructed **614** comprising the new owner data (such as, for example, name, address and telephone number), the newly calculated hardware identification code, the new Owner Identification Number (as obtained from a sub-field of the authorization record), and an operational state field having the value "full-function".

After the new ownership details record is created **614**, it is encrypted **615** using the software product specific encryption/decryption key. The encrypted record is then stored in the host software product's program code segment at an address which corresponds to the load address where the ownership details record is stored **616**. The offset at which the new ownership details record is written is that determined during the Franking process **804**.

If the update is successful **617**, control returns to the host software product **621** at step **218** with a success status and the new ownership details record **620**. If the storage media which contains the executable code is write-protected then the update process will fail and will return to the host software product **619** with a failure status **618**. In this case, the host software product will advise the user to write-enable the disk **219** before proceeding.

Referring now to FIG. **7**, there is illustrated the Prime Backup Module **700** of FIG. **2**. This module is one of the four Manufacturer Modules.

The Prime Backup Module **700** modifies a copy, for example, the distribution copy **106**, of the host software product (to create a backup copy of the host software product in evaluation mode) so that it is suitable both for duplicating to make sample copies of the host software product for other potential users, and for future use in recovering a working copy of the product if necessary.

The Ownership Details Record stored at step **616** of FIG. **6** is used by the Prime Backup Module. The first step is to modify the ownership details record as passed by the calling host software product to set the operational state to evaluation mode **701**.

The resultant evaluation mode Ownership Details Record is then encrypted **702** using the software product specific encryption/decryption key and written to the distribution copy at the location of the ownership details record **703** as calculated and stored as part of the Franking process, see **804**.

If the update operation is successful **704**, the Prime Backup Module **700** returns control to the host software product (more correctly, to the backup copy's copy of the code of the host software product) **706** with a success status **705**. If the update operation fails for any reason **704**, the Prime Backup Module **700** returns **708** an error status **707**. In the case of an error return, the host software product will advise the user of the problem **223** and give the user an opportunity to correct the problem.

Referring now to FIG. **8**, there is illustrated in flow chart form the Franking process **104** of FIG. **1A**.

The Franking process comprises steps whereby the Developer Modules (preinserted by the software developer **101**) are overwritten with Manufacturing Modules by the Manufacturing Control Agency.

Upon the receipt of a host software product by the Manufacture Control Agency from a software developer, the first step of the Franking process carried out by the Manufacture Control Agency is the recording of details about the host software product in the Central Database **112**: for example, name, version and accompanying commercial details (e.g. product price, developer name and address etc.) **801**. The host software product is assigned two identification numbers **802**. The first number, a Product Identification Number, uniquely identifies the product and the second, a Product/Version Identification Code, identifies the specific product/version combination. If an earlier version of the product has already been manufactured, a new product identification number is not issued as the former product identification number is retained. The identification numbers together with the product details are stored in the Manufacture Control Agency's central database **112** for later reference. In particular, it is during the registration process **108** that the product identification will be used by the Manufacture Control Agency as a key when automatically retrieving other details of the specific software product being registered by a prospective user **306** and **307**.

After the assignment of the product identification numbers **802**, each host software product is assigned its unique software product specific encryption/decryption key **803**. The software product specific encryption/decryption key is computer generated at random and cross-referenced with the Manufacture Control Agency's Central Database **112** to ensure that no duplication of keys exists. If a duplication of key occurs, a new key is generated and again cross-referenced with the database until there is no duplication with an existing software product specific encryption/decryption key.

Once the software product specific encryption/decryption key has been generated **803**, the host software product is scanned to locate a signature sequence of bytes existing in the executable code of the developer modules **804**. Locating the signature sequence of bytes in the executable file permits the Manufacturing Control Agency to determine the relative location of the Developer Modules and, therefore, the target locations to overwrite the Developer Modules with the Manufacture Modules and the target location at which ownership details record is stored.

As the host software product can be distributed in a compressed form, it may also be necessary to locate the future position of the ownership details record within the compressed distribution copy of the host software product for use during the Prime Backup process **703**. To achieve this, the host software product is compressed on a trial basis and the offset within the compressed output stream which corresponds to the start of the ownership details record is recorded.

The contents of the ownership details record are initialized **805** to a state which is suitable for inclusion in the initial seed copies of the host-software product. In particular, the operational state is set to indicate that the host software product is not yet authorized to operate in full-function mode. The operational state, stored as part of the ownership details record in the host software product's code, is used at step **403**, as discussed above, to determine the mode of operation of the host software product.

Once the initial ownership details record is generated, it is encrypted **806** using the software product specific encryption/decryption key and written out as high order language source code in a series of data definition statements for inclusion within the subsequent compilation of the Manufacture Modules **807**.

The customized Manufacture Modules are generated from source code **807** which is parameterized to accept variable definitions for the following data: the host software Product Identification Number, the Product/Version Identification Code, the version number, the software product specific encryption/decryption key, a target offset within the host product's executable of the Manufacture Modules, and the target offset of the ownership details record within the compressed distribution copy, and the target offset of the ownership details record within the uncompressed working copy. The Manufacture Modules's source code is compiled with the supplied parameters to create a single object module. That object module is then linked with a standard skeleton set of host modules to create a donor executable image **808**.

The Manufacture Modules and the Developer Modules contain certain assembly code instructions, the purpose of which is to ensure that (1) both the code and data of the Manufacture Modules are stored at adjacent memory addresses within the code segment of the host software product; (2) the entry points of the four modules which are directly callable from the host software product are at the same memory addresses in both the Developer Modules and the Manufacture Modules (this is typically achieved through the use of a jump table); and (3) the Manufacture Modules are self contained in that they do not call any functions or subroutines within the body of the host software product.

It is also important in the generation of the customized Manufacture Modules that the resultant code as inserted in a number of different host software products does not contain common instruction sequences which could act as a signature sequence around which hackers might base code to defeat the security of the system. Accordingly, the sequence in which the component routines of the Manufacture Modules are combined to produce the object module is randomized and the modules themselves are periodically re-written while preserving the underlying algorithm.

The donor executable image as generated in step **808** contains the Manufacture Modules at a known location within the image. The executable image is then opened for reading and positioned at the beginning of the Manufacture Modules. The specific host software product to be franked is opened for writing at the beginning of the Developer Modules as determined earlier **804**. The bytes of the Developer Modules are then overwritten **809** with the bytes of the full Manufacture modules. The Developer Modules contain sufficient bytes to ensure that the overwriting process does not encroach beyond address space reserved by the Developer Modules. Any space within the Developer Modules is padded out with random data. Upon completion of the overwrite of the Manufacture Modules, the files are closed.

A compressed version of the host software product's executable image can be created. The compressed version is created with specialized software which compresses the executable image using a compression format well known in the industry. The format must be one

which supports uncompressed sequences of bytes within the compressed file. The specialized software ensures that the bytes of the executable image which contains the encrypted ownership details record are not stored in a compressed form. This is to make sure that the Prime Backup process can simply write the new ownership details record to the distribution copy **106**.

An anti-virus checksum is then calculated **810**, for example, by passing the host software product's executable instructions through a "hashing" algorithm. The host software product checksum is calculated across all executable instructions of the host software product's code. When generating the anti-virus checksum, however, that portion of the code where the ownership details record is stored is excluded from the calculations as this data is subject to change. Code within the Manufacture Modules themselves will re-calculate this code checksum at the time of the Registration process (**507** FIG. **5**) so that the Manufacture Control Agency can confirm that the host software product has not been deliberately or accidentally corrupted.

With the calculation of the anti-virus checksum **810**, the Franking process is completed by recording the product checksum **810** and the software product specific encryption/decryption key **803** in the Manufacture Control Agency's Central Database **112**, for later use during the Authorization process (FIG. **3**).

Referring now to FIG. **9**, there is illustrated the Developer Modules **103** of FIG. **1**A.

The Developer Modules **103** are provided to allow developers to simulate the operation of the Manufacture Modules during the product development and testing phases **101** and **102**. The Developer Modules are not complex. Unlike the Manufacture Modules, there is no bit packing and unpacking, no encryption and decryption, and the complex process of updating the executable image is avoiding by the simple expedient of storing the ownership details in an ancillary file. The Developer Modules reserve sufficient address space for their subsequent replacement by the Manufacture Modules and the Developer Modules also contain a signature sequence by which their placement within each product can be located.

The Get Ownership Details Record process is simulated first by reading the ancillary file which contains the ownership details record **902**. If the record is read correctly **903** it is returned to the calling host software product **904**. If the record input fails **903** a blank "evaluation-model" record is created **907** and written back **908**.

The Save Ownership Details module **600** is simulated starting at entry point **914**. The developer can simulate the incorrect entry of an Authorization code simply by including a predefined error code, such as a "Z", when entering the code. Thus, if a "Z" is included **915**, an error status **917** will be returned. Otherwise a "full-function" ownership details record based on the owner data supplied is created **916**. The ownership details record is stored in a separate file **908**. If the update to the ancillary file is successful, the ownership details are returned **910**. If the update fails, an error status is returned **912**.

Simulation of the Prime Backup Module **700** starts at the entry point **906**. An "evaluation-model" record is created from the ownership details supplied **907**. The ownership details record is stored in a separate file **908**. If the update to the ancillary file is successful the ownership details are returned **910**. If the update fails an error status is returned **912**.

Simulation of the Get Authorization Code starts at the entry point **919**. The developer can simulate the incorrect entry of user data by simply including a code, such as a "Z", when entering the user address field. Thus, if a "Z" is included **920** an error status **917** will be returned. If the user address field does not contain a "Z", an Authorization Code will be returned **921** to the host software product. However, as this is only for test purposes, the code returned is always the same.

Referring now to FIG. **10**, there is illustrated an example table structure of the Central Database **112** of FIG. **1**A. The Central Database **112** is operated by the Manufacture Control Agency and is accessed by the Manufacture Control Agency during the Franking Process **104** and the Authorization Process **109**.

In the representative embodiment, there are five tables, **1001** to **1005**, namely, a developer table **1001**, a product table **1002**, a version table **1003**, a license table **1004** and an owner table **1005**.

The developer table **1001** contains information about each developer of host software products recognized by the Manufacture Control Agency.

The product table **1002** contains information about each host software product received by the Manufacture Control Agency, recorded at step **801**.

The version table **1003** contains information about each version of each host software product and is accessed by the Manufacture Control Agency at step **307**.

The license table **1004** contains information listing the authorized users for each host software product. It also contains information as to from whom the authorized user obtained the host software product. Each entry in the license table **1004** is made at step **321**.

The owner table **1005** contains detailed information about each authorized user recognized by the Manufacture Control Agency. Each entry in the owner table **1005** is given to the Manufacture Control Agency at step **301**.

What is claimed is:

**1**. A system to create and control the use of an informational product stored on a storage medium, the informational product operatable in a plurality of modes including a first mode and a second mode, the mode of operation being stored in an ownership details record of the informational product, the system comprising:

a first processor ascertaining if the mode of operation of the informational product is the first mode or the second mode by accessing an ownership details record stored in the informational product each time the informational product is activated, the ownership details record initially set to the first mode, and when them ode of operation of the informational product is ascertained to be the first mode, generating a registration code for a user of the informational product, the registration code comprising a previous user part to identify a previous user of the informational product; and

a second processor, accepting as input the registration code, allocating a unique user code to the user of the informational product, and generating a unique authorization code, the authorization code being a function of the registration code and the user code;

wherein, the first processor, responsive to accepting as input the authorization code and thereafter determining the validity of the authorization code,

and if the authorization code is valid, changing the mode of operation of the informational product from the first mode to the second mode.

2. The system of claim 1 wherein the registration code further comprises a first processor identification part, a user identification part, an informational product identification part and a check-sum part.

3. The system of claim 1 wherein the registration code further comprises a firs processor identification part.

4. The system of claim 1 wherein the registration code further comprises a user identification part.

5. The system of claim 1 wherein the registration code further comprises an informational product identification part.

6. The system of claim 1 wherein the registration code further comprises a check-sum part.

7. The system of claim 1 wherein the authorization code is further a function of the identity of the first processor, the user description part, the identity of the informational product and a version number of the informational product.

8. The system of claim 1 wherein the authorization code is further a function of the identity of the first processor.

9. The system of claim 1 wherein the authorization code is further a function of the user description part.

10. The system of claim 1 wherein the authorization code is further a function of the identity of the informational product.

11. The system of claim 1 wherein the authorization code is further a function of a version number of the informational product.

12. The system of claim 1 wherein the first mode is an evaluation m ode and the second mode is a full-function mode.

13. The system of claim 1 wherein the first processor further comprises means for creating a reproduction of the informational product.

14. The system of claim 13 wherein the reproduction of the informational product is stored on the storage medium in a compressed form.

15. The system of claim 1 wherein the first processor further comprises means for storing in the informational product the identity of the first processor and the user description part.

16. The system of claim 1 wherein the informational product comprises means for selecting evaluation mode if the informational product is not executed by the first processor.

17. The system of claim 1 wherein the informational product is a computer software program.

18. The system of claim 1 wherein the storage medium is a disk.

19. The system of claim 1 further comprising a central database coupled to the second processor, the central database to store the identity of the informational product, a user code and a previous user part.

20. The system of claim 1 wherein the first processor is coupled to the second processor by a modem.

21. A programmable processor to authorize the use of an informational product stored on a storage medium, the informational product including a user record and operatable in a plurality of modes by the programmable processor, the operational modes comprising a full-function mode and an evaluation mode, the operational modes being stored in the user record, the informational product initially operating in the evaluation mode, the programmable processor comprising:

means for examining the user record each time the informational product is activated;

means for determining the operational mode of the informational product as a function of the operational mode stored in the user record and the identity of the processor on which the informational product is executed;

means for generating a registration code for a user of the informational product when the operational mode of the informational product is determined to be the evaluation mode, the registration code being a function of the identity of the programmable processor, the identity of the user and the identity of the informational product;

means for accepting the registration code as input at a second processor;

means for generating an authorization code at the second processor;

means for accepting as input the authorization code; and

means for performing a verification function to verify the authorization code, and if the verification is successful, changing the operational mode of the informational product to full-function mode, and thereafter storing in the informational product a user record comprising the identity of the user, the identity of the programmable processor and the operational mode.

22. The programmable processor of claim 21 further comprising means for accepting as input the registration code and thereafter generating a unique authorization code as a function of the registration code.

23. The programmable processor of claim 21 further comprising means for creating a backup copy being a copy of the informational product in evaluation mode and for storing therein a user record.

24. The programmable processor of claim 23 further comprising means for receiving from the user the authorization code and for inputting the authorization code to enable the backup copy of the informational product to operate in full-function mode.

25. The programmable processor of claim 21 wherein the informational product is a computer software program.

26. The programmable processor of claim 21 wherein the storage medium is a disk.

27. The programmable processor of claim 21 wherein the programmable processor is coupled to the second processor by means of a modem.

28. The system of claim 13 wherein the first processor further comprises means for setting the mode of operation of the reproduction of the informational product to the first mode and storing the mode of operation in the ownership details record in the reproduction of the informational product.

29. The system of claim 1 wherein the first processor further comprises means, activated after the first processor accepts the input of the authorization code, for decoding the authorization code to obtain an owner identification number.

30. The system of claim 1 wherein the first processor further comprises means for storing the mode of operation in the ownership details record in the informational product.

31. A method to authorize and control the user of an informational product stored on a stored medium, the

informational product being executed by a first processor and operatable in a plurality of modes including a first mode and a second mode, the method comprising the steps of:

at the first processor, providing an ownership details record that includes the mode of operation of the informational product, the ownership details record being stored in the informational product;

at the first processor, accessing an ownership details record stored in the informational product each time the informational product is activated;

at the first processor, ascertaining if the mode of operation of the informational product is the first mode or the second mode by examining the ownership details record;

if the mode of operation of the informational product is the second mode, enabling a user to operate all functions of the informational product at the first processor; and

if the mode of operation of the informational product is the first mode, enabling the user to operate a predefined set of functions of the informational product at the first processor so as to evaluate the informational product and, if requested by the user, (i) generating, when requested by the user, a registration code at the first processor, (ii) at a second processor, accepting as input the registration code, (iii) at the second processor, allocating a unique user code to the user of the informational product, (iv) at the second processor, generating a unique authorization code, the authorization code being a function of the registration code and the user code, (v) providing the authorization code to the first processor, (vi) at the first processor, accepting as input the authorization code, (vii) at the first processor, determining the validity of the authorization code, and (viii) at the first processor, changing the mode of operation of the informational product from the first mode to the second mode if the authorization code is valid.

**32**. The method of claim **31** wherein the first mode is an evaluation mode and the second mode is a full-function mode.

**33**. The method of claim **31** further comprising the steps of:

making a copy of the informational product;

inserting the ownership details record in the copy of the informational product; and

modifying the ownership details record so that the copy of the informational product operates in the first mode.



**34**. The method of claim **31** wherein the registration code comprises a previous user part to identify a previous user of the informational product.

**35**. The method of claim **31** wherein the registration code comprises a check-sum part and at least one of: a first processor identification part, a user identification part, and an informational product identification part.

**36**. The method of claim **31** wherein the authorization code is further a function of the identity of the first processor, the suer description part, the identity of the informational product and a version number of the informational product.

**37**. The method of claim **36** further comprising the steps of:

determining if the informational product is being executed by the first processor; and

setting the mode of operation to the first mode if the informational product is not being executed by the first processor.

**38**. The method of claim **31** further comprising the step of storing the mode of operation in the ownership details record.

**39**. The method of claim **31** further comprising the steps:

decoding the authorization code to obtain a user identification code; and

storing a user identification code in the ownership details record.

**40**. The method of claim **31** wherein the informational product is a computer software program.

**41**. The method of claim **31** wherein the informational product is a database.

**42**. The system of claim **13** wherein the first mode is an evaluation mode and the second mode is a full-function mode, and wherein the first processor comprises means, if a reproduction is made of the informational product, for causing the reproduction of the informational product to initially operate in evaluation mode.

**43**. The system of claim **42** wherein the first processor further comprises means for retrieving ownership information from the ownership details record of the reproduction of the informational product, causing said ownership information to be displayed on an input/output device coupled to the first processor, and means for accepting as input the authorization code and thereafter determining the validity of the authorization code, the first processor changing the mode of operation of the reproduction of the informational product form evaluation mode to full-function mode if the authorization code is valid.

* * * * *

US005490216A

# United States Patent [19]

**Richardson, III**

[11] **Patent Number: 5,490,216**

[45] **Date of Patent: Feb. 6, 1996**

[54] **SYSTEM FOR SOFTWARE REGISTRATION**

[75] Inventor: **Frederic B. Richardson, III**, Brookvale, Australia

[73] Assignee: **Uniloc Private Limited**, Singapore

[21] Appl. No.: **124,718**

[22] Filed: **Sep. 21, 1993**

[30] **Foreign Application Priority Data**

| | | | |
|---|---|---|---|
| Sep. 21, 1992 | [AU] | Australia | PL4842 |
| Oct. 26, 1992 | [AU] | Australia | PL5524 |

[51] **Int. Cl.[6]** ........ **H04L 9/00**

[52] **U.S. Cl.** ........ **380/4**; 380/23

[58] **Field of Search** ........ 380/3, 4, 23, 24, 380/25

[56] **References Cited**

U.S. PATENT DOCUMENTS

| | | | |
|---|---|---|---|
| 4,654,799 | 3/1987 | Ogaki et al. . | |
| 4,688,169 | 8/1987 | Joshi . | |
| 4,796,220 | 1/1989 | Wolfe . | |
| 4,982,430 | 1/1991 | Frezza et al. . | |
| 4,999,806 | 3/1991 | Chernow et al. | 380/4 |
| 5,191,611 | 3/1993 | Lang | 380/4 |
| 5,199,066 | 3/1993 | Logan | 380/4 |
| 5,222,133 | 6/1993 | Chou et al. | 380/4 |
| 5,239,166 | 8/1993 | Graves . | |
| 5,239,648 | 8/1993 | Nukui | 380/4 |
| 5,287,408 | 2/1994 | Samson | 380/4 |
| 5,291,598 | 3/1994 | Grundy . | |
| 5,313,637 | 5/1994 | Rose | 380/4 |
| 5,319,705 | 7/1994 | Halter et al. | 380/4 |
| 5,337,357 | 8/1994 | Chou et al. | 380/4 |
| 5,343,526 | 8/1994 | Lassers | 380/4 |
| 5,349,643 | 9/1994 | Cox et al. | 380/4 |
| 5,371,792 | 12/1994 | Asai et al. | 380/4 |
| 5,379,433 | 1/1995 | Yamagishi | 380/4 |
| 5,386,468 | 1/1995 | Akiyama et al. | 380/4 |
| 5,388,211 | 2/1995 | Hornbuckle | 380/4 |
| 5,390,297 | 2/1995 | Barber et al. | 380/4 |

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| WO9209160 | 5/1992 | WIPO . |

*Primary Examiner*—David C. Cain
*Attorney, Agent, or Firm*—Knobbe, Martens, Olson & Bear

[57] **ABSTRACT**

A registration system allows digital data or software to run in a use mode on a platform if and only if an appropriate licensing procedure has been followed. Preferably, the system detects when part of the platform on which the digital data has been loaded has changed in part or in entirety, as compared with the platform parameters, when the software or digital data to be protected was last booted or run. The system relies on a portion of digital data or code which is integral to the digital data to be protected by the system. This integral portion is termed the code portion and may include an algorithm that generates a registration number unique to an intending licensee of the digital data based on information supplied by the licensee which characterizes the licensee. The algorithm in the code portion is duplicated at a remote location on a platform under the control of the licensor or its agents, and communication between the intending licensee and the licensor or its agent is required so that a matching registration number can be generated at the remote location for subsequent communication to the intending licensee as a permit to licensed operation of the digital data in a use mode. The code portion can be identical for all copies of the digital data. The algorithm provides a registration number which can be "unique" if the details provided by the intending licenses upon which the algorithm relies when executed upon the platform are themselves "unique".

