UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 03 440 (WES) |

**DECLARATION OF AIDAN HUGHES IN SUPPORT OF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

I, Aidan Hughes, declare and state as follows:

1. I am a Project Lead Engineer for Microsoft Corporation. I have been employed by Microsoft since 1999. During my employment by Microsoft, I have worked extensively on product activation in Microsoft Office products, and I am familiar with how product activation functions in those products.

2. I am over the age of 18. I make this declaration based on my own knowledge and could and would competently testify as to the matters set forth below if called upon to do so.

3. Microsoft's product activation was first implemented globally in Microsoft's Office XP products, which were released in 2001.

4. I am familiar with the Microsoft products Uniloc has accused of infringement, as identified in Exhibit F to the September 1, 2005 Expert Report of Mr. David Klausner. Of the accused products, product activation in Microsoft Office XP Standard, Microsoft Office XP Professional, Microsoft Office XP Professional with FrontPage, Microsoft Office XP Developer, Microsoft Access 2002, Microsoft Excel 2002, Microsoft FrontPage 2002, Microsoft Outlook 2002, Microsoft PowerPoint 2002, Microsoft Project 2002, Microsoft Visio 2002, Microsoft Word 2002,

Microsoft Visio Enterprise Network Tools, and Microsoft Visual Studio.Net operates in the same manner. I will refer to these products collectively as Office XP products. Product activation in Microsoft Office 2003 Professional, Microsoft Office 2003 Standard, Microsoft Office 2003 Small Business Edition, Microsoft Access 2003, Microsoft Excel 2003, Microsoft FrontPage 2003, Microsoft InfoPath 2003, Microsoft OneNote 2003, Microsoft Outlook 2003, Microsoft PowerPoint 2003, Microsoft Project 2003, Microsoft Project Professional 2003, Microsoft Visio 2003 Office 2003, Microsoft Visio Professional 2003, and Microsoft Word 2003 operates in the same manner. I will refer to these products collectively as Office 2003 products. Product activation in Office 2003 products has some differences from product activation in the Office XP products. Where appropriate, I will refer to the Office XP and Office 2003 products collectively as the accused Office software or the accused Office products.

5. Once the accused Office software has been installed and the user elects to activate it, the software communicates two pieces of information to a "Clearinghouse" at Microsoft: (1) a Product Identifier, or "PID," that identifies the particular copy of software, and (2) a Hardware Identifier, or "HWID," which is generated from information about the user's computer but does not identify the user's computer.

6. When a person purchases a retail copy of one of the accused Microsoft Office products, the customer receives a CD, contained in the product box. A sticker on the back of the CD case lists a 25-character "product key," which is provided by Microsoft.

7. To install the accused Office software, the user inserts the CD into the computer drive, and follows the instructions. At the outset of the installation process, the user is prompted to enter the product key. The user is then shown the End-User License Agreement ("EULA") and must select a box accepting the agreement in order to continue the installation process.

8. The accused Office products have a grace period during which full use of the software is allowed after the software has been installed and before activation is required. This means that once the license has been agreed to and the installation process is complete, the licensed software is available for use. Even though it is not yet activated, the full functionality of the software is available for use. In the case of most accused Office products, the user may run the software a total of 50 times in the grace period before activation is required to maintain the full functionality of the software. In the case of Visio products, the user may run the software a total of 10 times in the grace period before activation is required to maintain the full functionality of the software.

9. To activate over the internet in the accused Office XP products, the user clicks the button marked "next" on the activation prompt. The user is presented with a dialog box which allows them to optionally provide personal information for marketing purposes. Upon selection of a country, the user may click the button marked "next" to complete activation without any further action on the part of the user. In the case of the accused Office 2003 products, the user simply clicks the button marked "next" on the activation prompt, and activation is completed without any further action on the part of the user

10. To activate by telephone, the user selects that option from the activation prompt, and selects the "Next" button. The user is presented with a dialog box, which provides him with telephone numbers to call and a 54-digit Installation ID. The user dials the number and provides the IID to either an automated telephone service or a live customer service representative. In return, the user receives a Confirmation ID which he types into the dialog box. Once the user enters the CID and selects the "Next" button, telephone activation is complete.

11. If the EULA permits installation on more than one computer, the activation process will be the same for each computer.

12. Once the software is activated, the user will have to repeat the activation process if he changes enough of the hardware on the computer on which the software is installed.

13. In Microsoft's product activation, a PID (Product ID) is generated from the Product Key typed in during installation. In addition to information in the Product Key, the PID is derived from information about the software version (information found on the CD used to install the software), as well as a random number generated by the software.

