UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br>Plaintiffs,<br>v.<br>MICROSOFT CORPORATION,<br>Defendant. | Civil Action No. 03 440 (WES)<br><br>**REDACTED** |

**DECLARATION OF CAGLAR GUNYAKTI IN SUPPORT OF MICROSOFT CORPORATION'S MOTION FOR SUMMARY JUDGMENT**

I, Caglar Gunyakti, declare and state as follows:

1. I am a Development Manager for Microsoft Corporation. I have been employed by Microsoft since 10/1997. During my employment by Microsoft, I have worked extensively on product activation in Microsoft Windows products, and I am familiar with how product activation functions in those products.

2. I am over the age of 18. I make this declaration based on my own knowledge and could and would competently testify as to the matters set forth below if called upon to do so.

3. I am familiar with the Microsoft products Uniloc has accused of infringement, as identified in Exhibit F to the September 1, 2005 Expert Report of Mr. David Klausner. Of the accused products, product activation in Microsoft Windows XP Professional as released to manufacturing and Microsoft Windows XP Home Edition as released to manufacturing operate in the same manner. I will refer to these products collectively as Windows XP products. With the exception of the lack of a grace period discussed below, product activation in Microsoft Plus! Digital Media Edition also operates in the same manner as the Windows XP products, and references to Windows XP products will include Microsoft Plus! Digital Media unless otherwise indicated. Certain

changes were made to product activation with the first service pack release for Windows XP. These changes were maintained in Windows Server 2003. I will refer to products with these changes collectively as Windows Server 2003 products. Where appropriate, I will refer to the Windows XP and Windows Server 2003 products collectively as the accused Windows software or the accused Windows products.

4. Once the accused Windows software has been installed and the user elects to activate it, the software communicates two pieces of information to a "Clearinghouse" at Microsoft: (1) a Product Identifier, or "PID," that identifies the particular copy of software, and (2) a Hardware Identifier, or "HWID," which is generated from information about the user's computer but does not identify the user's computer.

5. When a person purchases a retail copy of one of the accused Microsoft Windows products, the customer receives a CD, contained in the product box. A sticker on the back of the CD case lists a 25-character "product key," which is provided by Microsoft.

6. To install the accused Windows software, the user inserts the CD into the computer drive, and follows the instructions. At the outset of the installation process, the user is prompted to enter the product key. The user is then shown the End-User License Agreement ("EULA") and must select a box accepting the agreement in order to continue the installation process.

7. Except for Plus! Digital Media Edition, the accused Windows products have a grace period during which full use of the software is allowed after the software has been installed and before activation is required. This means that once the license has been agreed to and the installation process is complete, the licensed software is available for use. Even though it is not yet activated, the full functionality of the software is available for use. In the case of Windows XP Professional and Home Edition, the user may run the software for a time period of 30 days in the grace period

before activation is required to maintain the full functionality of the software. In the case of Windows Server 2003, the user may run the software for a time period of 60 days in the grace period before activation is required to maintain the full functionality of the software.

8. To activate over the internet, the user simply clicks the button marked "next" on the activation prompt, and activation is completed without any further action on the part of the user.

9. To activate by telephone, the user selects that option from the activation prompt, and selects the "Next" button. The user is presented with a dialog box, which provides him with telephone numbers to call and a 54-digit Installation ID. The user dials the number and provides the IID to either an automated telephone service or a live customer service representative. In return, the user receives a Confirmation ID which he types into the dialog box. Once the user enters the CID and selects the "Next" button, telephone activation is complete.

10. Once the software is activated, the user will have to repeat the activation process if he changes enough of the hardware on the computer on which the software is installed.

11. In Microsoft's product activation for the accused Windows products, a PID (Product ID) is generated from the Product Key typed in during installation. In addition to information in the Product Key, the PID is derived from information about the software version (information found on the CD used to install the software), as well as a random number generated by the software.

12. In the accused Windows products, the HWID is an eight byte value that is created by running 10 different pieces of information from the PC's hardware components through a one-way mathematical transformation. This means that the resultant hash value cannot be backwards calculated to determine the original values. Further, only a portion of the resulting hash value is used in the HWID in order to ensure complete anonymity. The HWID is thus derived from information about the computer on which software is installed.

13. In internet activation for the accused Windows products, the PID and HWID are sent to the Microsoft Clearinghouse as part of a license request.

