UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civil Action No. 03 440 (WES) |

**DECLARATION OF LAURA R. BRADEN**

I, Laura R. Braden, an associate of the law firm Fish & Richardson P.C., counsel for Defendant Microsoft Corporation ("Microsoft") in the above-captioned matter, declare the following to be true, to the best of my knowledge, information, and belief:

1. Attached hereto as Exhibit A is a true and correct copy of the September 1, 2005 Expert Report of Uniloc's expert David Klausner regarding infringement issues, including exhibits and accompanying papers.

2. Attached hereto as Exhibit B is a true and correct copy of the December 8, 2005 Rebuttal Expert Report of Mr. Klausner regarding infringement issues, including exhibits.

3. Attached hereto as Exhibit C is a true and correct copy of the November 7, 2005 Expert Report of Mr. Klausner regarding invalidity issues, including exhibits.

4. Attached hereto as Exhibit D is a true and correct copy of U.S. Patent No. 4,796,220 (the "Wolfe patent").

5. Attached hereto as Exhibit E is a true and correct copy of U.S. Patent No. 5,291,598 (the "Grundy patent").

6. Attached hereto as Exhibit F is a true and correct copy of U.S. Patent No. 5,490,216 (the "patent-in-suit").

7. Attached hereto as Exhibit G is a table summarizing Microsoft's non-infringement positions with respect to each of Uniloc's eight infringement theories.

8. Attached hereto as Exhibit H is a table summarizing the Microsoft products accused of infringement by Uniloc.

9. Attached hereto as Exhibit I is a September 8, 2006 letter Microsoft's counsel sent to counsel for Uniloc.

10. Attached hereto as Exhibit J is Uniloc's counsel's September 12, 2006 response to Microsoft's counsel's September 8 letter.

11. Attached hereto as Exhibit K is a copy of the Microsoft web page found at http://www.microsoft.com/piracy/activation_how.mspx, which was printed on September 21, 2006.

12. Attached hereto as Exhibit L is a copy of the Microsoft web page found at http://www.microsoft.com/piracy/activation_facts.mspx, which was printed on September 21, 2006.

13. Attached hereto as Exhibit M is a copy of the Microsoft web page found at http://www.microsoft.com/piracy/activation_myths.mspx, which was printed on September 21, 2006.

14. Attached hereto as Exhibits N through V are screen captures created at Microsoft's counsel's office during the installation and attempted activations of a retail copy of Microsoft's Office 2003 Standard Edition in January and February of 2005.

- Exhibit N shows a user prompt for entry of the product key;
- Exhibit O shows the prompt in Exhibit N with the product key entered;

- Exhibit P shows a dialogue box providing the End User License Agreement ("EULA") terms and conditions of use of the software;
- Exhibit Q shows a dialogue box providing the EULA with the box checked indicating acceptance of the terms of the EULA;
- Exhibit R shows an "activation wizard" dialogue box that gives the user an opportunity to activate their software by telephone or Internet;
- Exhibits S and T show successive screens shown after a the user elects to activate via the Internet during the grace period and indicating that the activation process is complete;
- Exhibit U shows a dialogue box providing instruction to the user who selects telephone activation; and,
- Exhibit V shows a dialogue box indicating that telephone activation is complete.

15. Attached hereto as Exhibit W is a true and correct copy of excerpts of the transcript from the January 11, 2006 deposition of David Klausner.

16. Attached hereto as Exhibit X is a true and correct copy of excerpts of the transcript from the July 7, 2005 deposition of Susan Cole.

17. Attached hereto as Exhibit Y is a true and correct copy of excerpts of the transcript from the July 12, 2005 deposition of Allen Nieman.

18. Attached hereto as Exhibit Z is a true and correct copy of excerpts of the transcript from the October 5, 2005 deposition of Timothy Cooper.

19. Attached hereto as Exhibit AA is a true and correct copy of excerpts from the September 21, 1993 application for a U.S. Patent which resulted in the issuance of the patent-in-suit on February 6, 1996.

20. Attached hereto as Exhibit BB is a true and correct copy of excerpts from the July 26, 1995 Amendment In Response to March 30, 1995 Office Action.

21. Attached hereto as Exhibit CC are true and correct copies of excerpts from Microsoft's End User License Agreements for the following products: Windows XP Home Edition (MS-U 533509), Windows XP Professional (MS-U 533502-07), Windows Server 2003 (MS-U 533516-533528).

22. Attached hereto as Exhibit DD are true and correct copies of excerpts from Microsoft's End User License Agreements for the following products: Office 2003 Standard (MS-U 533485), Access 2003 (MS-U 533530-36), OneNote 2003 (MS-U 533672-78), InfoPath 2003 (MS-U 533664-670), Visio Professional 2003 (MS-U 533656-62), Word 2003 (MS-U 533547-553), Outlook 2003 (MS-U 533598-604), Office 2003 Professional (MS-U 533476-82), Office 2003 Small Business Edition (MS-U 533494-500), FrontPage 2003 (MS-U 533581-533587), Project Professional 2003 (MS-U 533623-29), Project Standard 2003 (MS-U 533680-86), PowerPoint 2003 (MS-U 533615-21), and Excel 2003 (MS-U 533564-70).

23. Attached hereto as Exhibit EE are true and correct copies of excerpts from the Microsoft End User License Agreements for the following products: Office XP Standard (MS-U 533450), Project 2002 Professional (MS-U 533757-63), Project 2002 Standard (MS-U 533862-68), Visio Standard 2002 (MS-U 533640-46), Visio Enterprise Network Tools (MS-U 533698-704), Word 2002 (MS-U 533538-45), Outlook 2002 (MS-U 533589-96), FrontPage 2002 (MS-U 533572-79), PowerPoint 2002 (MS-U 533606-13), Publisher 2002 (MS-U 533631-38), Excel 2002 (533555-62), Office XP Professional (MS-U 533458-65), Office XP Developer Edition (MS-U 533467-74), and Visio 2003 Office 2003 (MS-U 533648-54).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: September 22, 2006

/s/ Laura Braden

Laura R. Braden