# UNILOC et al. v. MICROSOFT CORPORATION

# EXHIBIT A

September 1, 2005 Expert Report of Uniloc's expert David Klausner regarding infringement issues, including exhibits and accompanying papers

## FILED UNDER SEAL