# UNILOC et al. v. MICROSOFT CORPORATION

# EXHIBIT B

December 8, 2005 Rebuttal Expert Report of Mr. Klausner regarding infringement issues, including exhibits

## FILED UNDER SEAL