**Summary of Non-Infringement Under Each of Uniloc's Infringement Theories**

| | | **Claim requirements that are not met under each theory** | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | Licensee Unique ID (all asserted claims) | Identical algorithm generates the licensee unique ID locally and remotely (all asserted claims) | Licensee unique ID generating means (asserted claims 1, 2, 7-11, and 17-20) | Use mode / mode switching means / registration system (all asserted claims)[1] | Registration system is replicated a the registration authority (claims 12-16) | Licensee unique ID is generated from information uniquely associated with a person who intends to become a licensee (claims 12-18) | A licensee unique ID first generated locally has matched a licensee unique ID subsequently generated remotely (claims 1, 2 and 7-11) |
| **Alleged licensee unique ID** | **PID** | Not present | Not present | Not present | Not present | Not present | Not present | Not present |
| | **"FullPID"** | Not present | Not present | Not present | Not present | Not present | Not present | Not present |
| | **IID** | Not present | Not present | Not present | Not present | Not present | Not present | Not present |
| | **abConfID/ i64ConfID** | Not present | Not present | Not present | Not present | Not present | Not present | Not present |
| | **Digest/hash of license** | Not present | | Not present | Not present | Not present | Not present | Not present |
| | **BPC license/ CID in reactivation** | Not present | | Not present | Not present | Not present | Not present | Not present |
| | **Product key hash** | Not present | | Not present | Not present | Not present | Not present | Not present |
| | **Product key authenticator** | Not present | Not present | Not present | Not present | Not present | Not present | Not present |

[1] These elements are not present for all Microsoft accused products except Plus! Digital Media Edition.