# EXHIBIT D
Accused Products Identified by Uniloc in Ex. F to September 1, 2005 Expert Report of David Klausner

| **Accused Product** | **Accused Product "Family"**[1] |
|---|---|
| Windows Server 2003 | Windows |
| Plus! Digital Media Edition[2] | Windows |
| Windows XP Professional | Windows |
| Windows XP Home Edition | Windows |
| Microsoft Office XP Standard | Office XP |
| Microsoft Office XP Professional | Office XP |
| Microsoft Office XP Professional with FrontPage | Office XP |
| Microsoft Office XP Developer | Office XP |
| Microsoft Access 2002 | Office XP |
| Microsoft Excel 2002 | Office XP |
| Microsoft FrontPage 2002 | Office XP |
| Microsoft Outlook 2002 | Office XP |
| Microsoft PowerPoint 2002 | Office XP |
| Microsoft Project 2002 | Office XP |
| Microsoft Visio 2002 | Office XP |
| Microsoft Word 2002 | Office XP |
| Microsoft Visio Enterprise Network Tools | Office XP |
| Microsoft Visual Studio.Net | Office XP |
| Microsoft Office 2000 SR-1 | |
| Microsoft Project 2000 SR-1 | |
| Microsoft Office 2003 Professional | Office 2003 |
| Microsoft Office 2003 Standard | Office 2003 |
| Microsoft Office 2003 Small Business Edition | Office 2003 |
| Microsoft Access 2003 | Office 2003 |
| Microsoft Excel 2003 | Office 2003 |
| Microsoft FrontPage 2003 | Office 2003 |
| Microsoft InfoPath 2003 | Office 2003 |
| Microsoft OneNote 2003 | Office 2003 |
| Microsoft Outlook 2003 | Office 2003 |
| Microsoft PowerPoint 2003 | Office 2003 |
| Microsoft Project 2003 | Office 2003 |
| Microsoft Project Professional 2003 | Office 2003 |
| Microsoft Visio 2003 Office 2003 | Office 2003 |
| Microsoft Visio Professional 2003 | Office 2003 |
| Microsoft Word 2003 | Office 2003 |

[1] For the purposes of this motion, product activation in accused products within the same product "family" operates in the same manner, except as otherwise discussed. (*See* Declarations of Aidan Hughes, ¶ 4 and Caglar Gunyakti, ¶ 3.)

[2] Except as otherwise discussed in the memorandum, product activation in Plus! Digital Media Edition operates in the same manner as product activation in Windows XP. Changes to Windows XP SP-1 that are discussed in the memorandum do not apply to Plus! Digital Media Edition. (*See* Gunyakti Decl., ¶ 3.)