# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

VIA FACSIMILE

September 8, 2006

Dean G. Bostock, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111

Re: Uniloc USA, Inc. and Uniloc Singapore Private Ltd. v. Microsoft Corp.
USDC, District of Rhode Island - Civil Action No. 03-CV-440 (WES)

Dear Dean:

I am writing to explore whether Uniloc will withdraw any of its asserted claims (presently claims 1, 2, and 7-20) and/or infringement theories (presently there are eight of them) in light of the Court's claim construction order. In order to reduce the burden on the Court, and the expense to Microsoft, in connection with summary judgment motions, please let me know Uniloc's position on this, or confirm that Uniloc is maintaining all of its asserted claims and infringement theories, at your earliest convenience.

Very truly yours,

Kurt L. Glitzenstein /mag

Kurt L. Glitzenstein

21420522.doc

* * * COMMUNICATION RESULT REPORT ( SEP. 8. 2006 11:13AM ) * * *

FAX HEADER 1: (1)FISHRICHARDSON16175428906
FAX HEADER 2: FISH&RICHARDSON16175428906

TRANSMITTED/STORED : SEP. 8. 2006 11:12AM

| FILE | MODE | OPTION | ADDRESS | RESULT | PAGE |
|---|---|---|---|---|---|
| 3942 | MEMORY TX | | 16175422241 | OK | 2/2 |

REASON FOR ERROR
E-1) HANG UP OR LINE FAIL
E-3) NO ANSWER
E-2) BUSY
E-4) NO FACSIMILE CONNECTION

# FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

**Date** September 8, 2006

**To** Dean G. Bostock, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-2290

**Facsimile number** 18277-00453531 / (617) 542-2241

**From** Kurt L. Glitzenstein

**Re** Uniloc v. Microsoft
Our Ref.: 18277-004LL1

**Number of pages including this page** 2

**Message**

**NOTE: This facsimile is intended for the addressee only and may contain privileged or confidential information. If you have received this facsimile in error, please immediately call us collect at 617 542-5070 to arrange for its return. Thank you.**