MINTZ LEVIN

Dean G. Bostock | 617 348 4421 | dgbostock@mintz.com

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

September 12, 2006

**BY FAX**

Kurt L. Glitzenstein, Esq.
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110

*Re:* *Uniloc USA, Inc., et al. v. Microsoft Corp.*
Civ. A. No.: 03-CV-440 (WES)

Dear Kurt:

This is further to my letter dated yesterday.

Given the Court's claim construction, Uniloc will not be withdrawing any asserted claims. We will not address the other (mis)characterizations set forth in your letter at this time as they are not pertinent to this response.

Very truly yours,

Dean G. Bostock

LIT 1586553v.1

MINTZ LEVIN

One Financial Center
Boston, MA 02111
617-542-6000
617-542-2241 fax
www.mintz.com

Dean G. Bostock | 617 348 4421 | dgbostock@mintz.com

2006 SEP 12 PM 2:58

# fax transmittal

**FROM:**

RECEIVED
SEP 12 2006
FISH & RICHARDSON, P.C.
BOSTON OFFICE

**Name** Dean G. Bostock

**Date** September 12, 2006

**# of Pages** 2

| Client Name | Client No. | Matter No. | Atty No. |
|---|---|---|---|
| Uniloc v. Microsoft | 27407 | 001 | 2774 |

**TO:**

| Name | Company | Business# | Fax # |
|---|---|---|---|
| .Kurt Glitzenstein, Esq. | Fish & Richardson, P.C. | | (617) 542-8906 |

**Comments:**

Please see attached letter

LIT 1586223v.1

**Please call us at 617-542-6000 if you experience any problems.**

STATEMENT OF CONFIDENTIALITY
The information contained in this fax is intended for the exclusive use of the addressee and may contain confidential or privileged information. If you are not the intended recipient, you are hereby notified that any form or dissemination of this communication is strictly prohibited. If this fax was sent in error, please immediately notify us by phone.