Microsoft

Software Piracy Protection



# How Activation Works



Software bought "off the shelf" or on new PCs sold by OEMs requires activation. However, the OEM may activate the software at the factory before delivery to the end user. Once activation is completed, most users will never have to activate their installation again.

### Easy and safe

Product Activation is a simple, straightforward and anonymous process. In most cases, the only information required to activate is an Installation ID created by the software. No personally identifiable information is required.

Product Activation takes less than one minute when completed over the Internet. If activation is completed in this way, the product will take care of most of the work and will require very little user participation.

Activation can also be completed by speaking with a Microsoft customer service representative. If activation is completed by telephoning Microsoft, a customer service representative will assist with the activation.

### Convenient

To make activation convenient, the products do not require activation immediately after installation. Office XP and Office 2003 and their

Activating Software

- **How Activation Works**
- Product Activation Facts
- Myths of Product Activation
- Volume Licensing Activation

Related Links

- Technical Market Bulletin on Changes to Product Activation in Windows XP Service Pack 1
- Technical Market Bulletin on Product Activation in Windows XP
- Product Activation for Microsoft Office 2003
- Product Activation for Microsoft Windows XP

components will allow up to 50 launches before requiring activation. Visio 2002 will allow up to 10 launches before requiring activation. Windows XP will allow 30 days from first boot before requiring activation.

**More Information**

- Product Activation FAQ
- Windows XP SP1 Product Activation Details



© 2006 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement