# Product Activation Facts



Microsoft Product Activation is easy for users to accomplish and many users will only be required to activate once for the life of the product (some users may have to activate again if they move the software from one PC to another or upgrade a significant number of components within their PC).

Customers who acquire licenses for most products through one of Microsoft's volume licensing programs will not be required to activate those licenses.

Microsoft Product Activation is entirely software based and requires no hardware dongles, floppy diskettes or other external tools.

Activation is completely anonymous and requires no personally identifiable information from the end user.

**Customers may activate the product via one of two methods:**

1. Internet. Microsoft servers process the activation and silently activate the product.
2. Telephone. Customer service representatives process activations and exceptions.

Activation requires each instance of a product installation to be activated with Microsoft.

Activating Software

- How Activation Works
- **Product Activation Facts**
- Myths of Product Activation
- Volume Licensing Activation

Related Links

- Technical Market Bulletin on Changes to Product Activation in Windows XP Service Pack 1
- Technical Market Bulletin on Product Activation in Windows XP
- Product Activation for Microsoft Office 2003
- Product Activation for Microsoft Windows XP

A unique Product Key is required for each installation.

Activation call centers for telephone activations are located regionally worldwide.

Customer service representatives provide local language support.

### Mandatory Product Activation Data

- The Installation ID is unique to each product and comprises two components:
  1. Product ID. Unique to the product key used during installation
  2. Hardware hash. Non-unique representation of the PC
- The country in which the product is being installed (for Office XP and Office XP family products only)

### Voluntary Product Registration Data (for some products)

- Name, company name and address
- Phone and e-mail

### More Information

- Product Activation FAQ
- Windows XP SP1 Product Activation Details

*Microsoft, Visio and Windows are either registered trademarks or trademarks of Microsoft Corp. in the United States and/or other countries.*

Manage Your Profile

© 2006 Microsoft Corporation. All rights reserved. Terms of Use | Trademarks | Privacy Statement