**<u>Exhibit N</u> – User prompt for entry of the product key.**

