**Exhibit O – Prompt in Exhibit N with product key entered.**

