**<u>Exhibit P</u> – Dialogue box providing the End User License Agreement ("EULA") terms and conditions of use of the software.**

