**<u>Exhibit Q</u> – Dialogue box providing the End User License Agreement ("EULA") with the box checked indicating acceptance of the terms on the EULA.**

