**<u>Exhibit R</u> – "[A]ctivation wizard" dialogue box that gives user an opportunity to activate their software by telephone or Internet.**

