**<u>Exhibit S</u> – Screen shown after user elects to activate via the Internet during the grace period.**

