**<u>Exhibit T</u> – Screen shown after a user elects to activate the Internet during the grace period and indicating that the activation process is complete.**

