**<u>Exhibit U</u> – Dialogue box providing instruction to the user who selects telephone actions.**

