**<u>Exhibit V</u> – Dialogue box indicating that telephone activation is complete.**

