# UNILOC et al. v. MICROSOFT CORPORATION

# EXHIBIT W

Excerpts of the transcript from the January 11, 2006 deposition of David Klausner

**FILED UNDER SEAL**