# UNILOC et al. v. MICROSOFT CORPORATION

# EXHIBIT X

Excerpts of the transcript from the July 7, 2005 deposition of Susan Cole.

**FILED UNDER SEAL**