# **UNILOC et al. v. MICROSOFT CORPORATION**

# **EXHIBIT Y**

Excerpts of the transcript from the July 12, 2005 deposition of Allen Nieman.

**FILED UNDER SEAL**