UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

UNILOC USA, INC. and

UNILOC SINGAPORE PRIVATE LIMITED

Plaintiffs

v. Civ.A. No. 03-CV-440(WES)

MICROSOFT CORPORATION,

Defendant

DEPOSITION OF TIMOTHY COOPER

SYDNEY, AUSTRALIA

WEDNESDAY, 5 OCTOBER 2005

AUSCRIPT

Level 10,
15 Adelaide Street, Brisbane

Q. Did any of the source code for the Uniloc PC preload product serve as a starting point for anything in the current program?

A. No.

Q. How do you know?

A. Because I initiated the design.

Q. For the whole thing?

A. I would say so, yes.

Q. In initiating the design for the current project did you draw on your experiences from the work that you did at Uniloc PC preload?

A. Only in the sense that it was past experience. I don't think I really drew on it in terms of specific design elements.

Q. Was there anything about the Uniloc PC preload - did you have a name for referring to the Uniloc PC preload project?

A. Not really, other than - the thing was called a demorizer, as it always has been. Not that I can recall.

Q. Is there anything that you did not carry over from a design perspective into the current Uniloc project from the Uniloc PC preload project?

A. You would have to be more specific.

Q. Well, can you recall anything at a general level that you decided not to carry over?

A. Not in principle. That's a pretty vague question.

Q. Are you aware that you've been designated to speak on behalf of the plaintiffs in this case to certain topics?

A. Yes. Yes, I'm aware.

Q. Let me show you what I've marked as Cooper Exhibit 2. I would ask that you turn to page 8, please. And topic 27 on page 8 reads, "The design, development, structure, function, configuration, architecture and operation of any product or technology that practises, employs, implements or embodies, was capable of practising, employing, implementing or embodying any claim of a patented suit". Do you understand that you've been designated to speak to that subject on behalf of the plaintiffs in this case?



**Highly Confidential - Attorneys' Eyes Only**

A. Yes. I do now.

Q. And what, if anything, have you done to prepare yourself to address that topic?

A. I've thought about it.

Q. Anything else?

A. No.

Q. Have you spoken with anybody about it?

A. No. Other than Jim generally.

Q. To your knowledge is there anybody else who is more knowledgeable than you on the subjects of topic 27?

A. No, I'm not covering such a wide time-frame.

Q. How about with regard to the current Uniloc project, is there anybody more knowledgeable than yourself?

A. Certain elements of it, yes, probably.

Q. Who are they, and with regard to what elements do you consider them to be more knowledgeable?

A. They've been doing recent development on finger-printing, and whilst I've, sort of, given some views on a general level, I haven't been intimately involved with the code, so people like David Leath is more intimately acquainted with the low level hardware querying code. There's a company called Quick Silver which I think is taking out a fairly, sort of, structural role in designing the different layers. Casey probably knows more in a design sense about the latest architecture.

Q. Anybody else?

A. No. I don't know these people, so I'm just, sort of, really, thinking up names on a - that I've seen and I don't really know. Specifically Haleed Ben, Ben Abrahams, Saweed - I can't remember his second name. I couldn't say specifically - I think they've been involved in data base back in work. I can't think of anybody else offhand.

Q. And with regard to the Uniloc PC pre-load project, is there anybody, to your knowledge, who has a better understanding of the subject matter of this topic - - -

A. No.



**Highly Confidential - Attorneys' Eyes Only**

Q. But could it?

A. It could be.

Q. Is it stored in the database? Is there any information that's required to be stored along with the PII in the database?

A. No.

Q. Is there any PII used as part of the activation key?

A. No.

Q. Who made the decision to use the MD5 hash?

A. It was probably me, I think.

Q. Why did you pick that one?

A. From memory, because it was not too long and I had - it was acceptable in terms of industry accepted norms and I had good quality code to do it.

Q. How does the - what do you mean by you had good quality code to do it?

A. I mean, a cryptography library. A third party cryptography library that I judged to be of high quality.

Q. Who was that third party library? Who was the source of that?

A. It's called Crypto PP.

Q. Where is it located, do you know?

A. Cryptopp.com.

Q. Do you know if they have a physical location?

A. I'm not sure. The guy has got a strange name, but I'm not really sure. I got the impression it's in America but I mean I could be mistaken on that.

Q. How does the MD5 hash take the short fingerprint information and convert it into a hash?

A. It basically - it takes bytes from all the different metrics and it combines them in a scattered - it scatters them into an array, so they're not sequentially placed, they're sort of jumbled a bit, but into an array of bytes and then the MD5 hash you just feed it the array of bytes and it produces a hash, which is a smaller series of bytes.

Q. What's the mechanism that it uses to create the hash?



**Highly Confidential - Attorneys' Eyes Only**

A. I don't really know. It's a little cryptography.

Q. Is it a summing operation that's used to create the hash?

A. It's not simple. It's like have you heard of check sums? A check sum can be as simple as adding up all the bytes and coming up with a total, but, obviously, if you do that - if byte 10 is an eight and byte 12 is a nine you can change byte nine to an eight and byte eight to a nine. You will get the same check sum, so it's trivial to circumvent that, but MD5 is an untrivial hashing mechanism which I couldn't begin to explain to you.

Q. So MD5 is more complicated than a summing approach?

A. Yes. It's sufficiently complicated and non-reproducible to be acceptable in terms of industry standards for hashing.

Q. So do you consider the MD5 hash to be equivalent to a summing operation?

A. No.

Q. Why not?

A. Because a summing operation is, to me, means adding things up.

Q. And the MD5 is more sophisticated?

A. Yes.

Q. Prior to this particular project for Uniloc USA had you done any work using MD5 hash?

A. Yes, I think so.

Q. Related to Uniloc?

A. I think so, yes.

Q. For what?

A. I think we used in the PC Preload.

Q. For what purpose do you recall?

A. I think for the purpose of storing - for elevating the contents of the client database.

Q. Do you recall where you first learned of the MD5 hash?

A. No. To be honest, a hash is a hash. I'm not even a hundred per cent sure we use MD5. It could be SHA1.

Q. What's SHA1?



**Highly Confidential - Attorneys' Eyes Only**

A. It's another hash.

Q. Is that like summing?

A. No, it's another complicated hash like MD5, it's just different.

Q. So SHA1 is not equivalent to summing?

A. No.

Q. Why not?

A. Well, it's another complicated hash like MD5. I'm not a cryptography expert and I tend to research something, read the documentation and make a decision and then forget about it.

Q. What is SHA - how does SHA1 hash work?

A. I couldn't begin to tell you.

Q. Let me try it a different way. Is it possible to determine what the input was to the SHA1 hash by looking at the output?

A. No.

Q. Does that principle have a name to it?

A. Irreversible, I'd say.

Q. And SHA1 is an irreversible hash?

A. Yes. Yes.

Q. And MD5 is a reversible hash?

A. Absolutely, yes. I don't know if that's a technically correct term.

Q. Why is it that you selected a hashing function for this purpose in the Uniloc USA system?

A. Because the reason the hash is used is to validate that two sets of information are the same or two blocks of data are the same or statistically have a high probability of being the same without having to transmit or store, necessarily, the whole information. Like when you zip or create a zip file you get a CRC, it's another kind of hash not as complex as an MD5 but still statistically unlikely to be reproduced by a different input. It's unlikely you will get the same CRC.

Q. CRC is cyclical redundancy checker?

A. That's right.



**Highly Confidential - Attorneys' Eyes Only**