08 124718

PATENT APPLICATION SERIAL NO.____________

U.S. DEPARTMENT OF COMMERCE
PATENT AND TRADEMARK OFFICE
FEE RECORD SHEET

060 MG 10/08/93 08124718 1 101 1,448.00 CK CLAUTZ1.001A

MS-U 467153

PTO-1556
(5/87)

WHAT IS CLAIMED IS:

1. A registration system for licensing execution of digital data in a use mode, said digital data executable on a platform, said system including local licensee unique ID generating means and remote licensee unique ID generating means, said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means.

2. The system of Claim 1, wherein said local licensee unique ID generating means generates said local licensee unique ID by execution of a registration algorithm which combines information in accordance with said algorithm, said information uniquely descriptive of an intending licensee of said digital data to be executed in said use mode.

3. The system of Claim 2, wherein said mode switching means permits operation of said digital data in said use mode in subsequent execution of said digital data only if said licensee unique ID generated by said local licensee unique ID generating means has not changed.

4. The system of Claim 3, wherein said local licensee unique ID generating means comprises part of said digital data when executed on said platform.

5. The system of Claim 4, wherein said mode switching means comprises part of said digital data when executed on said platform.

6. The system of Claim 5, wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID.