# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

UNILOC USA, INC., and

UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

vs.

MICROSOFT CORPORATION,

Defendant.

Civ. A. No. 03-CV-440 (WES)

## PLAINTIFFS' ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME

Due to scheduling conflicts, plaintiffs, Uniloc USA, Inc. and Uniloc Singapore Private Limited (together "Uniloc"), hereby move for an enlargement of time of ten (10) days within which the parties are to file their respective briefs in opposition to the other party's motion for summary judgment. Defendant, Microsoft Corporation ("Microsoft"), ASSENTS to this request. In turn, Microsoft requests an enlargement of time within which the parties are to file their summary judgment reply briefs. Uniloc ASSENTS to Microsoft's request. Accordingly, Uniloc requests that the Court reset the dates for opposition and reply summary judgment briefs as follows:

| | Current Due Date | Proposed New Due Date |
|---|---|---|
| Oppositions to Summary Judgment | October 5, 2006 | October 16, 2006 |
| Replies in Support of Summary Judgment | October 19, 2006 | November 3, 2006 |

Respectfully submitted,

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

Dated: September 27, 2006

By: /s/ Sheri Pizzi
Francis A. Connor, III (R.I. Bar No. 4640)
Sheri L. Pizzi (R.I. Bar No. 5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street, Suite 700
Providence, Rhode Island 02903
(401) 273-7171 (Telephone)
(401) 273-2904 (Facsimile)

OF COUNSEL:

By: /s/ Dean Bostock
Paul J. Hayes, Esq.
Dean G. Bostock, Esq.
**MINTZ, LEVIN, COHN, FERRIS, GLOVSKY AND POPEO, P.C.**
One Financial Center
Boston, MA 02111
(617) 542-6000 (Telephone)
(617) 542-2241 (Facsimile)

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on September 27, 2006.

/s/ Dean G. Bostock