UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNILOC USA, INC. and
UNILOC SINGAPORE PRIVATE LIMITED,

Plaintiffs,

v.

MICROSOFT CORPORATION,

Defendant.

Civil Action No. 03 440 (WES)

DEFENDANT'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME

Due to scheduling conflicts, Defendant, Microsoft Corporation, hereby moves for an enlargement of time of two (2) business days within which the parties are to file their respective briefs in reply to opposition to their motions for summary judgment. Plaintiffs, Uniloc USA, Inc. and Uniloc Singapore Private Limited, ASSENT to this request. Accordingly, Microsoft respectfully requests that the Court reset the date for reply summary judgment briefs to Tuesday, November 7, 2006.

Dated: November 2, 2006

By: /s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. #1139
**BLISH & CAVANAGH**
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
(401) 831-8900 (Telephone)
(401) 751-7542 (Facsimile)

By: /s/ Laura R. Braden
Frank E. Scherkenbach
Kurt L. Glitzenstein
Laura R. Braden
**FISH & RICHARDSON P.C.**
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

Isabella Fu, Esq.
**MICROSOFT CORPORATION**
One Microsoft Way
Redmond, WA 98052-6399
Telephone: (415) 882-8080
Facsimile: (415) 936-7329

Attorneys for Defendant
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

I certify that on November 2, 2006, I caused a true and correct copy of the foregoing DEFENDANT'S ASSENTED-TO MOTION FOR ENLARGEMENT OF TIME to be served as follows:

| | |
|---|---|
| Francis A. Connor, III<br>Sheri L. Pizzi<br>Taylor Duane Barton & Gilman, LLP<br>10 Dorrance Street, Suite 700<br>Providence, RI 02903 | Attorneys for Plaintiffs<br>UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED |

(Served via e-file)

| | |
|---|---|
| Paul J. Hayes<br>Dean Bostock<br>Paul J. Cronin<br>Mintz, Levin, Cohn, Ferris, Glovsky and Popeo<br>One Financial Center<br>Boston, MA 02111 | Counsel for Plaintiffs<br>UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED |

(Served via e-file)

/s/ Laura R. Braden
Laura R. Braden