# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC., and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br>Plaintiffs,<br>vs.<br>MICROSOFT CORPORATION,<br>Defendant. | Civ. A. No. 03-CV-440 (WES) |

## PLAINTIFFS' MOTION FOR LEAVE TO FILE A SUPPLEMENTAL DECLARATION IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY

Plaintiffs, Uniloc USA, Inc. and Uniloc Singapore Private Limited (together "Uniloc"), respectfully submit this motion for leave to file a supplemental declaration in opposition to the motion of defendant, Microsoft Corporation ("Microsoft"), for summary judgment of non-infringement and invalidity.

## DISCUSSION

This is a patent case in which Uniloc alleges that certain Microsoft products infringe various claims of Uniloc's U.S. patent number 5,490,216 ("the '216 patent"). On September 22, 2006, the parties filed their respective motions for summary judgment. Opposition briefs were filed on October 16, 2006. Reply briefs were filed on November 7, 2006.

In support of its opposition to Microsoft's motion for summary judgment of non-infringement and invalidity, Uniloc filed, *inter alia*, the declaration of its expert technical witness, Mr. Klausner. Attached as Exhibit 2D to the Klausner declaration was a set of very detailed technical claim charts. In its reply brief, Microsoft argues that Mr. Klausner and Uniloc did not offer evidence of certain technical matters. *See* Microsoft Reply, pp. 5, 14. In fact, Mr. Klausner and Uniloc did submit such evidence with Uniloc's opposition brief, as stated in the supplemental declaration of Mr. Klausner filed herewith. As a result, Uniloc requests leave to file Mr. Klausner's supplemental declaration in order to ensure that the record is correct for the November 29, 2006 summary judgment hearing.

## CONCLUSION

For the reasons set forth above, Uniloc requests that this motion for leave be granted.

Dated: November 21, 2006

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

By: /s/ Sheri L. Pizzi
Sheri L. Pizzi (RI Bar #5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street; Suite 700
Providence, RI 02903
Telephone: (401) 273-7171
Facsimile: (401) 273-2904

Dated: November 21, 2006

**OF COUNSEL:**

By: /s/ Dean G. Bostock
Dean G. Bostock, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on November 21, 2006.

/s/ Dean G. Bostock

# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)Civ. A. No. 03-CV-440 (WES)<br>)<br>)<br>)<br>) |

**SUPPLEMENTAL DECLARATION OF DAVID KLAUSNER OPPOSING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OF NON-INFRINGEMENT AND INVALIDITY**

I, David Klausner hereby declare as follows:

1. I have been retained by the plaintiffs in this case, Uniloc U.S.A., Inc. and Uniloc Singapore Private Ltd. (together "Uniloc"), as an expert witness in this patent case in which plaintiffs allege that the defendant, Microsoft Corp., infringes numerous claims of U.S. Patent No. 5, 490,216 (the '216 Patent').

2. I have been requested by Uniloc to provide this supplemental declaration to address certain statements made in Microsoft's reply brief regarding its motion for summary judgment of non-infringement and invalidity.

3. I have reviewed the Court's claim construction order. The claim construction does not alter my opinion that the accused Microsoft products infringe as set forth in my opening

and rebuttal Expert Reports submitted as exhibits 2 and 4 to my prior Declaration in support of Uniloc's opposition to Microsoft's motion.

4. Microsoft's reply brief asserts that Uniloc has not offered evidence of a summer or its equivalent. In fact, there are many references in my Expert Reports and claim charts explaining that various values are combined and/or concatenated, which is summing in accordance with the Court's claim construction. For example, pages 18-21, 37 and 70 of my Expert Report and pages 6, 13, 18-20, 32, 54-55 and 75 of my claim charts.

5. Contrary to Microsoft's reply argument, one of ordinary skill in this art would recognize that a hashing algorithm, such as the publicly-available SHA-1 and MD-5 hashes used in the accused Microsoft products to generate the licensee unique IDs, are mathematical summations. For example, Exhibit Q to the Declaration of Paul Cronin submitted with Uniloc's opposition brief, is a document from Lime Wire, an internetworking company, stating that:

> The most crucial piece of metadata is the file's SHA1 hash, a mathematical summation that uniquely identifies a file and cannot be faked.

6. Microsoft's reply also asserts that Uniloc has not offered evidence that the licensee unique ID is associated with the licensee. In fact, this was directly offered in my Declaration submitted with Uniloc's opposition brief, including in my Expert Report (Exhibit 2 to my Declaration), pages 5, 7, 11-13, 17 and 19, and as further detailed in my claim charts (Exhibit 2D to my Declaration), pages 6-44, 67-91, 137-169, 171, 188-203 and 251-290.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY.

Date: 11/20, 2006