# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. and<br><br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civ. A. No. 03-CV-440 (WES) |

## PLAINTIFFS' MOTION FOR RECUSAL

Sheri L. Pizzi (RI Bar #5720)
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street; Suite 700
Providence, RI 02903
Telephone: (401) 273-7171
Facsimile: (401) 273-2904

**OF COUNSEL:**

Paul J. Hayes, Esq.
Dean G. Bostock, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

Plaintiffs, Uniloc USA, Inc. and Uniloc Singapore Private Limited (together "Uniloc"), respectfully move for the recusal of District Judge William E. Smith pursuant to 28 U.S.C. § 455(a).

Uniloc believes that the significant connections between the Court's intern, Mr. Eddon, and defendant, Microsoft Corporation, objectively "create an *appearance* of partiality." *In re Martinez-Catala*, 129 F.3d 213, 220 (1st Cir. 1997) (emphasis in original).

It has been recognized that counsel are duty bound to move for recusal when appropriate:

> Counsel for a party who believes that a judge's impartiality is reasonably subject to question has not only a professional duty to his client to raise the matter, but an independent responsibility as an officer of the court. Judges are not omniscient and, despite all safeguards, may overlook a conflict of interest. A lawyer who reasonably believes that the judge before whom he is appearing should not sit *must raise the issue so it may be confronted and put to rest.* Any other course would risk undermining confidence ion our judicial system.

*Bernard v. Coyne*, 31 F.3d 842, 847 (9th Cir. 1994) (emphasis added).

Accordingly, and for the reasons set forth in the accompanying memorandum of law, Uniloc believes that this motion should be granted.

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

Dated: May 11, 2007

By: /s/ Sheri L. Pizzi

Sheri L. Pizzi (RI Bar #5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street; Suite 700
Providence, RI 02903
Telephone: (401) 273-7171
Facsimile: (401) 273-2904

Dated: May 11, 2007

**OF COUNSEL:**

By: /s/ Paul J. Hayes

Paul J. Hayes, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on May 11, 2007.

/s/ Dean G. Bostock

# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. and<br><br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | Civ. A. No. 03-CV-440 (WES) |

# MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR RECUSAL

Sheri L. Pizzi (RI Bar #5720)
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street; Suite 700
Providence, RI 02903
Telephone: (401) 273-7171
Facsimile: (401) 273-2904

**OF COUNSEL:**

Paul J. Hayes, Esq.
Dean G. Bostock, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

# TABLE OF CONTENTS

I. INTRODUCTION ........ 1

II. PROCEDURAL BACKGROUND ........ 1

III. DISCUSSION ........ 3

A. Legal Standard ........ 4

B. Objective Facts Supporting Recusal ........ 4

1. Publishing Through Microsoft Press ........ 4

2. Mr. Eddon's "Indebtedness" To Microsoft ........ 5

3. Assignment of Copyright ........ 6

4. Mr. Eddon and Microsoft are Joint Copyright Owners ........ 6

5. Publishing Through Microsoft Systems Journal/MSDN ........ 7

6. Microsoft Funding for Mr. Eddon ........ 8

7. Mr. Eddon's Subjective Belief ........ 8

C. The Factual Basis For Recusal Has Been Established ........ 9

IV. CONCLUSION ........ 9

## TABLE OF AUTHORITIES

### CASES

*In re Allied Signal, Inc.*,
891 F.2d 967 (1st Cir. 1989), *cert. denied*, 495 U.S. 957 (1990) .......... 3

*Berge v. Bd. of Trustees, Univ. of Alabama*,
104 F.3d 1453 (4th Cir. 1997) .......... 7

*In re Bernard*,
31 F.3d 842 (9th Cir. 1994) .......... 1

*Hunt v. Am. Bank & Trust Co.*,
783 F.2d 1011 (11th Cir. 1986) .......... 3

*In re Martinez-Catala*,
129 F.3d 213 (1st Cir. 1997) .......... 4, 5, 8, 9

*Reilly v. United States*,
863 F.2d 149 (1st Cir. 1988) .......... 2, 3

*Simonson v. General Motors Corp.*,
425 F. Supp. 574 (E.D. Pa. 1976) .......... 3

*In re United States*,
158 F.3d 26 (1st Cir. 1998) .......... 4

*In re United States*,
666 F.2d 690 (1st Cir. 1981) .......... 4

*United States v. Giorgi*,
840 F.2d 1022 (1st Cir. 1988) .......... 4

### STATUTES

17 U.S.C. § 302 .......... 7

28 U.S.C. § 455(a) .......... 1, 4

Plaintiffs, Uniloc USA, Inc. and Uniloc Singapore Private Limited (together, "Uniloc"), respectfully submit this Memorandum of Law in Support of their Motion for Recusal of District Judge William E. Smith, pursuant to 28 U.S.C. § 455(a).[1] For the reasons set forth below, Uniloc requests that this motion be granted.

## I. INTRODUCTION

At the hearing on May 2, 2007, Judge Smith directed that Uniloc either "accept on the record the fact that I'm going to continue to work on this case, and I'm going to do so with the assistance of Mr. Eddon, this intern, and you're going to place on the record that you have absolutely no objection to me doing that" or, in the alternative, file a motion to recuse Judge Smith. Ex. A, p. 8, 12.

Due to Mr. Eddon's financial, contractual, personal and legal relationships with defendant Microsoft and its employees, his contemplated engagement as an intern to assist the Court in resolving Microsoft's motion for summary judgment creates at least "an appearance of partiality".

## II. PROCEDURAL BACKGROUND

By a letter dated March 20, 2007, Judge Smith advised counsel that the Court had the opportunity to hire an intern and explained that, over the years, this individual had previous contacts with Microsoft Research, Microsoft Systems Journal and Microsoft Press, a division of defendant Microsoft. Ex. B, p. 1. The Court indicated that the prospective intern did not feel that these contacts would prevent him (the intern) from being impartial in this matter. *Id.* The Court requested counsel to express their views regarding the proposed intern:

---

[1] Counsel have a professional duty, as well as an independent responsibility as officers of the court, to raise the matter of recusal if they believe a doubt of impartiality exists. *In re Bernard*, 31 F.3d 842, 847 (9th Cir. 1994).

> I think it would be prudent to seek your views as to whether you believe any of these past (or present) involvements present a conflict of interest that would prevent his participation in this case.
>
> Please communicate your views in writing to me within ten days of this letter.

*Id.* at 2.

Both parties responded to the Court's invitation. On March 29, 2007, counsel for Microsoft sent the Court a letter stating Microsoft's belief that the proposed intern's past connection with Microsoft would not present a conflict of interest. Ex. C. In view of the numerous connections between Microsoft and the proposed intern, on March 30, 2007, counsel for Uniloc sent the Court a letter stating, *inter alia*, that "the appearance and concomitant possibility of bias exists" regarding the proposed intern and citing *Reilly v. United States*, 863 F.2d 149, 159 (1st Cir. 1988) for the proposition that such an independent expert should be identified before he or she is appointed. Ex. D.

In a letter to counsel dated April 18, 2007, the Court identified the proposed intern as Mr. Eddon and expressed satisfaction that the appointment of Mr. Eddon to assist on this case would not pose any ethical problems, notwithstanding his past or present connections with Microsoft. Ex. E. In addition, the Court advised counsel that the parties could file a motion to recuse Judge Smith if they felt differently, although the Court did not feel a basis for recusal exists. *Id.* at 2.

Having received the proposed intern's name, Uniloc conducted additional research to determine whether this individual could objectively be seen to be impartial. On April 23, 2007, counsel for Uniloc submitted a letter detailing the significant connections between Mr. Eddon and Microsoft and stated that Uniloc maintained its objection to the proposed intern. *See*, Ex. F.

Counsel for Uniloc also stated that, although Mr. Eddon should not be permitted to work on this case, Uniloc did not believe that Judge Smith should be recused. *Id.* at 2.

In response to Uniloc's April 23, 2007 letter, the Court scheduled a hearing, which took place in open court on May 3, 2007. Relevant to the present motion are the following comments by the Court at that hearing:

- "let me make it clear, I have hired Mr. Eddon, and he is coming to work for me" (Ex. A, at p. 7);
- "But you can't separate the intern from me. That's the thing you're trying to do. He is part of my staff. He is going to work on this case." (*id.* at 9) (*but, see*, footnote 2 below discussing recusal of clerk or intern);
- "And if you believe that [Mr. Eddon] has a bias, then that is the same as saying you believe I have a bias" (*id.* at 9);
- "it's not my practice, generally, to ask parties in a case whether they approve of the law clerks I hire or the interns I hire. You don't get that veto power" (*id.* at 11);
- "I want it very clear on the record, either that you are not moving to recuse with the full understanding that Mr. Eddon will work on this case as part of my staff, or that you are moving to recuse." (*id.* at p. 12).

## III. DISCUSSION

As previously indicated, Uniloc does not have any reason to question the impartiality of Judge Smith. Uniloc has been instructed, however, that it cannot maintain its objection to Mr. Eddon without filing a motion to recusal Judge Smith. Given this choice, Uniloc moves for recusal.[2]

---

[2] Authority exists wherein it has been recognized that a clerk or intern whose impartiality may be questioned should be recused, not the judge. *See, e.g., In re Allied Signal, Inc.*, 891 F.2d 967, 972-73 (1st Cir. 1989), *cert. denied*, 495 U.S. 957 (1990) ("[i]f a clerk has a possible conflict of interest, it is the clerk, not the judge who must be disqualified") (quoting *Hunt v. Am. Bank & Trust Co.*, 783 F.2d 1011, 1016 (11th Cir. 1986)); *Simonson v. General Motors Corp.*, 425 F. Supp. 574, 575-76 (E.D. Pa. 1976) (unpaid, part-time intern hired by the Court prohibited from

**A. Legal Standard**

Uniloc grounds its motion upon 28 U.S.C. § 455(a), which states as follows:

> Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

This provision "requires recusal wherever the objective circumstances create an *appearance* of partiality." *In re Martinez-Catala*, 129 F.3d 213, 220 (1st Cir. 1997) (emphasis in original). The test is whether "the facts provide what an objective, knowledgeable member of the public would find to be a *reasonable basis* for doubting the judge's impartiality." *In re United States*, 666 F.2d 690, 695 (1st Cir. 1981) (emphasis in original). "[D]oubts ordinarily ought to be resolved in favor of recusal." *In re United States*, 158 F.3d 26, 30 (1st Cir. 1998). The decision to grant a motion for recusal is committed largely to the discretion of the trial court. *United States v. Giorgi*, 840 F.2d 1022, 1034 (1st Cir. 1988).

**B. Objective Facts Supporting Recusal**

The objective facts regarding Mr. Eddon -- deemed by the Court to be one and the same with Judge Smith for the purposes of this motion -- strongly support recusal. Uniloc respectfully submits that, if these connections between Mr. Eddon and Microsoft instead were between Judge Smith and Microsoft, they would instantly require recusal.

The connections between Mr. Eddon and Microsoft include at least the following:

**1. Publishing Through Microsoft Press**

Mr. Eddon has published the following books through Microsoft Press, a division of Microsoft:

---

working on case in which a possible appearance of partiality may exist but permitted to continue working on other cases).

- *Programming Components with Microsoft visual Basic 6.0 Second Edition;*
- *Active Visual Basic 5.0;*
- *Inside COM+Base Services*, and
- *Inside Distributed COM.*

Exs. G-J.

The retail price of these books, each of which runs to several hundred pages, was between $39.99 - $49.99. *See*, Exs. G-J, last pages. It is fair for the objective observer to assume that Mr. Eddon received, and may still receive, royalties or other remuneration from Microsoft Press as a result of the sales of his books by Microsoft Press.[3]

In view of Microsoft Press publishing numerous books for Mr. Eddon, and Mr. Eddon's assignment of copyright to Microsoft Press and joint copyright ownership with defendant Microsoft set forth below, it is inescapable that one or more publishing and/or assignment agreements (written or verbal) have been entered into by Mr. Eddon and Microsoft/Microsoft Press.

### 2. **<u>Mr. Eddon's "Indebtedness" To Microsoft</u>**

From the prefaces to these books, it is apparent that Mr. Eddon worked closely with Microsoft Press and Microsoft editors and related personnel in preparing these books. In the Preface to his book, *Programming Components with Microsoft Visual Basic 6.0*, Exhibit G, p. xi,

---

[3] Uniloc has not been provided with the terms of any publishing agreement(s) between Mr. Eddon and Microsoft. Thus, Uniloc is unaware at this time of the royalty or other remuneration that Mr. Eddon received from Microsoft from the sale of his books. Uniloc requests that Microsoft be directed to produce to Uniloc copies of all such agreements and remuneration information. *See, In re Martinez-Catala*, 129 F.3d at 220 (discovery is available incident to a recusal motion).

Mr. Eddon expresses his indebtedness and gratitude for the "moral support" provided to him by his "friends" at Microsoft Press, a division of Microsoft:

> In writing this book we are indebted to many others. We thank our friends at Microsoft Press [a division of Microsoft], including Eric Stroo, who entrusted us with the project and provided moral support in times of need .... and the rest of the gang at *Microsoft Systems Journal* and *Microsoft Interactive Developer*.

In *Inside Distributed COM*, Mr. Eddon likewise expresses his gratitude to Microsoft employees for supporting him with preparing the book:

> Mark Ryland, Charlie Kindel, Mary Kirtland, and Sanji Abraham of Microsoft Corporation supported us throughout this project by answering many questions. (We hope that this small token of gratitude will earn us some brownie points for future questions.)

Ex. J. Preface, p. xvi.

Similar statements appear in Mr. Eddon's other books published by Microsoft Press. Copies of the Prefaces are found in Exhibits G-J.

**3. <u>Assignment of Copyright</u>**

A search of the copyright office records reveals that Mr. Eddon has also assigned copyrights in at least two of the above-identified publications to Microsoft Press. A copy of the copyright office records disclosing these assignments is submitted herewith as Exhibit K. Thus, Mr. Eddon has had other contractual connections to Microsoft Press, "a division of [defendant] Microsoft Corporation". *Id.*

**4. <u>Mr. Eddon and Microsoft are Joint Copyright Owners</u>**

Each of Mr. Eddon's books published by Microsoft Press includes a CD to allow the purchaser to view the book's contents on a computer. Each of the CDs displays a copyright notice. The copyright notice for the CD sold with the book *Inside COM + Base Services* states as follows:

Copyright © 1999 Microsoft Corporation
Portions copyright © Guy Eddon and Henry Eddon
All rights reserved.

*See*, Ex. L, p. 1.

The CDs sold with the books *Programming Components with Microsoft Visual Basic 6.0 Second Edition* and *Active Visual Basic 5.0* contain similar copyright notices. *Id.* at 2-3. Thus, as the copyright notices indicate, Microsoft is a joint owner with Mr. Eddon of the copyrights in at least these three CDs. Joint owners of a copyright are deemed to be tenants in common, with each owner having an undivided, independent right to use the work but with a duty to account for profits to each co-owner. *See, e.g., Berge v. Bd. of Trustees, Univ. of Alabama*, 104 F.3d 1453, 1461 (4th Cir. 1997).

Microsoft's copyrights in these CDs have not expired and will not expire for approximately another 86 years. *See*, 17 U.S.C. § 302. Mr. Eddon's copyrights will likely extend beyond that. *Id.* Thus, Mr. Eddon and Microsoft will be joint owners and tenants in common with respect to these copyrights for many years to come. Clearly, were the Court a joint copyright owner and tenant in common with Microsoft, the Court would not have been able to sit on this case.

Mr. Eddon's four books published through Microsoft Press also include a license agreement for use of the CDs. The license agreement, however, is not between Mr. Eddon and the purchaser of the book. The agreement is entitled "MICROSOFT LICENSE AGREEMENT" and is between the purchaser of the book and defendant herein, Microsoft Corporation (as opposed to Microsoft Press). *See*, Exs. M-P. As a result, Mr. Eddon has entrusted defendant Microsoft to protect his joint copyright with Microsoft in the CDs.

