**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNILOC USA, INC. and<br><br>UNILOC SINGAPORE PRIVATE LIMITED<br><br>Plaintiffs,<br><br>vs.<br>(WES)<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | ) | Civ. A. No. 03-CV-440 |

## PLAINTIFF'S MOTION TO FILE DOCUMENTS UNDER SEAL

Pursuant to paragraph 12 of the joint Protective Order entered on April 30, 2004 (Dkt. 23), Plaintiff hereby moves this court for leave to file portions of its Reply in Support of Plaintiff's Motion for Recusal and supporting exhibits thereto, under seal.

In support of this motion, Plaintiff states that portions of its Reply contain references to confidential publishing agreements between Mr. Guy Eddon and various Microsoft Corporation entities.

**WHEREFORE**, Plaintiff respectfully requests that the Court grant this motion to file its Reply under seal. A redacted version of the Reply will be filed electronically.

Dated May 31, 2007.

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

By: ___/s/ Sheri Pizzi________________
Francis A. Connor, III (RI Bar #4640)
Sheri L. Pizzi (RI Bar #5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street; Suite 700
Providence, RI 02903
Telephone: (401) 273-7171
Facsimile: (401) 273-2904

**OF COUNSEL:**

By: ___/s/ Dean Bostock_________
Dean G. Bostock, Esq.
**Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on May 31, 2007.

___/s/ Dean G. Bostock______