UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

Uniloc USA, Inc., et al
Plaintiff

V.

Case Number: C.A. NO. 03-440S

Microsoft Corporation
Defendant

**Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.**

**X Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.**

**IT IS ORDERED AND ADJUDGED**

Judgment shall enter for the Defendant, Microsoft Corporation against the Plaintiff, Uniloc, USA, Inc., and Uniloc Singapore Private Limited in accordance with this Court's Order dated October 19, 2007, Granting defendant's Motion for Summary Judgment.

**BY ORDER:**

**October 19, 2007**
**Date**

**Deputy Clerk**