**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED<br><br>Plaintiffs,<br><br>vs.<br><br>MICROSOFT CORPORATION,<br><br>Defendant. | ) | Civ. Action No.03-CV-440 (WES) |

# JOINT MOTION TO DISMISS REMAINING CLAIMS AND COUNTERCLAIMS WITHOUT PREJUDICE

In the Opinion and Order dated October 19, 2007, this Court: (1) granted defendant's motion for summary judgment of non-infringement, and (2) found that plaintiffs' motion for partial summary judgment on defendant's inequitable conduct defense was thereby rendered moot. Docket Entry No. 199. The Court also found it unnecessary to reach defendant's motion for summary judgment of invalidity. *Id.* On the same day, the Court entered judgment in favor of defendant for the reasons set forth in the summary judgment decision. Docket Entry No. 200.

As this case currently stands, the only claim finally disposed of is plaintiffs' claim for infringement. In order to put this case in condition for appeal, all of the remaining pending claims and counterclaims presented to this Court must be disposed of. Accordingly, the parties hereby move to dismiss all remaining claims and counterclaims

without prejudice to reinstituting such claims and counterclaims following the disposition of the appeal of this case to the Court of Appeals for the Federal Circuit.

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

By: /s/ Sheri L.Pizzi
Sheri L. Pizzi (RI Bar #5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street; Suite 700
Providence, RI 02903
Telephone: (401) 273-7171
Facsimile: (401) 273-2904

**MICROSOFT CORPORATION**

By: /s/ Joseph V. Cavanagh, Jr.
Joseph V. Cavanagh, Jr. #1139
**BLISH & CAVANAGH**
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone: (401) 831-8900
Facsimile: (401) 751-7542

**OF COUNSEL:**

By: /s/ Dean G. Bostock
Dean G. Bostock, Esq.
**Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

By: /s/ Kurt L. Glitzenstein
Kurt L. Glitzenstein
**Fish & Richardson, P.C.**
225 Franklin Street
Boston, MA 02110-2804
Telephone: (617) 542-5070
Facsimile: (617) 542-8906

**SO ORDERED:**

Date: _____________, 2007

_____________________________
William E. Smith
United States District Judge