**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| UNILOC USA, INC. and | ) |
| UNILOC SINGAPORE PRIVATE LIMITED | ) |
| Plaintiffs, | ) |
| vs. | ) Civ. A. No. 03-CV-440 (WES) |
| MICROSOFT CORPORATION, | ) |
| Defendant. | ) |

# NOTICE OF APPEAL

**NOTICE IS HEREBY GIVEN** that plaintiffs, UNILOC USA, INC. and UNILOC SINGAPORE PRIVATE LIMITED, appeal to the United States Court of Appeals for the Federal Circuit from this Court's: (1) DECISION AND ORDER (on claim construction) dated August 22, 2006; (2) MEMORANDUM OF DECISION (denying motion for recusal) dated June 14, 2007; (3) OPINION AND ORDER (granting summary judgment) dated October 19, 2007; (4) JUDGMENT IN A CIVIL CASE dated October 19, 2007; and the Order Granting Joint Motion to Dismiss dated November 13, 2007.

Dated November 16, 2007.

**UNILOC USA, INC.**
**UNILOC SINGAPORE PRIVATE LIMITED**

By: ___/s/ Sheri Pizzi________________
Sheri L. Pizzi (RI Bar #5720)
**TAYLOR DUANE BARTON & GILMAN, LLP**
10 Dorrance Street; Suite 700
Providence, RI 02903
Telephone: (401) 273-7171
Facsimile: (401) 273-2904

**OF COUNSEL:**

By: ___/s/ Paul J. Hayes_________
Paul J. Hayes, Esq.
Dean G. Bostock, Esq.
**Mintz, Levin, Cohn, Ferris, Glovsky & Popeo, P.C.**
One Financial Center
Boston, MA 02111
Telephone: (617) 542-6000
Facsimile: (617) 542-2241

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on November 16, 2007.

___/s/ Sheri Pizzi______