AO 435 (Rev. 1/90)

Administrative Office of the United States Courts

# TRANSCRIPT ORDER

*Read Instructions on Back*

FOR COURT USE ONLY
DUE DATE:

| | | | |
|---|---|---|---|
| 1. NAME<br>Sheri L. Pizzi, Esq. | | 2. PHONE NUMBER<br>401.273.7171 | 3. DATE<br>11/27/07 |
| 4. MAILING ADDRESS<br>10 Dorrance Street | | 5. CITY<br>Providence | 6. STATE RI / 7. ZIP CODE 02903 |
| 8. CASE NUMBER<br>1:03-cv-00440-S-DLM | 9. JUDICIAL OFFICIAL<br>W. E. Smith | DATES OF PROCEEDINGS<br>10. FROM 5/1/06 | 11. TO 5/1/06 |
| 12. CASE NAME<br>Uniloc USA et al. v. Microsoft | | LOCATION OF PROCEEDINGS<br>13. CITY Providence | 14. STATE Rhode Island |

15. ORDER FOR

| | | | |
|---|---|---|---|
| ✗ APPEAL | CRIMINAL | CRIMINAL JUSTICE ACT | BANKRUPTCY |
| NON-APPEAL | CIVIL | IN FORMA PAUPERIS | OTHER *(Specify)* |

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| VOIR DIRE | | TESTIMONY (Specify Witness) | |
| OPENING STATEMENT (Plaintiff) | | | |
| OPENING STATEMENT (Defendant) | | | |
| CLOSING ARGUMENT (Plaintiff) | | PRE-TRIAL PROCEEDING (Spcy) | |
| CLOSING ARGUMENT (Defendant) | | | |
| OPINION OF COURT | | | |
| JURY INSTRUCTIONS | | ✗ OTHER (Specify) | see transcript purchase order |
| SENTENCING | | | |
| BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ✗ | ✗ | NO. OF COPIES | | |
| EXPEDITED | | | NO. OF COPIES | | |
| DAILY | | | NO. OF COPIES | | |
| HOURLY | | | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

ESTIMATE TOTAL

18. SIGNATURE /s/Sheri L. Pizzi

PROCESSED BY

19. DATE 11/29/07

PHONE NUMBER

TRANSCRIPT TO BE PREPARED BY

COURT ADDRESS

| | DATE | BY | | |
|---|---|---|---|---|
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | |

(Previous editions of this form may still be used)

DISTRIBUTION: COURT COPY TRANSCRIPTION COPY ORDER RECEIPT ORDER COPY

Form 22

FORM 22. Transcript Purchase Order

# United States Court of Appeals for the Federal Circuit

Uniloc USA, Inc. et al. ) Appeal from ☒ U.S. District Court for Rhode Island
☐ Court of International Trade
☐ Claims Court
—VERSUS— ) TRIAL COURT NO. 1:03-cv-00440-S-DLM
Microsoft Corp. ) CIRCUIT COURT NO. ______

TRANSCRIPT PURCHASE ORDER
(See Rules 10(b) and 11(b) of the Federal Rules of Appellate Procedure)

PART I - TO BE COMPLETED BY THE APPELLANT WITHIN 10 DAYS OF FILING OF NOTICE OF APPEAL. When filing this form, distribute copies as follows: 3 copies to the court reporter; 1 copy to the Trial Court; 1 copy to the appellee; 1 copy retained by appellant.

A. Complete one of the following:
( ) A transcripts is not needed for the appeal
( ) A transcript is already on file
( ✓ ) Request is hereby made to the reporter for a transcript of the following proceedings (give particulars): (1) May 1, 2006 Markman Hearing; (2) November 29, 2006 Summary Judgment Hearing; (3) May 3, 2007 Hearing on Plaintiffs' Motion for Recusal
Note: voir dire and closing arguments are not prepared unless specifically requested.

Note: Unless the entire transcript is ordered, appellant must attach a statement of the issues to Copies 4 and 5.

B. I certify that financial arrangements have been made with the reporter. Payment is by:
( X ) Private Funds
( ) Government expense (civil case). A motion for transcript has been submitted to the trial judge.

SIGNED /s/Sheri L. Pizzi DATE 11/28/07 COUNSEL FOR Uniloc USA et al.
ADDRESS 10 Dorrance Street, Ste 700, Providence, RI 02903
TELEPHONE 401-273-7171

PART II - TO BE COMPLETED BY THE COURT REPORTER
2 copies retained by the reporter; 1 copy to be transmitted to the Court of Appeals on same date transcript order is received.
Date Purchase Order received: ______
Estimated completion date: ______
Estimated number of pages: ______
I certify that satisfactory financial arrangements have/have not (strike one) been completed with appellant for payment of the cost of the transcript.

______
Signature and Date

Telephone ______

PART III - NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE TRIAL COURT.
(To be completed by court reporter on date of filing transcript in Trial Court and this notification must be forwarded to Court of Appeals on the same date.)
This is to certify that the transcript has been completed. ______ volumes of transcript have been filed with the Trial Court today.

______ Date

______ Signature

Reset Fields