**FORM 7. Appeal Information Sheet**

# FEDERAL CIRCUIT APPEAL INFORMATION SHEET

- [✓] United States District Court for the District of Rhode Island
- [ ] United States Court of International Trade
- [ ] United States Court of Federal Claims
- [ ] United States Court of Appeals for Veterans Claims

Type of case: Patent Infringement

Uniloc USA, Inc., et al. v. Microsoft Corporation

(List all parties. Use an asterisk to indicate dismissed or withdrawn parties. Use a separate sheet if needed. Explain any discrepancy with the caption used on the judgment, order, or opinion.)

Docket No. CA03-440S Date of Judgment or Order October 19, 2007

Cross or related appeal? ______ Date of Notice of Appeal November 16, 2007

Appellant is: [✓] Plaintiff [ ] Defendant [ ] Other (explain) ______

FEES: Court of Appeals docket fee paid? [✓] Yes [ ] No

U.S. Appeal? [ ] Yes [ ] No

In forma pauperis? [ ] Yes [ ] No

Is this matter under seal? [ ] Yes [✓] No

COUNSEL: (List name, firm, address, and telephone of lead counsel for each party. Indicate party represented. Use separate sheet if needed.)

Plaintiff
Sheri L. Pizzi
Taylor, Duane, Barton & Gilman, LLP
10 Dorrance St.
Suite 700
Providence, RI 02903

Defendant
Joseph V. Cavanagh, Jr.
Blish & Cavanagh, LLP
30 Exchange Terrace
Providence, RI 02903

COURT REPORTER: (Name and telephone): Anne Clayton (401) 752- 7128

IMPORTANT: Attach a copy of the judgment or order appealed from and any supporting opinion or memorandum. Forward together with a copy of the notice of appeal and certified docket entries.

Clerk of Court
United States Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, DC 20439

Reset Fields