# EXHIBIT A

# Professor Dan Wallach

## Associate Professor of Computer Science
## Rice University

DDX-70

# "Licensee Unique ID"

**Court's Claim Construction**



*08/22/06 Claim Construction Order at pp. 9*

- A unique identifier associated with a licensee

# Inputs to the License Digest



DDX-72

# MD-5 Hashing Algorithm



# '216 Patent Claim 19



*Exhibit L-6 at Col 15:21-16:8*

**19**. A remote registration station incorporating remote licensee unique ID generating means, said station forming part of a registration system for licensing execution of digital data in a use mode, said digital data executable on a platform, said system including local licensee unique ID generating means, said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means; and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID.

# "Use Mode"

## Court's Claim Construction



Case 1:03-cv-00440-S   Document 145   Filed 08/22/2006   Page 1 of 61

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Uniloc USA, Inc. and Uniloc
Singapore Private Limited,

    Plaintiffs,

    v.        C.A. No. 03-440B

Microsoft Corporation,

    Defendant.

DECISION AND ORDER

WILLIAM E. SMITH, United States District Judge

Plaintiffs Uniloc USA, Inc. and Uniloc Singapore Private Limited (collectively referred to as "Uniloc") have filed this patent infringement action against Microsoft Corporation ("Microsoft") for allegedly infringing Uniloc's United States Patent Number 5,490,216 ("the '216 Patent"). In general terms, the '216 Patent provides a system for software registration that is directed towards reducing the unauthorized use of software by allowing "digital data or software to run in a use mode on a [computer] platform if and only if an appropriate licensing procedure has been followed." '216 Patent, col. 2, ll. 63-66.

So that the issues in this litigation may be properly framed before motions for summary judgment are filed, the parties have submitted a joint designation of 24 patent claim terms to be construed by the Court. See Dkt. Entry No. 133. After extensive

*08/22/06 Claim Construction Order at pp. 36*

- A mode that allows full use of the digital data or software in accordance with the license

DDX-75

# "Mode Switching Means"

## Court's Claim Construction



*08/22/06 Claim Construction Order at pp. 41*

- Function:  to permit the digital data or software to run in a use mode if the locally generated licensee unique ID matches with the remotely generated licensee unique ID

- Structure:  program code which performs a comparison of two numbers or a comparator and equivalents thereof

# '216 Patent Claim 19



*Exhibit L-6 at Col 15:21-16:8*

**19**. A remote registration station incorporating remote licensee unique ID generating means, said station forming part of a registration system for licensing execution of digital data in a use mode, said digital data executable on a platform, said system including local licensee unique ID generating means, said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means; and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID.

# "Registration System"

## Court's Claim Construction



- A system that allows digital data or software to run in a use mode on a platform if and only if an appropriate licensing procedure has been followed

*08/22/06 Claim Construction Order at pp. 49*

DDX-78



Invalidity

# Hellman '093 Patent

turer of the software. **The software manufacturer generates an authenticator which is a cryptographic function of the base unit's key, the software, the number of times use of the software is authorized, and the random number generated by the base unit. The authenticator is communicated to the user's base unit. The user's base unit then uses the same cryptographic function to generate a check value of the key, the software, the number of times use is authorized, and the random number which the base unit generated. If the check value and the authenticator agree, the base unit accepts the authenticator as valid and increments the number of times use of that software is authorized.**

*Exhibit S-3, Col. 4:51-63*



Exhibit S-3



If H, R and N are larger than the message size which can be signed by public key cryptosystem **43** of FIG. **9**, then a one-way hash function of H, R, and N can be used as input signal to public key cryptosystem **43** instead. In that case, comparator **46** of FIG. **10** would be given the hashed value of H, R and N to compare with the output of public key cryptosystem **44**.

*Exhibit S-3 at Col. 11:62-68*

# Features Common To Hellman And PA

- Both Hellman and the accused aspect of Product Activation use one-way hash functions

- Both have an input to the one-way hash function derived from the software

- Both have an input to the one-way hash function derived from the computer's hardware

- Both use a random number as an input

DDX-83

# '216 Patent Claim 19



*Exhibit L-6 at Col 15:21-16:8*

19. A remote registration station incorporating remote licensee unique ID generating means,

said station forming part of a registration system for licensing execution of digital data in a use mode,

said digital data executable on a platform,

said system including local licensee unique ID generating means,

said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means;

and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID.

# Obviousness Considerations

- I considered whether claim 19 was no more than a <span style="color:yellow">predictable use of elements from the prior art according to their established functions.</span>

- I considered whether the claimed invention <span style="color:yellow">applied a known technique that had been used to make similar improvements before.</span>

- And I considered whether it <span style="color:yellow">would have been "obvious to try"</span> the claimed invention, meaning that it was one of a small number of possibilities with a reasonable chance of success.

DDX-85

# Person Of Ordinary Skill In The Art

- The person of ordinary skill in the art would be one with a bachelor's degree in computer science from an accredited or recognized institution along with two years of industrial experience developing software that uses techniques from the field of computer security and cryptography

- The person of ordinary skill could also be a programmer with at least five years of industrial experience, at least two years of which were spent developing software that uses techniques from the fields of computer security and cryptography

DDX-86

# '216 Patent Claim 19



*Exhibit L-6 at Col 15:21-16:8*

19. A remote registration station incorporating remote licensee unique ID generating means,

said station forming part of a registration system for licensing execution of digital data in a use mode,

said digital data executable on a platform,

said system including local licensee unique ID generating means,

said system further including mode switching means operable on said platform which permits use of said digital data in said use mode on said platform only if a licensee unique ID generated by said local licensee unique ID generating means has matched a licensee unique ID generated by said remote licensee unique ID generating means;

and wherein said remote licensee unique ID generating means comprises software executed on a platform which includes the algorithm utilized by said local licensee unique ID generating means to produce said licensee unique ID.

# "Use Mode"

## Court's Claim Construction

- A mode that allows full use of the digital data or software in accordance with the license

*08/22/06 Claim Construction Order at pp. 36*

# "Registration System"

**Court's Claim Construction**



*08/22/06 Claim Construction Order at pp. 49*

- A system that allows digital data or software to run in a use mode on a platform if and only if an appropriate licensing procedure has been followed

# Hellman '093 Patent



Another objective of the invention is to prevent "software piracy." That is the illegal use of software on a base unit which has not paid a license fee.

*Exhibit S-3 at Col. 4:33-35*

# "Mode Switching Means"

## Court's Claim Construction



*08/22/06 Claim Construction Order at pp. 41*

- Function:  to permit the digital data or software to run in a use mode if the locally generated licensee unique ID matches with the remotely generated licensee unique ID

- Structure:  program code which performs a comparison of two numbers or a comparator and equivalents thereof

# Hellman '093 Patent



*Exhibit S-3*

DDX-92

# Hellman '093 Patent

tion. This allows H to be stored more economically than the software package **17** in the base unit's memory. Storage of H or of the complete software package **17** is desirable to increase the security of the system because storage of only SOFTWARE NAME would allow a dishonest user to rename software packages and pay for uses of less expensive packages when really using more expensive ones. A method for implementing one-way hash function generator **22** is depicted in FIG. **3**, which will be explained shortly.

*Exhibit S-3 at Col. 4:52-62*

# Wolfe '220 Patent



*Exhibit Q-1*

code. **For example, if the Mode Number is 75, then the algorithm to calculate the permission code may be the sum of the RAM size plus the hard disk size, times the percent of free space.** For a different Mode Number, a

*Exhibit Q-1 at Col. 7:35-38*

DDX-95

# Wolfe '220 Patent



*Exhibit Q-1*