# Exhibit I

```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF RHODE ISLAND
* * * * * * * * * * * * CIVIL ACTION
UNILOC, USA, INC.,    * 03-440-S
ET AL              *
                   *
VS.                * APRIL 2, 2009
                   * VOLUME 9
MICROSOFT CORP.,   *
ET AL              * PROVIDENCE, RI
* * * * * * * * * * *
```

HEARD BEFORE THE HONORABLE WILLIAM E. SMITH

DISTRICT JUDGE

(JURY TRIAL)

APPEARANCES:

FOR THE PLAINTIFF:    PAUL J. HAYES, ESQ,

and DEAN BOSTOCK, ESQ.

Mintz, Levin, Cohn, Ferris

Glovsky & Popeo

One Financial Center

Boston, MA  02111

(617) 542-6000

FOR THE DEFENDANT:    FRANK E. SCHERKENBACH, ESQ.,

and KURT GLITZENSTEIN, ESQ.

Fish & Richardson, P.C.

225 Franklin Street

Boston, MA  02110-2804

(617) 542-5070

Court Reporters:    Anne M. Clayton, RPR

One Exchange Terrace

Providence, RI  02903

Proceeding reported and produced by computer-aided

stenography

1  Q.  So I would take it that you have read the

2  document, I think you said, in the normal course of

3  business?

4  A.  Yes.

5  Q.  While you were program manager?

6  A.  Yes.

7  Q.  All right.  And in your deposition, or when you

8  were questioned, on page 25, it's under the heading

9  "Security," correct?

10  A.  You're asking me?

11  Q.  Yeah.  The paragraph that you explained to my

12  brother is under the heading "Security"?

13  A.  Yes.

14  Q.  And it says:  Product keys are valuable for two

15  reasons.  First, since Product Keys can be used to

16  install a product and create a valid Product ID, you

17  can associate a monetary value to them.  An appraisal

18  process found that a Product Key is worth anywhere

19  between 10 and $10,000 depending on usage.

20      Do you see that?

21  A.  Yes, I do.

22  Q.  And you will agree with me that that paragraph is

23  accurate, but you think, possibly, the $10,000 number

24  could be high, correct?

25  A.  That's what I said in my deposition, yes.

1  Q.  And you will agree with me here at trial that what

2  you said, as you say in your deposition, was true?

3  A.  Yes.

4  Q.  Okay.

5  A.  But I was in no way talking about Product

6  Activation.

7  Q.  Of course not.  Now, let's turn because you said

8  you have -- you understood, though, when that question

9  was asked, that the paragraph that's being described

10  here is under the, again, heading "Security."

11  A.  It is under "Security," yes.

12  Q.  And you know the function of Product Activation is

13  to reduce casual copying, fair?

14  A.  I actually know -- have only a very high level of

15  knowledge about Product Activation.  And it is my

16  understanding that, yes, that was the purpose.

17  Q.  Right.  And you certainly knew that that was the

18  purpose as of the time of the introduction of Product

19  Activation, correct?

20  A.  Yes.

21  Q.  Okay. Now, turn, if you will, to page 5, because

22  I think you said this document had nothing to do with

23  Product Activation.  Was I correct in what you said?

24  A.  What I said is that PID 3.0 supported non-Product

25  Activation products also.  Well, that it supported both

1  types. Is that --

2  Q. Oh, okay.

3  A. That's more what I said. I did not limit my

4  statement to just Product Activation.

5  Q. Right. Well, let's just look at this thing here.

6  It says: Machine identification. The digital ID, the

7  PID, that PID 3.0 generates contains a Hardware ID.

8  The Hardware ID uniquely identifies the machine on

9  which the software is installed, and Microsoft can use

10  this ID to identify instances in which the same copy of

11  the software is installed on multiple machines. Do you

12  see that?

13  A. I do.

14  Q. And that's referring to the use of a Product ID

15  and a Hardware ID, correct?

16  A. It is referring to the Hardware ID in the digital

17  PID.

18  Q. Right. And finally, if you would turn to page 8

19  of that document.

