# MINTZ LEVIN

One Financial Center
Boston, MA  02111
617-542-6000
617-542-2241 fax
www.mintz.com

**Dean G. Bostock** | 617 348 4421 | dgbostock@mintz.com

August 12, 2009

B<small>Y</small> ECF F<small>ILING</small>

The Honorable William E. Smith
United States District Court for the District of Rhode Island
One Exchange Terrace
Federal Building and Courthouse
Providence, RI  02903

      Re:    *Uniloc USA et al. v. Microsoft Corporation*
              Civil Action No.: 03-cv-440 (WES)

Dear Judge Smith:

      We write on behalf of the plaintiffs to bring to the Court's attention a recent decision on post-trial motions by Judge Leonard Davis of the United States District Court for the Eastern District of Texas in *i4i Limited Partnership, et al. v. Microsoft Corporation*.

      Submitted herewith as Exhibits A - C, respectively, are Judge Davis' MEMORANDUM OPINION AND ORDER on post-trial motions, PERMANENT INJUNCTION, and FINAL JUDGMENT, all dated August 11, 2009.

      Plaintiffs submit that Judge Davis' opinion is relevant to the post-trial motions herein as it addresses and rejects numerous arguments made by Microsoft in this case, including Microsoft's arguments that:

      (1) its infringement was not willful because it initially prevailed on summary judgment and asserted numerous defenses to plaintiffs' infringement claim (Ex. A, pp. 15-18);

      (2) Microsoft should not have to prove invalidity by clear and convincing evidence with respect to prior art that was not before the patent examiner (*id.* at pp. 29-30);

      (3) use of the 25% "rule of thumb" in determining patent damages is improper (*id.* at pp. 36-37); and

      (4) plaintiff's damages expert's reasonableness check was a back-door attempt to argue an Entire Market Value theory of royalties (*id.* at p. 37).

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

B<small>OSTON</small> | W<small>ASHINGTON</small> | N<small>EW</small> Y<small>ORK</small> | S<small>TAMFORD</small> | L<small>OS</small> A<small>NGELES</small> | P<small>ALO</small> A<small>LTO</small> | S<small>AN</small> D<small>IEGO</small> | L<small>ONDON</small>

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.**

The Honorable William E. Smith
August 12, 2009
Page 2

    Further, Judge Davis enhanced the jury's $200 million damages award by $40 million based, *inter alia*, upon the conduct of Microsoft's counsel during trial, Microsoft's knowledge of the asserted patent, and Microsoft's lack of any opinion that the patent-in-suit was not infringed or was invalid. Ex. A, pp. 7, 39-44.

    Respectfully submitted,

    Dean G. Bostock