UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

**JUDGMENT IN A CIVIL CASE**

UNILOC USA, INC., ET AL
        Plaintiff
V.

Case Number:   C.A. NO. 03-440S

MICROSOFT CORPORATION
        Defendant

**X**  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

The verdict of the jury is vacated. Judgment is hereby entered for defendant Microsoft Corporation, and against Uniloc USA, Inc. and Uniloc Singapore Private Limited, in accordance with the Decision and Order entered on September 29, 2009.

September 29, 2009
Date

David A. DiMarzio
Clerk

_____
(By) Deputy Clerk