UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. AND UNILOC SINGAPORE PRIVATE LIMITED, <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | C.A. No. 03-440S |

**ORDER**

Before the Court is Plaintiffs' Motion to Stay, Pending Appeal, Defendant's Motion for an Award of Costs. After careful consideration Plaintiffs' motion is DENIED.

ENTER:

_____
Deputy Clerk

IT IS SO ORDERED.

_____
William E. Smith
United States District Judge
Date: 12/21/09