**RECEIVED**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

FEB 02 2011

U.S. DISTRICT COURT
DISTRICT OF R.I.

UNILOC USA, INC.,
ET AL.,
    Plaintiffs,

v.                                           CA 03-440 S

MICROSOFT CORPORATION,
ET AL.,
    Defendants.

## CONCURRING ORDER

I concur that _____Judge William Young_____, a district judge in active service, shall be designated and assigned to preside over the above-captioned case.

_____
Chief Judge, Assignee District

Jan. 27, 2011