UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br> Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br> Defendant. | Civil Action No. 03 440 (WGY) |

**JOINT STIPULATED MOTION TO EXTEND CERTAIN DISCOVERY DEADLINES**

 Plaintiffs Uniloc U.S.A., Inc. and Uniloc Singapore Private Limited (together "Uniloc") and Defendant Microsoft Corporation ("Microsoft") hereby respectfully jointly move the Court to allow certain discovery to be taken beyond the January 25, 2012 deadline in the Scheduling Order (Dkt. 470) to accommodate the orderly completion of discovery, as follows:

1. On or before Friday, January 27, 2012, Uniloc shall be permitted to take the depositions of Michael Hintze, Gregory Peiker, and David Lewis (employees of Microsoft), and such depositions shall be taken serially. Uniloc shall also be permitted to take the Rule 30(b)(6) deposition of Microsoft on the topic of legal fees, costs, and expenses associated with the Uniloc patent.

2. On or before February 3, 2012, Microsoft shall be permitted to take the deposition of Philip Green (Uniloc's damages expert), the deadline for filing Microsoft's *Daubert* motion concerning the testimony of Mr. Green shall be extended to February 6, 2012, and

Uniloc's opposition to such *Daubert* motion shall be due within 20 days of such filing, but in no event later than February 25, 2012.

3. The parties have other discovery issues that they are working to resolve, and which are not affected by this motion:

    a. The continued Rule 30(b)(6) deposition of Uniloc on a date to be determined, and production of certain additional documentation.

    b. The Rule 30(b)(6) deposition of Microsoft as necessary to resolve business records or authentication issues associated with Microsoft's documents, should the parties be unable to resolve such issues for certain documents.

The parties have attached a proposed order hereto.

| | |
|---|---|
| Dated: January 25, 2012 | Respectfully submitted, |
| **UNILOC USA, INC.**<br>**UNILOC SINGAPORE PRIVATE LIMITED** | **MICROSOFT CORPORATION** |
| By: /s/ Paul J. Hayes | By: /s/ Kurt L. Glitzenstein |
| Sheri L. Pizzi (R.I. Bar No. 5720)<br>(spizzi@taylorduane.com)<br>TAYLOR DUANE BARTON<br>& GILMAN, LLP<br>10 Dorrance Street, Suite 700<br>Providence, Rhode Island 02903<br>(401) 273-7171 (Telephone)<br>(401) 273-2904 (Facsimile) | Mary C. Dunn #6712<br>(mcd@blishcavlaw.com)<br>Joseph V. Cavanagh, Jr. #1139<br>(jvc@bishcavlaw.com)<br>BLISH & CAVANAGH LLP<br>Commerce Center<br>30 Exchange Terrace<br>Providence, Rhode Island 02903<br>Telephone: (401) 831-8900<br>Facsimile: (401) 751-7542 |
| Paul J. Hayes, Esq.<br>(phayes@hbcllc.com)<br>Dean G. Bostock, Esq.<br>(dbostock@hbcllc.com) | Frank E. Scherkenbach<br>(scherkenbach@fr.com)<br>Kurt L. Glitzenstein<br>(glitzenstein@fr.com) |

Paul J. Cronin, Esq.
(pcronin@hbcllc.com)
HAYES BOSTOCK & CRONIN LLC
300 Brickstone Square, 9th Floor
Andover, MA 01810
(978) 809-3850 (Telephone)
(978) 809-3869 (Facsimile)

*Attorneys for Plaintiffs UnilocU.S.A, Inc.
And Corporation
Uniloc Singapore Private Limited*

FISH & RICHARDSON P.C.
One Marina Park Drive
Boston, MA 02210-1878
Telephone: (617) 542-5070

Laura R. Braden
(braden@fr.com)
FISH & RICHARDSON P.C.
1425 K Street, N.W.
11th Floor
Washington, D.C. 20005-3500
Telephone: (202) 83-5070
Facsimile: (202) 783-2331

John W. Thornburg
(Thornburgh@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real P.C.
San Diego, CA 92130
Telephone: (858) 678-5070
Facsimile: (858) 678-5099

*Attorneys for Defendant Microsoft*

## CERTIFICATE OF SERVICE

I hereby certify that this document field through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on January 25, 2012.

/s/ Kurt L. Glitzenstein