UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br>        Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>        Defendant. | Civil Action No. 03 440 (WGY) |

## JOINT STIPULATED MOTION TO EXTEND CERTAIN DEADLINES

Plaintiffs Uniloc U.S.A., Inc. and Uniloc Singapore Private Limited (together "Uniloc") and Defendant Microsoft Corporation ("Microsoft"), in an effort to accommodate orderly trial preparation, hereby respectfully jointly move the Court to modify the deadlines for filing *Daubert* motions with respect to Messrs. Mnookin and Vellturo as follows:

1. The deadline for filing *Daubert* motions concerning the testimony of Mnookin and Vellturo shall be extended to February 6, 2012, and oppositions to such *Daubert* motions shall be due within 20 days of such filing, but in no event later than February 25, 2012.

The relief requested in this motion does not affect the deadlines for filing *Daubert* motions with respect to the testimony of Messrs. Klausner and Sherman[1], or the deadline for filing motions *in limine*. The parties have attached a proposed order hereto.

---

[1] The parties have already filed a Stipulated Motion (Dkt 504) to extend the deadlines for the *Daubert* motion and opposition with respect to Mr. Green.

06012413

| | |
|---|---|
| Dated: January 30, 2012 | Respectfully submitted, |
| **UNILOC USA, INC.**<br>**UNILOC SINGAPORE PRIVATE**<br>**LIMITED** | **MICROSOFT CORPORATION** |
| By: /s/ Paul J. Hayes | By: /s/ Kurt L. Glitzenstein |
| Sheri L. Pizzi (R.I. Bar No. 5720)<br>(spizzi@taylorduane.com)<br>TAYLOR DUANE BARTON<br>& GILMAN, LLP<br>10 Dorrance Street, Suite 700<br>Providence, Rhode Island 02903<br>(401) 273-7171 (Telephone)<br>(401) 273-2904 (Facsimile) | Mary C. Dunn #6712<br>(mcd@blishcavlaw.com)<br>Joseph V. Cavanagh, Jr. #1139<br>(jvc@bishcavlaw.com)<br>BLISH & CAVANAGH LLP<br>Commerce Center<br>30 Exchange Terrace<br>Providence, Rhode Island 02903<br>Telephone: (401) 831-8900<br>Facsimile: (401) 751-7542 |
| Paul J. Hayes, Esq.<br>(phayes@hbcllc.com)<br>Dean G. Bostock, Esq.<br>(dbostock@hbcllc.com)<br>Paul J. Cronin, Esq.<br>(pcronin@hbcllc.com)<br>HAYES BOSTOCK & CRONIN LLC<br>300 Brickstone Square, 9th Floor<br>Andover, MA 01810<br>(978) 809-3850 (Telephone)<br>(978) 809-3869 (Facsimile) | Frank E. Scherkenbach<br>(scherkenbach@fr.com)<br>Kurt L. Glitzenstein<br>(glitzenstein@fr.com)<br>FISH & RICHARDSON P.C.<br>One Marina Park Drive<br>Boston, MA 02210-1878<br>Telephone: (617) 542-5070 |
| | Laura R. Braden<br>(braden@fr.com)<br>FISH & RICHARDSON P.C.<br>1425 K Street, N.W.<br>11th Floor<br>Washington, D.C. 20005-3500<br>Telephone: (202) 83-5070<br>Facsimile: (202) 783-2331 |
| | John W. Thornburg<br>(Thornburgh@fr.com)<br>FISH & RICHARDSON P.C.<br>12390 El Camino Real P.C.<br>San Diego, CA 92130<br>Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |

*Attorneys for Plaintiffs UnilocU.S.A, Inc.*  *Attorneys for Defendant Microsoft*
*And Corporation*
*Uniloc Singapore Private Limited*

## CERTIFICATE OF SERVICE

I hereby certify that this document field through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic File ("NEF"), and paper copies will be sent to those indicated as non-registered participants on January 30, 2012.

/s/ Paul J. Hayes

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNILOC USA, INC. and<br>UNILOC SINGAPORE PRIVATE LIMITED,<br><br>    Plaintiffs,<br><br>v.<br><br>MICROSOFT CORPORATION,<br><br>    Defendant. | Civil Action No. 03 440 (WGY) |

**ORDER JOINT STIPULATED MOTION TO EXTEND CERTAIN DEADLINES**

The Court having considered the parties' Joint Stipulated Motion to Extend Certain Deadlines, and upon good cause shown, hereby ORDERS that

The deadline for filing *Daubert* motions concerning the testimony of Messrs. Mnookin and Vellturo shall be extended to February 6, 2012, and oppositions to such *Daubert* motions shall be due within 20 days of such filing, but in no event later than February 25, 2012.

Done at chambers in Boston, Massachusetts, this _____ day of January, 2012.

_____
William G. Young
Judge, United States District Court