UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

### CIVIL CASES (JURY)

CA03-440S      Uniloc USA, Inc., et al. v. Microsoft Corporation
               Patent Infringement

### TRIAL NOTICE

You are hereby notified that the above-captioned case will be empaneled on February 27, 2012 at 9:00 AM. Trial counsel must be present for the empanelment of the jury unless excused by the Court. It is counsel's responsibility to keep informed of the status of their cases. Any pretrial memoranda not previously filed must be filed by February 13th, 2012.

Counsel are reminded that every effort should be made to settle the case before jurors are summoned for empanelment. **Counsel are to advise the clerk of any such settlement and file a stipulation of dismissal no later than seven (7) days before the scheduled empanelment date.** Jury costs and/or counsel fees may be assessed against one or more of the parties and/or counsel if the Court determines that the lateness of settlement was due to unreasonable or vexatious conduct or neglect.

Counsel must file a copy of their voir dire questions, and in civil cases, a brief statement of the facts no later than February 13th, 2011.

*William G. Young* (signature)
Judge William G. Young
United States District Judge
District of MA

date: January 31st, 2012