# UNITED STATES DISTRICT COURT
# DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| UNILOC USA, INC. and <br> UNILOC SINGAPORE PRIVATE LIMITED <br><br> Plaintiffs, <br><br> v. <br><br> MICROSOFT CORPORATION, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 03-CV-440 (WGY) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFFS' MOTION TO PRECLUDE TESTIMONY OF ROBERT H. MNOOKIN

NOW COME the plaintiffs, Uniloc USA, Inc. and Uniloc Singapore Private Limited (together "Uniloc"), and move this Court to preclude the testimony at trial of Professor Robert H. Mnookin, a proposed damages expert for defendant, Microsoft Corp. ("Microsoft").

Prof. Mnookin lacks sufficient relevant experience to testify as a damages expert in a patent case and the methodology he seeks to employ is unreliable and contrary to law. In support of this motion, Uniloc relies on its Memorandum of Law in Support of Its Motion to Preclude Testimony of Robert H. Mnookin and supporting exhibits filed with its motion to file under seal this day.

WHEREFORE, Uniloc respectfully requests that this Court:

A. grant this motion to preclude Professor Robert H. Mnookin from testifying in this matter; and

B. grant Uniloc any other relief as the Court deems reasonable and just.

06012699

                                          **UNILOC USA, INC.**
                                          **UNILOC SINGAPORE PRIVATE LIMITED**

Dated: February 6, 2012          By:         /s/
                                            Andria Coletta (R.I. Bar No. 5916)
                                            **TAYLOR DUANE BARTON**
                                                  **& GILMAN, LLP**
                                            10 Dorrance Street, Suite 800
                                            Providence, Rhode Island 02903
                                            acoletta@taylorduane.com
                                            (401) 273-7171 (Telephone)
                                            (401) 273-2904 (Facsimile)

                                            OF COUNSEL:

                                            Paul J. Hayes, Esq.
                                            Dean G. Bostock, Esq.
                                            **HAYES BOSTOCK & CRONIN LLC**
                                            300 Brickstone Square, Suite 901
                                            Andover, MA 01810
                                            (978) 809-3850 (Telephone)
                                            (978) 809-3869 (Facsimile)