**20 Claims, 12 Drawing Sheets**




REGISTRATION NUMBER
ALGORITHM
14
15
16
REGISTRATION NUMBER
ALGORITHM
14
13
12
10
11

FIG. 1



BOOT
IS THIS A NEW COPY ? (INTERNAL CHECKING BY APPLICATION)
NO
GO TO FIG. 3a OR 3b
YES
A
DIALOG BOX: "DEMO OR REGISTER" ?
DEMO
REGISTER
DISPLAY PRODUCT INFORMATION BOX: e.g.. SOFTWARE PUBLISHER DETAILS
B
DEMO MODE OF APPLICATION: NO SAVE OR PRINT CAPABILITY
CANCEL
CANCEL OR AGREE ?
AGREE
B1
LICENSE INFO. DIALOG BOX: DETAILS OF NEW LICENSING AGREEMENT
CANCEL
CANCEL OR CONTINUE ?
CONTINUE
GO TO FIG. 2b


FIG. 2a

FIG. 2b


FROM FIG. 2a
A SERIAL NO. IS GENERATED BY THE APPLICATION USING INFORMATION FROM THE USER ENVIRONMENT (E.G. TIME, MACHINE TYPE, LAST MODIFICATION DATE)
SERIAL NO. IS ENCRYPTED, REARRANGED AND PRESENTED AS A NUMBER IN THE SERIAL NO. FIELD OF THE REGISTRATION DIALOG BOX.
C
REGISTRATION DIALOG BOX: USER MUST ENTER DETAILS IN THE SPECIFIED FIELDS IN ORDER TO REGISTER THE PRODUCT INCLUDING: NAME, COMPANY, ADDRESS, CONTACT NUMBER (PHONE AND CREDIT CARD DETAILS OR CORPORATE ACCOUNT NO.)
USER CALLS THE NEAREST ADMINISTRATION CENTER (FROM CONTACT DIALOG BOX) AND COMMUNICATES THE REGISTRATION DETAILS AS WELL AS THE SERIAL NO. GENERATED BY APPLICATION
PAYMENT DETAILS CONFIRMED (E.G. CREDIT CARD)
PUBLISHER USES REGISTRATION DETAILS IN UNLOCKING APPLICATION
REGISTRATION NO. GENERATED FROM USER DETAILS ADDED TO SERIAL NO. IS ENCRYPTED AND RE-ARRANGED
USER GIVEN REGISTRATION NO.
GO TO FIG. 2c

FIG. 2c


FROM FIG. 2b
USER TYPES IN REGISTRATION NUMBER
APPLICATION USES UNLOCKING ALGORITHM TO CHECK VALIDITY
VALID ?
NO
YES
ALERT DIALOG BOX: USER TOLD THE REGISTRATION NO. IS INCORRECT AND ASKED TO CALL THE OPERATOR FOR ASSISTANCE IN CHECKING REGISTRATION DETAILS. USER GIVEN 3 ATTEMPTS TO REGISTER AFTER WHICH THE PROGRAM AUTOMATICALLY REVERTS TO DEMO VERSION
RUN FULL VERSION
RUN DEMO VERSION

FIG. 3


BOOT
DO REGISTRATION (KEY) DETAILS EXIST IN APPLICATION ?
NO
YES
DO REGISTRATION (KEY) DETAILS MATCH ENVIRONMENT ?
NO
YES
LOOK FOR DUPLICATE KEY FILE STORED ELSEWHERE ON MACHINE
DOES DUPLICATE KEY FILE EXIST ?
YES
NO
COPY DUPLICATE KEY FILE INFORMATION TO APPLICATION
DO REGISTRATION (KEY) DETAILS MATCH ENVIRONMENT ?
NO
YES
REMOVE KEY INFORMATION IF IT EXISTS
RUN FULL VERSION
RUN DEMO VERSION


220
NAME:
ORGANIZATION
ADDRESS
CITY
ZIP/POST CODE
COUNTRY
CREDIT CARD/ORDER#
EXPIRE DATE
LAST USER NO.
SERIAL NO.
PRODUCT NO.
YOUR USER NO.
REGISTRATION NO.
22
50
21

FIG. 4




FIG. 5




FIG. 6


PLAY
FIRST PIECE OF ENCODED INFORMATION IS BROUGHT INTO CONTROLLER INCLUDING A PRODUCT IDENTIFIER.
IS THE CURRENT PRODUCT REGISTERED FOR USE ?
YES
NO
DEMO OR BUY ?
DEMO
ALLOWS ACCESS TO DEMONSTRATION RECORDINGS THAT ARE NOT ENCRYPTED.
BUY
REGISTRATION DATA ENTRY eg: PAYMENT DETAILS AND PERSONAL DATA
COMMUNICATION WITH REGISTRATION SERVICE PROVIDOR
SUPPLY OF REGISTRATION NUMBER TO CUSTOMER
STORE REGISTRATION NUMBER IN WRITABLE MEMORY OF LOCAL CONTROLLER AND WRITABLE STORAGE AREA OF SMART CARD.
ALLOWS ACCESS TO DAC AND DECRYPTION ENGINE

FIG. 7


LOCAL LICENSEE LOCATION
INTERNAL BOND
39
38
USER PROGRAM
ALG
31
EXECUTE ON PLATFORM
LOCAL LICENSEE UNIQUE I.D. GENERATOR
66
REG. NO.
68
PROGRAM SUBSET (DEMO)
MODE SWITCHER
FULL PROGRAM
69
PLAT. I.D
70
PLATFORM UNIQUE I.D GENERATOR
REMOTE REGISTRATION DATABASE LOCATION
61
62
ALG
REGISTRATION DATABASE PROGRAM
63
EXECUTE ON PLATFORM
67
REMOTE LICENSEE UNIQUE I.D. GENERATOR
66
REG. NO.

FIG. 8


VARIABLE
KEY PORTION
72
SYSTEM
INFORMATION
71
50
SERIAL NO.
61
PRODUCT NAME
65
CUSTOMER
INFORMATION
22
PREVIOUS USER
IDENTIFICATION
66
REGISTRATION
NUMBER

FIG. 9




FIG. 10

# SYSTEM FOR SOFTWARE REGISTRATION

## BACKGROUND OF THE INVENTION

1. Field of the Invention

This invention relates to improvements in systems for software registration and, more particularly, to improvements in arrangements where software is transferable by media such as magnetic disks, CD ROMS and the like.

2. Description of the Related Art

Much commercially available software is provided at time of purchase (or license) on a magnetic media, typically a floppy disk. Frequently the only security feature attached to the software is a simple registration number stored on the media. This registration number identifies that particular copy of the software and it is often required at the time of installation of the software onto any given computer that the installer must provide the registration number independently to the installation routines.

However, such simple security arrangements for the distribution of software on media suffer from at lest two disadvantages: (1) each copy of the software made on any given media at the time of manufacture must include an individual, unique number, programmed into the media, and (2) this arrangement does not prevent copying of the software, once installed on any given computer, to another computer by means of file transfer (as opposed to reinstallation).

WO 92/09,160 to Tan Systems Corporation discloses a registration system which is relatively sophisticated which relies for its security on a requirement that an intending software licensee must obtain from a remote location by file transfer significant and essential portions of the program which the licensee desires to execute. The arrangement disclosed in WO 92/09,160 suffers from a number of deficiencies including:

a. the shell program which the intending licensee initially executes requires a unique identity embodied within the shell prior to distribution of the shell program;

b. the shell program is not, itself, a functional program—that is, it does not include all of the code which the intending licensee wishes to execute. That program must be obtained remotely with all the delays, inconveniences and possibilities of corruption during transit that that entails;

c. the prior art system appears to require and indeed, rely on, encryption to ensure that the program material which is communicated from a remote location is not intercepted for utilization in an unauthorized manner; and

d. it is unclear whether the system can accommodate and react appropriately to the situation where the program, once registered, is transferred in its entirety from one platform to another so as to avoid the requirement for payment of a further registration fee.

U.S. Pat. No. 4,796,220, assigned to Pride Software Development Corporation, discloses a system for unique recognition of a platform on which licensed software is to be executed. However, U.S. Pat. No. 4,796,220 does not contemplate or disclose utilization of information which is unique to the user or intended licensee as part of the registration process which is to be distinguished from identification of the platform upon which the software is proposed to be run.

U.S. Pat. No. 4,688,169 to Joshi broadly discloses the same principles as U.S. Pat. No. 4,796,220 in that it discloses a computer software security system which relies for its security on a "machine identification code unique to the machine" upon which the software to be protected is to be run. Again, the disclosure is limited to identification of the platform and there is no suggestion or contemplation of linking platform identification with unique user identification.



Also this arrangement does not allow the flexibility of transfer of copies of the program from platform to platform which can be run in a demonstration mode.

It is an object of the present invention to address or reduce the above-mentioned disadvantages.

Definitions

Throughout this specification the term "software" is to be interpreted broadly so as to include all forms of digital data which are executable on a platform (as to be later defined). The digital data comprising the software can, for example, be code comprising a word processing program adapted to run on a PC or the like. The software can also, for example, be digital data stored on a CD ROM adapted for playback as music on a CD ROM audio drive. The digital data can be displayable information or information which is otherwise usable by a licensed user.

Throughout this specification the term "platform" denotes an environment to be associated with a computing device such as a microprocessor or other data processing device which permits execution of the digital data (to which reference has previously been made in relation to the term "software") whereby the computer can perform functions on input and output devices associated therewith.

In some circumstances, the "software" or digital data may itself be the operating system environment. Typically, but by no means exclusively, examples of operating system environments include the MicroSoft DOS operating system, the IBM OS/2 operating system or the Macintosh System 7 environment. In the degenerate case of microcontrollers operating from ROM, the operating system environment may be the microcode of the microcontroller which enables the microcontroller to execute machine code.

In this specification, "use mode" refers to use of the digital data or software by its execution on a platform so as to fulfill the seller's/licensor's obligations in relation to the sale or license of the right to execute the digital data or software in the use mode. The use mode is to be distinguished from what might generally be termed unlicensed modes of operation (which is not to say unauthorized modes of operation) as typified by the demonstration modes later described in this specification.

## SUMMARY OF THE INVENTION

In broad terms, the system according to the invention is designed and adapted to allow digital data or software to run in a use mode on a platform if and only if an appropriate licensing procedure has been followed. In particular forms, the system includes means for detecting when parts of the platform on which the digital data has been loaded has changed in part or in entirety as compared with the platform parameters when the software or digital data to be protected was for example last booted or run or validly registered.

The system relies on digital data or code which forms part of the digital data to be protected by the system. This portion of the digital data which preferably is integral to the digital data to be protected has been termed the "code portion" elsewhere in this specification. The code portion includes an algorithm adapted to generate a registration number which is unique to an intending licensee of the digital data based on

information supplied by the licensee which characterizes the licensee.

The algorithm in the code portion is duplicated at a remote location on a platform under the control of the licensor or its agents and communication between the intending licensee and the licensor or its agent is required so that a matching registration number can be generated at the remote location for subsequent communication to the intending licensee as a permit to licensed operation of the digital data in a use mode.

Preferably, the code portion is integral with the digital data and can be identical for all copies of the digital data. It is the algorithm embedded within the code portion (and which is duplicated at the remote location) which provides a registration number which can be "unique" if the information provided by the intending licensee upon which the algorithm relies when executed upon the platform is itself "unique."

In any event, in particular preferred forms, a serial number (see further on) is included in the registration number generation algorithm which introduces an additional level of uniqueness into the registration number calculation process.

Accordingly, in one broad form of the invention there is provided a system for licensing use of digital data in a use mode, the digital data executable on a platform, the system including local licensee unique ID generating means and remote licensee unique ID generating means, the system further including mode switching means operable on the platform which permits use of the digital data in the use mode on the platform only if a licensee unique ID generated by the local licensee unique ID generating means has matched a licensee unique ID generated by the remote licensee unique ID generating means.

Preferably, the system further includes platform unique ID generating means, wherein the mode switching means will permit the digital data to run in the use mode in subsequent execution of the digital data on the platform only if the platform unique ID has not changed.

Preferably, the mode switching means permits operation of the digital data in the use mode in subsequent execution of the digital data only if the licensee unique ID generated by the local licensee unique ID generating means has not changed.

Preferably, the mode switching means includes part of the digital data.

Preferably, the remote licensee unique ID generating means comprises software which includes the algorithm utilized by the local licensee unique ID generating means to produce the licensee unique ID.

Preferably, the information utilized by the local licensee unique ID generating means to produce the licensee unique ID comprises prospective licensee credit card number, date of birth and full name and address.

Preferably, the platform unique ID generating means forms part of the digital data.

Preferably, the platform unique ID generating means utilizes hard disk information and/or other computer hardware or firmware information to determine the platform unique ID.

Preferably, the platform comprises a computer operating system environment.

Preferably, the digital data comprises a software program adapted to run under the operating system environment.

In a further broad form of the invention, there is provided a security routine or registration means attachable to software to be protected, the registration means generating a security key from information input to the software which uniquely identifies an intended registered user of the software on a computer on which the software is to be installed.



Preferably, the security key is generated by a registration number algorithm.

Preferably, the registration number algorithm combines information entered by a prospective registered user unique to that user with a serial number generated from information provided by the environment in which the software to be protected is to run (e.g., system clock, last modify date, user name).

Preferably, the registration means is replicated at a registration authority and used for the purposes of checking by the registration authority that the information unique to the user is correctly entered at the time that the security key is generated by the registration means.

Preferably, the registration means checks at the time of boot of the software as to whether it is a first boot of the software to be protected or a subsequent boot. If a subsequent boot is detected, then environment and user details are compared to determine whether the program reverts to a demonstration mode and a new user registration procedure is to commence, or a full version run.

Preferably, the environment details comprise one or more of disc volume name, user name or computer, initialization date of hard disk, hardware identifier (e.g., ROM checksum) or other elements which are generally not user-configurable on the platform.

In a further broad form of the invention, there is provided a method of control of distribution of software, the method comprising providing mode-switching means associated with the software adapted to switch the software between a fully enabled mode and a partly enabled or demonstration mode; the method further comprising providing registration key generating means adapted to generate an enabling key which is a function of information unique to an intending user of the software; the mode-switching means switching the software into fully enabled mode only if an enabling key provided to the mode-switching means by the intending user at the time of registration of the software has matched identically with the registration key generated by the registration key generating means.

Preferably, the enabling key is communicated to the intending user at the time of registration of the software by a third party operating a duplicate copy of the registration key generating means.

In yet a further broad form of the invention, there is provided digital data incorporating registration code, the digital data executable on a platform; the registration code comprising a portion of the digital data executable on the platform so as to switch the digital data between a demonstration mode and a use mode.

Preferably, the registration code when executed on the platform provides local licensee unique ID generating means whereby the digital data can be switched from the demonstration mode to the use mode by execution of the registration code only if a licensee unique ID generated by the local licensee unique ID generating means has matched a licensee unique ID generated by remote licensee unique ID generating means.

## BRIEF DESCRIPTION OF THE DRAWINGS

Embodiments of the invention will now be described with reference to the accompanying drawings wherein:

FIG. **1** is a schematic diagram of the relationship and interaction between an intending registered user and a registration authority of software on media secured according to a first embodiment of the invention;

FIGS. **2***a*, **2***b* and **2***c* are segments of a flow chart of the procedure to be followed during registration of software by a user according to a first embodiment of the invention;

FIG. **3** is a flow chart of alternative boot processes according to a second embodiment of the invention;

FIG. **4** is a personal information dialogue box relating to the procedure of FIGS. **2***a*, **2***b*, **2***c* in accordance with a third embodiment;

FIG. **5** is a schematic diagram of a system according to a fourth embodiment of the invention;

FIG. **6** is an implementation of the fourth embodiment of FIG. **5** in relation to a CD ROM drive;

FIG. **7** is a logic flow chart in relation to the decoder box of FIG. **6**;

FIG. **8** is a block diagram of a generalized system according to a fifth embodiment of the invention;

FIG. **9** is a block diagram indicating one particular example of generation of a registration number for the system of FIG. **8**; and

FIG. **10** is a schematic diagram of a sixth embodiment comprising a particular example of the generalized system of FIG. **8**.

## DETAILED DESCRIPTION OF THE PREFERRED EMBODIMENT

It is to be understood that, in its various embodiments, the present invention is for the protection of digital code/software by control of permission to use the digital code/software. A hardware platform and a remote registration station implemented at least partially by means of electronic hardware are required by the various embodiments.

The code/software to be protected requires at least some adaption to be usable with the invention in its various embodiments. The adaptation can be universal for all copies of the code/software to be protected.

### First Embodiment

With reference to FIGS. **1** and **8**, the system according to embodiments of the invention is designed and adapted to allow digital data **39** or software to run in a use mode on a platform **31** if and only if an appropriate licensing procedure has been followed. In particular forms, the system includes means for detecting when parts of the platform **31** on which the digital data **39** has been loaded has changed in part or in entirety as compared with the platform parameters when the software or digital data to be protected was, for example, last booted or run or validly registered.

The system relies on digital data or code **38** which forms part of the digital data to be protected by the system. This portion of the digital data, which preferably is integral to the digital data to be protected, has been termed the code portion **38** elsewhere in this specification. The code portion **38** includes an algorithm adapted to generate a registration number **66** or local licensee unique ID or registration key which characterizes the licensee. In this instance, the local licensee unique ID generator which generates the registration number comprises the execution of code **38** on platform **31**.



The algorithm in the code portion is duplicated at a remote location on a platform **67** under the control of the licensor or its agents, and communication between the intending licensee and the licensor or its agent is required so that a matching registration number or enabling key can be generated at the remote location for subsequent communication to the intending licensee as a permit to licensed operation of the digital data **39** in a use mode.

Execution of the duplicated code portion on platform **67** comprises, in this instance, the remote licensee unique ID generating means.

Mode switching means can comprise execution of the code portion which additionally performs a comparison of the locally and remotely generated registration numbers.

Preferably, the code portion **38** is integral with the digital data and can be identical for all copies of the digital data. It is the algorithm embedded within the code portion (and which is duplicated at the remote location) which provides a registration number which can be "unique" if the information provided by the intending licensee upon which the algorithm relies when executed upon the platform is itself "unique".

In any event, in particular preferred forms, a serial number (see further on) is included in the registration number generation algorithm which introduces an additional level of uniqueness into the registration number calculation process.

With particular reference to FIG. **1**, a program comprising digital data protected according to a first embodiment of the invention is supplied recorded on a magnetic disk **10**.

Included as part of the software on that disk **10** is a registration and re-registration routine which executes whenever the program protected by the arrangement of the first embodiment "boots".

With reference to FIG. **1** and FIGS. **2***a*, **2***b* and **2***c*, the operation of the security routine will be described on the assumption that the program on the disk **10** protected by the registration routine has not been registered on the platform or is otherwise being loaded for the first time.

The prospective new user **11** inserts disk **10** into the user PC **12** so as to be read by PC **12**.