14. In the accused Office XP products, the HWID is an eight byte value that is created by running 10 different pieces of information from the PC's hardware components through a one-way mathematical transformation. This means that the resultant hash value cannot be backwards calculated to determine the original values. Further, only a portion of the resulting hash value is used in the HWID in order to ensure complete anonymity. In the accused Office 2003 products, the HWID can be up to an 256-byte value that is created by running information from up to 10 different pieces of the PC's hardware components through a one-way mathematical hash. As in the case of the Office XP HWID, the resultant hash value cannot be calculated backwards to determine the original values and only a portion of the hash values is used in the HWID. The HWID is thus derived from information about the computer on which software is installed

15. In internet activation, the PID and HWID are sent to the Microsoft Clearinghouse as part of a license request.

16. In telephone activation, portions of the PID and the HWID are used to generate the IID (Installation ID), which is then sent to the Clearinghouse via the telephone.

17. In internet activation, when a license is sent from the Clearinghouse to the user's computer, the software on the user's computer unpacks the PID and HWID from the license and compares them against a PID and HWID that are generated by the user's software at that time. If the PID

from the license matches the newly generated PID, and if the HWID from the license matches or is similar enough to the newly generated HWID to be considered within tolerance, the software is allowed to run in its fully functional mode. This check is repeated whenever the software is run. If the required matching does not occur, the user will be requested to reactivate the software.

18. A certain number of changes to the hardware on which the software is installed, and to the HWID that is calculated based on this hardware, is allowed without reactivation being required. For example, for Office XP, information about ten hardware components is hashed and the hashes are used to generate the HWID. Up to three of those hardware components can be changed on a desktop computer without the product activation considering the resulting HWIDs to be out of tolerance and requiring reactivation.

19. In telephone activation, when the user types a CID received from the customer service representative into his computer, the software on the user's computer decrypts the CID using the PID and HWID that were used to generate the IID. That PID and HWID are then stored along with the CID in a location on the user's computer. When the software is subsequently run, a newly generated PID and HWID are checked against the stored PID and HWID in the manner described for internet activation.

20. In Microsoft's product activation, the PID is generated on the user's computer, both during installation and whenever the software is run after it has been activated.

21. The "FullPID" identified in Uniloc's infringement theories as the output of the algorithm PIDStringtoPIDStruct is merely a different format of the PID. While the "PID" is a human-readable string, the "FullPID" is a binary-encoded data structure. The PID is put into "FullPID" format only during telephone activation as part of the process of generating the IID on the client's

computer. The product activation software on the client's computer does not compare the "FullPID" against anything for matching purposes.

22. During telephone activation, when a CID is decrypted by the software on the user's computer, temporary values called the i64ConfID and abConfID are used to hold data during this process.

23. The algorithm Uniloc identifies as generating i64ConfID / abConfID, FEncryptDecryptUsingPIDHWID, decrypts data on the user's computer. This occurs only after the Clearinghouse has encrypted data as part of generating the CID.

24. The software on the client's computer does not compare the output of FEncryptDecryptUsingPIDHWID against anything for matching purposes.

25. In the internet activation of the accused Office products, when a license is created, the license data is . The result of the hash operation is then encrypted with a private key known only to Microsoft. The encrypted entity is called a signature. Both the license and the signature are sent back to the user's computer. The software at the user's computer has a public key that it uses to decrypt the signature. The software also runs the license data through If the result of that operation is the same as the decrypted signature, operation continues.

**REDACTED**

26. A similar hashing process, using a , is used to sign the CID in Office telephone activation.

27. The Product Key hash is not used in product activation for any Microsoft Office products.

28. In the accused Office 2003 products only, the 25-character Product Key entered by the user during installation includes a Product Key authenticator. When a user chooses to activate Office 2003 products over the internet, the 25-character Product Key is sent to the Clearinghouse along

with the PID and HWID as part of the license request. The clearinghouse extracts the Product Key authenticator from the Product Key and compares it against a product key authenticator ("authenticator prime") generated by hashing certain PID information and a secret value that is unknown to the client. If the values match, activation may proceed. If a license issues, the Product Key authenticator is not sent back to the user's computer as part of the license. The Product Key authenticator is never extracted on the user's computer when the user activates over the internet.

29. When a user chooses to activate Office 2003 products over the telephone, the software on the user's computer extracts the Product Key authenticator from the 25-character Product Key that was entered by the user during installation, and the Product Key authenticator is used to generate the IID that is provided to the user to provide to the Clearinghouse over the telephone. The Clearinghouse compares the Product Key authenticator against an "authenticator prime" generated by hashing certain PID information and a secret value that is unknown to the client. If the values match, activation may proceed. The Clearinghouse never extracts the Product Key authenticator from the Product Key when the user activates over the telephone. If a license issues, the Product Key authenticator is not sent back to the user's computer as part of the CID.

30. Since internet activation and telephone activation are mutually exclusive, for a given activation, the algorithm used to generate the Product Key authenticator will not be executed on both sides.

31. LicCryptHashData is an application program interface (API) that calls various functions, rather than an algorithm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 21, 2006

Aidan Hughes