14. In telephone activation for the accused Windows products, portions of the PID and the HWID are used to generate the IID (Installation ID), which is then sent to the Clearinghouse via the telephone.

15. In internet activation for the accused Windows products, when a license is sent from the Clearinghouse to the user's computer, the software on the user's computer unpacks the PID and HWID from the license and compares them against a PID and HWID that are generated by the user's software at that time. If the PID from the license matches the newly generated PID, and if the HWID from the license matches or is similar enough to the newly generated HWID to be considered within tolerance, the software is allowed to run in its fully functional mode. This check is repeated whenever the software is run. If the required matching does not occur, the user will be requested to reactivate the software.

16. A certain number of changes to the hardware on which the software is installed, and thus to the HWID that is calculated based on this hardware, are allowed in the accused Windows products without requiring reactivation. If the PC on which the software is installed is not dockable and a network adapter exists and is not changed, 6 or more of the other hardware values would have to change before reactivation was required. If a network adapter existed but is changed or never existed at all, 4 or more changes (including the changed network adapter if it previously existed) will result in a requirement to reactivate.

17. In telephone activation for the accused Windows products, when the user types a CID received from the customer service representative into his computer, the software on the user's computer decrypts the CID using the PID and HWID that were used to generate the IID. That PID

and HWID are then stored along with the CID in a location on the user's computer. When the software is subsequently run, a newly generated PID and HWID are checked against the stored PID and HWID in the manner described for internet activation.

18. In Microsoft's product activation for the accused Windows products, the PID is generated on the user's computer, both during installation and whenever the software is run after it has been activated.

19. The "FullPID" identified in Uniloc's infringement theories as the output of the algorithm PIDStringtoPIDStruct is merely a different format of the PID. While the "PID" is a human-readable string, the "FullPID" is a binary-encoded data structure. The PID is put into "FullPID" format only during telephone activation as part of the process of generating the IID on the client's computer. The product activation software on the client's computer does not compare the "FullPID" against anything for matching purposes.

20. During telephone activation, when a CID is decrypted by the software on the user's computer, temporary values called the i64ConfID and abConfID are used to hold data during this process.

21. The algorithm Uniloc identifies as generating i64ConfID / abConfID, FEncryptDecryptUsingPIDHWID, decrypts data on the user's computer. This occurs only after the Clearinghouse has encrypted data as part of generating the CID.

22. The software on the client's computer does not compare the output of FEncryptDecryptUsingPIDHWID against anything for matching purposes.

23. In the Windows context for internet activation the protocol for creating a license is somewhat different from what it is in the Office context. However, as in the Office context, creating a license includes creating a digital signature for the license. The signature is created by

hashing license data and then encrypting the hashed data. The software at the user's computer has a public key that it uses to decrypt the signature. The software also runs the license data through a hash. If the result of that operation is the same as the decrypted signature, operation continues.

24. A similar hashing process, using a ıash, is used to sign the CID in Windows telephone activation.

**REDACTED**

25. When Microsoft Windows products are reactivated over the internet, the license or Confirmation ID that was sent to the user's computer from the Clearinghouse is deleted before the reactivation request is made, so it is not sent back to the Clearinghouse along with the PID and HWID as part of the license request.

26. Beginning with Microsoft Windows Service Pack 1, and in all subsequently released accused Windows products (the Windows Server 2003 products), Microsoft introduced the feature of Product Key Hash into Product Activation for Windows products only.

27. In internet activation for the Windows Server 2003 products, the Product Key input by the user during installation is sent to the Clearinghouse. Upon receiving a license from the Clearinghouse and during subsequent boots of the activated software, the software on the user's computer will run the Product Key originally entered by the user during activation through a hashing algorithm to generate a Product Key hash. This Product Key hash is then compared against the Product Key hash returned from the Clearinghouse.

**REDACTED**

28. In telephone activation for the Windows Server 2003 products, the software on the user's computer uses the hashing algorithm to generate a 12-bit version of a Product Key hash, which is then sent to the Clearinghouse as part of the Installation ID. Upon receiving a CID from the Clearinghouse and during subsequent boots of the activated software, the software on the user's

**REDACTED**

computer hashes the Product Key originally entered by the user during installation using a hashing algorithm, and the result is compared with the Product Key hash returned as part of the Confirmation ID.

29. CryptHashData is an application program interface (API) that calls various functions, rather than an algorithm.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 21, 2006

Caglar Gunyakti