**5. <u>Publishing Through Microsoft Systems Journal/MSDN</u>**

Over the years, in addition to his four books published by Microsoft Press, Mr. Eddon has published numerous articles through the *Microsoft Systems Journal* and MSDN. *See, e.g.,*

Ex. Q.[4] In several of his publications, Mr. Eddon expresses his admiration for defendant Microsoft and its technology. For example, in *Inside Distributed COM: Type Libraries and Language Integration*, Mr. Eddon states that:

> Visual J++ is Microsoft's answer to both of these ideas; it is a great Integrated Development Environment (IDE) for Java development and provides Java/COM integration features.

Ex. R, p. 23.

In *Internet Explorer Version 3.0: Not Just Another Web Browser*, Mr. Eddon discusses the "very cool" and "other neat features" of Microsoft's Internet Explorer product. Ex. S, pp. 2-3. Thus, Mr. Eddon has expressed a partiality for Microsoft's products.

**6. <u>Microsoft Funding for Mr. Eddon</u>**

In its letter to counsel dated March 20, 2007, the Court advised the parties that Mr. Eddon has "over the years, received funding from Microsoft Research grants." *See*, Ex. B., p. 1. The amount of such funding has not been disclosed. Uniloc submits that such funding to Mr. Eddon would cause a reasonable person objectively to doubt the impartiality of Mr. Eddon in a case in which Microsoft is a party.

**7. <u>Mr. Eddon's Subjective Belief</u>**

In the letters to counsel dated March 20 and April 18, 2007, the Court states that Mr. Eddon believes that he can be impartial in this matter and is not biased in favor of any party. *See*, Exs. B and E. The test, however, is an objective one, *In re Martinez-Catala*, 129 F.3d at 220, not whether Mr. Eddon subjectively believes he is impartial. Thus, Uniloc submits, Mr. Eddon's belief is not germane to this issue at hand.

---

[4] Complete copies of the excerpted books and articles submitted herewith will be filed, should the Court believe such complete copies would be of assistance.

### C. The Factual Basis For Recusal Has Been Established

Recusal is required wherever the objective circumstances "create an *appearance* of partiality." *In re Martinez-Catala*, 129 F.3d at 200. Uniloc has been ordered by the Court to treat Judge Smith and Mr. Eddon as the same for the purpose of this motion to recuse. Uniloc respectfully submits that if Judge Smith himself had, *inter alia*, (1) published four separate books through Microsoft Press; (2) received royalties or other remuneration from Microsoft as a result of the sales of such books; (3) an ongoing contractual arrangement with Microsoft to pay to him royalties or other remuneration in the future; (4) joint copyright ownership with Microsoft; and (5) professed in at least two publications readily available to the public his "indebtedness" to Microsoft, such would, at the very least, create an *appearance* of partiality. Accordingly, Uniloc submits that recusal is appropriate.

## IV. CONCLUSION

For the reasons set forth above, Uniloc requests that this motion be granted.

Dated: May 11, 2007

**UNILOC USA, INC. and**
**UNILOC SINGAPORE PRIVATE LIMITED**

By: /s/ Sheri L. Pizzi

Sheri L. Pizzi (RI Bar #5720)
Taylor Duane Barton & Gilman, LLP
10 Dorrance Street; Suite 700
Providence, RI 02903
Telephone: (401) 273-7171
Facsimile: (401) 273-2904

Dated: May 11, 2007

**OF COUNSEL:**

By: /s/ Paul J. Hayes

Paul J. Hayes, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, PC
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on May 11, 2007.

/s/ Dean G. Bostock

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC, USA, INC., ET AL | CIVIL ACTION 03-440-S |
| VS. | MAY 3, 2007 |
| MICROSOFT CORP., ET AL | PROVIDENCE, RI |

COPY

COPY

HEARD BEFORE THE HONORABLE WILLIAM E. SMITH
DISTRICT JUDGE
(HEARING)

APPEARANCES:

FOR THE PLAINTIFF:

DEAN G. BOSTOCK, ESQ.
Mintz, Levin, Cohn, Ferris
Glovsky & Popeo
One Financial Center
Boston, MA 02111
(617) 542-6000

SHERI L. PIZZI, ATTY.
Taylor Duane Barton & Gilman, LLP
10 Dorrance St.
Providence, RI 02903
(401) 273-7171

FOR THE DEFENDANT:

FRANK E. SCHERKENBACH, ESQ. and
KURT GLITZENSTEIN, ESQ.
Fish & Richardson, P.C.
225 Franklin Street
Boston, MA 02110-2804
(617) 542-5070

MARY C. DUNN, ATTY.
Blish & Cavanagh
30 Exchange Terrace
Providence, RI 02903
(401) 831-8900

Court Reporter:

Anne M. Clayton, RPR
One Exchange Terrace
Providence, RI 02903

Proceeding reported and produced by computer-aided stenography

# I N D E X


| COURT EXHIBIT | | PAGE |
|---|---|---|
| 1 | - | 5 |

THE COURT: Good morning, everyone. This is the matter of Uniloc versus Microsoft, and we're here because I asked you all to be here for a brief hearing in connection with some matters that we've been communicating about by letter.

So before I begin, let's have you identify yourselves for the record.

MR. BOSTOCK: Good morning, your Honor. Dean Bostock for the plaintiffs. Mr. Hayes apologizes for not being here. He's still in Kentucky trying to settle another case.

THE COURT: I thought we rescheduled this for him?

MR. BOSTOCK: They were supposed to finish yesterday and be back in Boston last night. They were held over.

MS. PIZZI: Sheri Pizzi, local counsel for the plaintiff.

MR. SCHERKENBACK: Good morning, your Honor. Frank Scherkenback and Kurt Glitzenstein from Fish & Richardson for Microsoft, and also Mary Dunn.

THE COURT: Very well. Let me outline for you why I asked you to come here, because, frankly, I'm becoming a little bit concerned about correspondence going back and forth from me to you regarding the

hiring of an intern. And I felt that it would be best, given the positions stated in the correspondence, to conduct an on-the-record proceeding so that -- because, generally, I don't like matters of substance to be dealt with by letter. I don't think that -- among other things, things are not in the record when they're done by letter, and I prefer to keep everything out in the open and on the record.

So what I'm going to do before we address the substance of this issue is I'm going to make all of the correspondence in this matter an exhibit to this hearing. So I prepared a document compilation, which contains the letters. I'll just go through them. You all have them so I didn't make copies for you, but it begins with my March 20 letter to all counsel; then there is a March 29th letter from Microsoft counsel, Mr. Scherkenbach; there's a March 30th letter from Mintz Levin; then an April 18th letter responding to your letters. And then finally, there is a fax, which I received from Mr. Hayes, which has a cover letter dated April 23, and attached to that cover letter were a number of pages. I think 14 pages. I'm sorry. Maybe 11 pages of attachments. So all of that compilation of documents I'm going to have the clerk enter as an exhibit to this proceeding.

(Court Exhibit 1 marked.)

THE COURT: Now, let me just very briefly summarize why we're here. As you know from my correspondence to you, I have the opportunity or had the opportunity to hire an intern who is very close to finishing his Ph.D. in Computer Sciences at Brown and also an evening law student at Fordham.

The attraction of this intern, obviously, was that he had a very high level of knowledge and skill in the computer field, and I interviewed him and was very impressed with him and felt that he could be a great assistance to me in dealing with the matters that are currently before me, in particular, the summary judgment motion.

And so I corresponded with you out of an abundance of caution because of some tenuous connections he had in his history with Microsoft, including some publications, and these are all outlined in the letters.

Now, you all responded to that, including a Mintz Levin response setting forth some objections.

In that response, you characterized the intern as an advisor, scientific advisor, which he would not be. I tried to clarify that in a letter to you, April 18th letter. And I also indicated to you that I had

thoroughly researched this and reached a conclusion that I just did not see any conflict of interest that would apply to Mr. Eddon, the intern, under the code of conduct applicable to law clerks, which technically isn't even applicable to interns, but given the most conservative view, I felt that I would apply it and I do apply it to all my interns, but there's just no basis to conclude that he had a conflict of interest. But I felt that I should open up to you, not that I need to, but at least bring to your attention that if you felt that this in some way created a situation where my impartiality might reasonably be questioned, even though I felt it wouldn't be, but you felt it did, then you should be aware of your ability to bring a motion to that effect, which I would then consider.

Now, what I received back was a letter from Mr. Hayes, which in my view, tries to have it both ways.

In this letter, Mr. Hayes redoubles his objection to my hiring of Mr. Eddon, and effectively insists that he not be allowed to work on this case, but by the same token, states that Uniloc does not believe I should recuse myself and will not file a motion to recuse.

So I gave this letter some thought, and I've

decided that this is just not acceptable. Uniloc cannot have it both ways. You cannot -- for one thing, I'm not going to have anybody dictate to me how I utilize my chambers staff. Mr. Eddon would not be a scientific advisor. He would be an intern and would operate much the way the law clerk or intern operates in any case I have. And I'm not going to have a party say on one hand we don't think you should utilize this person that you've hired -- and by the way, let me make it clear, I have hired Mr. Eddon, and he is coming to work for me. He is coming to work for me whether I'm working on this case or not, but I just don't believe it's appropriate for a party to stake out a position that essentially says we object to what you're doing and we think it is improper, but we're not going to avail ourselves of the remedy that the law provides for a situation that we think is present, and that is to make a motion to recuse me.

So it strikes me that Uniloc kind of wants to have it both ways. You want to object, but you want to object in a kind of subterranean fashion so that if the results don't come out the way you want, you can later state, look, we said to the judge that he shouldn't use this fellow on this case, he did use this fellow on this case, and we think that poisoned his judgment in

some way. But you don't want to make that motion up front when you have the opportunity to do so.

So that's when I decided to call this hearing and get everything on the record, lay it all out in the open, and give you the opportunity to decide what to do here.

As far as I'm concerned, the ball is in Uniloc's court. You have to make a decision, either you're going to accept on the record the fact that I'm going to continue to work on this case, and I'm going to do so with the assistance of Mr. Eddon, this intern, and you're going to place on the record that you have absolutely no objection to me doing that, or, if you do have an objection, because you believe that that in some way could cause someone to reasonably question my impartiality, then you need to state that on the record, and we need to talk about it, but we're not going to have this kind of intermediate position.

So that's why I called this hearing and that really summarizes where I am at on this. So with that, I'll let you take the floor.

MR. BOSTOCK: Thank you, your Honor. And I think -- I know you have clarified some issues we had with respect to the use of this intern. We understood it to be a sort of a two-level decision that you were

making. One, whether or not to use an intern; two, who the intern would be. We also understood your mention of recusal to be an invitation for us to move to recuse you if we thought you had a bias, which we don't. That's why we said we don't intend to recuse. And we did not see objecting to the potential partiality of the intern as reflecting in any way upon you, which is what we were trying to separate, and which is why we said we don't intend to recuse.

Uniloc does continue its objection to the intern because of the potential partiality that we've explained.

THE COURT: But you can't separate the intern from me. That's the thing that you're trying to do. He is part of my staff. He is going to work on this case. And if you believe that he has a bias, then that is the same thing as saying you believe I have a bias. You can't cut the line that fine, because he's part of my chambers staff.

MR. BOSTOCK: We're not trying to cut that, and we don't accuse this intern of being bias. We assert there's an appearance, a possibility of bias based upon his history.

THE COURT: That's an important distinction, but it's one that you've got to remember that the recusal

statute, Section 455 has two sections to it, A and B.

B really deals with situations where the judge is, in fact, impartial for one reason or another. But A deals with the situation where the judge's impartiality might be reasonably questioned. And that's not an inquiry of whether there is true bias or impartiality, but rather whether an objective observer from the outside can look at this situation and conclude that there was some type of lack of impartiality or bias.

And so, you know, the question becomes is that really what you're arguing. And, I think, you know, even though you're saying you're not arguing that I am bias or that I lack impartiality, you're effectively arguing that, like a 455A argument, that one could view this as a situation where I lack impartiality because of this intern working on the case.

MR. BOSTOCK: What we were thinking, Judge, was, as I said, we thought of this as a two-part process. One, your decision to use an intern; and two, who to use. Our thinking was you made a decision to you use one, that's fine. We have an objection to this individual. We thought you Honor might see that perhaps as an opportunity to consider using somebody neither party objected to.

THE COURT: Well, it's not my practice, generally, to ask parties in a case whether they approve of the law clerks I hire or the interns I hire. You don't get that veto power.

In fact, I've hired other interns for the summer, and I expect that at least one of them probably will work on this case, but I don't intend to ask you if that's okay with you. The only reason I even brought this up was out of an extreme abundance of caution. And maybe it's, you know, a situation where no good deed goes unpunished. You know, I brought it up because there was this tenuous, I think very tenuous stuff in his background. I thought, well, I don't want somebody stumbling across this later on. I don't see it as a problem, but I don't want someone coming across this later on with a result they didn't like and then claiming there was something underhanded or poisoning of the well or something. So my attitude on these things, generally, is just put everything out in the open, put it out on the table, and let people say what they might have to say about it. So that's what I did.

But I want to reiterate, I have made the decision to hire this guy, and if I have this case, he's going to work on this case. That's the decision I've made. I'm not reconsidering that. You have to

just deal with that, and have to decide what your position is in light of that conclusion that I've reached.

MR. BOSTOCK: That's clear, your Honor, from what you said this morning, that it's up to us to decide whether to move to recuse you. And we'll make that decision as soon as I can talk to my client.

THE COURT: All right. I want you to file something, after you talk to your client, that whatever your conclusion is with respect to that, I want it to be very clearly set out on the record, either that you are not moving to recuse with the full understanding that Mr. Eddon will work on this case as part of my staff, or that you are moving to recuse. And then if you do make a motion to recuse, I will probably hear argument on that and ask you to file a brief, because, you know, there are standards here. It's not just, you know, kind of a --

MR. BOSTOCK: It's not automatic relief.

THE COURT: Right. And you know, I need to consider it under the standards that have applied. I wrote an opinion on this at one time a couple of years ago, which you might look at. And I don't know what I would do with that motion. I'll wait to read what you file on that and what Microsoft files on it.

MR. BOSTOCK: Understood.

THE COURT: Okay.

MR. BOSTOCK: Could we file that next week, your Honor, our response?

THE COURT: Sure. That's fine.

MR. BOSTOCK: Thank you.

THE COURT: Okay. Do you all want to say anything?

MR. SCHERKENBACH: Honestly, your Honor, under the circumstances, we don't have anything to add. We've made clear all along we think it's appropriate that you hire whoever you want and use them in the way you think is appropriate. I hope it works out that Mr. Eddon can assist you. Our concern all along has only been that you get the tools you need to feel like you can decide the issues in the case. Whether it's Mr. Eddon or somebody else, that's our concern, and we think he's perfectly appropriate.

THE COURT: Let me just say, because you reminded me of it, I have in the course of this given some consideration to hiring an outside expert or advisor, which I think would be perfectly appropriate to do as well. But in reviewing the options that I had, I really concluded that dealing with this inside my own chambers and not hiring an outside expert would

be the most efficient and sensible way to go. I felt -- I really came to the conclusion that hiring an outside expert, I think, would be maybe overkill and perhaps would unduly prolong making a decision on the pending motion. I really want to get to this motion and get it decided.

So I did give that some consideration, and I gave that some consideration even in connection with Uniloc's letter, but reached the conclusion that I needed to address this thing head-on, and so that's why we're here.

All right. Thank you for your input, and I'll wait to receive a communication from -- I want the communication to come in the form of a pleading, whether it's a motion or -- you style it as whatever you want, but I want it to be filed on the record, not as a letter.

MR. BOSTOCK: Thank you, your Honor.

THE COURT: All right. Thank you.

MR. SCHERKENBACH: Thank you, your Honor.

(Court concluded at 12:25 p.m.)

# C E R T I F I C A T I O N

I, Anne M. Clayton, RPR, do hereby certify that the foregoing pages are a true and accurate transcription of my stenographic notes in the above-entitled case.

Anne M. Clayton

Anne M. Clayton, RPR

May 8 2007

Date

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**
**FEDERAL BUILDING AND U.S. COURTHOUSE**
**PROVIDENCE, RHODE ISLAND 02903**

**WILLIAM E. SMITH**
**U.S. DISTRICT JUDGE**

March 20, 2007

VIA E-MAIL

Andria Coletta, Esq.
acoletta@taylorduane.com

Francis A. Connor, III, Esq.
fconnor@taylorduane.com

Paul J. Hayes, Esq.
phayes@mintz.com

Frank E. Scherkenbach, Esq.
scherkenbach@fr.com.