20      On page 8, it says: Finally, the anti-piracy

21  group may use PID 3.0 to initiate special programs that

22  combat piracy. As explained in the product group's

23  section of this paper, the license verification

24  program, LVP, is the latest anti-piracy initiative that

25  Microsoft is using to combat piracy. This program

1    relies heavily on the features of PID 3.0.

2        Did I read that accurately?

3    A.  You read it accurately.

4    Q.  And the license verification program, LVP, that is

5    what Microsoft referred to as one of the pilots to

6    Product Activation, isn't that a fact?

7    A.  It was the precursor.

8    Q.  So the answer to the question is yes?

9    A.  I'm not sure which question I'm answering.  Which

10   question?

11   Q.  I show you what has been marked in this case --

12       MR. HAYES:  This is in, Judge, so I'll publish

13   it with your permission.

14   Q.  This is an e-mail from Susan Cole.

15       THE COURT:  What number is it?

16       MR. HAYES:  PX-90.

17   Q.  Do you see that?

18   A.  I do see that.

19   Q.  It might pop up on your little monitor right in

20   front of you.

21   A.  It is on my little monitor.

22   Q.  Okay.  And it's an e-mail from Cole, Susan Cole,

23   correct?

24   A.  It is an e-mail.

25   Q.  And it says:  We are rolling out Product

1  Activation, a/k/a forced registration, Office

2  Registration Wizard, license verification program, et

3  cetera.  And the license verification program was

4  referred to at Microsoft as LVP, true?

5  A.  Yes.

6  Q.  And in your document, which you indicated you

7  read, it's referring specifically on page 8 to the

8  license verification program, correct?

9  A.  Correct.

10  Q.  Which Ms. Cole indicates is Product Activation,

11  a/k/a was formerly known as LVP, true?

12  A.  True.

13  Q.  Okay.  Now, you also gave some testimony here

14  about -- one portion of your testimony was you were

15  directed to the date of the document.  And let's take

16  the earliest date of this document at '99.  Do you see

17  where it says June of '99?

18  A.  Yes.

19  Q.  Okay.  And you appreciate that, as of June of '99,

20  the Brazilian Publisher, which is the precursor to

21  Product Activation, and this LVP, the precursor to

22  Product Activation, were in existence?

23  A.  I do not know that.

24  Q.  You don't know that?

25  A.  I actually don't know that.  And I need to say I

1   am not cc'd on this e-mail, so I did not know about

2   this announcement.

3   Q.  Right.  And were you here for Mr. Adrian Hughes'

4   testimony when I asked him, I think, when he testified

5   that the Brazilian program was launched in Brazil in

6   May, I believe, 4th, 1998 and provided in the specific

7   document.  Were you there for this?

8   A.  I was not, and I do not know that.

9   Q.  Okay.  Now, you also attempted to characterize

10  what you say was your understanding of this paragraph.

11  The paragraph on its face under "Security" says:  The

12  Product Key can be used to install a product and create

13  a valid Product ID.  Do you see that?

14  A.  I do see that.

15  Q.  Okay.  And you told us, you said now you think

16  that's talking about the 10 and 10,000, the various

17  values of products, right?

18  A.  Could you say that again.

19  Q.  You said that the 10 and 10,000 is talking about

20  the value of products?

21  A.  Product license.

22  Q.  Well, ma'am, let's go back to the front of the

23  paper.  First of all, you did not write this paragraph,

24  correct?

25  A.  I did not write this paragraph.

1  Q.  Right.  And it says: An appraisal process found

2  that a Product Key is worth anywhere between 10 and

3  10,000 depending on usage, right?  You did not do the

4  appraisal process?

5  A.  I did not.

6  Q.  You have not seen the appraisal process?

7  A.  No, I have not.

8  Q.  Where is it?

9  A.  I do not know.

10  Q.  Is it lost, burnt, destroyed?  Where is it?

11      MR. SCHERKENBACH:  Objection, your Honor.

12  That's argumentative.

13  Q.  Where is it?

14      THE COURT:  She stated she doesn't know where it

15  is, so I'm not sure how she can answer that question.