As part of the software installation procedure, the registration routine is activated causing a series of dialogue boxes to appear on the display **13** of the user PC **12**. Having checked to ensure that the software has not previously been registered on the PC **12**, a dialogue box A (in FIG. **2***a*) is displayed which provides the user with a choice of either seeing a demonstration of the software (which typically has features such as save and/or print disabled) or alternatively an invitation to register ownership/licensee of the software (after which all features of the software are made available to the user).

If the register option is selected or if the user cancels the demonstration in favor of registration, then a contact dialogue box B (in FIG. **2***a*) is presented on the display **13** which provides a list (stored on disk **10** as part of the registration routine) which provides for example, names and contact numbers of the software publishing company together with other general product information.

Following the user's indication of agreement during display of license details (box B1) to proceed to register, the user can contact the registration center after filling out the registration dialogue box C as detailed below. After selecting "continue", the registration routine begins the first step in the generation of a security key which will be unique to the current copy of the software and to certain features of the environment in which it runs.

As shown in FIG. **2***b*, the first step in the generation of the security key comprises the generation of a serial number generated from the current time on the system and, in this example, the last modify date of the software and other information from the computer environment. The serial number is encrypted and rearranged and then presented as a number in the registration dialogue box on the display **13**.

The registration dialogue box C (in FIG. **2***b*) prompts the user for details unique to that user (including, for example, name, company, address, state, contact number) together with financial details for payment for the purpose of becoming a registered user of the software protected by the registration routine (for example Mastercard or corporate account number details). This information, unique to the user, is passed through a registration number algorithm **14** (represented symbolically in FIG. **1**) which generates a registration number or security key from the information unique to the user together with the serial number previously generated. The registration number or security key is not made available to the user of the PC **12** by the PC **12**.

An identical registration number algorithm **14** resides on the registration authority PC **15**. As an integral part of the registration procedure, the prospective new user **11** communicates the information unique to the user which was entered by the user on the user PC **12**, along with the serial number generated by the user's algorithm, to the registration authority **16**. The registration authority feeds this information into the registration authority PC **15** wherein the registration number algorithm **14** should produce an identical registration number or security key to that produced by the user PC **12** if the details communicated to the registration authority by the prospective new user **11** match with the details that have been entered on the user PC **12**. Optionally, the user can communicate the information to the registration authority electronically, e.g., by fax or modem or tone phone.

As a final stage in registration (refer to FIG. **2***d*), the registration authority **16** provides the registration number generated by the registration authority PC **15** to the user **11**. The user **11** enters the registration number into the user PC **12** where the registration routine checks to see whether the entered registration number matches the calculated registration number. If the two match, then a valid registration has taken place and access is provided by the registration routine to a full operating version of the software protected by the registration routine. If there is no match and a preference file (which stores the user details) does not exist then a dialogue box D (FIG. **2***c*) appears on the display **13** of user PC **12** providing the prospective new user **11** with the opportunity to check his/her details or switch to the demonstration version of the software protected by the registration routine.

Again, the registration authority PC **15** can provide to PC **12** the registration number which it generates by electronic means such as modem communication.

It will be evident that it is not obvious to the prospective new user **11** that the registration number which unlocks the full version of the software protected by the registration routine is, in fact, generated from an algorithm residing on the magnetic disk **10** and that it forms part of the software to which access is desired.

In this manner, the registration procedure outlined above ensures that exactly the same details entered by the prospective new user on his/her user PC **12** are those details recorded by the registration authority **16**. It will also be evident that the procedure does not require each magnetic disk **10** containing a copy of the software to be protected to have a unique registration number recorded on the disk at the



time of distribution of the disk. Each copy has exactly the same registration number algorithm located upon it. A unique registration number or "security key" is generated only at the time of registration from the details supplied by the prospective new user **11**.

The registration routine behaves generally as follows where any copy of the protected software boots. In this situation, the registration routine checks at the time of boot to see what registration details are present for that particular copy of the software. If no details are present, then it is assumed that the PC is booting from a newly distributed magnetic disk and registration is to occur for the first time. The registration procedure in that case is that followed in respect of FIGS. **2***a*, **2***b* and **2***c*.

In the event that registration details are present, then the registration routine checks a number of parameters which are expected to be unique to the environment in which the software to be protected operates. In this embodiment, the parameters checked are hard disk volume name, user name, and computer name and user password and hard disc initialization date (not generally user configurable on the Apple Macintosh computer). The registration routine then checks these parameters against the corresponding details that it finds from the operating environment of the computer on which the software is running. If a designated combination of these details matches then it is assumed that a properly authorized and registered copy of the software is running and full access to the software is allowed.

In this manner, it is quite in order for users to provide other users with copies of the software protected by the security routine. The security routine attached to the software to be protected determines from the environment in which it operates whether an additional registration fee is required. If it is determined by the registration routine that this is the case, then the registration routine has the capability to provide a fresh registration number as part of an authorized registration procedure pending which the protected software reverts to demonstration mode.

## Second Embodiment

(Auto re-registration)

According to a second embodiment, a more sophisticated procedure suitable for checking at first boot and at subsequent boot is shown in flowchart form in FIG. **3**.

This procedure incorporates redundancy to cope with situations where the key file containing the information from which the current use has been authorized may have been deleted or does not exist on a subsequent boot.

The distinction as against the first embodiment is that a "key file" is created at the time of registration of the software and a duplicate key file is also created at the same time. The duplicate key file is arranged to be stored on the computer at a location separate from the program to be protected. In the case of the Apple Macintosh computer the duplicate key file can be stored in the "system" folder.

Both the key file (stored with the software) and the duplicate key file are encrypted and both contain identical information. The information contained comprises:

1. The user registration details including the serial number,
2. The environment details of the computer, and
3. Details of the application protected by the security routine for which registration is to be or has been obtained.

With reference to FIG. **3**, whenever the protected application boots, a check is made by the registration routine to

determine whether registration details exist in the key file of the protected application. If they do, a comparison is made by the registration routine between what is stored in the key file and the environment to determine whether a change has taken place to the environment as compared with what is stored in the key file. If no change is detected, then the protected application is permitted to run normally.

If there are no registration details present in the key file or if the above-referenced comparison between the key file contents and the application does not show a match, then the re-registration routine of FIG. 3 looks for the existence of a duplicate key file within the environment. If a duplicate key file exists, then the information contained within that duplicate key file is copied to the application key file and comparisons as previously described as between the key file details and the environment and application are made. If the comparison is positive, then the protected application is allowed to run normally. If the comparison proves negative, then the protected application is permitted to run by the registration routine in demonstration mode only. If a duplicate key file is found not to exist at all and the internal key file, if present, brings a negative result, then the protected application is allowed to run in demonstration mode only.

This arrangement provides improved durability for the registration routine in the sense that it is less likely that the protected application will be caused to run in demonstration mode for incorrect reasons.

## Third Embodiment

### Tracking System

With reference to FIG. 4, a modified form of the dialogue box C of FIG. 2*b* is shown which includes provision for entry of "your user number" in box **21**.

At the time a prospective new user enters his/her details into the other boxes comprising the dialogue box C, there is an option for the user to enter a user number into box **21**. The user number is provided by the registration authority **16** as a number unique to that particular registered user. If the box **21** has the user number details inserted into it, then the registration routine, When the next copy of the protected application is made, will transfer the user number details from box **21** to the "last user number" box **22**. A similar transfer will take place when next a copy is made of the protected application if and only if the person wishing to register the next copy enters their user number details in box **21**. If they do not, then the last user number details in box **22** remain as before. In this manner, a tracking system is available to the registration authority in the form of a tree where any given copy is identified by its ancestry based on current and previous user number as entered into boxes **21** and **22**.

### Self-Serialization

In a particular embodiment, a process termed "self-serialization" can be utilized to produce the serial number **50** which is displayable to the user/licensee as illustrated in FIG. **4**.

The serial number **50** is disguised by use of a random or pseudorandom number input to the algorithm which generates the serial number at the time of first boot of the software as part of the initial registration procedure. For example, the serial number, when generated by the self-serialization process, can be generated by a random number routine forming part of the registration software or it can be generated by the registration software with reference to data which is available in a widely varying fashion on the platform on which the software is located—for example, a time reference on the platform. The serial number **50** generated by the self-serialization process can be a required input to the registration algorithm from which the registration number is generated. Clearly, the serial number **50**, as determined and displayed to the user, will then be required to be communicated to the registration authority for input to the registration authority's registration number generating algorithm.

It will be observed that a serial number **50** generated in this manner is likely to be displayed as a different number on each platform on which the software to be protected is to be run and comprises a randomized input to the registration algorithm which is determined and determinable only at the time of registration.

## Fifth Embodiment

With reference to FIG. **5**, there is shown in schematic form a microprocessor **30** adapted to operate under an operating system or upon a platform **31** such as, for example, MicroSoft DOS or Macintosh System **7**. The platform **31** allows relatively high level commands to be used to cause the microprocessor **30** to interact with input/output devices such as keyboard **32**, monitor **33**, loudspeaker **34**, memory **35** and magnetic or CD ROM disk **36**.

By way of example a word processing program comprising a length of code or digital data **37** has been copied onto disk **36**.

The digital data **37** includes registration code portion **38** and use code portion **39**.

The digital data **37** is arranged in such a way that when microprocessor **30** seeks to first execute the digital data **37** by way of operating system or platform **31** the digital data comprising the registration code portion **38** is caused to execute first in a manner previously described in reference to the first embodiment of the invention. The execution of the digital data comprising the registration code portion **38** in conjunction with the operating system or platform **31** comprises a mode switcher which will permit the microprocessor **30** to execute the use code portion **39** of digital data **37** only in a demonstration mode unless and until registration involving reference to an external registration authority is first completed successfully. This registration procedure is as previously described with reference to the first embodiment.

The digital data **37** can comprise, for example, a word processing program such as Wordperfect 6.0 available from Wordperfect Corporation. The registration code portion **38** is integral with the digital data **37** comprising the word processing program. The registration code portion **38** includes the algorithm for calculation of the registration number as previously described in respect of other embodiments of the invention.

It will be appreciated that the registration code portion **38** effectively forms simply a part of the software or digital data **37** to be protected/registered and that the digital data **37** will be or can be identical for all copies of the word processing program produced. The registration code portion **38** allows a unique link to be made between the digital data **37** and an individual authorized or licensed to use the digital data **37** by way of initial execution of a copy of the digital data comprising registration code portion **38**.

With reference to FIGS. **6** and **7**, a specific realization of the fifth embodiment will be described.

With particular reference to FIG. **6**, a decoder **51** is interposed in the datapath from the CD in CD player **52** and a digital-to-analog converter **53**. The digital-to-analog con-

verter 53 is the device by which digitally encoded musical or video information residing on CD ROM 54 is converted to analog form suitable for playback on current mass produced television sets (video) or hi-fi sets (audio).

The decoder 51 comprises part of the platform upon which the digital data 37 is executed and includes means to interpret the code portion 38 of the digital data 37 whereby the registration system is implemented such that the digital data 37 and, more particularly, the use code portion 39 of that digital data 37 can be executed on the platform in a use mode only if the registration procedure to which reference has been made in respect of previous embodiments has been performed.

The registration code portion 38 can include a preview or demonstration related to a subset of the balance of the digital data on the CD 54 which can be executed by the platform without license.

The decoder 61 includes LCD display 55 and keypad 56 whereby the licensee can enter information via keypad 56 and receive information via the LCD display 55 for the purpose of the registration procedure.

In addition a smart card (SRAM) 57 is receivable by the decoder 81 for the purpose of customizing or amending operation of the decoder 51.

With reference to FIG. 7, the registration procedure following insertion of CD 54 into CD player 52 is as follows. The user operates the play control and decoder 51 reads from CD 54 code portion 38 of digital data 37 located thereon and executes this code so as to determine whether the digital data is already licensed for the platform. If not, a demonstration is communicated via digital-to-analog converter 63 whilst the user determines whether to register as a licensee of the digital data 37 in the manner indicated in the flowchart of FIG. 7.

Sixth Embodiment

With reference to FIG. 8, there is shown a block diagram of a system according to a further embodiment of the invention which is to be read in the context of the earlier generalized description in respect of FIG. 1.

The system illustrated in FIG. 8 operates in the manner generally described in respect of previous embodiments and as generally outlined in the diagram. In the context of the block C illustrated in FIG. 4, and with reference to FIG. 9, the algorithm, which generates the unique user identification and which is resident both as the registration code portion 38 in digital data 37 integrally bound to use code portion 39 for execution on local platform 31 and also as remote algorithm 61, is attached to registration database program 62 for execution on the remote platform 63.

The algorithm, in this embodiment, combines by addition the serial number 50 with the software product name 64 and customer information 65 and previous user identification 22 to provide registration number 66.

As discussed earlier, all of the items to be summed, namely items 50, 64, 65 and 22 must be communicated to the remote licensee unique ID generator 67 by the intending licensee whereby algorithm 51 causes the production of a registration number 66 which matches identically with the locally produced registration number. When mode switcher 68 verifies the match, then the mode switcher 68 allows execution on platform 31 of the full user program 39.

Prior to allowing execution of the full program, mode switcher 68 will also check whether platform ID 69 has



changed as provided to it by platform unique ID generator 70.

In this embodiment, serial number 50 is comprised of two components, namely system information 71 and a variable key portion 72. The variable key portion 72 provides the characteristic of self serialization described earlier in the specification and, in this embodiment, is generated at the time of registration on platform 31 by reference to a variable platform parameter, in this case reference to system time information, although other parameters which are variable can be utilized in other embodiments.

System information 71 can include information which identifies the hardware comprising the platform 31 on which the user program 39 is to be executed such as, for example, CPU number (where available), or unique parameters associated with the firmware in use. The system information, optionally, can further include system configuration information such as amount of memory, type of processor etc.

It will be noted, therefore, that serial number 50 will appear to an intending licensee when it appears on screen as per box C in FIG. 4 as an apparently random variable having no obvious link to the platform 31 or the user program 39.

However, when the serial number 50 is communicated to the remote licensee unique ID generator 67 a secondary algorithm complementary to the algorithm which generated the serial number including variable key portion 72 and system information 71 is able to "decode" or otherwise strip away the variable key portion 72 so as to make use of the system information 71 if allowable and desirable in the circumstances.

Whether the system information 71 is utilized or not, the serial number 50 generated in this manner provides an input to the algorithm which generates registration number 66 which presents as an apparently variable parameter thereby rendering "cracking" of the software registration system more difficult and unlikely.

Seventh Embodiment

The schematic diagram of FIG. 10 illustrates a substantially hardware implementation of the invention applicable, for example, for implementation of the CD arrangement of FIG. 6 or the more generalized arrangement of FIGS. 8 and 9.

In this embodiment, a prospective user 80 of digital code 81 on media 82 by its execution on platform 83 firstly inserts the media 82 into an appropriate digital code reading device within platform 83 (e.g., a floppy disk drive or a CD ROM drive).

Customer information C is provided by user 80 both direct to local encoder/decoder 84 and also to local adder or summer 85.

Additionally, product information P derived from media 82 (typically via platform 83) or else via the intermediary of the user (signified by the small man symbol) is provided to encoder/decoder 84 and to summer 85.

Finally, a serial number S derived from platform 83 is supplied either directly or via the intermediary of user 80 to encoder/decoder 84 and to summer 85.

Summer 85 acts as a local licensee unique ID generating means by combining, by addition, customer information C, product information P and serial number S in order to provide a local licensee unique ID here designated Y.

Encoder/decoder 84 transmits the serial number S, the customer information C and the product information P via

modems **86**, **87** over the public switched telephone network to a remote encoder/decoder **88** which, in turn, supplies signals S, C and P to the inputs of remote summer **89**. Remote summer **89** combines these signals by addition (thereby acting as a remote license unique ID generating means) so as to provide a summed output, here termed X, which represents a licensee unique ID or enabling key which should match identically with the local licensee unique ID or registration key or registration number Y if inputs S, C and P to summers **85** and **89** are identical.

The licensee unique ID termed X is transmitted back via encoder/decoders and modems **84**, **86**, **87**, **88** to comparator **90** which outputs a high signal if X equals Y. This condition corresponds to the local licensee unique ID matching with the licensee unique ID generated at the remote location by the remote licensee unique ID generating means generally comprising summer **89**.

Digital code **81** on media **82** comprises code identified as a demonstration portion D together with code identified as a use portion U. There may be other kinds of code designated O as well.

Code **81** is executed on platform **83** (for example, a microprocessor or a substantially hardware based, dedicated playback device such as a CD drive) with the code being passed through a mode switcher comprising first gate **91** and second gate **92** together with relay **93**.

First gate **91** energizes relay **93** so as to permit execution of code of type D but not code of any other type such as of type U.

Second gate **92** permits execution of any kind of code by closure of relay **93** provided only that the output of comparator **90** is high (which is to say that X equals Y or that the local licensee unique ID matches with the licensee unique ID generated by the remote licensee unique ID generating means comprising summer **89**).

Comparator **90** together with gates **91**, **92** and relay **93** comprise one particular form of mode switcher or switching platform **83** of various kinds of code such as the code of types D and U.

Industrial Applicability

The aforementioned may be applied either in dedicated electronic hardware or by means of more generalized digital computation devices such as microprocessors and the like whereby digital code or software (which may incorporate at least part of the code which, when executed, acts as a licensee unique ID generator) is fully enabled only after following a specified licensing procedure.

The above describes only some embodiments of the present invention and modifications, obvious to those skilled in the art, can be made thereto without departing from the scope and spirit of the present invention.

What is claimed is:

1. A registration system for licensing execution of digital data in a use mode, said digital data executable on a platform, said system including local licensee unique ID generating means and remote licensee unique ID generating means, said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID first generated by said local licensee unique ID generating means has matched a licensee unique ID subsequently generated by said remote licensee unique ID generating means; and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID.



2. The system of claim **1**, wherein said local licensee unique ID generating means generates said local licensee unique ID by execution of a registration algorithm which combines information in accordance with said algorithm, said information uniquely descriptive of an intending licensee of said digital data to be executed in said use mode.

3. The system of claim **2**, wherein said mode switching means permits operation of said digital data in said use mode in subsequent execution of said digital data only if said licensee unique ID generated by said local licensee unique ID generating means has not changed.

4. The system of claim **3**, wherein said local licensee unique ID generating means comprises part of said digital data when executed on said platform.

5. The system of claim **4**, wherein said mode switching means comprises part of said digital data when executed on said platform.

6. The system of claim **5**, wherein the information utilized by said local licensee unique ID generating means to produce said licensee unique ID comprises prospective licensee details including at least one of payment details, contact details and name.

7. The system of claim **1**, said system further including platform unique ID generating means, wherein said mode switching means will permit said digital data to run in said use mode in subsequent execution of said digital data on said platform only if said platform unique ID has not changed.

8. The system of claim **7**, wherein said platform unique ID generating means comprises part of said digital data when executed on said platform.

9. The system of claim **8**, wherein said platform unique ID generating means utilizes hard disc or other platform information to determine said platform unique ID.

10. The system of claim **1**, wherein said platform comprises a computer operating system environment.

11. The system of claim **10**, wherein said digital data comprises a software program adapted to run under said operating system environment.

12. A registration system attachable to software to be protected, said registration system generating a security key from information input to said software which uniquely identifies an intended registered user of said software on a computer on which said software is to be installed; and wherein said registration system is replicated at a registration authority and used for the purposes of checking by the registration authority that the information unique to the user is correctly entered at the time that the security key is generated by the registration system.

13. The registration system of claim **12**, wherein said security key is generated by a registration number algorithm.

14. The registration system of claim **13**, wherein said registration number algorithm combines information entered by a prospective registered user unique to that user with a serial number generated from information provided by the environment in which the software to be protected is to run.

15. The registration system of claim **12**, wherein said registration system checks at the time of boot of said software as to whether it is a first boot of the software to be protected or a subsequent boot, and, if a subsequent boot is detected, then environment and user details are compared to determine whether the program reverts to a demonstration mode and a new user registration procedure is to commence or a full version run.

16. The registration system of claim **15**, wherein said environment details comprise at least one element which is not user-configurable on the platform.

17. A method of control of distribution of software, said method comprising providing mode-switching means associated with said software adapted to switch said software between a fully enabled mode and a partly enabled or demonstration mode, said method further comprising providing registration key generating means adapted to generate a registration key which is a function of information unique to an intending user of the software; said mode-switching means switching said software into fully enabled mode only if an enabling key provided to said mode-switching means by said intending user at the time of registration of said software has matched identically with said registration key; and wherein said enabling key is communicated to said intending user at the time of registration of said software; said enabling key generated by a third party means of operation of a duplicate copy of said registration key generating means.