Joseph V. Cavanagh, Jr., Esq.
jvc@blishcavlaw.com

Laura R. Braden, Esq.
braden@fr.com

Dean G. Bostock, Esq.
dbostock@mintz.com

Paul J. Cronin, Esq.
pcronin@mintz.com

Sheri L. Pizzi, Esq.
spizzi@taylorduane.com

Isabella E. Fu, Esq.
Via fax: 425-936-7329

Kurt L. Glitzenstein, Esq.
glitzenstein@fr.com

Re: Uniloc USA, Inc., et al. v. Microsoft, Inc., et al., C.A. No. 03-440 S

Counsel:

I have the opportunity to hire an intern who is just shy of finishing his Ph.D. in Computer Science at Brown University and is also in law school at Fordham. If I hire him, I expect to utilize him to assist me on the pending summary judgment motion in this case. He is the author of five books, and has numerous awards and extensive experience in computer science.

What prompts this letter is this: he has, over the years, received funding from Microsoft Research grants and has written for Microsoft Systems Journal and published through Microsoft Press. I have discussed this with him and he does not feel this would prevent him from providing me with assistance in a fair and unbiased manner.

I think it would be prudent to seek your views as to whether you believe any of these past (or present) involvements present a conflict of interest that would prevent his participation in this case.

Please communicate your views in writing to me within ten days of this letter.

Sincerely,

William E. Smith
U.S. District Judge

Enclosure

# EXHIBIT C

FISH & RICHARDSON P.C.

225 Franklin Street
Boston, Massachusetts
02110-2804

Telephone
617 542-5070

Facsimile
617 542-8906

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

AUSTIN
BOSTON
DALLAS
DELAWARE
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

**VIA HAND DELIVERY**

March 29, 2007

The Honorable William E. Smith
United States District Judge
United States District Court
District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI 02903

Re: Uniloc v. Microsoft
USDC, District of Rhode Island - Civil Action No. 03-CV-440 (WES)

Dear Judge Smith:

I am writing in response to your March 20, 2007, letter to counsel concerning possible assistance from a prospective intern with the summary judgment motions pending in this matter. Microsoft does not believe that the prospective intern's past connections with Microsoft outlined in your letter present a conflict of interest with regard to his providing assistance on this case.

Sincerely,

Frank E Scherkenbach

Frank E. Scherkenbach
Counsel For Defendant Microsoft Corporation

cc: Paul J. Hayes, Esq., Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.

# EXHIBIT D

MINTZ LEVIN

Paul J. Hayes | | phayes@mintz.com
Direct Dial: 617- 348-4944

*One Financial Center*
*Boston, Massachusetts 02111*
*617-542-6000 (Main)*
*617-542-2241 (Fax)*
*www.mintz.com*

March 30, 2007

***By Hand***

The Honorable William E. Smith
U.S. District Court,
District of Rhode Island
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

*Re:* *Uniloc USA, Inc., et al. v. Microsoft, Inc. et al. (Case No. 03-440 S)*

Dear Judge Smith:

We write on behalf of plaintiffs in response to Your Honor's letter dated March 20, 2007.

For the reasons set forth below, Uniloc objects to the use of the proposed advisor:

1. A technical advisor must be neutral. Your Honor's letter states that the proposed technical advisor has "received funding from Microsoft Research grants and has written for Microsoft Systems Journal and published through Microsoft Press." Notwithstanding his belief that he can assist the Court in an unbiased matter, Uniloc believes that the appearance and concomitant possibility of bias exists. Uniloc is confident that, if the shoe were on the other foot, and the candidate had received prior funding from Uniloc and published on Uniloc's website, Microsoft would not hesitate to voice a similar objection.

2. At the last meeting in chambers, Your Honor indicated a propensity, given the choice of believing one of the parties' experts or the Court's technical advisor, to believe the technical advisor. The inclination of a court to believe its own technical advisor, though understandable, has been recognized as creating a serious problem. *F.T.C. v. Enforma Natural Prods., Inc.*, 362 F.3d 1204, 1214 (9th Cir. 2004) (reversing and remanding because *inter alia* "district court indicated that it was unlikely to disagree with [its technical advisor's] views").

3. The parties have not been given the identity of the candidate and, therefore, Uniloc has been unable to perform its due diligence before he begins work:

> We think it advisable in future cases that the parties be notified of the expert's identity before the court makes the appointment, and be given an opportunity to object on grounds such as bias or inexperience.

*Reilly v. United States*, 863 F.2d 149, 159 (1st Cir. 1988).

Respectfully submitted,

Paul J. Hayes

cc: Sheri L. Pizzi, Esq.
Joseph V. Cavanagh, Jr., Esq.
Frank E. Scherkenbach, Esq.

# EXHIBIT E

**UNITED STATES DISTRICT COURT**

**DISTRICT OF RHODE ISLAND**
**FEDERAL BUILDING AND U.S. COURTHOUSE**
**PROVIDENCE, RHODE ISLAND 02903**

**WILLIAM E. SMITH**
**U.S. DISTRICT JUDGE**

April 18, 2007

**VIA E-MAIL**

Andria Coletta, Esq.
acoletta@taylorduane.com

Francis A. Connor, III, Esq.
fconnor@taylorduane.com

Paul J. Hayes, Esq.
phayes@mintz.com

Frank E. Scherkenbach, Esq.
scherkenbach@fr.com.

Joseph V. Cavanagh, Jr., Esq.
jvc@blishcavlaw.com

Laura R. Braden, Esq.
braden@fr.com

Dean G. Bostock, Esq.
dbostock@mintz.com

Paul J. Cronin, Esq.
pcronin@mintz.com

Sheri L. Pizzi, Esq.
spizzi@taylorduane.com

Isabella E. Fu, Esq.
Isabella.fu@microsoft.com

Kurt L. Glitzenstein, Esq.
glitzenstein@fr.com

Re: Uniloc USA, Inc., et al. v. Microsoft, Inc., et al., C.A. No. 03-440 S

Counsel:

I have considered your responses to my letter regarding my hiring of an intern to assist me over the summer on pending motions for summary judgment. In addition, I have thoroughly researched the ethical implications in order to give full consideration to the objections expressed by Uniloc.

First, it is important to point out that Uniloc's objection misapprehends the role which this intern would play in connection with this case. He is not to be hired as a "scientific advisor"; rather he would function in my chambers much as any other intern or law clerk functions. He will work on a variety of projects but in particular, given his experience, I expect he will work on the summary judgment motion in Uniloc v. Microsoft. (Uniloc, in its letter expressing its objection to my hiring Mr. Eddon, exaggerates statements I made in chambers with respect to use of a scientific advisor. Without rehashing the issue, I wish to make it clear that I do not intend to defer to anyone with respect to deciding the pending motions or anything else in connection with this case.) Moreover, just as I do for all cases, I intend to consider and

decide the motion based upon the arguments and materials submitted by the parties. And I expect to work with my law clerks and interns on this motion just as I do on everything else.

That having been said, I have examined the ethical considerations associated with hiring Mr. Eddon under the Code of Conduct applicable to law clerks. (Because interns are not paid, I am not required to apply the Code of Conduct for Judicial Employees to him; however, it has been my practice to do so and, in order to give full consideration to Uniloc's objection, I feel it appropriate to examine its objection from this point of reference.)

Thus, although Uniloc did not express any specific objections other than the apparent misunderstanding that the intern would function as a "scientific advisor," I have reviewed the Code to determine whether any grounds for objection might exist. The bottom line is this: the intern owns no stock in Microsoft, is not prejudiced in favor or against either party, and he has no personal knowledge of the disputed evidentiary facts in the case. Therefore it is appropriate that he be allowed to work on the case as my intern. That is the conclusion I have reached in this matter.

I believe I have given every consideration to Uniloc's objection but at the end of the day there is little in it that would possibly lead me to conclude that Mr. Eddon cannot be hired to work to assist me in the Uniloc v Microsoft case. If either party believes that there is any reason in light of this decision to question my impartiality in the case then that party is certainly within its rights to move for me to recuse myself from this case pursuant to 28 U.S.C. §§ 455 and 144 as well as Cannons 3C and D of the Judicial Code of Conduct. Of course, I have considered these issues in making my determination with respect to hiring this intern and I do not feel in any way that I have a reason to recuse. However, the parties may feel differently about that and if either party does, a motion with supporting authority and argument should be made so that I may give thorough consideration to such a request.

Sincerely,

William E. Smith
U.S. District Judge

# EXHIBIT F

MINTZ LEVIN

One Financial Center
Boston, Massachusetts 02111
617-542-6000 (Main)
617-542-2241 (Fax)
www.mintz.com

**Paul J. Hayes | | phayes@mintz.com**
**Direct Dial: 617- 348-4944**

April 23, 2007

***By Telecopier (401) 752-7125***

The Honorable William E. Smith
U.S. District Court,
District of Rhode Island
Federal Building and Courthouse
One Exchange Terrace
Providence, RI 02903

*Re:* *Uniloc USA, Inc., et al. v. Microsoft, Inc. et al. (Case No. 03-440 S)*

Dear Judge Smith:

We write in response to Your Honor's letter dated April 18, 2007 indicating *inter alia* that Uniloc did not express any specific objections to the proposed intern.

With all due respect, at the time of writing its previous letter, Uniloc was not aware of the candidate's name.

Your Honor's prior letter, dated March 20, 2007, informed us that the candidate is the author of five books. For the record, we would like to note that at least four of Mr. Eddon's books published by Microsoft Press, a division of Microsoft Corporation, were offered at the not insignificant retail prices of between $39.99-$49.99.

Undoubtedly, Mr. Eddon entered into one or more publishing agreements with Microsoft Press for the publication of these books and the assignment of copyrights therein to Microsoft. Likely, Mr. Eddon was remunerated, in money or other compensation, by Microsoft pursuant to such agreement(s), and Microsoft may be under a continuing contractual obligation to pay Mr. Eddon royalties on any future sales of these books? In addition, it appears from Copyright Office records that, as part of his publishing deal with Microsoft, Mr. Eddon has assigned his copyrights in at least two of his books to Microsoft. A copy of the records is attached.

In the Preface to his book *Programming Components with Microsoft Visual Basic 6.0*, Mr. Eddon expresses his indebtedness to Microsoft:

> In writing this book we are indebted to many others. We thank our friends at Microsoft Press [a division of Microsoft], including Eric Stroo, who entrusted us with the project and provided moral support in times of need . . . and the rest of the gang at *Microsoft Systems Journal* and *Microsoft Interactive Developer*.

Similar statements appear in Mr. Eddon's other books published by Microsoft Press, copies of which we also received today. Copies of the other Prefaces are attached.

Uniloc does not believe that Your Honor should be recused from this case. Accordingly, a motion for recusal will not be filed by Uniloc. However, it would be remiss, given the above and his prior and possibly ongoing relationship with Microsoft, for Uniloc not to maintain its position that Mr. Eddon should not be permitted to work on this particular case. As previously stated, if the shoe were on the other foot, Uniloc has no doubt that Microsoft would be voicing a similar objection.

Respectfully submitted,

Paul J. Hayes

cc: Sheri L. Pizzi, Esq. (by telecopier)
Joseph V. Cavanagh, Jr., Esq. (by telecopier)
Frank E. Scherkenbach, Esq. (by telecopier)

# COPYRIGHT OFFICE RECORDS

---

TX-4-506-494 (COHM)

| | |
|---|---|
| Title: | Active Visual Basic 5.0 / Guy Eddon, Henry Eddon. |
| Imprint: | Redmond, WA : Microsoft Press, c1997. |
| Description: | CD-ROM & user's manual. |
| Note: | Printout also deposited. |
| Claimant: | Microsoft Press, a division of Microsoft Corporation |
| Created: | 1997 |
| Published: | 9Apr97 |
| Registered: | 24Jul97 |
| Special Codes: | 3/C/L |

---

TX-4-733-061 (COHM)

| | |
|---|---|
| Title: | Inside distributed COM / Guy Eddon, Henry Eddon. |
| Imprint: | Redmond, WA : Microsoft Press, c1998. |
| Description: | 552 p. & CD-ROM. |
| Note: | Printout also deposited. |
| Claimant: | Microsoft Press, a division of Microsoft Corporation |
| Created: | 1998 |
| Published: | 18Mar98 |
| Registered: | 20Jul98 |
| Special Codes: | 1/C |

# PREFACES

Designed for Microsoft® Windows NT® Windows®98

CD-ROM Included

Microsoft® Programming Series

FOR ENTERPRISE DEVELOPERS

# Programming Components with Microsoft® Visual Basic® 6.0 Second Edition

Build scalable distributed enterprise solutions with Visual Basic and COM



Guy Eddon
Henry Eddon

Microsoft Press

# Preface

This book is written for everyone interested in learning about building component software with Microsoft Visual Basic 6. We worked hard to make this a great book. We hope you read it, enjoy it, and learn a lot from it. In this book, you will learn about the Component Object Model (COM) from the perspective of Visual Basic, as well as how to build various types of COM-based components. In most chapters, interspersed within the text are numerous exercises that enable you to experiment with the various concepts presented. The accompanying CD contains solutions to all the exercises.

In writing this book, we are indebted to many others. We thank our friends at Microsoft Press, including Eric Stroo, who entrusted us with the project and provided moral support in times of need, and Alice Turner and Dail Magee Jr., who did a great job editing the book. Thanks to Eric Maffei, Joanne Steinhart, Joe Flanigen, Joshua Trupin, Laura Euler, and the rest of the gang at *Microsoft Systems Journal* and *Microsoft Interactive Developer*.

Guy thanks the people at Learning Tree International for fostering a stimulating working environment. David Collins, Eric Garen, John Moriarty, Francesco Zamboni, Mindy Robbins, and David Barkley deserve special mention. Henry thanks his fellow UPSers for their ideas on component software. In particular, Laynglyn Capers, Sherri Berman, Dave Karlson, and Rudy Vossen all contributed their unique views on COM. Laynglyn believes the Interface Definition Language (IDL) is a COM programmer's best friend; Sherri insists that type libraries have low fidelity because they do not include IDL attributes such as *size_of*; Dave sees COM as a better C++; Rudy thinks connection points are a hack. Thanks to our family and friends; without their support and understanding, this project would never have been possible.

Guy Eddon
Henry Eddon
guyeddon@msn.com

Designed for Microsoft Windows NT Windows 95

CD-ROM Included

# Active Visual Basic® 5.0

Covers Microsoft® Visual Basic Control Creation Edition!




Activate the Internet! Your complete guide to developing:

- ActiveX™ Components
- ActiveX and Internet Controls
- ActiveX Documents
- Active Server Pages

Microsoft® Press

# Preface

This book is written for everyone interested in learning about ActiveX programming in Visual Basic 5. We worked hard to make this a great book. We hope you read it, enjoy it, and learn a lot from it.

Crusading against the approach of making technologies such as ActiveX and Visual Basic seem difficult to learn, we attempted to write a lucid text, even if by doing so we open ourselves to criticism for being too easy or introductory. It is a criticism we are prepared to accept.

In most chapters, interspersed with the text are numerous exercises that enable you to experiment with the various concepts presented in the text. If the exercises seem simple to do, it is because we worded them to make them seem that way. There is no point in complex, lengthy exercises that discourage the learner from trying them. The accompanying CD contains solutions to all the exercises.

In writing this book, we are indebted to many others. We thank the people at Microsoft Press, including Eric Stroo, who entrusted us with the project and provided moral support in times of need; Ron Lamb, who oversaw the project through to this conclusion; Roslyn Lutsch, who edited the manuscript for technical accuracy with a keen eye and good sensibilities; and William Teel, who was instrumental in arranging for the screen captures you see sprinkled throughout the text. Thanks also to William Vaughn, who answered questions we had on the database features of Visual Basic, especially in regard to the direction in which the technology is heading; Leo Artalejo, who explained the importance of Active Server Pages; Gretchen Bilson, for not giving up in desperation on our prose and for bringing it time and again into a form fitting for *Microsoft Systems Journal*; Eric Maffei; Joanne Steinhart; Laura Euler; Joshua Trupin; Dave Edson; and the rest of the gang at *Microsoft Systems Journal* and *Microsoft Interactive Developer*.