16  Q.  You certainly haven't seen it in this courtroom?

17  A.  No.  I have not seen it, period.

18  Q.  Right.  Now, ma'am, who was the person who was the

19  product manager before you?

20  A.  Do you mean program manager?

21  Q.  I'm sorry.  Program manager.  I misspoke.

22  A.  Yes.  Her name was Manisha Chainani.

23  Q.  And let me show you what I would like to mark as

24  the next exhibit which is --

25      THE CLERK:  1114.

1   Hardware ID in Product Activation, he said that's is

2   quasi-unique.  And we think there's sufficient evidence

3   that the patent should be invalidated on that basis as

4   well.

5       THE COURT:  Okay.  Thank you.

6       MR. SCHERKENBACH:  On non-infringement, your

7   Honor, Microsoft moves for judgment as a matter of law

8   on five bases.  Two of them were the subject of our

9   filing on March 31st, and I will not repeat them.  I'll

10  just identify them.  The first is Microsoft does not

11  have a registration system as claimed, among others

12  reasons because users are licensed to use our products

13  before the Product Activation process ever happens;

14  second, and for similar reasons, we don't meet the use

15  mode requirement as a matter of law in contract

16  interpretation.  Again, the user is licensed before the

17  Product Activation process ever happens.  Full use in

18  accordance with the license happens during the grace

19  period and, therefore, there was no infringement.

20  Those were the two that were raised, specifically, in

21  our March 31st filing.  The third is we don't have a

22  licensee unique ID.

23      I think, actually, it's undisputed the system

24  accused here, the Product Activation system never

25  creates an association with a user of any information

1    at all.  The only evidence that Uniloc has put in on

2    this is that in their expert asserting that the user

3    creates an association when he types in the Product

4    Key.  Whether that's even true or not is beside the

5    point because it's not the system creating the

6    association.  So for at least for that reason, we don't

7    have a licensee unique ID.

8        Number four, Product Activation does not have a

9    summation algorithm or the equivalent.  The MD5 and

10   SHA-1 algorithms are not summers.  They are not

11   summation algorithms.  They are not equivalent to

12   summers or summation algorithms.

13       Number five relates to the doctrine of

14   equivalents.  I believe the Court will find, if it

15   looks at the record, that Mr. Klausner's testimony on

16   this is purely conclusory.  The Federal Circuit has

17   laid out pretty clearly what you have to do to make out

18   a case on the doctrine of equivalents, and they haven't

19   done it.  They have not offered substantive analysis,

20   and they have not provided any linking evidence to

21   actually explain their theory.

22       One other point on infringement relates to

23   indirect infringement, your Honor.  I know this is an

24   issue we're going to discuss this afternoon, but we

25   don't believe there's any evidence at all on the issues

1   of contributory infringement or inducing infringement.

2   They have made those allegations. I don't think

3   they've actually even tried those issues so we should

4   be entitled to Rule 50 on those two indirect

5   infringement theories.

6        Moving on to willfulness, I want to renew the

7   motion we made March 27, 2009, that there can be no

8   willful infringement in this case for a number of

9   reasons, which are stated in that motion and I will not

10  repeat them.

11       Finally, damages. This is a case where judgment

12  as a matter of law is appropriate on damages for a

13  couple of reasons. Number one, the basis for

14  Mr. Gemini's theory is this $10 value taken from, I

15  believe, it's Exhibit 261, the Product Support Services

16  memorandum. As we know now from Ms. Richards, there is

17  no basis whatsoever for Mr. Gemini's reading of that

18  document. And they relied only, ironically, on

19  Ms. Richards deposition testimony when she was not

20  asked about what that paragraph meant. We brought her

21  here, asked her, and it's very clear it doesn't mean

22  what Mr. Gemini said. It's a cornerstone of the

23  analysis. That's the end of the story.

24       Apart from that, he then applies the 25% rule,

25  which, whatever the Court thinks of that in the