18. The method of claim 17, wherein said registration key is also a function of the environment in which said software is installed.

19. A remote registration station incorporating remote licensee unique ID generating means, said station forming part of a registration system for licensing execution of digital data in a use mode, said digital data executable on a platform, said system including local licensee unique ID generating means, said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means; and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID.



20. A method of registration of digital data so as to enable execution of said digital data in a use mode, said method comprising an intending licensee operating a registration system for licensing execution of digital data in a use mode, said digital data executable on a platform, said system including local licensee unique ID generating means and remote licensee unique ID generating means, said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means; and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID.

* * * * *

## Summary of Non-Infringement Under Each of Uniloc's Infringement Theories

| | | **Claim requirements that are not met under each theory** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Alleged licensee unique ID** | | Licensee Unique ID (all asserted claims) | Identical algorithm generates the licensee unique ID locally and remotely (all asserted claims) | Licensee unique ID generating means (asserted claims 1, 2, 7-11, and 17-20) | Use mode / mode switching means / registration system (all asserted claims)[1] | Registration system is replicated a the registration authority (claims 12-16) | Licensee unique ID is generated from information uniquely associated with a person who intends to become a licensee (claims 12-18) | A licensee unique ID first generated locally has matched a licensee unique ID subsequently generated remotely (claims 1, 2 and 7-11) |
| | **PID** | Not present | Not present | Not present | Not present | Not present | Not present | Not present |
| | **"FullPID"** | Not present | Not present | Not present | Not present | Not present | Not present | Not present |
| | **IID** | Not present | Not present | Not present | Not present | Not present | Not present | Not present |
| | **abConfID/ i64ConfID** | Not present | Not present | Not present | Not present | Not present | Not present | Not present |
| | **Digest/hash of license** | Not present | | Not present | Not present | Not present | Not present | Not present |
| | **BPC license/ CID in reactivation** | Not present | | Not present | Not present | Not present | Not present | Not present |
| | **Product key hash** | Not present | | Not present | Not present | Not present | Not present | Not present |
| | **Product key authenticator** | Not present | Not present | Not present | Not present | Not present | Not present | Not present |

[1] These elements are not present for all Microsoft accused products except Plus! Digital Media Edition.

EXHIBIT D
Accused Products Identified by Uniloc in Ex. F to September 1, 2005 Expert Report of David Klausner

| **Accused Product** | **Accused Product "Family"**[1] |
|---|---|
| Windows Server 2003 | Windows |
| Plus! Digital Media Edition[2] | Windows |
| Windows XP Professional | Windows |
| Windows XP Home Edition | Windows |
| Microsoft Office XP Standard | Office XP |
| Microsoft Office XP Professional | Office XP |
| Microsoft Office XP Professional with FrontPage | Office XP |
| Microsoft Office XP Developer | Office XP |
| Microsoft Access 2002 | Office XP |
| Microsoft Excel 2002 | Office XP |
| Microsoft FrontPage 2002 | Office XP |
| Microsoft Outlook 2002 | Office XP |
| Microsoft PowerPoint 2002 | Office XP |
| Microsoft Project 2002 | Office XP |
| Microsoft Visio 2002 | Office XP |
| Microsoft Word 2002 | Office XP |
| Microsoft Visio Enterprise Network Tools | Office XP |
| Microsoft Visual Studio.Net | Office XP |
| Microsoft Office 2000 SR-1 | |
| Microsoft Project 2000 SR-1 | |
| Microsoft Office 2003 Professional | Office 2003 |
| Microsoft Office 2003 Standard | Office 2003 |
| Microsoft Office 2003 Small Business Edition | Office 2003 |
| Microsoft Access 2003 | Office 2003 |
| Microsoft Excel 2003 | Office 2003 |
| Microsoft FrontPage 2003 | Office 2003 |
| Microsoft InfoPath 2003 | Office 2003 |
| Microsoft OneNote 2003 | Office 2003 |
| Microsoft Outlook 2003 | Office 2003 |
| Microsoft PowerPoint 2003 | Office 2003 |
| Microsoft Project 2003 | Office 2003 |
| Microsoft Project Professional 2003 | Office 2003 |
| Microsoft Visio 2003 Office 2003 | Office 2003 |
| Microsoft Visio Professional 2003 | Office 2003 |
| Microsoft Word 2003 | Office 2003 |

[1] For the purposes of this motion, product activation in accused products within the same product "family" operates in the same manner, except as otherwise discussed. (*See* Declarations of Aidan Hughes, ¶ 4 and Caglar Gunyakti, ¶ 3.)

[2] Except as otherwise discussed in the memorandum, product activation in Plus! Digital Media Edition operates in the same manner as product activation in Windows XP. Changes to Windows XP SP-1 that are discussed in the memorandum do not apply to Plus! Digital Media Edition. (*See* Gunyakti Decl., ¶ 3.)

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

VIA FACSIMILE

September 8, 2006

Dean G. Bostock, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

Re: Uniloc USA, Inc. and Uniloc Singapore Private Ltd. v. Microsoft Corp.
USDC, District of Rhode Island - Civil Action No. 03-CV-440 (WES)

Dear Dean:

I am writing to explore whether Uniloc will withdraw any of its asserted claims (presently claims 1, 2, and 7-20) and/or infringement theories (presently there are eight of them) in light of the Court's claim construction order. In order to reduce the burden on the Court, and the expense to Microsoft, in connection with summary judgment motions, please let me know Uniloc's position on this, or confirm that Uniloc is maintaining all of its asserted claims and infringement theories, at your earliest convenience.

Very truly yours,

Kurt L. Glitzenstein /mag

Kurt L. Glitzenstein

21420522.doc

* * * COMMUNICATION RESULT REPORT ( SEP. 8. 2006 11:13AM ) * * *

FAX HEADER 1: (1)FISHRICHARDSON16175428906
FAX HEADER 2: FISH&RICHARDSON16175428906

TRANSMITTED/STORED : SEP. 8. 2006 11:12AM

| FILE MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|
| 3942 MEMORY TX | | 16175422241 | OK | 2/2 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-2) BUSY
E-3) NO ANSWER
E-4) NO FACSIMILE CONNECTION

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

**Date** September 8, 2006

**To** Dean G. Bostock, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-2290

**Facsimile number** 18277-00453531 / (617) 542-2241

**From** Kurt L. Glitzenstein

**Re** Uniloc v. Microsoft
Our Ref.: 18277-004LL1

**Number of pages including this page** 2

**Message**

**NOTE: This facsimile is intended for the addressee only and may contain privileged or confidential information. If you have received this facsimile in error, please immediately call us collect at 617 542-5070 to arrange for its return. Thank you.**

MINTZ LEVIN

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

Dean G. Bostock | 617 348 4421 | dgbostock@mintz.com

September 12, 2006

**BY FAX**

Kurt L. Glitzenstein, Esq.
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110

*Re:* *Uniloc USA, Inc., et al. v. Microsoft Corp.*
Civ. A. No.: 03-CV-440 (WES)

Dear Kurt:

This is further to my letter dated yesterday.

Given the Court's claim construction, Uniloc will not be withdrawing any asserted claims. We will not address the other (mis)characterizations set forth in your letter at this time as they are not pertinent to this response.

Very truly yours,

Dean G. Bostock

LIT 1586553v.1

MINTZ LEVIN

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

Dean G. Bostock | 617 348 4421 | dgbostock@mintz.com

2006 SEP 12 PM 2:58

# fax transmittal

RECEIVED
SEP 12 2006
FISH & RICHARDSON, P.C.
BOSTON OFFICE

**FROM:**

**Name** Dean G. Bostock

**Date** September 12, 2006

**# of Pages** 2

| Client Name | Client No. | Matter No. | Atty No. |
|---|---|---|---|
| Uniloc v. Microsoft | 27407 | 001 | 2774 |

**TO:**

| Name | Company | Business# | Fax # |
|---|---|---|---|
| .Kurt Glitzenstein, Esq. | Fish & Richardson, P.C. | | (617) 542-8906 |

**Comments:**

Please see attached letter

LIT 1586223v.1

**Please call us at 617-542-6000 if you experience any problems.**

STATEMENT OF CONFIDENTIALITY
The information contained in this fax is intended for the exclusive use of the addressee and may contain confidential or privileged information. If you are not the intended recipient, you are hereby notified that any form or dissemination of this communication is strictly prohibited. If this fax was sent in error, please immediately notify us by phone.

# How Activation Works



Software bought "off the shelf" or on new PCs sold by OEMs requires activation. However, the OEM may activate the software at the factory before delivery to the end user. Once activation is completed, most users will never have to activate their installation again.

## Easy and safe

Product Activation is a simple, straightforward and anonymous process. In most cases, the only information required to activate is an Installation ID created by the software. No personally identifiable information is required.

Product Activation takes less than one minute when completed over the Internet. If activation is completed in this way, the product will take care of most of the work and will require very little user participation.

Activation can also be completed by speaking with a Microsoft customer service representative. If activation is completed by telephoning Microsoft, a customer service representative will assist with the activation.

## Convenient

To make activation convenient, the products do not require activation immediately after installation. Office XP and Office 2003 and their

Activating Software

- **How Activation Works**
- Product Activation Facts
- Myths of Product Activation
- Volume Licensing Activation

Related Links

- Technical Market Bulletin on Changes to Product Activation in Windows XP Service Pack 1
- Technical Market Bulletin on Product Activation in Windows XP
- Product Activation for Microsoft Office 2003
- Product Activation for Microsoft Windows XP

components will allow up to 50 launches before requiring activation. Visio 2002 will allow up to 10 launches before requiring activation. Windows XP will allow 30 days from first boot before requiring activation.

**More Information**

- Product Activation FAQ
- Windows XP SP1 Product Activation Details

Manage Your Profile

© 2006 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

# Product Activation Facts



Microsoft Product Activation is easy for users to accomplish and many users will only be required to activate once for the life of the product (some users may have to activate again if they move the software from one PC to another or upgrade a significant number of components within their PC).

Customers who acquire licenses for most products through one of Microsoft's volume licensing programs will not be required to activate those licenses.

Microsoft Product Activation is entirely software based and requires no hardware dongles, floppy diskettes or other external tools.

Activation is completely anonymous and requires no personally identifiable information from the end user.

**Customers may activate the product via one of two methods:**

1. Internet. Microsoft servers process the activation and silently activate the product.
2. Telephone. Customer service representatives process activations and exceptions.

Activation requires each instance of a product installation to be activated with Microsoft.

Activating Software

- How Activation Works
- **Product Activation Facts**
- Myths of Product Activation
- Volume Licensing Activation

Related Links

- Technical Market Bulletin on Changes to Product Activation in Windows XP Service Pack 1
- Technical Market Bulletin on Product Activation in Windows XP
- Product Activation for Microsoft Office 2003
- Product Activation for Microsoft Windows XP

A unique Product Key is required for each installation.

Activation call centers for telephone activations are located regionally worldwide.

Customer service representatives provide local language support.

**Mandatory Product Activation Data**

- The Installation ID is unique to each product and comprises two components:
  1. Product ID. Unique to the product key used during installation
  2. Hardware hash. Non-unique representation of the PC
- The country in which the product is being installed (for Office XP and Office XP family products only)

**Voluntary Product Registration Data (for some products)**

- Name, company name and address
- Phone and e-mail

### More Information

- Product Activation FAQ
- Windows XP SP1 Product Activation Details

*Microsoft, Visio and Windows are either registered trademarks or trademarks of Microsoft Corp. in the United States and/or other countries.*

---

Manage Your Profile

© 2006 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

# Myths of Product Activation

**Activation is difficult to complete.**
Product Activation is actually very simple to complete. It requires just a few mouse clicks for those with Internet connectivity. For those who must activate over the telephone, the process with a customer service representative can be completed in just a couple of minutes. Most users' response is "that's it?"

**Users must have Internet connectivity to activate.**
Product Activation provides two methods to activate: Internet and telephone. The Internet method requires that the PC be able to make a connection to the Internet. The telephone method requires the user to provide information to a customer service representative over the telephone.

**Product activation is an invasion of privacy.**
Microsoft absolutely respects the privacy of its customers and does not ask for any personally identifiable information to activate a product. Product Activation is completely anonymous.

**Product activation will hamper customers' use of the software.**
Actually, customers should only be minimally impacted, if at all. Licenses acquired by customers through one of Microsoft's volume licensing programs will not require activation.

**So it's anonymous, but you are still requiring information about the make and model of my PC.**
To ensure the end user's privacy, Microsoft uses a one-way mathematical algorithm to create the hardware hash used by Product Activation to create the Installation ID. Once created, the hash information cannot be calculated back to its original values. Hardware information is sent through the algorithm in the software on the PC-not at Microsoft-to create the hash.

Activating Software

- How Activation Works
- Product Activation Facts
- **Myths of Product Activation**
- Volume Licensing Activation

Related Links

- Technical Market Bulletin on Changes to Product Activation in Windows XP Service Pack 1
- Technical Market Bulletin on Product Activation in Windows XP
- Product Activation for Microsoft Office 2003
- Product Activation for Microsoft Windows XP

The raw hardware information is not known or sent to Microsoft. Ensuring end user privacy is a No. 1 design goal for Microsoft with Product Activation.

### Counterfeiters are the real piracy problem.

Software piracy comes in many different forms, some more widely known than others. Each type of piracy is unique and often requires unique protection methods.

Counterfeiting is a common form of piracy. Others include hard disk loading, Internet pirating and casual copying, or softlifting. Casual copying is the sharing of software between people in a way that infringes on the software's EULA. An example of casual copying is if someone were to get a copy of Office XP and load it on his or her PC, then share it with a second person who loaded it on his or her PC, then share it with a third person who loaded it on his or her PC, and so on. This form of piracy is very prevalent and accounts for a large portion of the economic losses due to piracy. It is this form of piracy, casual copying, that Microsoft is primarily looking to reduce with Product Activation.

Microsoft is addressing the other forms of piracy with other initiatives such as Certificates of Authenticity (COA) that accompany new PCs with genuine licenses, edge-to-edge holograms, educational campaigns and, as needed, enforcement efforts.

### Product Activation keeps users from changing or upgrading their hardware.

Not true at all. Users can change or upgrade their hardware. One of the forms of piracy that Product Activation guards against is hard disk imaging. Not all forms of hard disk imaging are illegal. In the case where a pirate copies data from one PC hard drive to another to illegally run the software on two PCs, Product Activation stops that by forcing the copied software to be reactivated. It does so by comparing the hardware on which it was activated to the hardware on which it is now being booted. If the hardware is substantially different, then reactivation is required. If it is the same or similar, then the software will continue to work. Those who upgrade their PC's hardware substantially may be asked to reactivate. Reactivation for this reason is easy and can be completed by contacting Microsoft to obtain another confirmation ID.

### Product Activation changes the way Microsoft software is licensed.

The underlying principles of Microsoft's software licenses have not changed. Microsoft's end user license agreements have always stipulated the number of PCs that software can be installed on. Product Activation does not change that.

*Microsoft, Visio and Windows are either registered trademarks or trademarks of Microsoft Corp. in the United States and/or other countries.*

Manage Your Profile

© 2006 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement

**Exhibit N – User prompt for entry of the product key.**



**Exhibit O – Prompt in Exhibit N with product key entered.**



**Exhibit P – Dialogue box providing the End User License Agreement ("EULA") terms and conditions of use of the software.**



**<u>Exhibit Q</u> – Dialogue box providing the End User License Agreement ("EULA") with the box checked indicating acceptance of the terms on the EULA.**



**<u>Exhibit R</u> – "[A]ctivation wizard" dialogue box that gives user an opportunity to activate their software by telephone or Internet.**



**<u>Exhibit S</u> – Screen shown after user elects to activate via the Internet during the grace period.**



**Exhibit T – Screen shown after a user elects to activate the Internet during the grace period and indicating that the activation process is complete.**



**Exhibit U** – **Dialogue box providing instruction to the user who selects telephone actions.**



**Exhibit V – Dialogue box indicating that telephone activation is complete.**



# UNILOC et al. v. MICROSOFT CORPORATION

# EXHIBIT W

Excerpts of the transcript from the January 11, 2006 deposition of David Klausner

**FILED UNDER SEAL**

# UNILOC et al. v. MICROSOFT CORPORATION

# EXHIBIT X

Excerpts of the transcript from the July 7, 2005 deposition of Susan Cole.

**FILED UNDER SEAL**

# **UNILOC et al. v. MICROSOFT CORPORATION**

# **EXHIBIT Y**

Excerpts of the transcript from the July 12, 2005 deposition of Allen Nieman.

## **FILED UNDER SEAL**

UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNILOC USA, INC. and

UNILOC SINGAPORE PRIVATE LIMITED

Plaintiffs

v. Civ.A. No. 03-CV-440(WES)

MICROSOFT CORPORATION,

Defendant

---

DEPOSITION OF TIMOTHY COOPER

SYDNEY, AUSTRALIA

WEDNESDAY, 5 OCTOBER 2005

AUSCRIPT

Level 10,
15 Adelaide Street, Brisbane

Q. Did any of the source code for the Uniloc PC preload product serve as a starting point for anything in the current program?

A. No.

Q. How do you know?

A. Because I initiated the design.

Q. For the whole thing?

A. I would say so, yes.

Q. In initiating the design for the current project did you draw on your experiences from the work that you did at Uniloc PC preload?

A. Only in the sense that it was past experience. I don't think I really drew on it in terms of specific design elements.

Q. Was there anything about the Uniloc PC preload - did you have a name for referring to the Uniloc PC preload project?

A. Not really, other than - the thing was called a demorizer, as it always has been. Not that I can recall.

Q. Is there anything that you did not carry over from a design perspective into the current Uniloc project from the Uniloc PC preload project?

A. You would have to be more specific.

Q. Well, can you recall anything at a general level that you decided not to carry over?

A. Not in principle. That's a pretty vague question.

Q. Are you aware that you've been designated to speak on behalf of the plaintiffs in this case to certain topics?

A. Yes. Yes, I'm aware.

Q. Let me show you what I've marked as Cooper Exhibit 2. I would ask that you turn to page 8, please. And topic 27 on page 8 reads, "The design, development, structure, function, configuration, architecture and operation of any product or technology that practises, employs, implements or embodies, was capable of practising, employing, implementing or embodying any claim of a patented suit". Do you understand that you've been designated to speak to that subject on behalf of the plaintiffs in this case?

A. Yes. I do now.

Q. And what, if anything, have you done to prepare yourself to address that topic?

A. I've thought about it.

Q. Anything else?

A. No.

Q. Have you spoken with anybody about it?

A. No. Other than Jim generally.

Q. To your knowledge is there anybody else who is more knowledgeable than you on the subjects of topic 27?

A. No, I'm not covering such a wide time-frame.

Q. How about with regard to the current Uniloc project, is there anybody more knowledgeable than yourself?

A. Certain elements of it, yes, probably.

Q. Who are they, and with regard to what elements do you consider them to be more knowledgeable?

A. They've been doing recent development on finger-printing, and whilst I've, sort of, given some views on a general level, I haven't been intimately involved with the code, so people like David Leath is more intimately acquainted with the low level hardware querying code. There's a company called Quick Silver which I think is taking out a fairly, sort of, structural role in designing the different layers. Casey probably knows more in a design sense about the latest architecture.

Q. Anybody else?

A. No. I don't know these people, so I'm just, sort of, really, thinking up names on a - that I've seen and I don't really know. Specifically Haleed Ben, Ben Abrahams, Saweed - I can't remember his second name. I couldn't say specifically - I think they've been involved in data base back in work. I can't think of anybody else offhand.

Q. And with regard to the Uniloc PC pre-load project, is there anybody, to your knowledge, who has a better understanding of the subject matter of this topic - - -

A. No.



Highly Confidential - Attorneys' Eyes Only

Q. But could it?

A. It could be.

Q. Is it stored in the database? Is there any information that's required to be stored along with the PII in the database?

A. No.

Q. Is there any PII used as part of the activation key?

A. No.

Q. Who made the decision to use the MD5 hash?

A. It was probably me, I think.

Q. Why did you pick that one?

A. From memory, because it was not too long and I had - it was acceptable in terms of industry accepted norms and I had good quality code to do it.

Q. How does the - what do you mean by you had good quality code to do it?

A. I mean, a cryptography library. A third party cryptography library that I judged to be of high quality.

Q. Who was that third party library? Who was the source of that?

A. It's called Crypto PP.

Q. Where is it located, do you know?

A. Cryptopp.com.

Q. Do you know if they have a physical location?

A. I'm not sure. The guy has got a strange name, but I'm not really sure. I got the impression it's in America but I mean I could be mistaken on that.