Thanks to our family and friends; without their support and understanding, this project would never have been possible. Readers who want to contact us should send e-mail to guyeddon@msn.com.

In addition to the preceding acknowledgments, Guy offers the following further acknowledgments.

Thanks to the people at Learning Tree International, who provided so many opportunities for growth over the last several years. Learning Tree International is a leading worldwide provider of instructor-led information technology training with offices and training centers in the U.S., Canada, the U.K., France, Sweden, and the Pacific Rim. Contact Learning Tree at *http://www.learningtree.com* and 800-THE-TREE in the U.S. Thanks also to Rick Adamson, for the opportunity to create my first course; John Moriarty and Francesco Zamboni, who have been a lot of fun to work with; Nancy Harrison, who put up with my crazy schedule while this book was being written; Sean Smith, who was an anchor in the overcast city of London and who was there to provide a levelheaded view of things when it was needed;

David Solomon, founder of Expert Seminars; Kim Crouse, for getting me started with Boston University's WinDev conference; Peg Bennett and Mary Beth Larocque, for continuing to invite me to WinDev, a great place to meet interesting people and learn about exciting new Windows technologies; Jeffrey Richter, for making WinDev a great place to learn and teach; Don Box, founder of Developmentor, for enlightening me to the joys of DCOM and early retirement; John Butler, for the good company; Ron Burk and Martha Masinton, at *Windows Developer's Journal*, who published my first article—as I recall it had something to do with DOS and OS/2; Berney Williams and Robert Ward at R&D Books, who published my first book, *RPC for NT;* William Adams; David Barkely; Jamie Biedleman; Roy Busdiecker; Jay Chapman; Ruth Dordick; Lonergan Harrington; Peter Hildebrandt; Lynnda Israelsson; Andrew Jablonski; Bill Kyle; Brendan Machado; Ulf Malmstroem; John Page; Mike Rothberg; John Rutkai; Martin Shinn; and Carl Wagar. And finally, I thank my mother for her thoughtfully phrased insights into my mental abilities that kept me working to the joyous end.

Henry offers these additional acknowledgments.

Thanks to John Nallin and Dudley Land, of the United Parcel Service, executives who over the years have consistently embraced and applied new technologies; Phil Nardomarino, who oversaw the first release of the MaxiShip system; Laynglyn Capers, who gave the go-ahead for MaxiTrac for Windows; Dawson Wood, who knew how to set the requirements for GroundTrack and entrusted us with the job; and Mark Hadlock of UPS Public Relations for his support and guidance. UPS can be reached at *http://www.ups.com*.

*March 1997*

MICROSOFT® PROGRAMMING SERIES

Microsoft®

Windows

CD-ROM Included

# Inside COM+ Base Services

**Get Ready for Windows® 2000**

Features information to help you develop and deploy applications for Windows 2000



**Unleash the power of COM+ in the enterprise!**

Guy Eddon
Henry Eddon



# PREFACE

COM+ is not a radical departure from COM—it is the next stage of evolution of the COM programming model. COM was originally designed as a minimalist's component architecture. With the advent of the three-tier programming model, applications have become more complex. To help developers who work in this new world, COM+ offers a richer set of services than was available in COM. These services evolved from the technology previously known as Microsoft Transaction Server (MTS) and include features such as automatic transactions, role-based security, load balancing, object pooling, queued components, the in-memory database, and an external publish-and-subscribe event model.

COM+ offers many powerful and useful run-time services that save you the effort of building similar services yourself. While working on this book, we came to realize that it is impossible to explain these services without first explaining the fundamental component model at the heart of COM+. Whether or not you use these services in your components—for some developers, COM+ services offer little advantage[1]—you must understand the fundamental COM+ programming architecture before you can use COM+ effectively.

*Inside COM+ Base Services* describes the fundamental component model at the core of COM+. Once you understand the issues involved in building software components, you'll be able to decide where and how to use the COM+ component services effectively. *Inside COM+ Component Services* (forthcoming from Microsoft Press) covers these services in detail, along with issues involved in building multitier enterprise applications.

In this book, we make two assumptions—that you're interested in learning about COM+ and that you're familiar with a modern programming language such as C++, Microsoft Visual Basic, or Java. One of the central tenets of COM+ is the concept of language neutrality, so we've structured *Inside COM+ Base Services* around that idea. Although you can build COM+ components in a wide variety of development environments, we focus on the most popular trio: C++, Visual Basic, and Java. Visual Basic and Java developers will learn a lot from this book even though these languages hide a large part of the COM+ infrastructure.

1. For example, DirectX, a set of specialized components for graphics programming in Microsoft Windows, does not use any COM+ component services because of its critical performance requirements.

In many cases, we present examples in C++ and then show how components written in higher-level languages can tie into the same functionality. However, you must understand the fundamentals of C++ in order to use many of the sample programs.

Remember the Sojourner rover that roamed the surface of Mars during the summer of 1997? It ran on an 8-bit Intel 80C85 processor containing only 6500 transistors (compared with 5.5 million transistors in a Pentium). It had a radio modem capable of 9600 bps and was powered by solar energy and nonrechargeable lithium D-cell batteries. It was a feat of modern engineering achieved with the most basic components. In a less dramatic way, COM+ is like that—it consists of a fundamental set of ideas that can give rise to some amazingly powerful systems.

## System Requirements for the Companion CD

To run the code on the companion CD, you will need Microsoft Visual Studio 6.0 and Microsoft Windows 98 or Microsoft Windows NT 4.0. (Microsoft Windows 2000 is required for some chapters.)

## Acknowledgments

Thanks to Eric Stroo, our acquisitions editor, for guiding yet another book to a successful conclusion. Mary Kirtland and Saji Abraham of Microsoft Corporation supported us throughout this project by answering many questions. Thanks to Eric Maffei and the rest of the MSJ gang. Thanks to Alice Turner, the project editor; Marc Young, the technical editor; and Ina Chang, the manuscript editor, for their hard work and dedication to this book.

Guy Eddon
Henry Eddon
*http://www.guyeddon.com*

# EXHIBIT G

Designed for Microsoft® Windows NT® Windows®98

CD-ROM Included

Microsoft® Programming Series

FOR ENTERPRISE DEVELOPERS

# Programming Components with Microsoft® Visual Basic® 6.0

## Second Edition



**Build scalable distributed enterprise solutions with Visual Basic and COM**

**Guy Eddon**
**Henry Eddon**

Microsoft Press

# Preface

This book is written for everyone interested in learning about building component software with Microsoft Visual Basic 6. We worked hard to make this a great book. We hope you read it, enjoy it, and learn a lot from it. In this book, you will learn about the Component Object Model (COM) from the perspective of Visual Basic, as well as how to build various types of COM-based components. In most chapters, interspersed within the text are numerous exercises that enable you to experiment with the various concepts presented. The accompanying CD contains solutions to all the exercises.

In writing this book, we are indebted to many others. We thank our friends at Microsoft Press, including Eric Stroo, who entrusted us with the project and provided moral support in times of need, and Alice Turner and Dail Magee Jr., who did a great job editing the book. Thanks to Eric Maffei, Joanne Steinhart, Joe Flanigen, Joshua Trupin, Laura Euler, and the rest of the gang at *Microsoft Systems Journal* and *Microsoft Interactive Developer*.

Guy thanks the people at Learning Tree International for fostering a stimulating working environment. David Collins, Eric Garen, John Moriarty, Francesco Zamboni, Mindy Robbins, and David Barkley deserve special mention. Henry thanks his fellow UPSers for their ideas on component software. In particular, Laynglyn Capers, Sherri Berman, Dave Karlson, and Rudy Vossen all contributed their unique views on COM. Laynglyn believes the Interface Definition Language (IDL) is a COM programmer's best friend; Sherri insists that type libraries have low fidelity because they do not include IDL attributes such as *size_of*; Dave sees COM as a better C++; Rudy thinks connection points are a hack. Thanks to our family and friends; without their support and understanding, this project would never have been possible.

Guy Eddon
Henry Eddon
guyeddon@msn.com

# Programming Components with Microsoft Visual Basic 6.0 Second Edition



## Produce Net-ready software fast with Visual Basic and COM.

Quickly construct the building blocks for high-performance solutions with PROGRAMMING COMPONENTS WITH MICROSOFT VISUAL BASIC 6.0, SECOND EDITION. Walk through Microsoft's Component Object Model (COM) and discover how the newest version of Visual Basic packs significant COM and DCOM production power. As you advance your component programming skill, you'll work with ActiveX® controls and Microsoft Transaction Server to deliver functionality and scalability to applications. With the authors' expert instruction and the reusable components on the companion CD, you can optimize your time creating *solutions*—and spend less time coding.

- Gain a conceptual understanding of object-oriented programming and COM in Visual Basic 6.0
- Work with the latest COM design techniques in Visual Basic, exploiting its seamless integration with Web and database tools such as Universal Data Access
- Design advanced ActiveX controls and Active documents for distributable solutions
- Use Microsoft Transaction Server to bring rich, run-time scalability to applications
- Deploy components and applications with Microsoft Internet Information Server and Active Server Pages

Master the techniques inside PROGRAMMING COMPONENTS WITH MICROSOFT VISUAL BASIC 6.0, SECOND EDITION, to rapidly assemble both client-side and server-side components—the building blocks of robust enterprise solutions.

PROGRAMMING COMPONENTS WITH MICROSOFT VISUAL BASIC 6.0, SECOND EDITION, is a completely updated revision of *Active Visual Basic 5.0.*

**Included on CD-ROM!**
**Samples, software, and documentation to boost your productivity, including:**

- Source code and sample components
- Official COM/DCOM specifications
- Microsoft Internet Explorer 4.0

**About the Authors:**

**Guy Eddon** is a freelance developer, lecturer, and author specializing in COM, DCOM, and Visual Basic. **Henry Eddon** is responsible for component architecture design at United Parcel Service. Together, they've written extensively about distributed computing in leading publications such as *Microsoft Systems Journal* and they've coauthored *Active Visual Basic 5.0* and *Inside Distributed COM*, from Microsoft Press.

**Microsoft Programming Series. Single-volume explorations of developer tools and technologies.**
***Inside*** series: Definitive coverage of essential Microsoft developer technologies. ***Programming*** series: Comprehensive treatment of professional-level software design tools. ***Workshop*** series: Reusable solutions and explanations for mastering product features and uses. ***Designing*** series: Architectural knowledge and techniques for successful application design.
To learn more about Microsoft Press, go to **mspress.microsoft.com**

U.S.A. $44.99
U.K. [illegible]
Canada $64.99
(Recommended)

***Programming/Microsoft Visual Basic***

JC
097-0002357

7 90145 19666 8

PROG COMPONENTS WITH MS $22.50
2320040808304 EDDON, GUY USED 10
POWELL'S 04 LANG-VB 2

Microsoft Press

# EXHIBIT H

Microsoft Windows NT Windows 95

CD-ROM Included

# Active Visual Basic® 5.0

**Covers Microsoft® Visual Basic Control Creation Edition!**



Activate the Internet! Your complete guide to developing:

- ActiveX™ Components
- ActiveX and Internet Controls
- ActiveX Documents
- Active Server Pages

Microsoft® Press

# Preface

This book is written for everyone interested in learning about ActiveX programming in Visual Basic 5. We worked hard to make this a great book. We hope you read it, enjoy it, and learn a lot from it.

Crusading against the approach of making technologies such as ActiveX and Visual Basic seem difficult to learn, we attempted to write a lucid text, even if by doing so we open ourselves to criticism for being too easy or introductory. It is a criticism we are prepared to accept.

In most chapters, interspersed with the text are numerous exercises that enable you to experiment with the various concepts presented in the text. If the exercises seem simple to do, it is because we worded them to make them seem that way. There is no point in complex, lengthy exercises that discourage the learner from trying them. The accompanying CD contains solutions to all the exercises.

In writing this book, we are indebted to many others. We thank the people at Microsoft Press, including Eric Stroo, who entrusted us with the project and provided moral support in times of need; Ron Lamb, who oversaw the project through to this conclusion; Roslyn Lutsch, who edited the manuscript for technical accuracy with a keen eye and good sensibilities; and William Teel, who was instrumental in arranging for the screen captures you see sprinkled throughout the text. Thanks also to William Vaughn, who answered questions we had on the database features of Visual Basic, especially in regard to the direction in which the technology is heading; Leo Artalejo, who explained the importance of Active Server Pages; Gretchen Bilson, for not giving up in desperation on our prose and for bringing it time and again into a form fitting for *Microsoft Systems Journal*; Eric Maffei; Joanne Steinhart; Laura Euler; Joshua Trupin; Dave Edson; and the rest of the gang at *Microsoft Systems Journal* and *Microsoft Interactive Developer*.

Thanks to our family and friends; without their support and understanding, this project would never have been possible. Readers who want to contact us should send e-mail to guyeddon@msn.com.

In addition to the preceding acknowledgments, Guy offers the following further acknowledgments.

Thanks to the people at Learning Tree International, who provided so many opportunities for growth over the last several years. Learning Tree International is a leading worldwide provider of instructor-led information technology training with offices and training centers in the U.S., Canada, the U.K., France, Sweden, and the Pacific Rim. Contact Learning Tree at *http://www.learningtree.com* and 800-THE-TREE in the U.S. Thanks also to Rick Adamson, for the opportunity to create my first course; John Moriarty and Francesco Zamboni, who have been a lot of fun to work with; Nancy Harrison, who put up with my crazy schedule while this book was being written; Sean Smith, who was an anchor in the overcast city of London and who was there to provide a levelheaded view of things when it was needed;

David Solomon, founder of Expert Seminars; Kim Crouse, for getting me started with Boston University's WinDev conference; Peg Bennett and Mary Beth Larocque, for continuing to invite me to WinDev, a great place to meet interesting people and learn about exciting new Windows technologies; Jeffrey Richter, for making WinDev a great place to learn and teach; Don Box, founder of Developmentor, for enlightening me to the joys of DCOM and early retirement; John Butler, for the good company; Ron Burk and Martha Masinton, at *Windows Developer's Journal*, who published my first article—as I recall it had something to do with DOS and OS/2; Berney Williams and Robert Ward at R&D Books, who published my first book, *RPC for NT;* William Adams; David Barkely; Jamie Biedleman; Roy Busdiecker; Jay Chapman; Ruth Dordick; Lonergan Harrington; Peter Hildebrandt; Lynnda Israelsson; Andrew Jablonski; Bill Kyle; Brendan Machado; Ulf Malmstroem; John Page; Mike Rothberg; John Rutkai; Martin Shinn; and Carl Wagar. And finally, I thank my mother for her thoughtfully phrased insights into my mental abilities that kept me working to the joyous end.

Henry offers these additional acknowledgments.

Thanks to John Nallin and Dudley Land, of the United Parcel Service, executives who over the years have consistently embraced and applied new technologies; Phil Nardomarino, who oversaw the first release of the MaxiShip system; Laynglyn Capers, who gave the go-ahead for MaxiTrac for Windows; Dawson Wood, who knew how to set the requirements for GroundTrack and entrusted us with the job; and Mark Hadlock of UPS Public Relations for his support and guidance. UPS can be reached at *http://www.ups.com*.

*March 1997*



# Active Visual Basic® 5.0

## Visual Basic takes you where the Internet action is!

A valuable, practical alternative to learning new programming languages and tools, ACTIVE VISUAL BASIC 5.0 shows you how to take advantage of your existing knowledge of Visual Basic to create new Internet-enabled applications and interactive Web content.