Q. How does the MD5 hash take the short fingerprint information and convert it into a hash?

A. It basically - it takes bytes from all the different metrics and it combines them in a scattered - it scatters them into an array, so they're not sequentially placed, they're sort of jumbled a bit, but into an array of bytes and then the MD5 hash you just feed it the array of bytes and it produces a hash, which is a smaller series of bytes.

Q. What's the mechanism that it uses to create the hash?


**Highly Confidential - Attorneys' Eyes Only**

A. I don't really know. It's a little cryptography.

Q. Is it a summing operation that's used to create the hash?

A. It's not simple. It's like have you heard of check sums? A check sum can be as simple as adding up all the bytes and coming up with a total, but, obviously, if you do that - if byte 10 is an eight and byte 12 is a nine you can change byte nine to an eight and byte eight to a nine. You will get the same check sum, so it's trivial to circumvent that, but MD5 is an untrivial hashing mechanism which I couldn't begin to explain to you.

Q. So MD5 is more complicated than a summing approach?

A. Yes. It's sufficiently complicated and non-reproducible to be acceptable in terms of industry standards for hashing.

Q. So do you consider the MD5 hash to be equivalent to a summing operation?

A. No.

Q. Why not?

A. Because a summing operation is, to me, means adding things up.

Q. And the MD5 is more sophisticated?

A. Yes.

Q. Prior to this particular project for Uniloc USA had you done any work using MD5 hash?

A. Yes, I think so.

Q. Related to Uniloc?

A. I think so, yes.

Q. For what?

A. I think we used in the PC Preload.

Q. For what purpose do you recall?

A. I think for the purpose of storing - for elevating the contents of the client database.

Q. Do you recall where you first learned of the MD5 hash?

A. No. To be honest, a hash is a hash. I'm not even a hundred per cent sure we use MD5. It could be SHA1.

Q. What's SHA1?


**Highly Confidential - Attorneys' Eyes Only**

A. It's another hash.

Q. Is that like summing?

A. No, it's another complicated hash like MD5, it's just different.

Q. So SHA1 is not equivalent to summing?

A. No.

Q. Why not?

A. Well, it's another complicated hash like MD5. I'm not a cryptography expert and I tend to research something, read the documentation and make a decision and then forget about it.

Q. What is SHA - how does SHA1 hash work?

A. I couldn't begin to tell you.

Q. Let me try it a different way. Is it possible to determine what the input was to the SHA1 hash by looking at the output?

A. No.

Q. Does that principle have a name to it?

A. Irreversible, I'd say.

Q. And SHA1 is an irreversible hash?

A. Yes. Yes.

Q. And MD5 is a reversible hash?

A. Absolutely, yes. I don't know if that's a technically correct term.

Q. Why is it that you selected a hashing function for this purpose in the Uniloc USA system?

A. Because the reason the hash is used is to validate that two sets of information are the same or two blocks of data are the same or statistically have a high probability of being the same without having to transmit or store, necessarily, the whole information. Like when you zip or create a zip file you get a CRC, it's another kind of hash not as complex as an MD5 but still statistically unlikely to be reproduced by a different input. It's unlikely you will get the same CRC.

Q. CRC is cyclical redundancy checker?

A. That's right.



**Highly Confidential - Attorneys' Eyes Only**

08 124718

PATENT APPLICATION SERIAL NO.______________

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

060 MG 10/08/93 08124718 1 101 1,448.00 CK CLAUTZ1.001A

MS-U 467153

PTO-1556
(5/87)

WHAT IS CLAIMED IS:

1. A registration system for licensing execution of digital data in a use mode, said digital data executable on a platform, said system including local licensee unique ID generating means and remote licensee unique ID generating means, said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means.

2. The system of Claim 1, wherein said local licensee unique ID generating means generates said local licensee unique ID by execution of a registration algorithm which combines information in accordance with said algorithm, said information uniquely descriptive of an intending licensee of said digital data to be executed in said use mode.

3. The system of Claim 2, wherein said mode switching means permits operation of said digital data in said use mode in subsequent execution of said digital data only if said licensee unique ID generated by said local licensee unique ID generating means has not changed.

4. The system of Claim 3, wherein said local licensee unique ID generating means comprises part of said digital data when executed on said platform.

5. The system of Claim 4, wherein said mode switching means comprises part of said digital data when executed on said platform.

6. The system of Claim 5, wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID.

MAIL ROOM JUL 5 1995 PAT. & TRADEMARK OFF.

CLAUTZ1.001AUS

PATENT

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | |
|---|---|---|---|
| Applicant | : | Frederic B. Richardson, III | Group Art Unit 2202 |
| Serial No. | : | 08/124,718 | |
| Filed | : | September 21, 1993 | |
| For | : | SYSTEM FOR SOFTWARE REGISTRATION | |
| Examiner | : | David C. Cain | |

RECEIVED JUL 26 1995 GROUP 2200

AMENDMENT IN RESPONSE TO MARCH 30, 1995 OFFICE ACTION

Assistant Commissioner for Patents
Washington, D.C. 20231

Dear Sir:

In response to the March 30, 1995 Office Action, please amend the above-captioned patent application as indicated below.

IN THE CLAIMS:

Please cancel Claims 1-21, 25, 26 and 30 without prejudice.

Please add Claims 31 - 50 as follows:

31. A registration system for licensing execution of digital data in a use mode, said digital data executable on a platform, said system including local licensee unique ID generating means and remote licensee unique ID generating means, said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID first generated by said local licensee unique ID generating means has matched a licensee unique ID subsequently



MS-U 467230

**Serial No.** : 08/124,718
**Filed** : September 21, 1993

generated by said remote licensee unique ID generating means; and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID.

32. The system of Claim 31, wherein said local licensee unique ID generating means generates said local licensee unique ID by execution of a registration algorithm which combines information in accordance with said algorithm, said information uniquely descriptive of an intending licensee of said digital data to be executed in said use mode.

33. The system of Claim 32, wherein said mode switching means permits operation of said digital data in said use mode in subsequent execution of said digital data only if said licensee unique ID generated by said local licensee unique ID generating means has not changed.

34. The system of Claim 33, wherein said local licensee unique ID generating means comprises part of said digital data when executed on said platform.

35. The system of Claim 34, wherein said mode switching means comprises part of said digital data when executed on said platform.

36. The system of Claim 35, wherein the information utilized by said local licensee unique ID generating means to produce said licensee unique ID comprises prospective licensee details including at least one of payment details, contact details and name.

37. The system of Claim 31, said system further including platform unique ID generating means, wherein said mode switching means will permit



MS-U 467231

**Serial No.** : 08/124,718
**Filed** : September 21, 1993

REMARKS

The foregoing amendments are responsive to the March 30, 1995 Office Action. The Examiner is respectfully requested to enter the foregoing amendments and to consider the following remarks in support of the patentability of the claims submitted herein for reconsideration. By way of a preamble the Examiner is advised that new Claim 31 is substantially a combination of canceled Claim 1 and Claim 6. New Claim 42 is substantially a combination of canceled Claim 13 and Claim 16. New Claim 47 is substantially a combination of canceled Claim 19 and Claim 21. New Claim 49 is substantially a combination of canceled Claim 25 and Claim 6. New Claim 50 is substantially a combination of canceled Claim 26 and Claim 6.

The new claims subsidiary to these claims correspond substantially to the claims which were subsidiary to the respective canceled main claims.

Response to Rejection of Claims 1-21, 25, 26 and 30 Under 35 U.S.C. Sub-section 103

The Examiner has withdrawn objections based on Chou, et al., and now relies on U.S. Patent No. 5,291,598 to Grundy to reject all pending claims as obvious in light of the disclosure of Grundy.

In response, the Applicant submits herewith redrafted claims, the main claims of which include, broadly, the following two distinguishing limitations:

(a) The "Licensee Unique ID" on which the registration system relies for matching for verification purposes is generated locally, and

(b) The algorithm used to generate locally the "Licensee Unique ID" is replicated remotely for the purposes of remote generation of a separate "Licensee Unique ID" for matching purposes.

It is inherent in the system of the present application, as claimed, that the "Licensee Unique ID" is entirely the product of data generated locally as distinct from data added before



MS-U 467235

R

# Excerpt from Microsoft's End User License Agreement for:

# Windows XP Home Edition

# MS-U 533509

# Microsoft Windows XP Home Edition

# END-USER LICENSE AGREEMENT

IMPORTANT—READ CAREFULLY: **This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software product identified above, which includes computer software and may include associated media, printed materials, "online" or electronic documentation, and Internet-based services ("Product"). An amendment or addendum to this EULA may accompany the Product.** YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR OTHERWISE USING THE PRODUCT. IF YOU DO NOT AGREE, DO NOT INSTALL OR USE THE PRODUCT; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND.

1. **GRANT OF LICENSE.** Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

- **Installation and use.** You may install, use, access, display and run one copy of the Product on a single computer, such as a workstation, terminal or other device ("Workstation Computer"). The Product may not be used by more than one (1) processor at any one time on any single Workstation Computer. You may permit a maximum of five (5) computers or other electronic devices (each a "Device") to connect to the Workstation Computer to utilize the services of the Product solely for File and Print services, Internet Information Services, and remote access (including connection sharing and telephony services). The five connection maximum includes any indirect connections made through "multiplexing" or other software or hardware which pools or aggregates connections. Except as otherwise permitted by the NetMeeting and Remote Assistance features described below, you may not use the Product to permit any Device to use, access, display or run other executable software residing on the Workstation Computer, nor may you permit any Device to use, access, display, or run the Product or Product's user interface, unless the Device has a separate license for the Product.
- **Mandatory Activation. The license rights granted under this EULA are limited to the first thirty (30) days after you first install the Product unless you supply information required to activate your licensed copy in the manner described during the setup sequence of the Product.** You can activate the Product through the use of the Internet or telephone; toll charges may apply. You may also need to reactivate the Product if you modify your computer hardware or alter the Product. There are technological measures in this Product that are designed to prevent unlicensed or illegal use of the Product. You agree that we may use those measures.
- **Storage/Network Use.** You may also store or install a copy of the Product on a storage device, such as a network server, used only to install or run the Product on your other Workstation Computers over an internal network; however, you must acquire and dedicate an additional license for each separate Workstation Computer on or from which the Product is installed, used, accessed, displayed or run. *A license for the Product may not be shared or used concurrently on different Workstation Computers.*
- **Reservation of Rights.** Microsoft reserves all rights not expressly granted to you in this EULA.

2. **UPGRADES.** To use a Product identified as an upgrade, you must first be licensed for the product identified by Microsoft as eligible for the upgrade. After upgrading, you may no longer use the product that formed the basis for your upgrade eligibility.
3. **ADDITIONAL SOFTWARE/SERVICES.** This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Product that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Product, unless we provide other terms along with the update, supplement, add-on component, or Internet-based services component. Microsoft reserves the right to discontinue any Internet-based services provided to you or made available to you through the use of the Product. This EULA does not grant you any rights to use the Windows Media Format Software Development Kit ("WMFSDK") components contained in the Product to develop a software application that uses Windows Media technology. If you wish to use the WMFSDK to develop such an application, visit *http://msdn.microsoft.ccm/workshop/imedia/windowsmedia/sdk/wmsdk.asp*, accept a separate license for the WMFSDK, download the appropriate WMFSDK, and install it on your system.
4. **TRANSFER—*Internal.*** You may move the Product to a different Workstation Computer. After the transfer, you must completely remove the Product from the former Workstation Computer. ***Transfer to Third Party.*** The initial user of the Product may make a one-time transfer of the Product to another end user. The transfer has to include all component parts, media, printed materials, this EULA, and if applicable, the Certificate of Authenticity. The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the transferred Product must agree to all the EULA terms. ***No Rental.*** You may not rent, lease, lend or provide commercial hosting services to third parties with the Product.

# Excerpt from Microsoft's End User License Agreement for:

# Windows XP Professional

# MS-U 533502-533507

# Microsoft Windows XP Professional

# END-USER LICENSE AGREEMENT

**IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software product identified above, which includes computer software and may include associated media, printed materials, "online" or electronic documentation, and Internet-based services ("Product"). An amendment or addendum to this EULA may accompany the Product.** YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR OTHERWISE USING THE PRODUCT. IF YOU DO NOT AGREE, DO NOT INSTALL OR USE THE PRODUCT; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND.

1. **GRANT OF LICENSE.** Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

- **Installation and use.** You may install, use, access, display and run one copy of the Product on a single computer, such as a workstation, terminal or other device ("Workstation Computer"). The Product may not be used by more than two (2) processors at any one time on any single Workstation Computer. You may permit a maximum of ten (10) computers or other electronic devices (each a "Device") to connect to the Workstation Computer to utilize the services of the Product solely for File and Print services, Internet Information Services, and remote access (including connection sharing and telephony services). The ten connection maximum includes any indirect connections made through "multiplexing" or other software or hardware which pools or aggregates connections. Except as otherwise permitted by the NetMeeting, Remote Assistance, and Remote Desktop features described below, you may not use the Product to permit any Device to use, access, display or run other executable software residing on the Workstation Computer, nor may you permit any Device to use, access, display, or run the Product or Product's user interface, unless the Device has a separate license for the Product.
- **Mandatory Activation. The license rights granted under this EULA are limited to the first thirty (30) days after you first install the Product unless you supply information required to activate your licensed copy in the manner described during the setup sequence of the Product.** You can activate the Product through the use of the Internet or telephone; toll charges may apply. You may also need to reactivate the Product if you modify your computer hardware or alter the Product. There are technological measures in this Product that are designed to prevent unlicensed or illegal use of the Product. You agree that we may use those measures.
- **Storage/Network Use.** You may also store or install a copy of the Product on a storage device, such as a network server, used only to install or run the Product on your other Workstation Computers over an internal network; however, you must acquire and dedicate an additional license for each separate Workstation Computer on or from which the Product is installed, used, accessed, displayed or run. *A license for the Product may not be shared or used concurrently on different Workstation Computers.*
- **Reservation of Rights.** Microsoft reserves all rights not expressly granted to you in this EULA.

2. **UPGRADES.** To use a Product identified as an upgrade, you must first be licensed for the product identified by Microsoft as eligible for the upgrade. After upgrading, you may no longer use the product that formed the basis for your upgrade eligibility.
3. **ADDITIONAL SOFTWARE/SERVICES.** This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Product that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Product, unless we provide other terms along with the update, supplement, add-on component, or Internet-based services component. Microsoft reserves the right to discontinue any Internet-based services provided to you or made available to you through the use of the Product. This EULA does not grant you any rights to use the Windows Media Format Software Development Kit ("WMFSDK") components contained in the Product to develop a software application that uses Windows Media technology. If you wish to use the WMFSDK to develop such an application, visit *http://msdn.microsoft.com/workshop/imedia/windowsmedia/sdk/wmsdk.asp*, accept a separate license for the WMFSDK, download the appropriate WMFSDK, and install it on your system.
4. **TRANSFER—*Internal.*** You may move the Product to a different Workstation Computer. After the transfer, you must completely remove the Product from the former Workstation Computer. ***Transfer to Third Party.*** The initial user of the Product may make a one-time transfer of the Product to another end user. The transfer has to include all component parts, media, printed materials, this EULA, and if applicable, the Certificate of Authenticity. The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the transferred Product must agree to all the EULA terms. ***No Rental.*** You may not rent, lease, lend or provide commercial hosting services to third parties with the Product.

5. **LIMITATION ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY.** You may not reverse engineer, decompile, or disassemble the Product, except and only to the extent that it is expressly permitted by applicable law notwithstanding this limitation.
6. **TERMINATION.** Without prejudice to any other rights, Microsoft may cancel this EULA if you do not abide by the terms and conditions of this EULA, in which case you must destroy all copies of the Product and all of its component parts.

7. **DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS.**

- **NetMeeting/Remote Assistance/Remote Desktop Features.** The Product contains NetMeeting, Remote Assistance, and Remote Desktop technologies that enable the Product or other applications installed on the Workstation Computer to be used remotely between two or more computers, even if the Product or application is installed on only one Workstation Computer. You may use NetMeeting, Remote Assistance, and Remote Desktop with all Microsoft products; provided however, use of these technologies with certain Microsoft products may require an additional license. For Microsoft and non-Microsoft products, you should consult the license agreement accompanying the applicable product or contact the applicable licensor to determine whether use of NetMeeting, Remote Assistance, or Remote Desktop is permitted without an additional license.
- **Consent to Use of Data.** You agree that Microsoft and its affiliates may collect and use technical information gathered in any manner as part of the product support services provided to you, if any, related to the Product. Microsoft may use this information solely to improve our products or to provide customized services or technologies to you. Microsoft may disclose this information to others, but not in a form that personally identifies you.
- **Internet Gaming/Update Features.** If you choose to utilize the Internet gaming or update features within the Product, it is necessary to use certain computer system, hardware, and software information to implement the features. By using these features, you explicitly authorize Microsoft or its designated agent to access and utilize the necessary information for Internet gaming and/or updating purposes. Microsoft may use this information solely to improve our products or to provide customized services or technologies to you. Microsoft may disclose this information to others, but not in a form that personally identifies you.
- **Internet-Based Services Components.** The Product contains components that enable and facilitate the use of certain Internet-based services. You acknowledge and agree that Microsoft may automatically check the version of the Product and/or its components that you are utilizing and may provide upgrades or fixes to the Product that will be automatically downloaded to your Workstation Computer.
- **Security Updates.** Content providers are using the digital rights management technology ("Microsoft DRM") contained in this Product to protect the integrity of their content ("Secure Content") so that their intellectual property, including copyright, in such content is not misappropriated. Owners of such Secure Content ("Secure Content Owners") may, from time to time, request Microsoft to provide security related updates to the Microsoft DRM components of the Product ("Security Updates") that may affect your ability to copy, display and/or play Secure Content through Microsoft software or third party applications that utilize Microsoft DRM. **You therefore agree that, if you elect to download a license from the Internet which enables your use of Secure Content, Microsoft may, in conjunction with such license, also download onto your computer such Security Updates that a Secure Content Owner has requested that Microsoft distribute.** Microsoft will not retrieve any personally identifiable information, or any other information, from your computer by downloading such Security Updates.

8. NOT FOR RESALE SOFTWARE. Product identified as "Not for Resale" or "NFR," may not be resold, transferred or used for any purpose other than demonstration, test or evaluation.
9. ACADEMIC EDITION SOFTWARE. To use Product identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.
10. EXPORT RESTRICTIONS.
You acknowledge that the Product is of U.S. origin and subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Product, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

**11. LIMITED WARRANTY FOR PRODUCT ACQUIRED IN THE US AND CANADA.**
Microsoft warrants that the Product will perform substantially in accordance with the accompanying materials for a period of ninety days from the date of receipt.