Beginning with a technical overview of the Internet and the Internet-related capabilities of Visual Basic, ACTIVE VISUAL BASIC 5.0 covers:

- ActiveX™ and COM
- Fundamentals of object-oriented programming in Visual Basic
- Procedures for creating ActiveX components and controls
- Design tips for advanced ActiveX controls
- Developing Internet servers
- How to use ActiveX data components
- Creating active server pages
- Using the ODBC API

**The companion CD is loaded with tools, documentation for ActiveX development, and all the source code needed to complete the exercises in the book:**

- Visual Basic Control Creation Edition
- ActiveX Software Development Kit
- Active server pages
- ActiveX Control Pad (ACP) and the Design-Time Control SDK, an exciting superset of the ACP
- Microsoft® Internet Explorer 3.01
- Sample ActiveX controls, such as the IntelliMouse™ control that lets you access the wheel control on Microsoft's new IntelliMouse
- Script Debugger for Microsoft Internet Explorer

### About the Authors:

Guy Eddon is a freelance programmer/analyst, seminar leader, and writer living in Fair Lawn, New Jersey. He has attained Microsoft certification in Windows NT® and is a frequent contributor to *Microsoft Systems Journal*. His programming clients have included Dun & Bradstreet, NYNEX, and Donovan Data Systems. His father and coauthor, Henry Eddon, works as a development manager for UPS, where his most recent project was a system for worldwide package tracking.

*Internet Programming/Microsoft Visual Basic*

7 90145 15121 6

**U.S.A. $39.99**
U.K. £37.49 [V.A.T. included]
Canada $54.99
[*Recommended*]

Microsoft Press

ISBN 1-57231-512-1
90000
9 781572 315129

# EXHIBIT I

MICROSOFT® PROGRAMMING SERIES

Windows

Microsoft®

CD-ROM Included

# Inside COM+ Base Services

**Get Ready for Windows® 2000**

Features information to help you develop and deploy applications for Windows 2000



**Unleash the power of COM+ in the enterprise!**

**Guy Eddon**
**Henry Eddon**



# PREFACE

COM+ is not a radical departure from COM—it is the next stage of evolution of the COM programming model. COM was originally designed as a minimalist's component architecture. With the advent of the three-tier programming model, applications have become more complex. To help developers who work in this new world, COM+ offers a richer set of services than was available in COM. These services evolved from the technology previously known as Microsoft Transaction Server (MTS) and include features such as automatic transactions, role-based security, load balancing, object pooling, queued components, the in-memory database, and an external publish-and-subscribe event model.

COM+ offers many powerful and useful run-time services that save you the effort of building similar services yourself. While working on this book, we came to realize that it is impossible to explain these services without first explaining the fundamental component model at the heart of COM+. Whether or not you use these services in your components—for some developers, COM+ services offer little advantage[1]—you must understand the fundamental COM+ programming architecture before you can use COM+ effectively.

*Inside COM+ Base Services* describes the fundamental component model at the core of COM+. Once you understand the issues involved in building software components, you'll be able to decide where and how to use the COM+ component services effectively. *Inside COM+ Component Services* (forthcoming from Microsoft Press) covers these services in detail, along with issues involved in building multitier enterprise applications.

In this book, we make two assumptions—that you're interested in learning about COM+ and that you're familiar with a modern programming language such as C++, Microsoft Visual Basic, or Java. One of the central tenets of COM+ is the concept of language neutrality, so we've structured *Inside COM+ Base Services* around that idea. Although you can build COM+ components in a wide variety of development environments, we focus on the most popular trio: C++, Visual Basic, and Java. Visual Basic and Java developers will learn a lot from this book even though these languages hide a large part of the COM+ infrastructure.

1. For example, DirectX, a set of specialized components for graphics programming in Microsoft Windows, does not use any COM+ component services because of its critical performance requirements.

In many cases, we present examples in C++ and then show how components written in higher-level languages can tie into the same functionality. However, you must understand the fundamentals of C++ in order to use many of the sample programs.

Remember the Sojourner rover that roamed the surface of Mars during the summer of 1997? It ran on an 8-bit Intel 80C85 processor containing only 6500 transistors (compared with 5.5 million transistors in a Pentium). It had a radio modem capable of 9600 bps and was powered by solar energy and nonrechargeable lithium D-cell batteries. It was a feat of modern engineering achieved with the most basic components. In a less dramatic way, COM+ is like that—it consists of a fundamental set of ideas that can give rise to some amazingly powerful systems.

## System Requirements for the Companion CD

To run the code on the companion CD, you will need Microsoft Visual Studio 6.0 and Microsoft Windows 98 or Microsoft Windows NT 4.0. (Microsoft Windows 2000 is required for some chapters.)

## Acknowledgments

Thanks to Eric Stroo, our acquisitions editor, for guiding yet another book to a successful conclusion. Mary Kirtland and Saji Abraham of Microsoft Corporation supported us throughout this project by answering many questions. Thanks to Eric Maffei and the rest of the MSJ gang. Thanks to Alice Turner, the project editor; Marc Young, the technical editor; and Ina Chang, the manuscript editor, for their hard work and dedication to this book.

Guy Eddon
Henry Eddon
*http://www.guyeddon.com*

# Inside COM+ Base Services



## See the complete COM+ picture.

The powerful new Microsoft® Windows® Component Object Model (COM+) makes it easy to develop scalable component-based business solutions. INSIDE COM+ BASE SERVICES presents the information you need to take advantage of all the possibilities of COM+. This book presents complete details about the fundamental programming architecture of COM+. It also includes valuable cross-language code samples that you can apply in your applications. From concepts to practical advice, this is the definitive guide to using COM+ in the enterprise. With this book, you'll be able to:

- Understand COM+ fundamentals as they relate to Microsoft Windows 2000 and the Windows Distributed interNet Applications (DNA) Architecture
- Use Interface Definition Language to create type libraries
- Build clients and components in C++, Microsoft Visual Basic®, and Java
- Understand threads and apartments
- Develop standard and custom marshaling routines
- Call methods that execute asynchronously
- Build objects that can persist their state

**Included on CD-ROM!**

Samples, software, and documentation that help you accomplish more, including:

- C++, Visual Basic, and Java samples that demonstrate topics discussed in the book
- A fully searchable electronic version of the book

*For **System Requirements**, see the book's Preface.*

**About the Authors**

**Guy Eddon** is a freelance developer, lecturer, and author specializing in distributed component-based systems. **Henry Eddon** is responsible for component architecture design at UPS. They have written extensively on distributed computing for leading journals, including *Microsoft Systems Journal*, and most recently they authored *Programming Components with Microsoft Visual Basic 6.0* for Microsoft Press. INSIDE COM+ BASE SERVICES is the updated version of *Inside Distributed COM.*





**Get a succinct, entertaining overview of COM+ and its role in enterprise development.**

*Understanding COM+*
*ISBN 0-7356-0666-8*

*Look for* Inside COM+ Component Services, *also by Guy and Henry Eddon, due spring 2000.*

To learn more about Microsoft Press® titles, go to: **mspress.microsoft.com**


U.S.A. [illegible]
U.K. [illegible]6.99 [illegible]
Canada $74.99
(Recommended)

*Programming/Microsoft Windows*

7 90145 07281 8

INSIDE COM+ & BASE SERVI $25.00
2320041200442 EDDON, GUY USED 10[illegible]
POWELL'S 04 WIN-WIN32 PROG 3

Microsoft®

# EXHIBIT J

Designed for Microsoft® Windows NT® Windows® 95

**Microsoft® Programming Series**

CD-ROM Included

Includes Distributed COM for Microsoft® Windows® 95

# Inside Distributed COM

- **Learn Distributed COM from the ground up**
- **Build clients and components in C++, Visual Basic®, and Java**
- **Master COM threading models and security**
- **Design components for Microsoft Transaction Server**



**Guy Eddon**
**Henry Eddon**
Foreword by Jeffrey Richter

Microsoft® Press

# Preface

In this book, we make two assumptions—you are interested in learning about the Component Object Model (COM), and you are already familiar with a modern programming language such as C++, Microsoft Visual Basic, or Java. One of the central tenets of COM is the concept of language independence, and we have structured *Inside Distributed COM* in support of that idea. Although COM-based components can be built in a wide variety of development environments, we focus on the most popular trio: C++, Visual Basic, and Java. With this approach, we definitely part ways with the prevailing practice among the COM cognoscenti, for whom only C++ will do. Visual Basic and Java developers will learn a lot from this book, even though these languages hide a large part of the COM infrastructure. In many cases, we present examples in C++ and then show how components written in higher-level languages can tie into the same functionality. However, you must understand the fundamentals of C++ in order to utilize many of the sample programs.

When we were writing this book, we debated whether the C++ examples should use MFC (Microsoft Foundation Classes) or ATL (Active Template Library). We eventually decided to use neither, the logic being that even though class and template libraries will come and go, COM is here to stay. Also, a class library can hide some of the important details of COM. Once you understand the fundamental infrastructure and richness of COM, using a class library will not be difficult to acquire. Thus, we do not assume that you know OLE, ActiveX, ATL, MFC, the Win32 API, or any one of a myriad of other related technologies. Although proficiency in these areas (especially some knowledge of the Win32 API) might prove useful to you during the learning process, it is not a prerequisite.

Before you proceed with us on this journey, we would like to get something off our chests—this is a COM book. Distributed COM (DCOM) fulfills the promise of location transparency that has been part of COM since its very beginning. Throughout most of this book, we refer simply to COM. The occasional references to DCOM occur when we discuss the remoting features of COM specifically.

Case 1:03-cv-00440-S-DLM Document 194-11 Filed 05/11/2007 Page 4 of 6



As we were preparing material, we were reminded of that really old joke in which a patient in a dentist's chair is afraid to open his mouth. The patient asks the dentist if the work can be done through his nose. The dentist replies that yes, it can, it just takes longer that way. When you program distributed components with COM, you will find that there are many ways to accomplish the same goal; some are just easier than others. For example, there is an easy way to build a type library and a difficult one. There is an easy way to marshal interface pointers and a difficult one. There is an easy way to implement Automation and, you guessed it, a difficult one. In short, if you take the time to learn the rules and idioms of COM, we think you'll find it quite easy. Otherwise, you can still do the same thing—it will just take longer. Sure, you will find some messy parts here and there, but on the whole, we think you will find COM a flexible and pragmatic platform on which to base the development of distributed component-based systems.

Remember the Sojourner rover roaming the surface of Mars during the summer of 1997? It ran on an 8-bit Intel 80C85 processor containing only 6500 transistors (compared with 5.5 million transistors in the Pentium sitting on your desk). It had a radio modem capable of 9600 BPS and was powered by solar energy and nonrechargeable lithium D-cell batteries. It was a feat of modern engineering achieved with the most basic components. In a less dramatic way, COM is like that—it consists of a fundamental set of ideas giving rise to some amazingly powerful systems.

Thanks to Eric Stroo, our acquisitions editor, for guiding yet another book to a successful conclusion. Patricia Wagner, the project editor, Jennifer Harris, the manuscript editor, Robert Lyon and Jean Ross, the technical editors, and copy editor/proofreader Richard Carey deserve our profound gratitude for making our prose more concise and correct. Thanks also go to compositor Paul Vautier for making this look like an actual book and artist Michael Victor for the illustrations. Mark Ryland, Charlie Kindel, Mary Kirtland, and Saji Abraham of Microsoft Corporation supported us throughout this project by answering many questions. (We hope that this small token of gratitude will earn us some brownie points for future questions.) Mike Nelson deserves special mention for taking the time to answer questions about the COM security model and for providing us with late-breaking information on the DCOM specification. Thanks to Eric Maffei, Joanne Steinhart, Joe Flanigen, and the rest of the MSJ gang. (Hey, do we get a column now?) Thanks to David Barkley for the good company and thoughtful insights into what people really want to learn. And thanks to the people at Learning Tree International, who have provided so many opportunities for growth over the last several years.

Case 1:03-cv-00440-S-DLM Document 194-11 Filed 05/11/2007 Page 5 of 6



Positive comments on the book (and slight errors found) may be sent to the e-mail address below. Even though we can't guarantee a response to every question, we certainly try to reply—especially when we know the answer! We are occasionally available for short term consulting assignments; in the subject field of your message, please put the words "High-priced consulting."

Guy Eddon
Henry Eddon
IUnknown, NJ
guyeddon@msn.com

# Inside Distributed COM



## Unleash the power of multiple-computer processing!

With Microsoft's Distributed Component Object Model (DCOM), developers can create powerful new multitier business solutions and distributed applications. INSIDE DISTRIBUTED COM presents the information you need to get a coherent picture of DCOM and to tap its full power. Inside you'll find a strong conceptual blueprint of DCOM and related technologies, combined with valuable cross-language coding samples. INSIDE DISTRIBUTED COM is your key to:

- Understanding COM and DCOM fundamentals
- Creating and using type libraries
- Building clients and components in C++, Visual Basic®, and Java
- Understanding threading models
- Using *IDispatch* and building Automation clients
- Creating connectable objects that can fire events
- Running components remotely and securely
- Developing standard and custom marshaling routines
- Understanding Interface Definition Language concepts
- Designing components for Microsoft® Transaction Server

From concepts to practical programming samples, this is the definitive guide to DCOM. Unleash the full potential of this powerful technology with INSIDE DISTRIBUTED COM.

**Included on CD-ROM!**

**Samples, software, and documentation that help you accomplish more, including:**

- C++, Visual Basic, and Java samples that demonstrate all topics discussed in the book
- DCOM for Windows® 95 version 1.1 and DCOM Configuration Utility version 1.1
- Microsoft SDK for Java version 2.01
- Microsoft Internet Explorer 4.01
- Official COM and DCOM specifications

**About the Authors**

**Guy Eddon** is a freelance developer, lecturer, and author specializing in distributed component–based systems. **Henry Eddon** is responsible for component architecture design at UPS. They have written extensively about distributed computing for leading journals, including *Microsoft Systems Journal*, and most recently they coauthored *Active Visual Basic 5.0* for Microsoft Press.

**Microsoft Programming Series. Vital resources for making great software.**

***Inside*** titles: Inside information on the hows and whys of software design. ***Programming*** titles: *The* shop manuals for professionals. ***Workshop*** titles: Working toolkits with code on CD-ROM. ***Active*** titles: Make dazzling Web sites using active Web technologies and Microsoft's Visual tools.

To learn more about Microsoft Press, go to **mspress.microsoft.com**

**U.S.A. $44.99**
U.K. 41.99
Canada $64.99

ISBN 1-57231-849-X

90000

7 90145 18490 0

9 781572 318496

Microsoft® Press

# EXHIBIT K

---

TX-4-506-494 (COHM)

| | |
|---|---|
| Title: | Active Visual Basic 5.0 / Guy Eddon, Henry Eddon. |
| Imprint: | Redmond, WA : Microsoft Press, c1997. |
| Description: | CD-ROM & user's manual. |
| Note: | Printout also deposited. |
| Claimant: | Microsoft Press, a division of Microsoft Corporation |
| Created: | 1997 |
| Published: | 9Apr97 |
| Registered: | 24Jul97 |
| Special Codes: | 3/C/L |

---

TX-4-733-061 (COHM)

| | |
|---|---|
| Title: | Inside distributed COM / Guy Eddon, Henry Eddon. |
| Imprint: | Redmond, WA : Microsoft Press, c1998. |
| Description: | 552 p. & CD-ROM. |
| Note: | Printout also deposited. |
| Claimant: | Microsoft Press, a division of Microsoft Corporation |
| Created: | 1998 |
| Published: | 18Mar98 |
| Registered: | 20Jul98 |
| Special Codes: | 1/C |

# EXHIBIT L

By breaking the seal on this disk pack,
you accept the terms of the Microsoft License
Agreement(s) included in this book.

If you do not agree to these terms, please
return the book and all the disk packs, unopened,
along with the rest of the package contents,
to Microsoft Press.




1.


By breaking the seal on this disk pack,
you accept the terms of the Microsoft License
Agreement(s) included in this book.
If you do not agree to these terms, please
return the book and all the disk packs, unopened,
along with the rest of the package contents,
to Microsoft Press.
Press

2.

By breaking the seal on this disk pack, you accept the terms of the Microsoft License Agreement included in this book.

If you do not agree to these terms, please return the book and all the disk packs, unopened, along with the rest of the package contents, to Microsoft Press.




3.

# EXHIBIT M

MICROSOFT® PROGRAMMING SERIES

Microsoft®

Windows

CD-ROM Included

# Inside COM+ Base Services

**Get Ready for Windows® 2000**

**Features information to help you develop and deploy applications for Windows 2000**

Unleash the power of COM+ in the enterprise!