**If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it,** you also have an implied warranty or condition, **BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY (90) DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND.** Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Product, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

**LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES.** Your exclusive remedy for any breach of this Limited Warranty is as set forth below. **Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Product does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose.** The terms of Section 13 below ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have others which vary from state/jurisdiction to state/jurisdiction. **YOUR EXCLUSIVE REMEDY.** Microsoft's and its suppliers' entire liability and your exclusive remedy shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the price paid (if any) for the Product, or (b) repair or replacement of the Product, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Product to Microsoft). This Limited Warranty is void if failure of the Product has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Product will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

**LIMITED WARRANTY FOR PRODUCT ACQUIRED OUTSIDE THE US OR CANADA. FOR THE LIMITED WARRANTIES AND SPECIAL PROVISIONS PERTAINING TO YOUR PARTICULAR JURISDICTION, PLEASE REFER TO YOUR WARRANTY BOOKLET INCLUDED WITH THIS PACKAGE OR PROVIDED WITH THE SOFTWARE PRODUCT PRINTED MATERIALS.**

12. **DISCLAIMER OF WARRANTIES.** The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties (if any) created by any documentation, packaging, or other communications. **Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Product and support services (if any) *AS IS AND WITH ALL FAULTS*, and hereby disclaim all other warranties and conditions, either express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Product, and the provision of or failure to provide support or other services, information, software, and related content through the Product or otherwise arising out of the use of the Product. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE PRODUCT.**

13. **EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS**

SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE PRODUCT, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE PRODUCT OR OTHERWISE ARISING OUT OF THE USE OF THE PRODUCT, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

14. LINKS TO THIRD PARTY SITES. You may link to third party sites through the use of the Product. The third party sites are not under the control of Microsoft, and Microsoft is not responsible for the contents of any third party sites, any links contained in third party sites, or any changes or updates to third party sites. Microsoft is not responsible for webcasting or any other form of transmission received from any third party sites. Microsoft is providing these links to third party sites to you only as a convenience, and the inclusion of any link does not imply an endorsement by Microsoft of the third party site.
15. **LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced above and all direct or general damages), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy for all of the foregoing (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the amount actually paid by you for the Product or U.S.$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 11, 12 and 13 above) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.**
16. U.S. GOVERNMENT LICENSE RIGHTS. All Product provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Product provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.
17. APPLICABLE LAW. If you acquired this Product in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Product in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If this Product was acquired outside the United States, then local law may apply.
18. ENTIRE AGREEMENT. **This EULA (including any addendum or amendment to this EULA which is included with the Product) are the entire agreement between you and Microsoft relating to the Product and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Product or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control.**
19. The Product is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Product. **The Product is licensed, not sold.**

**Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :**

GARANTIE LIMITÉE

**Microsoft garantit que le Produit fonctionnera conformément aux documents qui l'accompagnent pendant une période de 90 jours suivant la date de réception.**

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale, provinciale ou étatique en interdit le déni, **vous jouissez également d'une garantie ou condition implicite,** MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. **Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation cidessus peut ne pas s'appliquer à vous.**

**Tous les suppléments ou toutes les mises à jour relatifs au Produit, y compris notamment (le cas échéant), tous les ensembles de services ou les réparations à chaud qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse,implicite ou en vertu de la loi.**

LIMITATION DES REÇOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. **Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après.** Sauf pour tout remboursement au choix de Microsoft, si le Produit ne respecte pas la garantie limitée de Microsoft et, dans toute la mesure permise par le droit applicable, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. **Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également incorporées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre.** VOTRE RECOURS EXCLUSIF. **La responsabilité intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Produit ou b) la réparation ou le remplacement du Produit qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Produit à Microsoft). La présente garantie limitée est nulle si la défectuosité du Produit est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Produit de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.**

DÉNI DE GARANTIES. **La garantie limitée qui apparaît ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans tout document, emballage ou autre communication.** Sauf en ce qui a trait à la garantie limitée et dans toute la mesure permise par le droit applicable, le Produit et les services de soutien technique (le cas échéant) sont fournis *TELS QUELS ET AVEC TOUS LEURS DÉFAUTS* par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, y compris notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à une fin particulière, de fiabilité ou disponibilité, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Produit et de la prestation des services de soutien technique ou autres services ou du défaut de fournir une telle prestation, de l'information, du logiciel, et de tout contenu s'y rapportant à travers le Produit ou autrement découlant de l'utilisation du Produit. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE PRODUIT.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS TOUTE LA MESURE PERMISE PAR LE DROIT APPLICABLE, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, ACCESSOIRES, EXEMPLAIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (Y COMPRIS NOTAMMENT, LES DOMMAGES À L'ÉGARD DE LA PERTE DE PROFITS OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE L'INTERRUPTION DES AFFAIRES, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) DÉCOULANT OU SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU PRODUIT OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTRES SERVICES OU À L'OMISSION D'UNE TELLE PRESTATION, À L'INFORMATION, AU LOGICIEL ET À TOUT CONTENU S'Y RAPPORTANT À TRAVERS LE PRODUIT OU AUTREMENT DÉCOULANT DE L'UTILISATION DU PRODUIT OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT CONTRAT OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. **Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (y compris notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), la responsabilité intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent contrat et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez**

réellement payé pour le Produit ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la toute la mesure permise par le droit applicable, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Vous reconnaissez irrévocablement par la présente la compétence des tribunaux de la province d'Ontario et consentez à instituer tout litige qui pourrait découler de la présente auprès des tribunaux fédéraux ou provinciaux ayant juridiction pour la ville de Toronto, province d'Ontario.

EULAID:WX.4_PRO_RTL_EN

# Excerpt from Microsoft's End User License Agreement for:

## Windows Server 2003

## MS-U 533516-533528

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

# MICROSOFT WINDOWS SERVER 2003, STANDARD EDITION
# MICROSOFT WINDOWS SERVER 2003, ENTERPRISE EDITION

PLEASE READ THIS END-USER LICENSE AGREEMENT ("EULA") CAREFULLY. BY INSTALLING OR USING THE SOFTWARE THAT ACCOMPANIES THIS EULA ("SOFTWARE"), YOU AGREE TO THE TERMS OF THIS EULA. IF YOU DO NOT AGREE, DO NOT USE THE SOFTWARE AND, IF APPLICABLE, RETURN IT TO THE PLACE OF PURCHASE FOR A FULL REFUND.

THIS SOFTWARE DOES NOT TRANSMIT ANY PERSONALLY IDENTIFIABLE INFORMATION FROM YOUR SERVER TO MICROSOFT COMPUTER SYSTEMS WITHOUT YOUR CONSENT.

1. GENERAL. This EULA is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation ("Microsoft"). This EULA governs the Software, which includes computer software (including online and electronic documentation) and any associated media and printed materials. This EULA applies to updates, supplements, add-on components, and Internet-based services components of the Software that Microsoft may provide or make available to you unless Microsoft provides other terms with the update, supplement, add-on component, or Internet-based services component. Microsoft reserves the right to discontinue any Internet-based services provided to you or made available to you through the use of the Software. This EULA also governs any product support services relating to the Software except as may be included in another agreement between you and Microsoft. An amendment or addendum to this EULA may accompany the Software. The Software may contain the following:

   - "Server Software" provides services or functionality on your server (your computers capable of running the Server Software are "Servers"); and
   - "Device Software" allows a single personal computer, workstation, terminal, handheld computer, pager, telephone, personal digital assistant, or other electronic device ("Device") to access or use the Server Software.

2. GRANT OF LICENSE. Microsoft grants you the following rights, conditioned on your compliance with all the terms and conditions of this EULA:

   a. ***Installation, Server Software.*** You may install only one copy of Server Software on a single Server, even if multiple copies of Server Software (for example, 32-bit and 64-bit versions) are included in the Software. Separate component parts of the Server Software may not be used on more than one Server. An additional license is required if you install another copy of the Server Software on the same Server (whether in a separate partition, by using server emulation software, or otherwise) or to install or run a copy of the Server Software on a different Server (for example, a Server employed for backup or fail-over support).

   b. ***Processor Rights.*** You may use Microsoft Windows Server 2003, Standard Edition, with up to four CPUs of the Server at any one time, or Microsoft Windows Server 2003, Enterprise Edition, with up to eight CPUs of the Server at any one time.

   c. ***Installation, Device Software.*** You may install and use the Device Software on any Device solely to access or use the Server Software.

d. *Mandatory Activation.* **To reduce software piracy, Microsoft requires 32-bit versions of the Server Software to be activated. Microsoft will not collect any personally identifiable information from your Server or any Device during the activation process without your consent. Activation of your copy of the Software in the manner described during its setup sequence is required; otherwise, the license rights granted under this EULA are limited to the first thirty (30) days after you first install the Software.** You may activate the Software through the use of the Internet or telephone; toll charges may apply. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. If you choose Internet activation, the Software will contact Microsoft computer systems over the Internet to conduct an authentication process to confirm that you have a licensed copy of the Software. You agree to allow the Software to conduct this authentication process. If you have an unlicensed copy of the Software, you are not allowed to install the Software or future Software updates. Additional information about activation is available online at the Microsoft support site.

3. CLIENT ACCESS LICENSES ("CALs"). The Software licensing model consists of an operating system license and incremental CALs, so that the total cost for the Software scales with usage. Several CAL types and licensing modes are available to suit your individual needs.

a. *Windows Server 2003 Client Access License ("Windows CAL") Requirements.* In addition to the license for the Server Software, you must acquire a Windows CAL for each individual person ("User") or Device that accesses or uses the Server Software, whether directly or through a Multiplexing Service (defined below). For example, a Windows CAL is required for each User or Device that uses any of the following services of the Server Software:

- authentication services (when user or application credentials are exchanged between the Server Software and a User or Device),
- file services (accessing or managing files or disk storage),
- printing services (printing to a printer managed by the Server Software), or
- remote access service (accessing the Server from a remote location through a communications link, including a virtual private network).

However, you do not need to acquire a Windows CAL for any User or Device that accesses the Server Software solely through the Internet and is not authenticated or otherwise individually distinguished by the Server Software or a Multiplexing Service (for example, by browsing a public website anonymously). A "Multiplexing Service" is a software application or service accessing or using the Server Software at the request of or on behalf of a User or Device.

Further, you do not need to acquire a Windows CAL for any User or Device that has a valid Small Business Server (SBS) 2003 CAL, is accessing Server Software that is not operating as a domain controller, and is within the same Small Business Server domain.

b. *Types of Windows CALs.* Two different types of Windows CALs are available to you: "Device" and "User." Each Windows Device CAL permits one Device (used by any User) to access or use the Server Software. Each Windows User CAL permits one User (using any Device) to access or use the Server Software. You may use a mix of Windows Device CALs and Windows User CALs simultaneously with the Server Software.

c. *Windows CAL Licensing Modes.* At your option, you may use Windows CALs with the Server Software in either "Per Device or Per User" or "Per Server" mode.

(i) In Per Device or Per User mode, a separate Windows CAL is required for each Device or User that accesses or uses Server Software on any of your Servers. If you choose Per Device or Per User mode, the choice is permanent. In this mode, you may reassign a Windows CAL from one Device to another Device, or from one User to another User, provided the reassignment is made either (A) permanently away from the one Device or User or (B) temporarily to accommodate the use of the Windows CAL by a loaner Device while a permanent Device is out of service, or the use of the Window CAL by a temporary worker while a regular employee is absent.

(ii) In Per Server mode, the maximum number of Devices and Users that may simultaneously access or use Server Software installed on a particular Server equals the number of Windows CALs (of either type) that you acquire and designate for use exclusively with that Server. You have the one-time right to change your use of the Server Software from Per Server mode to Per Device or Per User mode. If you do so, you may apply the same number of Windows CALs you acquired for use in Per Server mode in Per Device or Per User mode instead.

d. *Terminal Server Client Access License ("TS CAL") Requirements.* In addition to a Windows CAL, if you wish to conduct a Windows Session, you must acquire a TS CAL for each User or Device. A "Windows Session" means a session during which Server Software hosts a graphical user interface on a Device (whether via the TS component of the Server Software or via other technology).

e. *Types of TS CALs; TS CAL Licensing Modes.* Similar to Windows CALs, two different TS CALs are available to you: "Device" and "User." Each TS Device CAL permits one Device (used by any User) to conduct Windows Sessions on any of your Servers. Each TS User CAL permits one User (using any Device) to conduct Windows Sessions on any of your Servers. You may use a mix of TS Device CALs and TS User CALs simultaneously with the Server Software.

(i) In Per Device or Per User mode, a separate TS CAL is required for each Device or User that accesses or uses Server Software on any of your Servers. You may reassign a TS CAL from one Device to another Device, or from one User to another User, provided the reassignment is made either (A) permanently away from the one Device or User or (B) temporarily to accommodate the use of the TS CAL by a loaner Device while a permanent Device is out of service, or the use of the TS CAL by a temporary worker while a regular employee is absent.

(ii) Windows Sessions are not allowed in Per Server mode.

f. *Premium Windows Server Services.* Microsoft may subsequently create new software functionality ("Premium Services") that you may wish to use with this version of the Software. To make these Premium Services available to you for use with this version of the Software, Microsoft may provide them under additional license terms and may charge additional access license fees for you to install and use them, if you choose.

g. *Additional CAL Requirements.*

(i) *Single Licensee.* Windows CALs, TS CALs, and any future Premium Services CALs that you acquire may not be used in conjunction with Server Software licensed to anyone other than you.

(ii) *Version Matching.* Each required CAL must be version Windows Server 2003 or a later version.

(iii) *Administration.* Up to two Users or Devices may simultaneously access or use the Server Software solely for administration of the Server Software, without acquiring any CALs. You do not need a TS CAL when attaching to or mirroring the single Console Session. The "Console Session" is the Windows Session that is conducted through the designated primary keyboard and display device (or similar peripherals).

4. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

a. *Other Licenses.* Your use of software applications installed on the Server, accessed through the Server, or providing application-sharing functionality may require additional licenses. **Please consult the license agreement accompanying such software.**

b. *Component Data Storage.* The Software contains components that use the data storage technology known as Microsoft SQL Server Desktop Engine ("MSDE"). All copies and instances of MSDE contained in or installed by those Software components may be used only by those Software components. Any such copy or instance of MSDE may not be accessed or used for any other purpose. For example, applications may not be created or run on the Software if they access or use the services or functionality of any copy or instance of MSDE contained in or installed by those Software components. In addition, any MSDE network library files that are disabled at the time you first install the Software may not be re-enabled.

c. *Automatic Internet-Based Services.* The Software features described below are enabled by default to connect via the Internet to Microsoft computer systems automatically, without separate notice to you. You consent to the operation of these features, unless you choose to switch them off or not use them. **Microsoft does not obtain personally identifiable information through any of these features.** For more information about these features, please see your Software documentation or the Microsoft online support site.

(i) *Windows Update Features.* Under the Software's default configuration, if you connect a device to your Server and the correct device driver is not available on your Server, then Windows Update features on your Server (including Device Manager and the Plug & Play CDM Module) automatically attempt to check Microsoft computer systems via the Internet for the correct device driver. Having this happen automatically makes Plug-and-Play installation of new hardware a better experience for customers. You may switch off Windows Update's automatic driver checking feature.

(ii) *Web Content Features.* Under the Software's default configuration, if you are connected to the Internet, several features of the Software are enabled by default to retrieve content from Microsoft computer systems and display it to you. When you activate such a feature, it uses standard Internet protocols, which transmit the type of operating system, browser and language code of your Server to the Microsoft computer system so that the content can be viewed properly from your Server. These features only operate when you activate them, and you may choose to switch them off or not use them. Examples of these features include Windows Catalog, Search Assistant, and the Headlines and Search features of Help and Support Center.

(iii) *Digital Certificates.* Use of certificates based on the X.509 standard is an important security feature of the Software. Certain functions of the X.509 implementation (for example, certificate revocation checking and certificate path building) connect via the Internet to computer systems belonging to Microsoft and other digital certificate authorities to check the validity of digital certificates that you receive from third parties during certain Internet-based operations (for example, communications secured with SSL or IPsec, mail secured with S/MIME, and smartcard authentication). In accordance with the X.509 standard, the Software automatically retrieves user certificates and certificate revocation lists when you attempt to access certificate protected content. Additionally, the Software's Auto Root Update feature will occasionally update the list of trusted certificate authorities. Auto Root Update is an optional feature; you can uninstall it if you do not desire it to function. The other security operations based on the X.509 standard can be prevented from operating by blocking Server Internet access.

(iv) *Windows Media Digital Rights Management.* Content providers are using the digital rights management technology for Windows Media contained in this Software ("WM-DRM") to

protect the integrity of their content ("Secure Content") so that their intellectual property, including copyright, in such content is not misappropriated. Portions of this Software and third party applications such as media players use WM-DRM to play Secure Content ("WM-DRM Software"). If the WM-DRM Software's security has been compromised, owners of Secure Content ("Secure Content Owners") may request that Microsoft revoke the WM-DRM Software's right to copy, display and/or play Secure Content. Revocation does not alter the WM-DRM Software's ability to play unprotected content. A list of revoked WM-DRM Software is sent to your computer whenever you download a license for Secure Content from the Internet. Microsoft may, in conjunction with such license, also download revocation lists onto your computer on behalf of Secure Content Owners. Secure Content Owners may also require you to upgrade some of the WM-DRM components in this Software ("WM-DRM Upgrades") before accessing their content. When you attempt to play such content, WM-DRM Software built by Microsoft will notify you that a WM-DRM Upgrade is required and then ask for your consent before the WM-DRM Upgrade is downloaded. WM-DRM Software built by third parties may do the same. If you decline the upgrade, you will not be able to access content that requires the WM-DRM Upgrade; however, you will still be able to access unprotected content and Secure Content that does not require the upgrade. WM-DRM features that access the Internet, such as acquiring new licenses and/or performing a required WM-DRM Upgrade, can be switched off. When these features are switched off, you will still be able to play Secure Content if you have a valid license for such content already stored on your computer.

(v) *Windows Media Player.* Some features of Windows Media Player automatically contact Microsoft computer systems if you use Windows Media Player or specific features of it: features that (A) check for new codecs if your Server does not have the correct ones for content you attempt to play (this feature may be switched off), and (B) check for new versions of Windows Media Player (this feature will operate only when you are using Windows Media Player).

d. *Benchmark Testing.* The Software contains the Microsoft Framework. Disclosure of the results of any benchmark test of the Framework component of the Software to any third party without Microsoft's prior written approval is prohibited.

e. *Reservation of Rights; Other Restrictions. [Localization note: this section differs from standard terms]* The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. **The Software is licensed, not sold.** Microsoft reserves all rights not expressly granted to you in this EULA. Notwithstanding any other provision in this EULA, neither this EULA nor any CAL grants a license, under any Microsoft intellectual property, to implement any functionality contained in the Software (including without limitation communication protocols used by the Software) in any software installed on a Device accessing or utilizing the Server Software. Reverse engineering, decompiling, or disassembling the Software is prohibited, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation. Renting, leasing, or lending the Software (including providing commercial hosting services) is also prohibited.

5. PRODUCT SUPPORT SERVICES

a. *Rights and Obligations.* Microsoft may provide you with product support services related to the Software. Use of any such support services is governed by the Microsoft policies and programs described in the user manual, in online documentation, on Microsoft's support webpage, or in other Microsoft-provided materials. Any software Microsoft may provide you as part of support services are governed by this EULA, unless separate terms are provided. This EULA does not obligate

Microsoft to provide any support services or to support any software provided as part of those services.

b. *Consent to Use of Data.* You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the support services provided to you, if any, related to the Software. Microsoft may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

6. LINKS TO THIRD PARTY INTERNET SITES. You may link to third party Internet sites through the use of the Software. Microsoft does not control the third party sites, and Microsoft is not responsible for the contents of any third party sites, any links contained in third party sites, or any changes or updates to third party sites. Microsoft is not responsible for web-casting or any other form of transmission received from any third party sites. Microsoft is providing you these links to third party sites to you only as a convenience, and the inclusion of any link does not imply an endorsement by Microsoft of the third party site.

7. UPGRADES/DOWNGRADES [*Note for localization: this section differs from standard terms.*]

a. *Software upgrades generally.* To use Software identified as an upgrade by Microsoft, it is required that you be licensed for the software identified by Microsoft as eligible for the upgrade. After upgrading, the software that formed the basis for your upgrade eligibility may no longer be used. The resulting upgraded Software may be used only in accordance with the terms of this EULA.

b. *Software upgrades for a component of Microsoft BackOffice Server ("BackOffice Server").* To use any Software as an upgrade to a component of BackOffice Server, then the requirements of this paragraph apply in addition to those in the paragraph above. If you upgrade to the Software from BackOffice Server, the remaining components may only be used in accordance with the terms of the Microsoft End User License Agreement that accompanied BackOffice Server. After an upgrade of BackOffice Server, all Software must run on the same Server on which BackOffice Server is installed, unless the upgrade is an Enterprise Edition, in which case you may use the Software as stand-alone software in accordance with the terms of this EULA.

c. *Software downgrades.* Instead of installing and using the Server Software, you may install and use one copy of an earlier version of the Server Software on a single Server, provided that such earlier version is no earlier than Windows NT version 4.0, and that you completely remove such earlier version and install the Server Software within a reasonable time. Your use of such earlier version shall be governed by this EULA, where applicable, and your rights to use such earlier version shall terminate when you install the current version of Server Software.

d. *CAL downgrades.* You may use Windows Device CALs and Windows User CALs with an earlier version of the Software in accordance with the terms of this EULA. You may use TS Device CALs, but due to technical incompatibilities not TS User CALs, with earlier versions of the Software in accordance with the terms of this EULA.

8. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value or used for any purpose other than demonstration, test or evaluation.

9. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

10. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

11. SOFTWARE TRANSFER—*Internal transfer*. You may move the Server Software to a different Server as long as you permanently remove the software from the initial Server. *Transfer to Third Party*. The initial user of the Software may make a one-time permanent transfer of this EULA and Software to another end user, provided the initial user retains no copies of the Software. The transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms. [*Localization note: this section differs from standard terms.*]

12. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you are not in compliance with all the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

13. *Notice Regarding MPEG-4 Visual Decoders for Windows Media Player*. USE OF THIS PRODUCT IN ANY MANNER THAT COMPLIES WITH THE MPEG-4 VISUAL STANDARD IS PROHIBITED, EXCEPT FOR USE DIRECTLY RELATED TO (A) DATA OR INFORMATION (i) GENERATED BY AND OBTAINED WITHOUT CHARGE FROM A CONSUMER NOT THEREBY ENGAGED IN A BUSINESS ENTERPRISE, AND (ii) FOR PERSONAL USE ONLY; AND (B) OTHER USES SPECIFICALLY AND SEPARATELY LICENSED BY MPEG LA, L.L.C. MPEG LA, L.L.C., has contractually obligated Microsoft to provide this notice.

**The following Limited Warranty applies if you acquired this Product in the US or Canada:**

**14. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA.**

Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.

**If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it,** you also have an implied warranty or condition, **BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY-DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND.** Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety-day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

**LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES.** Your exclusive remedy for any breach of this Limited Warranty is as set forth below. **Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose.** The terms of Section 16 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation

of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction.

**YOUR EXCLUSIVE REMEDY.** Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g., cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

15. **DISCLAIMER OF WARRANTIES.** The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. **Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) *AS IS AND WITH ALL FAULTS*, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software.** ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

16. **EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES.** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATION, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER,

**AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.**

17. **LIMITATION OF LIABILITY AND REMEDIES. NOTWITHSTANDING ANY DAMAGES THAT YOU MIGHT INCUR FOR ANY REASON WHATSOEVER (INCLUDING, WITHOUT LIMITATION, ALL DAMAGES REFERENCED HEREIN AND ALL DIRECT OR GENERAL DAMAGES IN CONTRACT OR ANYTHING ELSE), THE ENTIRE LIABILITY OF MICROSOFT AND ANY OF ITS SUPPLIERS UNDER ANY PROVISION OF THIS EULA AND YOUR EXCLUSIVE REMEDY HEREUNDER (EXCEPT FOR ANY REMEDY OF REPAIR OR REPLACEMENT ELECTED BY MICROSOFT WITH RESPECT TO ANY BREACH OF THE LIMITED WARRANTY) SHALL BE LIMITED TO THE GREATER OF THE ACTUAL DAMAGES YOU INCUR IN REASONABLE RELIANCE ON THE SOFTWARE UP TO THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE OR US$5.00. THE FOREGOING LIMITATIONS, EXCLUSIONS AND DISCLAIMERS (INCLUDING SECTIONS 15, 16, AND 17) SHALL APPLY TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, EVEN IF ANY REMEDY FAILS ITS ESSENTIAL PURPOSE.**

18. **U.S. GOVERNMENT LICENSE RIGHTS.** All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995, is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995, is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

19. **APPLICABLE LAW.** If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

20. **ENTIRE AGREEMENT; SEVERABILITY.** This EULA (including any addendum or amendment to this EULA which is included with the Software) are the entire agreement between you and Microsoft relating to the Software and the Support Services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control unless the parties otherwise agree in writing. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect. [*Localization note: note underlined addition to standard terms. (Remove underlining.)*]

---

**Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante s'applique :**

GARANTIE LIMITÉE

Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

**Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou d'un État en interdit le déni,** vous jouissez également d'une garantie ou condition implicite,

**MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS.** Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse, implicite ou en vertu de la loi.

**LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES.** Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. **Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS.** Les termes de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre.

**VOTRE RECOURS EXCLUSIF.** La seule responsabilité obligation de Microsoft et de ses fournisseurs et votre recours exclusif pour toute violation de la présente garantie limitée ou pour toute autre violation du présent contrat ou pour toute autre responsabilité relative au Logiciel seront, selon le choix de Microsoft exercé de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période initiale de la garantie ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

**DÉNI DE GARANTIES.** La garantie limitée qui apparaît ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) crées par une publicité, un document, un emballage ou une autre communication. **Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis *TELS QUELS ET AVEC TOUS LES DÉFAUTS* par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment, mais sans limitation, (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à une fin particulière, de fiabilité ou de disponibilité, d'exactitude**

ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et d'absence de négligence, le tout à l'égard du Logiciel et de la prestation ou de l'omission de la prestation des services de soutien technique ou à l'égard de la fourniture ou de l'omission de la fourniture de tous autres services, renseignements, logiciels, et contenu qui s'y rapporte grâce au Logiciel ou provenant autrement de l'utilisation du Logiciel. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION DE LA PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU À LA FOURNITURE OU À L'OMISSION DE LA FOURNITURE DE TOUS AUTRES SERVICES, RENSEIGNEMENTS, LOGICIELS, ET CONTENU QUI S'Y RAPPORTE GRÂCE AU LOGICIEL OU PROVENANT AUTREMENT DE L'UTILISATION DU LOGICIEL OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DE LA PRÉSENTE CONVENTION OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. MALGRÉ LES DOMMAGES QUE VOUS PUISSIEZ SUBIR POUR QUELQUE MOTIF QUE CE SOIT (NOTAMMENT, MAIS SANS LIMITATION, TOUS LES DOMMAGES SUSMENTIONNÉS ET TOUS LES DOMMAGES DIRECTS OU GÉNÉRAUX OU AUTRES), LA SEULE RESPONSABILITÉ DE MICROSOFT ET DE L'UN OU L'AUTRE DE SES FOURNISSEURS AUX TERMES DE TOUTE DISPOSITION DE LA PRÉSENTE CONVENTION ET VOTRE RECOURS EXCLUSIF À L'ÉGARD DE TOUT CE QUI PRÉCÈDE (SAUF EN CE QUI CONCERNE TOUT RECOURS DE RÉPARATION OU DE REMPLACEMENT CHOISI PAR MICROSOFT À L'ÉGARD DE TOUT MANQUEMENT À LA GARANTIE LIMITÉE) SE LIMITE AU PLUS ÉLEVÉ ENTRE LES MONTANTS SUIVANTS : LE MONTANT QUE VOUS AVEZ RÉELLEMENT PAYÉ POUR LE LOGICIEL OU 5,00 $US. LES LIMITES, EXCLUSIONS ET DÉNIS QUI PRÉCÈDENT (Y COMPRIS LES CLAUSES CI-DESSUS), S'APPLIQUENT DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, MÊME SI TOUT RECOURS N'ATTEINT PAS SON BUT ESSENTIEL.

À moins que cela ne soit prohibé par le droit local applicable, la présente Convention est régie par les lois de la province d'Ontario, Canada. Vous consentez à la compétence des tribunaux fédéraux et provinciaux siégeant à Toronto, dans la province d'Ontario.

Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez utiliser l'information contenue dans le Logiciel pour contacter la filiale de Microsoft desservant votre pays, ou visitez Microsoft sur le World Wide Web à http://www.microsoft.com.

**The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country:**

*Statutory rights not affected* - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

*The guarantee* - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that (a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and (b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

*Exclusion of All Other Terms* - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

*Limitation of Liability* - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

*Consumer rights* - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired

the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: (a) repairing or replacing the Software; or (b) the cost of such repair or replacement; and (ii) in the case of support services: (a) re-supply of the services; or (b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

EULAID:WNET_RM.0_SRV-ENT_RTL_EN

# Excerpt from Microsoft's End User License Agreement for:

# Office 2003 Standard

# MS-U 533485

emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.

- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 **License Grant for Documentation.** The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 **License Grant for Templates.** The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.
- You may not distribute the templates available via Internet-based services as part of any product or service.
- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 **Mandatory Activation.** THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. **Microsoft will not collect any personally identifiable information from your device during this process.**

2.2 **Internet-Based Services.** You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.

- You may not grant customers of your product or service any rights to license or distribute the Media Elements.

- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.

- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.
- You may not distribute the templates available via Internet-based services as part of any product or service.
- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.
If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

# Excerpt from Microsoft's End User License Agreement for:

# OneNote 2003

# MS-U 533672 - 533678

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.

- You may not grant customers of your product or service any rights to license or distribute the Media Elements.

- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.

- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.
- You may not distribute the templates available via Internet-based services as part of any product or service.
- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.
If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

# Excerpt from Microsoft's End User License Agreement for:

# InfoPath 2003

# MS-U 533664 - 533670

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.
- You may not grant customers of your product or service any rights to license or distribute the Media Elements.
- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.
- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.

- You may not distribute the templates available via Internet-based services as part of any product or service.

- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.

If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.
Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.
Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

# Excerpt from Microsoft's End User License Agreement for:

## Visio Professional 2003

## MS-U 533656 - 533662

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE
IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.

- You may not grant customers of your product or service any rights to license or distribute the Media Elements.

- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.

- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.

- You may not distribute the templates available via Internet-based services as part of any product or service.

- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.
If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

**Excerpt from Microsoft's End User License Agreement for:**

**Word 2003**

**MS-U 533547 - 533553**

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.
- You may not grant customers of your product or service any rights to license or distribute the Media Elements.
- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.
- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.

- You may not distribute the templates available via Internet-based services as part of any product or service.

- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.
If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

**Excerpt from Microsoft's End User License Agreement for:**

**Outlook 2003**

**MS-U 533598 - 533604**

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.

- You may not grant customers of your product or service any rights to license or distribute the Media Elements.

- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.

- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.
- You may not distribute the templates available via Internet-based services as part of any product or service.
- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.
If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

# Excerpt from Microsoft's End User License Agreement for:

# Outlook 2003 Professional

# MS-U 533476 - 533482

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.
- You may not grant customers of your product or service any rights to license or distribute the Media Elements.
- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.
- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.
- You may not distribute the templates available via Internet-based services as part of any product or service.
- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.
If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

# Excerpt from Microsoft's End User License Agreement for:

## Outlook 2003 Small Business Edition

## MS-U 533494 - 533500

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.

- You may not grant customers of your product or service any rights to license or distribute the Media Elements.

- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.

- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.
- You may not distribute the templates available via Internet-based services as part of any product or service.
- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.
If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

# Excerpt from Microsoft's End User License Agreement for:

# FrontPage 2003

# MS-U 533581 - 533587

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.
- You may not grant customers of your product or service any rights to license or distribute the Media Elements.
- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.
- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.

- You may not distribute the templates available via Internet-based services as part of any product or service.
- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media. You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Restrictions on use of Microsoft FrontPage Web Components. The Software may include Microsoft FrontPage web components, including but not limited to the MSNBC news headline component, the MSN MoneyCentral Stock Quote component, and the MSN Search component (the "Web Components"). If so, you may not edit or modify the Web Components in any manner whatsoever. You may not display any of the logos or trademarks that appear in the Web Components in any manner that implies sponsorship, endorsement, or license of your web site by the owners of such trademarks or logos. If the Web Components contain any active links to other sites, you agree to maintain such active links and not redirect or modify them. You may not market, distribute, sublicense, lease or rent the Web Components on a stand-alone basis. You may not use the Web Components in connection with any site that is likely to: (i) mislead viewers as to the relationship between the site, or the site's owner, and Microsoft, MSN, MSNBC, Expedia or their products or services, (ii) infringe any intellectual property or other rights of these parties, or (iii) violate any applicable law, or promotes racism, hatred, or pornography. You shall not convert the news headlines in the MSNBC component into an audio format for redistribution to audio users. You agree to immediately remove the Web Components from your web site if you do not abide by any of these restrictions after notice. All rights not specifically granted herein to you are reserved. THE RESTRICTIONS CONTAINED IN THIS SECTION APPLY ONLY TO THE WEB COMPONENTS AND NOT TO THE SOFTWARE GENERALLY.

2.2 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.3 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.4 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.5 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its

suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.

If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES,

limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario.

Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

# Excerpt from Microsoft's End User License Agreement for:

## Project Professional 2003

## MS-U 533623 - 533629

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.
- You may not grant customers of your product or service any rights to license or distribute the Media Elements.
- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.
- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.
- You may not distribute the templates available via Internet-based services as part of any product or service.
- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.
If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

# Excerpt from Microsoft's End User License Agreement for:

# Project Standard 2003

# MS-U 533680 - 533686

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.
- You may not grant customers of your product or service any rights to license or distribute the Media Elements.
- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.
- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.
- You may not distribute the templates available via Internet-based services as part of any product or service.
- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.
If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

**Excerpt from Microsoft's End User License Agreement for:**

**PowerPoint 2003**

**MS-U 533615 - 533621**

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.
- You may not grant customers of your product or service any rights to license or distribute the Media Elements.
- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.
- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.
- You may not distribute the templates available via Internet-based services as part of any product or service.
- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.
If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.

**Excerpt from Microsoft's End User License Agreement for:**

**Excel 2003**

**MS-U 533564 - 533570**

END-USER LICENSE AGREEMENT FOR MICROSOFT SOFTWARE

IMPORTANT—READ CAREFULLY: This End-User License Agreement ("EULA") is a legal agreement between you (either an individual or a single entity) and Microsoft Corporation for the Microsoft software that accompanies this EULA, which includes associated media and Microsoft Internet-based services ("Software"). An amendment or addendum to this EULA may accompany the Software. YOU AGREE TO BE BOUND BY THE TERMS OF THIS EULA BY INSTALLING, COPYING, OR USING THE SOFTWARE. IF YOU DO NOT AGREE, DO NOT INSTALL, COPY, OR USE THE SOFTWARE; YOU MAY RETURN IT TO YOUR PLACE OF PURCHASE FOR A FULL REFUND, IF APPLICABLE.

1. GRANT OF LICENSE. Microsoft grants you the following rights provided that you comply with all terms and conditions of this EULA:

1.1 Installation and use. You may:

(a) install and use a copy of the Software on one personal computer or other device; and

(b) install an additional copy of the Software on a second, portable device for the exclusive use of the primary user of the first copy of the Software.

1.2 Alternative Rights for Storage/Network Use. As an alternative to Section 1.1(a), you may install a copy of the Software on a network storage device, such as a server computer, and allow one access device, such as a personal computer, to access and use that licensed copy of the Software over a private network. You must obtain a license to the Software for each additional device that accesses and uses the Software installed on the network storage device, except as permitted by Section 1.4 of this EULA.

1.3 License Grant for Remote Desktop. You may use remote access technologies, such as the Remote Desktop features in Microsoft Windows or NetMeeting, to access and use your licensed copy of the Software, provided that only the primary user of the device hosting the remote desktop session accesses and uses the Software with a remote access device. These remote desktop rights do not permit you to use the Software on both the device hosting the remote desktop session and the access device at the same time.

1.4 License Grant for Remote Assistance. You may permit any device to access and use your licensed copy of the Software for the sole purpose of providing you with technical support and maintenance services.

1.5 License Grant for Media Elements. The Software may include certain photographs, clip art, shapes, animations, sounds, music and video clips that are identified in the Software for your use (together "Media Elements"). You may copy and modify the Media Elements, and license, display and distribute them, along with your modifications as part of your software products and services, including your web sites, but you are not licensed to do any of the following:

- You may not sell, license or distribute copies of the Media Elements by themselves or as part of any collection, product or service if the primary value of the product or service is in the Media Elements.
- You may not grant customers of your product or service any rights to license or distribute the Media Elements.
- You may not license or distribute any of the Media Elements that include representations of identifiable individuals, governments, logos, initials, emblems, trademarks, or entities for any commercial purposes or to express or imply any endorsement or association with any product, service, entity, or activity.
- You may not create obscene or scandalous works, as defined by federal law at the time the work is created, using the Media Elements.

In addition, you must (a) indemnify and defend Microsoft from and against any claims or lawsuits, including attorneys' fees that arise from or result from the licensing, use or distribution of Media Elements as modified by you, and (b) include a valid copyright notice on your products and services that include the Media Elements.

1.6 License Grant for Documentation. The documentation that accompanies the Software is licensed for internal, non-commercial reference purposes only.

1.7 License Grant for Templates. The Software may include document templates. You may copy and modify the document templates available as part of the Microsoft software that accompanies this EULA and distribute such templates along with your modifications for use by other licensees of the Software. You also may copy, modify and distribute the templates available through related Internet-based services along with your modifications for use by other licensees of the Software, but only for personal or commercial correspondence involving person-to-person communication. You are not licensed to do any of the following:

- You may not sell, resell, license, rent, lease, lend, or otherwise transfer for value, the templates.
- You may not distribute the templates available via Internet-based services as part of any product or service.
- You may not copy or post any templates available through Internet-based services on any network computer or broadcast it in any media.

You must indemnify and defend Microsoft against any claims or lawsuits, including attorneys' fees, that arise from or result from the licensing or distribution of the templates as modified by you.

2. DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS

2.1 Mandatory Activation. THERE ARE TECHNOLOGICAL MEASURES IN THIS SOFTWARE THAT ARE DESIGNED TO PREVENT UNLICENSED USE OF THE SOFTWARE. You may not be able to exercise your rights to the Software under this EULA after a finite number of product launches unless you activate your copy of the Software in the manner described during the launch sequence. You may also need to reactivate the Software if you modify your computer hardware or alter the Software. Microsoft will use those measures to confirm you have a legally licensed copy of the Software. If you are not using a licensed copy of the Software, you are not allowed to install the Software or future Software updates. Microsoft will not collect any personally identifiable information from your device during this process.

2.2 Internet-Based Services. You may not use any Microsoft Internet-based services associated with the Software in any manner that could damage, disable, overburden, or impair such services or interfere with any other party's use and enjoyment of them. You may not attempt to gain unauthorized access to any service, account, computer systems or networks associated with the Internet-based services.

2.3 Speech/Handwriting Recognition. If the Software includes speech and/or handwriting recognition component(s), you should understand that speech and handwriting recognition are inherently statistical processes; that recognition errors are inherent in the processes; that it is your responsibility to provide for the handling of such errors and to monitor the recognition processes and correct any errors. Neither Microsoft nor its suppliers shall be liable for any damages arising out of errors in the speech and handwriting recognition processes.

2.4 Report-Writing Runtime Software Limitations. The Software may contain report-writing runtime software ("Runtime Software"). Other than use with the Software, you may not use the Runtime Software with any other software application nor use the Runtime Software as part of any process or system that is used to automatically deliver, share or distribute documents or other work created using the Runtime Software.

3. RESERVATION OF RIGHTS AND OWNERSHIP. Microsoft reserves all rights not expressly granted to you in this EULA. The Software is protected by copyright and other intellectual property laws and treaties. Microsoft or its suppliers own the title, copyright, and other intellectual property rights in the Software. The Software is licensed, not sold. This EULA does not grant you any rights to trademarks or service marks of Microsoft.

4. LIMITATIONS ON REVERSE ENGINEERING, DECOMPILATION, AND DISASSEMBLY. You may not reverse engineer, decompile, or disassemble the Software, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.

5. NO RENTAL/COMMERCIAL HOSTING. You may not rent, lease, lend or provide commercial hosting services with the Software.

6. CONSENT TO USE OF DATA. You agree that Microsoft and its affiliates may collect and use technical information gathered as part of the product support services provided to you, if any, related to the Software. Microsoft

may use this information solely to improve our products or to provide customized services or technologies to you and will not disclose this information in a form that personally identifies you.

7. LINKS TO THIRD PARTY SITES. Microsoft is not responsible for the contents of any third-party sites or services, any links contained in third-party sites or services, or any changes or updates to third-party sites or services. Microsoft is providing these links and access to third-party sites and services to you only as a convenience, and the inclusion of any link or access does not imply an endorsement by Microsoft of the third-party site or service.

8. ADDITIONAL SOFTWARE/SERVICES. This EULA applies to updates, supplements, add-on components, or Internet-based services components, of the Software that Microsoft may provide to you or make available to you after the date you obtain your initial copy of the Software, unless they are accompanied by separate terms. Microsoft reserves the right to discontinue Internet-based services provided to you or made available to you through the use of the Software.

9. UPGRADES. To use Software identified as an upgrade, you must first be licensed for the software identified by Microsoft as eligible for the upgrade. After installing the upgrade, you may no longer use the original software that formed the basis for your upgrade eligibility, except as part of the upgraded software.

10. NOT FOR RESALE SOFTWARE. Software identified as "Not for Resale" or "NFR," may not be sold or otherwise transferred for value, or used for any purpose other than demonstration, test or evaluation.

11. ACADEMIC EDITION SOFTWARE. To use Software identified as "Academic Edition" or "AE," you must be a "Qualified Educational User." For qualification-related questions, please contact the Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399 or the Microsoft subsidiary serving your country.