**Guy Eddon**
**Henry Eddon**

# MICROSOFT LICENSE AGREEMENT

Book Companion CD

**IMPORTANT—READ CAREFULLY:** This Microsoft End-User License Agreement ("EULA") is a legal agreement between you (either an individual or an entity) and Microsoft Corporation for the Microsoft product identified above, which includes computer software and may include associated media, printed materials, and "on-line" or electronic documentation ("SOFTWARE PRODUCT"). Any component included within the SOFTWARE PRODUCT that is accompanied by a separate End-User License Agreement shall be governed by such agreement and not the terms set forth below. By installing, copying, or otherwise using the SOFTWARE PRODUCT, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, you are not authorized to install, copy, or otherwise use the SOFTWARE PRODUCT; you may, however, return the SOFTWARE PRODUCT, along with all printed materials and other items that form a part of the Microsoft product that includes the SOFTWARE PRODUCT, to the place you obtained them for a full refund.

## SOFTWARE PRODUCT LICENSE

The SOFTWARE PRODUCT is protected by United States copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The SOFTWARE PRODUCT is licensed, not sold.

1. **GRANT OF LICENSE.** This EULA grants you the following rights:

   a. **Software Product.** You may install and use one copy of the SOFTWARE PRODUCT on a single computer. The primary user of the computer on which the SOFTWARE PRODUCT is installed may make a second copy for his or her exclusive use on a portable computer.

   b. **Storage/Network Use.** You may also store or install a copy of the SOFTWARE PRODUCT on a storage device, such as a network server, used only to install or run the SOFTWARE PRODUCT on your other computers over an internal network; however, you must acquire and dedicate a license for each separate computer on which the SOFTWARE PRODUCT is installed or run from the storage device. A license for the SOFTWARE PRODUCT may not be shared or used concurrently on different computers.

   c. **License Pak.** If you have acquired this EULA in a Microsoft License Pak, you may make the number of additional copies of the computer software portion of the SOFTWARE PRODUCT authorized on the printed copy of this EULA, and you may use each copy in the manner specified above. You are also entitled to make a corresponding number of secondary copies for portable computer use as specified above.

   d. **Sample Code.** Solely with respect to portions, if any, of the SOFTWARE PRODUCT that are identified within the SOFTWARE PRODUCT as sample code (the "SAMPLE CODE"):

      i. **Use and Modification.** Microsoft grants you the right to use and modify the source code version of the SAMPLE CODE, *provided* you comply with subsection (d)(iii) below. You may not distribute the SAMPLE CODE, or any modified version of the SAMPLE CODE, in source code form.

      ii. **Redistributable Files.** Provided you comply with subsection (d)(iii) below, Microsoft grants you a nonexclusive, royalty-free right to reproduce and distribute the object code version of the SAMPLE CODE and of any modified SAMPLE CODE, other than SAMPLE CODE (or any modified version thereof) designated as not redistributable in the Readme file that forms a part of the SOFTWARE PRODUCT (the "Non-Redistributable Sample Code"). All SAMPLE CODE other than the Non-Redistributable Sample Code is collectively referred to as the "REDISTRIBUTABLES."

      iii. **Redistribution Requirements.** If you redistribute the REDISTRIBUTABLES, you agree to: (i) distribute the REDISTRIBUTABLES in object code form only in conjunction with and as a part of your software application product; (ii) not use Microsoft's name, logo, or trademarks to market your software application product; (iii) include a valid copyright notice on your software application product; (iv) indemnify, hold harmless, and defend Microsoft from and against any claims or lawsuits, including attorney's fees, that arise or result from the use or distribution of your software application product; and (v) not permit further distribution of the REDISTRIBUTABLES by your end user. Contact Microsoft for the applicable royalties due and other licensing terms for all other uses and/or distribution of the REDISTRIBUTABLES.

2. **DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS.**

   - **Limitations on Reverse Engineering, Decompilation, and Disassembly.** You may not reverse engineer, decompile, or disassemble the SOFTWARE PRODUCT, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.
   - **Separation of Components.** The SOFTWARE PRODUCT is licensed as a single product. Its component parts may not be separated for use on more than one computer.
   - **Rental.** You may not rent, lease, or lend the SOFTWARE PRODUCT.
   - **Support Services.** Microsoft may, but is not obligated to, provide you with support services related to the SOFTWARE PRODUCT ("Support Services"). Use of Support Services is governed by the Microsoft policies and programs described in the user manual, in "on-line" documentation, and/or in other Microsoft-provided materials. Any supplemental software code provided to you as part of the Support Services shall be considered part of the SOFTWARE PRODUCT and subject to the terms and conditions of this EULA. With respect to technical information you provide to Microsoft as part of the Support Services, Microsoft may use such information for its business purposes, including for product support and development. Microsoft will not utilize such technical information in a form that personally identifies you.

- **Software Transfer.** You may permanently transfer all of your rights under this EULA, provided you retain no copies, you transfer all of the SOFTWARE PRODUCT (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity), **and** the recipient agrees to the terms of this EULA.
- **Termination.** Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the SOFTWARE PRODUCT and all of its component parts.

3. **COPYRIGHT.** All title and copyrights in and to the SOFTWARE PRODUCT (including but not limited to any images, photographs, animations, video, audio, music, text, SAMPLE CODE, REDISTRIBUTABLES, and "applets" incorporated into the SOFTWARE PRODUCT) and any copies of the SOFTWARE PRODUCT are owned by Microsoft or its suppliers. The SOFTWARE PRODUCT is protected by copyright laws and international treaty provisions. Therefore, you must treat the SOFTWARE PRODUCT like any other copyrighted material **except** that you may install the SOFTWARE PRODUCT on a single computer provided you keep the original solely for backup or archival purposes. You may not copy the printed materials accompanying the SOFTWARE PRODUCT.
4. **U.S. GOVERNMENT RESTRICTED RIGHTS.** The SOFTWARE PRODUCT and documentation are provided with RESTRICTED RIGHTS. Use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c)(1) and (2) of the Commercial Computer Software—Restricted Rights at 48 CFR 52.227-19, as applicable. Manufacturer is Microsoft Corporation/One Microsoft Way/Redmond, WA 98052-6399.
5. **EXPORT RESTRICTIONS.** You agree that you will not export or re-export the SOFTWARE PRODUCT, any part thereof, or any process or service that is the direct product of the SOFTWARE PRODUCT (the foregoing collectively referred to as the "Restricted Components"), to any country, person, entity, or end user subject to U.S. export restrictions. You specifically agree not to export or re-export any of the Restricted Components (i) to any country to which the U.S. has embargoed or restricted the export of goods or services, which currently include, but are not necessarily limited to, Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria, or to any national of any such country, wherever located, who intends to transmit or transport the Restricted Components back to such country; (ii) to any end user who you know or have reason to know will utilize the Restricted Components in the design, development, or production of nuclear, chemical, or biological weapons; or (iii) to any end user who has been prohibited from participating in U.S. export transactions by any federal agency of the U.S. government. You warrant and represent that neither the BXA nor any other U.S. federal agency has suspended, revoked, or denied your export privileges.
6. **NOTE ON JAVA SUPPORT.** THE SOFTWARE PRODUCT MAY CONTAIN SUPPORT FOR PROGRAMS WRITTEN IN JAVA. JAVA TECHNOLOGY IS NOT FAULT TOLERANT AND IS NOT DESIGNED, MANUFACTURED, OR INTENDED FOR USE OR RESALE AS ON-LINE CONTROL EQUIPMENT IN HAZARDOUS ENVIRONMENTS REQUIRING FAIL-SAFE PERFORMANCE, SUCH AS IN THE OPERATION OF NUCLEAR FACILITIES, AIRCRAFT NAVIGATION OR COMMUNICATION SYSTEMS, AIR TRAFFIC CONTROL, DIRECT LIFE SUPPORT MACHINES, OR WEAPONS SYSTEMS, IN WHICH THE FAILURE OF JAVA TECHNOLOGY COULD LEAD DIRECTLY TO DEATH, PERSONAL INJURY, OR SEVERE PHYSICAL OR ENVIRONMENTAL DAMAGE. SUN MICROSYSTEMS, INC. HAS CONTRACTUALLY OBLIGATED MICROSOFT TO MAKE THIS DISCLAIMER.

## DISCLAIMER OF WARRANTY

**NO WARRANTIES OR CONDITIONS.** MICROSOFT EXPRESSLY DISCLAIMS ANY WARRANTY OR CONDITION FOR THE SOFTWARE PRODUCT. THE SOFTWARE PRODUCT AND ANY RELATED DOCUMENTATION ARE PROVIDED "AS IS" WITHOUT WARRANTY OR CONDITION OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. THE ENTIRE RISK ARISING OUT OF USE OR PERFORMANCE OF THE SOFTWARE PRODUCT REMAINS WITH YOU.

**LIMITATION OF LIABILITY.** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE PRODUCT OR THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES, EVEN IF MICROSOFT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, MICROSOFT'S ENTIRE LIABILITY UNDER ANY PROVISION OF THIS EULA SHALL BE LIMITED TO THE GREATER OF THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE PRODUCT OR US$5.00; PROVIDED, HOWEVER, IF YOU HAVE ENTERED INTO A MICROSOFT SUPPORT SERVICES AGREEMENT, MICROSOFT'S ENTIRE LIABILITY REGARDING SUPPORT SERVICES SHALL BE GOVERNED BY THE TERMS OF THAT AGREEMENT. BECAUSE SOME STATES AND JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

## MISCELLANEOUS

This EULA is governed by the laws of the State of Washington USA, except and only to the extent that applicable law mandates governing law of a different jurisdiction.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please contact the Microsoft subsidiary serving your country, or write: Microsoft Sales Information Center/One Microsoft Way/Redmond, WA 98052-6399.

PN 097-0002297

# EXHIBIT N

Designed for Microsoft® Windows NT® Windows®98

CD-ROM Included

Microsoft® Programming Series

FOR ENTERPRISE DEVELOPERS

# Programming Components with Microsoft® Visual Basic® 6.0 Second Edition

Build scalable distributed enterprise solutions with Visual Basic and COM



Guy Eddon
Henry Eddon

Microsoft Press

# MICROSOFT LICENSE AGREEMENT

**(Programming Components with Microsoft Visual Basic 6.0 - Book Companion CD)**

**IMPORTANT—READ CAREFULLY: This Microsoft End-User License Agreement ("EULA") is a legal agreement between you (either an individual or an entity) and Microsoft Corporation for the Microsoft product identified above, which includes computer software and may include associated media, printed materials, and "on-line" or electronic documentation ("SOFTWARE PRODUCT"). Any component included within the SOFTWARE PRODUCT that is accompanied by a separate End-User License Agreement shall be governed by such agreement and not the terms set forth below. By installing, copying, or otherwise using the SOFTWARE PRODUCT, you agree to be bound by the terms of this EULA. If you do not agree to the terms of this EULA, you are not authorized to install, copy, or otherwise use the SOFTWARE PRODUCT; you may, however, return the SOFTWARE PRODUCT, along with all printed materials and other items that form a part of the Microsoft product that includes the SOFTWARE PRODUCT, to the place you obtained them for a full refund.**

## SOFTWARE PRODUCT LICENSE

The SOFTWARE PRODUCT is protected by United States copyright laws and international copyright treaties, as well as other intellectual property laws and treaties. The SOFTWARE PRODUCT is licensed, not sold.

1. **GRANT OF LICENSE.** This EULA grants you the following rights:
   a. **Software Product.** You may install and use one copy of the SOFTWARE PRODUCT on a single computer. The primary user of the computer on which the SOFTWARE PRODUCT is installed may make a second copy for his or her exclusive use on a portable computer.
   b. **Storage/Network Use.** You may also store or install a copy of the SOFTWARE PRODUCT on a storage device, such as a network server, used only to install or run the SOFTWARE PRODUCT on your other computers over an internal network; however, you must acquire and dedicate a license for each separate computer on which the SOFTWARE PRODUCT is installed or run from the storage device. A license for the SOFTWARE PRODUCT may not be shared or used concurrently on different computers.
   c. **License Pak.** If you have acquired this EULA in a Microsoft License Pak, you may make the number of additional copies of the computer software portion of the SOFTWARE PRODUCT authorized on the printed copy of this EULA, and you may use each copy in the manner specified above. You are also entitled to make a corresponding number of secondary copies for portable computer use as specified above.
   d. **Sample Code.** Solely with respect to portions, if any, of the SOFTWARE PRODUCT that are identified within the SOFTWARE PRODUCT as sample code (the "SAMPLE CODE"):
      i. **Use and Modification.** Microsoft grants you the right to use and modify the source code version of the SAMPLE CODE, *provided* you comply with subsection (d)(iii) below. You may not distribute the SAMPLE CODE, or any modified version of the SAMPLE CODE, in source code form.
      ii. **Redistributable Files.** Provided you comply with subsection (d)(iii) below, Microsoft grants you a nonexclusive, royalty-free right to reproduce and distribute the object code version of the SAMPLE CODE and of any modified SAMPLE CODE, other than SAMPLE CODE (or any modified version thereof) designated as not redistributable in the Readme file that forms a part of the SOFTWARE PRODUCT (the "Non-Redistributable Sample Code"). All SAMPLE CODE other than the Non-Redistributable Sample Code is collectively referred to as the "REDISTRIBUTABLES."
      iii. **Redistribution Requirements.** If you redistribute the REDISTRIBUTABLES, you agree to: (i) distribute the REDISTRIBUTABLES in object code form only in conjunction with and as a part of your software application product; (ii) not use Microsoft's name, logo, or trademarks to market your software application product; (iii) include a valid copyright notice on your software application product; (iv) indemnify, hold harmless, and defend Microsoft from and against any claims or lawsuits, including attorney's fees, that arise or result from the use or distribution of your software application product; and (v) not permit further distribution of the REDISTRIBUTABLES by your end user. Contact Microsoft for the applicable royalties due and other licensing terms for all other uses and/or distribution of the REDISTRIBUTABLES.

2. **DESCRIPTION OF OTHER RIGHTS AND LIMITATIONS.**

- **Limitations on Reverse Engineering, Decompilation, and Disassembly.** You may not reverse engineer, decompile, or disassemble the SOFTWARE PRODUCT, except and only to the extent that such activity is expressly permitted by applicable law notwithstanding this limitation.
- **Separation of Components.** The SOFTWARE PRODUCT is licensed as a single product. Its component parts may not be separated for use on more than one computer.
- **Rental.** You may not rent, lease, or lend the SOFTWARE PRODUCT.
- **Support Services.** Microsoft may, but is not obligated to, provide you with support services related to the SOFTWARE PRODUCT ("Support Services"). Use of Support Services is governed by the Microsoft policies and programs described in the user manual, in "on-line" documentation, and/or in other Microsoft-provided materials. Any supplemental software code provided to you as part of the Support Services shall be considered part of the SOFTWARE PRODUCT and subject to the terms and conditions of this EULA. With respect to technical information you provide to Microsoft as part of the Support Services, Microsoft may use such information for its business purposes, including for product support and development. Microsoft will not utilize such technical information in a form that personally identifies you.

S
nline
ress

- **Software Transfer.** You may permanently transfer all of your rights under this EULA, provided you retain no copies, you transfer all of the SOFTWARE PRODUCT (including all component parts, the media and printed materials, any upgrades, this EULA, and, if applicable, the Certificate of Authenticity), **and** the recipient agrees to the terms of this EULA.
- **Termination.** Without prejudice to any other rights, Microsoft may terminate this EULA if you fail to comply with the terms and conditions of this EULA. In such event, you must destroy all copies of the SOFTWARE PRODUCT and all of its component parts.