12. EXPORT RESTRICTIONS. You acknowledge that the Software is subject to U.S. export jurisdiction. You agree to comply with all applicable international and national laws that apply to the Software, including the U.S. Export Administration Regulations, as well as end-user, end-use, and destination restrictions issued by U.S. and other governments. For additional information see <http://www.microsoft.com/exporting/>.

13. SEPARATION OF COMPONENTS. The Software is licensed as a single product. Its component parts may not be separated for use on more than one device.

14. SOFTWARE TRANSFER. Internal. You may transfer your copy of the Software to a different device. After the transfer, you must completely remove the Software from the former device. Transfer to Third Party. If you are the person who initially licensed the Software, you may make a one-time permanent transfer of this EULA, Software and Certificate of Authenticity (if applicable) to another end user, provided that you do not retain any copies of the Software. This transfer must include all of the Software (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity). The transfer may not be an indirect transfer, such as a consignment. Prior to the transfer, the end user receiving the Software must agree to all the EULA terms.

15. TERMINATION. Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the Software and all of its component parts.

16. LIMITED WARRANTY FOR SOFTWARE ACQUIRED IN THE US AND CANADA. Microsoft warrants that the Software will perform substantially in accordance with the accompanying materials for a period of ninety (90) days from the date of receipt.
If an implied warranty or condition is created by your state/jurisdiction and federal or state/provincial law prohibits disclaimer of it, you also have an implied warranty or condition, BUT ONLY AS TO DEFECTS DISCOVERED DURING THE PERIOD OF THIS LIMITED WARRANTY (NINETY DAYS). AS TO ANY DEFECTS DISCOVERED AFTER THE NINETY DAY PERIOD, THERE IS NO WARRANTY OR CONDITION OF ANY KIND. Some states/jurisdictions do not allow limitations on how long an implied warranty or condition lasts, so the above limitation may not apply to you.

Any supplements or updates to the Software, including without limitation, any (if any) service packs or hot fixes provided to you after the expiration of the ninety day Limited Warranty period are not covered by any warranty or condition, express, implied or statutory.

LIMITATION ON REMEDIES; NO CONSEQUENTIAL OR OTHER DAMAGES. Your exclusive remedy for any breach of this Limited Warranty is as set forth below. Except for any refund elected by Microsoft, YOU ARE NOT ENTITLED TO ANY DAMAGES, INCLUDING BUT NOT LIMITED TO CONSEQUENTIAL DAMAGES, if the Software does not meet Microsoft's Limited Warranty, and, to the maximum extent allowed by applicable law, even if any remedy fails of its essential purpose. The terms of Section 18 ("Exclusion of Incidental, Consequential and Certain Other Damages") are also incorporated into this Limited Warranty. Some states/jurisdictions do not allow the exclusion or limitation of incidental or consequential damages, so the above limitation or exclusion may not apply to you. This Limited Warranty gives you specific legal rights. You may have other rights which vary from state/jurisdiction to state/jurisdiction. YOUR EXCLUSIVE REMEDY. Microsoft's and its suppliers' entire liability and your exclusive remedy for any breach of this Limited Warranty or for any other breach of this EULA or for any other liability relating to the Software shall be, at Microsoft's option from time to time exercised subject to applicable law, (a) return of the amount paid (if any) for the Software, or (b) repair or replacement of the Software, that does not meet this Limited Warranty and that is returned to Microsoft with a copy of your receipt. You will receive the remedy elected by Microsoft without charge, except that you are responsible for any expenses you may incur (e.g. cost of shipping the Software to Microsoft). This Limited Warranty is void if failure of the Software has resulted from accident, abuse, misapplication, abnormal use or a virus. Any replacement Software will be warranted for the remainder of the original warranty period or thirty (30) days, whichever is longer, and Microsoft will use commercially reasonable efforts to provide your remedy within a commercially reasonable time of your compliance with Microsoft's warranty remedy procedures. Outside the United States or Canada, neither these remedies nor any product support services offered by Microsoft are available without proof of purchase from an authorized international source. To exercise your remedy, contact: Microsoft, Attn. Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, or the Microsoft subsidiary serving your country.

17. DISCLAIMER OF WARRANTIES. The Limited Warranty that appears above is the only express warranty made to you and is provided in lieu of any other express warranties or similar obligations (if any) created by any advertising, documentation, packaging, or other communications. Except for the Limited Warranty and to the maximum extent permitted by applicable law, Microsoft and its suppliers provide the Software and support services (if any) AS IS AND WITH ALL FAULTS, and hereby disclaim all other warranties and conditions, whether express, implied or statutory, including, but not limited to, any (if any) implied warranties, duties or conditions of merchantability, of fitness for a particular purpose, of reliability or availability, of accuracy or completeness of responses, of results, of workmanlike effort, of lack of viruses, and of lack of negligence, all with regard to the Software, and the provision of or failure to provide support or other services, information, software, and related content through the Software or otherwise arising out of the use of the Software. ALSO, THERE IS NO WARRANTY OR CONDITION OF TITLE, QUIET ENJOYMENT, QUIET POSSESSION, CORRESPONDENCE TO DESCRIPTION OR NON-INFRINGEMENT WITH REGARD TO THE SOFTWARE.

18. EXCLUSION OF INCIDENTAL, CONSEQUENTIAL AND CERTAIN OTHER DAMAGES. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, PUNITIVE, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, BUT NOT LIMITED TO, DAMAGES FOR LOSS OF PROFITS OR CONFIDENTIAL OR OTHER INFORMATION, FOR BUSINESS INTERRUPTION, FOR PERSONAL INJURY, FOR LOSS OF PRIVACY, FOR FAILURE TO MEET ANY DUTY INCLUDING OF GOOD FAITH OR OF REASONABLE CARE, FOR NEGLIGENCE, AND FOR ANY OTHER PECUNIARY OR OTHER LOSS WHATSOEVER) ARISING OUT OF OR IN ANY WAY RELATED TO THE USE OF OR INABILITY TO USE THE SOFTWARE, THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT OR OTHER SERVICES, INFORMATON, SOFTWARE, AND RELATED CONTENT THROUGH THE SOFTWARE OR OTHERWISE ARISING OUT OF THE USE OF THE SOFTWARE, OR OTHERWISE UNDER OR IN CONNECTION WITH ANY PROVISION OF THIS EULA, EVEN IN THE EVENT OF THE FAULT, TORT (INCLUDING NEGLIGENCE), MISREPRESENTATION, STRICT LIABILITY, BREACH OF CONTRACT OR BREACH OF WARRANTY OF MICROSOFT OR ANY SUPPLIER, AND EVEN IF MICROSOFT OR ANY SUPPLIER HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

19. LIMITATION OF LIABILITY AND REMEDIES. Notwithstanding any damages that you might incur for any reason whatsoever (including, without limitation, all damages referenced herein and all direct or general damages in contract or anything else), the entire liability of Microsoft and any of its suppliers under any provision of this EULA and your exclusive remedy hereunder (except for any remedy of repair or replacement elected by Microsoft with respect to any breach of the Limited Warranty) shall be limited to the greater of the actual damages you incur in reasonable reliance on the Software up to the amount actually paid by you for the Software or US$5.00. The foregoing limitations, exclusions and disclaimers (including Sections 16, 17 and 18) shall apply to the maximum extent permitted by applicable law, even if any remedy fails its essential purpose.

20. U.S. GOVERNMENT LICENSE RIGHTS. All Software provided to the U.S. Government pursuant to solicitations issued on or after December 1, 1995 is provided with the commercial license rights and restrictions described elsewhere herein. All Software provided to the U.S. Government pursuant to solicitations issued prior to December 1, 1995 is provided with "Restricted Rights" as provided for in FAR, 48 CFR 52.227-14 (JUNE 1987) or DFAR, 48 CFR 252.227-7013 (OCT 1988), as applicable.

21. APPLICABLE LAW. If you acquired this Software in the United States, this EULA is governed by the laws of the State of Washington. If you acquired this Software in Canada, unless expressly prohibited by local law, this EULA is governed by the laws in force in the Province of Ontario, Canada; and, in respect of any dispute which may arise hereunder, you consent to the jurisdiction of the federal and provincial courts sitting in Toronto, Ontario. If you acquired this Software in the European Union, Iceland, Norway, or Switzerland, then local law applies. If you acquired this Software in any other country, then local law may apply.

22. ENTIRE AGREEMENT; SEVERABILITY. This EULA (including any addendum or amendment to this EULA which is included with the Software) is the entire agreement between you and Microsoft relating to the Software and the support services (if any) and they supersede all prior or contemporaneous oral or written communications, proposals and representations with respect to the Software or any other subject matter covered by this EULA. To the extent the terms of any Microsoft policies or programs for support services conflict with the terms of this EULA, the terms of this EULA shall control. If any provision of this EULA is held to be void, invalid, unenforceable or illegal, the other provisions shall continue in full force and effect.
Si vous avez acquis votre produit Microsoft au CANADA, la garantie limitée suivante vous concerne :

GARANTIE LIMITÉE
Microsoft garantit que le Logiciel fonctionnera conformément aux documents inclus pendant une période de 90 jours suivant la date de réception.

Si une garantie ou condition implicite est créée par votre État ou votre territoire et qu'une loi fédérale ou provinciale ou État en interdit le déni, vous jouissez également d'une garantie ou condition implicite, MAIS UNIQUEMENT POUR LES DÉFAUTS DÉCOUVERTS DURANT LA PÉRIODE DE LA PRÉSENTE GARANTIE LIMITÉE (QUATRE-VINGT-DIX JOURS). IL N'Y A AUCUNE GARANTIE OU CONDITION DE QUELQUE NATURE QUE CE SOIT QUANT AUX DÉFAUTS DÉCOUVERTS APRÈS CETTE PÉRIODE DE QUATRE-VINGT-DIX JOURS. Certains États ou territoires ne permettent pas de limiter la durée d'une garantie ou condition implicite de sorte que la limitation ci-dessus peut ne pas s'appliquer à vous.

Tous les suppléments ou toutes les mises à jour relatifs au Logiciel, notamment, les ensembles de services ou les réparations à chaud (le cas échéant) qui vous sont fournis après l'expiration de la période de quatre-vingt-dix jours de la garantie limitée ne sont pas couverts par quelque garantie ou condition que ce soit, expresse ou implicite.

LIMITATION DES RECOURS; ABSENCE DE DOMMAGES INDIRECTS OU AUTRES. Votre recours exclusif pour toute violation de la présente garantie limitée est décrit ci-après. Sauf pour tout remboursement au choix de Microsoft, si le Logiciel ne respecte pas la garantie limitée de Microsoft et, dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel, VOUS N'AVEZ DROIT À AUCUNS DOMMAGES, NOTAMMENT DES DOMMAGES INDIRECTS. Les modalités de la clause «Exclusion des dommages accessoires, indirects et de certains autres dommages » sont également intégrées à la présente garantie limitée. Certains États ou territoires ne permettent pas l'exclusion ou la limitation des dommages indirects ou accessoires de sorte que la limitation ou l'exclusion ci-dessus peut ne pas s'appliquer à vous. La présente garantie limitée vous donne des droits légaux spécifiques. Vous pouvez avoir d'autres droits qui peuvent varier d'un territoire ou d'un État à un autre. VOTRE RECOURS EXCLUSIF. L'obligation intégrale de Microsoft et de ses fournisseurs et votre recours exclusif seront, selon le choix de Microsoft de temps à autre sous réserve de toute loi applicable, a) le remboursement du prix payé, le cas échéant, pour le Logiciel ou b) la réparation ou le remplacement du Logiciel qui ne respecte pas la présente garantie limitée et qui est retourné à Microsoft avec une copie de votre reçu. Vous recevrez la compensation choisie par Microsoft, sans frais, sauf que vous êtes responsable des dépenses que vous pourriez engager (p. ex., les frais d'envoi du Logiciel à Microsoft). La présente garantie limitée est nulle si la défectuosité du Logiciel est causée par un accident, un usage abusif, une mauvaise application, un usage anormal ou un virus. Tout Logiciel de remplacement sera garanti pour le reste de la période de garantie initiale ou pendant trente (30) jours, selon la plus longue entre ces deux périodes. À l'extérieur des États-Unis ou du Canada, ces recours ou l'un quelconque des services de soutien technique offerts par Microsoft ne sont pas disponibles sans preuve d'achat d'une source internationale autorisée. Pour exercer votre recours, vous devez communiquer avec Microsoft et vous adresser au Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399, ou à la filiale de Microsoft de votre pays.

DÉNI DE GARANTIES. La garantie limitée mentionnée ci-dessus constitue la seule garantie expresse qui vous est donnée et remplace toutes autres garanties expresses (s'il en est) mentionnées dans un document ou sur un emballage. Sauf en ce qui a trait à la garantie limitée et dans la mesure maximale permise par les lois applicables, le Logiciel et les services de soutien technique (le cas échéant) sont fournis TELS QUELS ET AVEC TOUS LES DÉFAUTS par Microsoft et ses fournisseurs, lesquels par les présentes dénient toutes autres garanties et conditions expresses, implicites ou en vertu de la loi, notamment (le cas échéant) les garanties, devoirs ou conditions implicites de qualité marchande, d'adaptation à un usage particulier, d'exactitude ou d'exhaustivité des réponses, des résultats, des efforts déployés selon les règles de l'art, d'absence de virus et de négligence, le tout à l'égard du Logiciel et de la prestation des services de soutien technique ou de l'omission d'une telle prestation. PAR AILLEURS, IL N'Y A AUCUNE GARANTIE OU CONDITION QUANT AU TITRE DE PROPRIÉTÉ, À LA JOUISSANCE OU LA POSSESSION PAISIBLE, À LA CONCORDANCE À UNE DESCRIPTION NI QUANT À UNE ABSENCE DE CONTREFAÇON CONCERNANT LE LOGICIEL.

EXCLUSION DES DOMMAGES ACCESSOIRES, INDIRECTS ET DE CERTAINS AUTRES DOMMAGES. DANS LA MESURE MAXIMALE PERMISE PAR LES LOIS APPLICABLES, EN AUCUN CAS MICROSOFT OU SES FOURNISSEURS NE SERONT RESPONSABLES DES DOMMAGES SPÉCIAUX, CONSÉCUTIFS, ACCESSOIRES OU INDIRECTS DE QUELQUE NATURE QUE CE SOIT (NOTAMMENT, LES DOMMAGES À L'ÉGARD DU MANQUE À GAGNER OU DE LA DIVULGATION DE RENSEIGNEMENTS CONFIDENTIELS OU AUTRES, DE LA PERTE D'EXPLOITATION, DE BLESSURES CORPORELLES, DE LA VIOLATION DE LA VIE PRIVÉE, DE L'OMISSION DE REMPLIR TOUT DEVOIR, Y COMPRIS D'AGIR DE BONNE FOI OU D'EXERCER UN SOIN RAISONNABLE, DE LA NÉGLIGENCE ET DE TOUTE AUTRE PERTE PÉCUNIAIRE OU AUTRE PERTE DE QUELQUE NATURE QUE CE SOIT) SE RAPPORTANT DE QUELQUE MANIÈRE QUE CE SOIT À L'UTILISATION DU LOGICIEL OU À L'INCAPACITÉ DE S'EN SERVIR, À LA PRESTATION OU À L'OMISSION D'UNE TELLE PRESTATION DE SERVICES DE SOUTIEN TECHNIQUE OU AUTREMENT AUX TERMES DE TOUTE DISPOSITION DU PRÉSENT EULA OU RELATIVEMENT À UNE TELLE DISPOSITION, MÊME EN CAS DE FAUTE, DE DÉLIT CIVIL (Y COMPRIS LA NÉGLIGENCE), DE RESPONSABILITÉ STRICTE, DE VIOLATION DE CONTRAT OU DE VIOLATION DE GARANTIE DE MICROSOFT OU DE TOUT FOURNISSEUR ET MÊME SI MICROSOFT OU TOUT FOURNISSEUR A ÉTÉ AVISÉ DE LA POSSIBILITÉ DE TELS DOMMAGES.

LIMITATION DE RESPONSABILITÉ ET RECOURS. Malgré les dommages que vous puissiez subir pour quelque motif que ce soit (notamment, tous les dommages susmentionnés et tous les dommages directs ou généraux), l'obligation intégrale de Microsoft et de l'un ou l'autre de ses fournisseurs aux termes de toute disposition du présent EULA et votre recours exclusif à l'égard de tout ce qui précède (sauf en ce qui concerne tout recours de réparation ou de remplacement choisi par Microsoft à l'égard de tout manquement à la garantie limitée) se limite au plus élevé entre les montants suivants : le montant que vous avez réellement payé pour le Logiciel ou 5,00 $US. Les limites, exclusions et dénis qui précèdent (y compris les clauses ci-dessus), s'appliquent dans la mesure maximale permise par les lois applicables, même si tout recours n'atteint pas son but essentiel.

La présente Convention est régie par les lois de la province d'Ontario, Canada. Chacune des parties à la présente reconnaît irrévocablement la compétence des tribunaux de la province d'Ontario et consent à instituer tout litige qui pourrait découler de la présente auprès des tribunaux situés dans le district judiciaire de York, province d'Ontario. Au cas où vous auriez des questions concernant cette licence ou que vous désiriez vous mettre en rapport avec Microsoft pour quelque raison que ce soit, veuillez contacter la succursale Microsoft desservant votre pays, dont l'adresse est fournie dans ce produit, ou écrivez à : Microsoft Sales Information Center, One Microsoft Way, Redmond, Washington 98052-6399.

The following MICROSOFT GUARANTEE applies to you if you acquired this Software in any other country: Statutory rights not affected - The following guarantee is not restricted to any territory and does not affect any statutory rights that you may have from your reseller or from Microsoft if you acquired the Software directly from Microsoft. If you acquired the Software or any support services in Australia, New Zealand or Malaysia, please see the "Consumer rights" section below.

The guarantee - The Software is designed and offered as a general-purpose software, not for any user's particular purpose. You accept that no Software is error free and you are strongly advised to back-up your files regularly. Provided that you have a valid license, Microsoft guarantees that a) for a period of 90 days from the date of receipt of your license to use the Software or the shortest period permitted by applicable law it will perform substantially in accordance with the written materials that accompany the Software; and b) any support services provided by Microsoft shall be substantially as described in applicable written materials provided to you by Microsoft and Microsoft support

engineers will use reasonable efforts, care and skill to solve any problem issues. In the event that the Software fails to comply with this guarantee, Microsoft will either (a) repair or replace the Software or (b) return the price you paid. This guarantee is void if failure of the Software results from accident, abuse or misapplication. Any replacement Software will be guaranteed for the remainder of the original guarantee period or 30 days, whichever period is longer. You agree that the above guarantee is your sole guarantee in relation to the Software and any support services.

Exclusion of All Other Terms - To the maximum extent permitted by applicable law and subject to the guarantee above, Microsoft disclaims all warranties, conditions and other terms, either express or implied (whether by statute, common law, collaterally or otherwise) including but not limited to implied warranties of satisfactory quality and fitness for particular purpose with respect to the Software and the written materials that accompany the Software. Any implied warranties that cannot be excluded are limited to 90 days or to the shortest period permitted by applicable law, whichever is greater.

Limitation of Liability - To the maximum extent permitted by applicable law and except as provided in the Microsoft Guarantee, Microsoft and its suppliers shall not be liable for any damages whatsoever (including without limitation, damages for loss of business profits, business interruption, loss of business information or other pecuniary loss) arising out of the use or inability to use the Software, even if Microsoft has been advised of the possibility of such damages. In any case Microsoft's entire liability under any provision of this Agreement shall be limited to the amount actually paid by you for the Software. These limitations do not apply to any liabilities that cannot be excluded or limited by applicable laws.

Consumer rights - Consumers in Australia, New Zealand or Malaysia may have the benefit of certain rights and remedies by reason of the Trade Practices Act and similar state and territory laws in Australia, the Consumer Guarantees Act in New Zealand and the Consumer Protection Act in Malaysia in respect of which liability cannot lawfully be modified or excluded. If you acquired the Software in New Zealand for the purposes of a business, you confirm that the Consumer Guarantees Act does not apply. If you acquired the Software in Australia and if Microsoft breaches a condition or warranty implied under any law which cannot lawfully be modified or excluded by this agreement then, to the extent permitted by law, Microsoft's liability is limited, at Microsoft's option, to: (i) in the case of the Software: a) repairing or replacing the Software; or b) the cost of such repair or replacement; and (ii) in the case of support services: a) re-supply of the services; or b) the cost of having the services supplied again.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please use the address information enclosed in this Software to contact the Microsoft subsidiary serving your country or visit Microsoft on the World Wide Web at http://www.microsoft.com.