3. **COPYRIGHT.** All title and copyrights in and to the SOFTWARE PRODUCT (including but not limited to any images, photographs, animations, video, audio, music, text, SAMPLE CODE, REDISTRIBUTABLES, and "applets" incorporated into the SOFTWARE PRODUCT) and any copies of the SOFTWARE PRODUCT are owned by Microsoft or its suppliers. The SOFTWARE PRODUCT is protected by copyright laws and international treaty provisions. Therefore, you must treat the SOFTWARE PRODUCT like any other copyrighted material **except** that you may install the SOFTWARE PRODUCT on a single computer provided you keep the original solely for backup or archival purposes. You may not copy the printed materials accompanying the SOFTWARE PRODUCT.
4. **U.S. GOVERNMENT RESTRICTED RIGHTS.** The SOFTWARE PRODUCT and documentation are provided with RESTRICTED RIGHTS. Use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of the Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c)(1) and (2) of the Commercial Computer Software—Restricted Rights at 48 CFR 52.227-19, as applicable. Manufacturer is Microsoft Corporation/One Microsoft Way/Redmond, WA 98052-6399.
5. **EXPORT RESTRICTIONS.** You agree that you will not export or re-export the SOFTWARE PRODUCT, any part thereof, or any process or service that is the direct product of the SOFTWARE PRODUCT (the foregoing collectively referred to as the "Restricted Components"), to any country, person, entity, or end user subject to U.S. export restrictions. You specifically agree not to export or re-export any of the Restricted Components (i) to any country to which the U.S. has embargoed or restricted the export of goods or services, which currently include, but are not necessarily limited to, Cuba, Iran, Iraq, Libya, North Korea, Sudan, and Syria, or to any national of any such country, wherever located, who intends to transmit or transport the Restricted Components back to such country; (ii) to any end user who you know or have reason to know will utilize the Restricted Components in the design, development, or production of nuclear, chemical, or biological weapons; or (iii) to any end user who has been prohibited from participating in U.S. export transactions by any federal agency of the U.S. government. You warrant and represent that neither the BXA nor any other U.S. federal agency has suspended, revoked, or denied your export privileges.
6. **NOTE ON JAVA SUPPORT.** THE SOFTWARE PRODUCT MAY CONTAIN SUPPORT FOR PROGRAMS WRITTEN IN JAVA. JAVA TECHNOLOGY IS NOT FAULT TOLERANT AND IS NOT DESIGNED, MANUFACTURED, OR INTENDED FOR USE OR RESALE AS ON-LINE CONTROL EQUIPMENT IN HAZARDOUS ENVIRONMENTS REQUIRING FAIL-SAFE PERFORMANCE, SUCH AS IN THE OPERATION OF NUCLEAR FACILITIES, AIRCRAFT NAVIGATION OR COMMUNICATION SYSTEMS, AIR TRAFFIC CONTROL, DIRECT LIFE SUPPORT MACHINES, OR WEAPONS SYSTEMS, IN WHICH THE FAILURE OF JAVA TECHNOLOGY COULD LEAD DIRECTLY TO DEATH, PERSONAL INJURY, OR SEVERE PHYSICAL OR ENVIRONMENTAL DAMAGE.

## DISCLAIMER OF WARRANTY

**NO WARRANTIES OR CONDITIONS.** MICROSOFT EXPRESSLY DISCLAIMS ANY WARRANTY OR CONDITION FOR THE SOFTWARE PRODUCT. THE SOFTWARE PRODUCT AND ANY RELATED DOCUMENTATION IS PROVIDED "AS IS" WITHOUT WARRANTY OR CONDITION OF ANY KIND, EITHER EXPRESS OR IMPLIED, INCLUDING, WITHOUT LIMITATION, THE IMPLIED WARRANTIES OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE, OR NONINFRINGEMENT. THE ENTIRE RISK ARISING OUT OF USE OR PERFORMANCE OF THE SOFTWARE PRODUCT REMAINS WITH YOU.

**LIMITATION OF LIABILITY.** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, IN NO EVENT SHALL MICROSOFT OR ITS SUPPLIERS BE LIABLE FOR ANY SPECIAL, INCIDENTAL, INDIRECT, OR CONSEQUENTIAL DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR ANY OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE PRODUCT OR THE PROVISION OF OR FAILURE TO PROVIDE SUPPORT SERVICES, EVEN IF MICROSOFT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. IN ANY CASE, MICROSOFT'S ENTIRE LIABILITY UNDER ANY PROVISION OF THIS EULA SHALL BE LIMITED TO THE GREATER OF THE AMOUNT ACTUALLY PAID BY YOU FOR THE SOFTWARE PRODUCT OR US$5.00; PROVIDED, HOWEVER, IF YOU HAVE ENTERED INTO A MICROSOFT SUPPORT SERVICES AGREEMENT, MICROSOFT'S ENTIRE LIABILITY REGARDING SUPPORT SERVICES SHALL BE GOVERNED BY THE TERMS OF THAT AGREEMENT. BECAUSE SOME STATES AND JURISDICTIONS DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.

## MISCELLANEOUS

This EULA is governed by the laws of the State of Washington USA, except and only to the extent that applicable law mandates governing law of a different jurisdiction.

Should you have any questions concerning this EULA, or if you desire to contact Microsoft for any reason, please contact the Microsoft subsidiary serving your country, or write: Microsoft Sales Information Center/One Microsoft Way/ Redmond, WA 98052-6399.

# EXHIBIT O

Designed for Microsoft Windows NT Windows 95

CD-ROM Included

# Active Visual Basic® 5.0

Microsoft Programming Series

**Covers Microsoft® Visual Basic Control Creation Edition!**



Activate the Internet! Your complete guide to developing:

- ActiveX™ Components
- ActiveX and Internet Controls
- ActiveX Documents
- Active Server Pages

Guy Eddon
Henry Eddon

Microsoft® Press

**IMPORTANT—READ CAREFULLY BEFORE OPENING SOFTWARE PACKET(S).** By opening the sealed packet(s) containing the software, you indicate your acceptance of the following Microsoft License Agreement.

# *MICROSOFT LICENSE AGREEMENT*

(Book Companion CD)

This is a legal agreement between you (either an individual or an entity) and Microsoft Corporation. By opening the sealed software packet(s) you are agreeing to be bound by the terms of this agreement. If you do not agree to the terms of this agreement, promptly return the unopened software packet(s) and any accompanying written materials to the place you obtained them for a full refund.

**MICROSOFT SOFTWARE LICENSE**

**1. GRANT OF LICENSE.** Microsoft grants to you the right to use one copy of the Microsoft software program included with this book (the "SOFTWARE") on a single terminal connected to a single computer. The SOFTWARE is in "use" on a computer when it is loaded into the temporary memory (i.e., RAM) or installed into the permanent memory (e.g., hard disk, CD-ROM, or other storage device) of that computer. You may not network the SOFTWARE or otherwise use it on more than one computer or computer terminal at the same time.

**2. COPYRIGHT.** The SOFTWARE is owned by Microsoft or its suppliers and is protected by United States copyright laws and international treaty provisions. Therefore, you must treat the SOFTWARE like any other copyrighted material (e.g., a book or musical recording) except that you may either (a) make one copy of the SOFTWARE solely for backup or archival purposes, or (b) transfer the SOFTWARE to a single hard disk provided you keep the original solely for backup or archival purposes. You may not copy the written materials accompanying the SOFTWARE.

**3. OTHER RESTRICTIONS.** You may not rent or lease the SOFTWARE, but you may transfer the SOFTWARE and accompanying written materials on a permanent basis provided you retain no copies and the recipient agrees to the terms of this Agreement. You may not reverse engineer, decompile, or disassemble the SOFTWARE. If the SOFTWARE is an update or has been updated, any transfer must include the most recent update and all prior versions.

**4. DUAL MEDIA SOFTWARE.** If the SOFTWARE package contains more than one kind of disk (3.5", 5.25", and CD-ROM), then you may use only the disks appropriate for your single-user computer. You may not use the other disks on another computer or loan, rent, lease, or transfer them to another user except as part of the permanent transfer (as provided above) of all SOFTWARE and written materials.

**5. SAMPLE CODE.** If the SOFTWARE includes Sample Code, then Microsoft grants you a royalty-free right to reproduce and distribute the sample code of the SOFTWARE provided that you: (a) distribute the sample code only in conjunction with and as a part of your software product; (b) do not use Microsoft's or its authors' names, logos, or trademarks to market your software product; (c) include the copyright notice that appears on the SOFTWARE on your product label and as a part of the sign-on message for your software product; and (d) agree to indemnify, hold harmless, and defend Microsoft and its authors from and against any claims or lawsuits, including attorneys' fees, that arise or result from the use or distribution of your software product.

**DISCLAIMER OF WARRANTY**

**The SOFTWARE (including instructions for its use) is provided "AS IS" WITHOUT WARRANTY OF ANY KIND. MICROSOFT FURTHER DISCLAIMS ALL IMPLIED WARRANTIES INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE. THE ENTIRE RISK ARISING OUT OF THE USE OR PERFORMANCE OF THE SOFTWARE AND DOCUMENTATION REMAINS WITH YOU.**

**IN NO EVENT SHALL MICROSOFT, ITS AUTHORS, OR ANYONE ELSE INVOLVED IN THE CREATION, PRODUCTION, OR DELIVERY OF THE SOFTWARE BE LIABLE FOR ANY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE OR DOCUMENTATION, EVEN IF MICROSOFT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. BECAUSE SOME STATES/COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.**

**U.S. GOVERNMENT RESTRICTED RIGHTS**

The SOFTWARE and documentation are provided with RESTRICTED RIGHTS. Use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of The Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c)(1) and (2) of the Commercial Computer Software — Restricted Rights 48 CFR 52.227-19, as applicable. Manufacturer is Microsoft Corporation, One Microsoft Way, Redmond, WA 98052-6399.

If you acquired this product in the United States, this Agreement is governed by the laws of the State of Washington. Should you have any questions concerning this Agreement, or if you desire to contact Microsoft Press for any reason, please write: Microsoft Press, One Microsoft Way, Redmond, WA 98052-6399.

# EXHIBIT P

Designed for Microsoft® Windows NT® Windows® 95

Microsoft® Programming Series

CD-ROM Included

Includes Distributed COM for Microsoft® Windows® 95

# Inside Distributed COM



- Learn Distributed COM from the ground up
- Build clients and components in C++, Visual Basic®, and Java
- Master COM threading models and security
- Design components for Microsoft Transaction Server

Guy Eddon
Henry Eddon

Foreword by Jeffrey Richter

Microsoft Press

**IMPORTANT—READ CAREFULLY BEFORE OPENING SOFTWARE PACKET(S).** By opening the sealed packet(s) containing the software, you indicate your acceptance of the following Microsoft License Agreement.

# *MICROSOFT LICENSE AGREEMENT*

(Book Companion CD)

This is a legal agreement between you (either an individual or an entity) and Microsoft Corporation. By opening the sealed software packet(s) you are agreeing to be bound by the terms of this agreement. If you do not agree to the terms of this agreement, promptly return the unopened software packet(s) and any accompanying written materials to the place you obtained them for a full refund.

**MICROSOFT SOFTWARE LICENSE**

**1. GRANT OF LICENSE.** Microsoft grants to you the right to use one copy of the Microsoft software program included with this book (the "SOFTWARE") on a single terminal connected to a single computer. The SOFTWARE is in "use" on a computer when it is loaded into the temporary memory (i.e., RAM) or installed into the permanent memory (e.g., hard disk, CD-ROM, or other storage device) of that computer. You may not network the SOFTWARE or otherwise use it on more than one computer or computer terminal at the same time.

**2. COPYRIGHT.** The SOFTWARE is owned by Microsoft or its suppliers and is protected by United States copyright laws and international treaty provisions. Therefore, you must treat the SOFTWARE like any other copyrighted material (e.g., a book or musical recording) except that you may either (a) make one copy of the SOFTWARE solely for backup or archival purposes, or (b) transfer the SOFTWARE to a single hard disk provided you keep the original solely for backup or archival purposes. You may not copy the written materials accompanying the SOFTWARE.

**3. OTHER RESTRICTIONS.** You may not rent or lease the SOFTWARE, but you may transfer the SOFTWARE and accompanying written materials on a permanent basis provided you retain no copies and the recipient agrees to the terms of this Agreement. You may not reverse engineer, decompile, or disassemble the SOFTWARE. If the SOFTWARE is an update or has been updated, any transfer must include the most recent update and all prior versions.

**4. DUAL MEDIA SOFTWARE.** If the SOFTWARE package contains more than one kind of disk (3.5", 5.25", and CD-ROM), then you may use only the disks appropriate for your single-user computer. You may not use the other disks on another computer or loan, rent, lease, or transfer them to another user except as part of the permanent transfer (as provided above) of all SOFTWARE and written materials.

**5. SAMPLE CODE.** If the SOFTWARE includes Sample Code, then Microsoft grants you a royalty-free right to reproduce and distribute the sample code of the SOFTWARE provided that you: (a) distribute the sample code only in conjunction with and as a part of your software product; (b) do not use Microsoft's or its authors' names, logos, or trademarks to market your software product; (c) include the copyright notice that appears on the SOFTWARE on your product label and as a part of the sign-on message for your software product; and (d) agree to indemnify, hold harmless, and defend Microsoft and its authors from and against any claims or lawsuits, including attorneys' fees, that arise or result from the use or distribution of your software product.

**DISCLAIMER OF WARRANTY**

**THE SOFTWARE (INCLUDING INSTRUCTIONS FOR ITS USE) IS PROVIDED "AS IS" WITHOUT WARRANTY OF ANY KIND. MICROSOFT FURTHER DISCLAIMS ALL IMPLIED WARRANTIES INCLUDING WITHOUT LIMITATION ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR OF FITNESS FOR A PARTICULAR PURPOSE. THE ENTIRE RISK ARISING OUT OF THE USE OR PERFORMANCE OF THE SOFTWARE AND DOCUMENTATION REMAINS WITH YOU.**

**IN NO EVENT SHALL MICROSOFT, ITS AUTHORS, OR ANYONE ELSE INVOLVED IN THE CREATION, PRODUCTION, OR DELIVERY OF THE SOFTWARE BE LIABLE FOR ANY DAMAGES WHATSOEVER (INCLUDING, WITHOUT LIMITATION, DAMAGES FOR LOSS OF BUSINESS PROFITS, BUSINESS INTERRUPTION, LOSS OF BUSINESS INFORMATION, OR OTHER PECUNIARY LOSS) ARISING OUT OF THE USE OF OR INABILITY TO USE THE SOFTWARE OR DOCUMENTATION, EVEN IF MICROSOFT HAS BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. BECAUSE SOME STATES/COUNTRIES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF LIABILITY FOR CONSEQUENTIAL OR INCIDENTAL DAMAGES, THE ABOVE LIMITATION MAY NOT APPLY TO YOU.**

**U.S. GOVERNMENT RESTRICTED RIGHTS**

The SOFTWARE and documentation are provided with RESTRICTED RIGHTS. Use, duplication, or disclosure by the Government is subject to restrictions as set forth in subparagraph (c)(1)(ii) of The Rights in Technical Data and Computer Software clause at DFARS 252.227-7013 or subparagraphs (c)(1) and (2) of the Commercial Computer Software — Restricted Rights 48 CFR 52.227-19, as applicable. Manufacturer is Microsoft Corporation, One Microsoft Way, Redmond, WA 98052-6399.

If you acquired this product in the United States, this Agreement is governed by the laws of the State of Washington.

Should you have any questions concerning this Agreement, or if you desire to contact Microsoft Press for any reason, please write: Microsoft Press, One Microsoft Way, Redmond, WA 98052-6399.

By breaking the seal on this disk pack,
you accept the terms of the Microsoft License
Agreement included in this book.

If you do not agree to these terms, please
return the book and all the disk packs, unopened,
along with the rest of the package contents,
to Microsoft Press.



# EXHIBIT Q

November 1999

MICROSOFT SYSTEMS JOURNAL

# The COM+ Security Model Gets You out of the Security Programming Business

Guy Eddon

**COM+ security insulates developers from the Windows and RPC security mechanisms so that as these technologies evolve, components will be able to derive benefits from the new security services automatically. This security model is built around the Security Support Provider Interface.**

**This article assumes you're familiar with C++, COM, Security**

*Guy Eddon (guyeddon@codemarine.com) is a senior developer at CodeMarine, a leading development and training institute specializing in COM+. This article is drawn from his book,* Inside COM+ Base Services, *which will be released by Microsoft Press this fall, and his upcoming book,* Inside COM+ Component Services, *also to be published by Microsoft Press.*

**Security is one area** of COM+ that can bite you where you least expect it. COM+ offers component developers various declarative and programmatic security options. The distributed security model supported by Microsoft® Windows® 2000 focuses on two primary areas: authentication and access control. Authentication is usually encountered when a user attempts to log on to a network or call a process on another machine. In such cases, the system wants to be sure that the user is who she claims to be. Access control in Windows enables applications to selectively grant or deny certain users access to specific services. While any executable code presents a potential security risk, Windows lessens this risk by limiting the access permissions of a given process, depending on

Case 1:03-cv-00440-S-DLM Document 194-18 Filed 05/11/2007 Page 3 of 7



March 1998

MICROSOFT SYSTEMS JOURNAL

# Understanding the DCOM Wire Protocol by Analyzing Network Data Packets

Guy Eddon and Henry Eddon

**We're going to examine COM from the bottom up. By analyzing the data packets physically transmitted across a network during the execution of COM-enabled applications, you can learn how COM's remoting architecture works. This will help you develop better components.**

**This article assumes you're familiar with COM**

*Guy and Henry Eddon are the authors of* Active Visual Basic 5.0 *(Microsoft Press, 1997). They are currently working on a book entitled* Inside Distributed COM, *to be published by Microsoft Press in March 1998. Both can be reached at guyeddon@msn.com.*

**Most articles about COM** approach this gargantuan subject from the perspective of the programming architecture. They tell you what COM function to call in order to perform a specific task. We're going to examine COM from the bottom up. By analyzing the data packets physically transmitted across a network during the execution of COM-enabled applications, you can learn how COM's remoting architecture works. This will help you better understand the COM programming model, and can help you design and develop better components.

While COM is a specification for building interoperable components, Distributed COM (DCOM) is simply a high-level network protocol designed to enable COM-based components to interoperate across a network. We consider DCOM a high-level network protocol because it is built on top of several layers of existing protocols. For example, assume that a computer has an Ethernet network interface card and is using the

March 1997

MICROSOFT SYSTEMS JOURNAL

# Visual Basic 5.0 Relieves the Pain and Discomfort of ActiveX Control Creation, Part II

**The distinction between classic and ActiveX events is important-classic events received by your control are opportunities for your code to do something interesting; ActiveX events your control raises provide opportunities for the developer using your control to do something interesting.**

Guy Eddon and Henry Eddon

**This article assumes you're familiar with Visual Basic and the Internet.**

Code for this article: VB5Part2.exe (6KB)

*Guy and Henry are working on a book entitled* Active Visual Basic 5 *to be published by Microsoft Press. Both can be reached at guyeddon@msn.com.*

**In the first part** of our series, (February 1997) we discussed some of the new features of Visual Basic® 5.0 and then dived right into the details of the ActiveX™ component programming features. We covered properties in extensive detail—they are the data stored inside an ActiveX component that is exposed to the component's container via the standard ActiveX interfaces. Typical examples of properties include simple things such as the color of the control and more complex data, such as text strings.

In the conclusion to this series, we'll look at the functions stored inside an ActiveX component—more commonly known as methods. We will also look into events, which are calls to and from the methods, and we will explain how you can write ActiveX components that work in both standalone Visual Basic applications and Web pages. So let's pick up where we left off and

February 1997

MICROSOFT SYSTEMS JOURNAL

# Visual Basic 5.0 Relieves the Pain and Discomfort of ActiveX Control Creation

Guy Eddon and Henry Eddon

**This article assumes you're familiar with Visual Basic and the Internet.**

Code for this article: VB5P1.exe (16KB)

*Guy and Henry are working on a book entitled* Active Visual Basic 5 *to be published by Microsoft Press. Both can be reached at guyeddon@msn.com.*

**Yes, it's true**, the Visual Basic® 5.0 programming systems does have a native code compiler. But the really interesting feature of Visual Basic is the support for ActiveX™ programming. In this article, we will look at how Visual Basic 5.0 has improved, then we'll focus on using it to create two unique types of ActiveX components: controls and documents.




BASIC has a long and venerable history as the first product Microsoft® ever produced. It became visual when it arrived on the Windows® platform. Successive versions added support for database applications (3.0) and classes (4.0) to the language. With version 5.0, Visual Basic continues its steady evolution into an

Quick Links | Home | Worldwide

msdn

MSDN Home | Developer Centers | Library | Downloads | Code Center | Subscriptions | MSD

Search for

MSDN Home > MSJ

MSDN Magazine Go
Advanced Search

MSJ Home
Search
Source Code
Back Issues
Subscribe
Reader Services
Write to Us
MSDN Magazine
MIND Archive
Magazine Newsgroup

**March 1996**

MICROSOFT SYSTEMS JOURNAL

# Exploring the Client/Server Capabili Visual Basic 4.0 Enterprise Edition

Guy Eddon and Henry Eddon

*Guy Eddon is a freelance software developer, author, and instructor. Henry Eddon is als developer. Both can be reached at 71172.1014@compuserve.com.*

Click to open or copy the VBDB project files.

The new Enterprise Edition of Visual Basic 4.0 introduces several new features that mak robust client/server applications easier. In this article, we'll explore the following featur version of Visual Basic® 4.0 Enterprise Edition as they apply to client/server application

- The Microsoft® Jet database engine
- The Jet data control and data-bound controls
- Data Access Objects
- ODBC and the ODBC API
- Remote data objects and the Remote data control
- Remote automation

We'll also explain how these features can be implemented in various client/server envir present the VBDB timing application, an application we wrote to compare the performar access methods discussed in this article (DAO, RDO, and ODBC).

### The Microsoft Jet Database Engine

In 1993, Visual Basic 3.0 arrived with a built-in data control (which we'll call the Jet dat differentiate it from the new Remote data control). Visual Basic 3.0 also provided other that could be bound to a Jet data control, and an object-oriented programming interfac database engine called Data Access Objects (DAO). Visual Basic 4.0 contains the Jet 3.( Visual Basic new database features and capabilities. (Visual C++® 4.0 also includes the engine.) Utilizing the Jet engine, Visual Basic-based applications can access three categ Microsoft Access MDB files; third-party desktop database files including dBASE, Btrieve, and ODBC data sources.

Jet's native database file format is the Microsoft Access MDB file format. This should not since Microsoft Access uses the Jet engine. Jet supports a variety of external desktop dε Jet can import the external data or it can leave the data in the external format and worl supports ODBC data sources, which usually consist of a back-end SQL server (such as M Sybase System 11, Oracle 7 Server) or any other data store for which an ODBC driver i can the Jet engine retrieve and update data located in any of these sources of data, it c three types concurrently. Using the Jet engine, it is quite common to fetch and join hete one or more ODBC data sources and desktop database files.

### Visual Basic Database Architectures Using the Jet Engine

A Visual Basic database application usually has three parts (see **Figure 1**). The user int

Microsoft Internet Developer

Download the code (3KB)

# Understanding the Java/COM Integration Model

*Guy Eddon and Henry Eddon*

COM is an interoperability specification. Java is a programming language. The two complement each other remarkably well.

Corporate intranets that rely upon machine-independent Java programs are increasingly popular. But what about all those Component Object Model (COM) objects you built before the switch? Can you still use them? The answer for Windows® users is yes—if you're using Microsoft's Java Virtual Machine (VM). The tools for integrating Java and COM are found in Microsoft's Java development environment, Visual J++™.

As you probably know, one of the major goals of COM is language-independence. What you may not realize is that COM was also designed to be platform-independent. Windows was the first platform for which COM was made available, but nothing in COM is tied to features specific to Windows. In fact, Distributed COM (DCOM) is currently available in beta form on Solaris. For now, however, Java programs that use COM objects will run only under Windows.

In this article we will examine both sides of the Java/COM integration model: how Java programs use COM objects and how to create COM objects in Java. First we'll show you how to incorporate COM objects built in Visual C++® and Visual Basic® into your Java programs. Then we'll show you how to build COM objects in Java and access them using Visual C++, Visual Basic, and Visual J++.

## The Java VM and Visual J++

Microsoft was able to integrate Java and COM without adding any keywords or constructs to the Java language. The COM support resides in the Java VM, which Microsoft® Internet Explorer uses to run Java applets and JView uses to run standalone Java programs. The Java VM currently ships as part of Internet Explorer 3.0 (IE 3.0), but future versions of Windows will probably ship with a Java VM in the

# EXHIBIT R

msdn
©2007 Microsoft Corporation. All rights reserved.

COM General Technical Articles

# Inside Distributed COM: Type Libraries and Language Integration

Guy Eddon
Henry Eddon

March 1998

Adapted from *Inside Distributed COM* by Guy Eddon and Henry Eddon.

**Summary:** Describes distributed COM (DCOM) features of type libraries (**ICreateTypeLib**, **ICreateTypeInfo**, **ITypeLib**, and **ITypeInfo**). Details how to make previously built in-process C++ components that implement **ISum** interfaces and matching C++ clients more accessible using type libraries and language integration. Also discusses the use of ATL (Active Template Library) to assist in building COM components in C++ and other COM issues from the perspective of Visual Basic, Visual J++, Java, and JavaBeans. (45 printed pages)

## Contents

Introduction: What's the Next Step After Building In-Process Components in C++?
Eureka! Type Libraries
An Easy C++ Client That Utilizes the Type Library
Active Template Library
COM Programming in Visual Basic
COM Programming in Java

## Introduction: What's the Next Step After Building In-Process Components in C++?

After you have built an in-process component in C++ that implements the **ISum** interface and a matching C++ client, what's the next step?

Let's find some way of making built components more accessible to a wider variety of developers. Consider this: Who might your customers be if you decided to market this component? Even discounting the fact that a component that can only add two numbers is of limited value, right now only developers with a good grasp of C++ and COM would be interested in spending any money on our component. Perhaps we could broaden our market a bit if we made the component accessible to developers using Microsoft® Visual Basic® or Java, and maybe we could even make the component easier to use from C++.

Remember that COM is a binary standard for component implementation and integration, and therefore the language used to build or call COM objects is irrelevant. Since our component is already built on COM, you might wonder why anything special is required to make it accessible to developers using other languages. Well, to make a component more accessible to developers working in other languages, you need to create a type library. For example, Visual Basic and Microsoft Visual J++®, by and large, depend on type libraries for their COM integration features.

> **NOTE** Some of the sample code presented in this article is based on sample code presented in Chapter 2 "**IUnknown** and **IClassFactory**" of *Inside Distributed COM* by Guy Eddon and Henry Eddon. Consult that chapter if you want to review that code or if this is your first time building COM-based components in C++ that implement the **ISum** interface.

In this article, we first discuss type libraries. Then we examine how using type libraries can make client-side COM programming in C++ easier. We also introduce the Active Template Library (ATL), which assists in building COM components in C++. Last we cover COM issues from the perspective of Visual Basic and Visual J++.

```
End Function
```

8. In the Properties window, set the **Name** property to **VBInsideDCOM**.
9. Choose Project/Project1 Properties.
10. In the Project Name text box, type **VBComponent**.
11. In the Project Description text box, type **The VBInsideDCOM Component**.
12. Select Apartment Threaded in the Threading Model section. This marks your component as ThreadingModel=Apartment in the registry.
13. Click OK to close the Project Properties dialog box.
14. Choose File/Make VBComponent.dll, specify a folder for the DLL, and then click OK.
15. Choose File/Save Project, and accept all the default names.
16. Choose File/Exit.

To test this Visual Basic component from C++, use easyclient.cpp presented earlier in this article as a starting point, or use the code shown below. The code shown below presents vbclient.cpp, a C++ client that uses a component created in Visual Basic. Be sure to include the component.h file that was generated by the MIDL compiler in previous exercises so that the compiler can find the **ISum** definition.

Copy Code

```
#import "C:\Program Files\DevStudio\VB\VBComponent.dll" no_namespace
#include <iostream.h>
#include "component.h" // Generated by MIDL for ISum definition

void main()
{
int result;

CoInitialize(NULL);
_COM_SMARTPTR_TYPEDEF(ISum, __uuidof(ISum));
ISumPtr myRef(__uuidof(VBInsideDCOM));
myRef->Sum(5, 13, &result);
cout << "5 + 13 = " << result << endl;
myRef = NULL;
CoUninitialize();
}
```

## COM Programming in Java

Although one of the major goals of COM is to be programming language independent, COM programming has until recently been almost exclusively the domain of C++. As you know, COM programming in C++ is not for the faint of heart. Many people who actually do COM programming use Visual C++, its wizards, and MFC. Although this makes COM programming significantly easier, it also means you have to wade through thousands of lines of code you didn't write and don't understand. Visual Basic can also be used for COM programming chores by making use of its ability to create ActiveX components, although most developers still don't consider Visual Basic a serious contender in the COM programming arena. Instead, Visual Basic is usually employed as a "glue" language to combine components created in lower-level languages such as C++.

Java is a smart, modern, object-oriented programming language that has received a tremendous amount of industry support. When Microsoft's developers began looking at the Java programming language, they realized that (a) Java was a nice programming language badly in need of some decent development tools and that (b) Java would make a great programming language for building and using COM-based components. Visual J++ is Microsoft's answer to both of these ideas; it is a great Integrated Development Environment (IDE) for Java development and provides Java/COM integration features.

You might be wondering what about Java makes it such a great language for COM programming. Table 3 that follows shows that, although they were developed completely independent of each other, Java and COM are complementary technologies. COM is an architecture for building components; Java is a great programming language in which to build and use those components. You might be surprised to see COM described as simple. The ideas put forth in the COM specification certainly are simple. It's the implementation and use of COM from languages like C++ that make people think COM is complicated. Once you start doing COM programming in Java, you too will agree that COM is simple.

# EXHIBIT S

Microsoft Internet Developer

# Preview

*Guy Eddon and Henry Eddon*

## Internet Explorer Version 3.0: not just another Web browser



Microsoft® Internet Explorer 3.0 (IE 3.0) is much more than just a Web browser for displaying static pages containing text and graphics. It's designed to be a great host to Web applications that contain live, programmable content. It accomplishes this through a mixture of the most modern browser features (HTML 3.0, JavaScript, HTML tag support) and explorer-only features like VBScript, ActiveX™ control embedding, and ActiveX document container support. With all these changes, it makes sense to look at the product from an architectural standpoint first since it's almost completely new.

IE 3.0 has a rather interesting architecture, very different from that of IE 2.0. The main executable of IE 2.0 (IEXPLORE.EXE) is 610KB in size, while the same file in version 3.0 is about 15KB. No, the entire Web browser hasn't been implemented in 15KB! Instead, IEXPLORE.EXE is a simple process that basically provides a message pump and the ActiveX container-enabled shell window (class name IEFrame) for the actual browser. Contained within the IEFrame window is an ActiveX Document container (also called a shell document view window). The ActiveX Document support is implemented in the shell document and control library (SHDOCVW.DLL), which contains a reusable, ActiveX control-based implementation. So IEXPLORE.EXE version 3.0 is just a glorified ActiveX Document container.

(1)




**Figure 4: Objects exposed by IE 3.0 to VBScript**

Another very cool feature of IE 3.0 is the OLE automation object model it exposes. This object model is accessible to both inline VBScript code in an HTML document and to any other application that supports OLE automation, including Visual Basic and Visual C++®. For example, try typing the following code into a Visual Basic form:

```
Private Sub Form_Click()
Dim IE As Object
Set IE = CreateObject("InternetExplorer.Application")
IE.Open "http://www.microsoft.com"
IE.Visible = True
End Sub
```

2

This will launch IE, login to the Internet, and open Microsoft's home page. For a complete list of the verbs supported by the IE 3.0 Application object see **Figure 5**.

Microsoft Internet Explorer also has a couple other neat features I should mention: advanced frame support, HTML tables that fully implement the W3C HTML table specification, HTML CSS style sheets, animated GIFs, Secure Socket Layer 3.0, and Private Communications Technology, which is the next-generation Internet security technology. You'll read a lot more on all of this in future issues of MIND.

*From the Summer 1996 issue of Microsoft Interactive Developer. Get it at your local newsstand, or better yet, subscribe.*

---

*©Microsoft Corporation. All rights reserved; reproduction in part or in whole without permission is expressly prohibited.*

Manage Your Profile |Legal |Contact us |MSDN Flash Newsletter

© 2007 Microsoft Corporation. All rights reserved. Terms of Use |Trademarks |Privacy Statement

Microsoft