UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNILOC USA, INC. and
UNILOC SINGAPORE PRIVATE LTD.,

        Plaintiffs,

    v.

MICROSOFT CORPORATION,

        Defendant.

Civil Action No. 1:03-cv-440-WY-DLM

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and a Settlement Agreement effective as of March 4, 2012, Plaintiffs Uniloc U.S.A., Inc. and Uniloc Singapore Private Limited and Defendant Microsoft Corporation hereby stipulate and agree that this action in its entirety is dismissed with prejudice, with each party bearing its own costs, expenses and attorneys' fees.

Dated:  March 6, 2012

Respectfully submitted,

By:  */s/Andria Coletta*

Sheri L. Pizzi #5720
(spizzi@taylorduane.com)
Andria Coletta #5916
(acoletta@taylorduane.com)
TAYLOR DUANE BARTON & GILMAN, LLP
10 Dorrance St., Suite 700
Providence, RI 02903

Paul J. Hayes (phayes@hbcllc.com)
Dean G. Bostock (dbostock@hbcllc.com)
Paul 1. Cronin (pcronin@hbcllc.com)
HAYES BOSTOCK & CRONIN LLC
300 Brickstone Square, 9th Floor
Andover, MA 01810

By:  */s/ Kurt L. Glitzenstein*

Mary C. Dunn #6712
(mcd@blishcavlaw.com)
Joseph V. Cavanagh, Jr. #1139
(jvc@blishcavlaw.com )
BLISH & CAVANAGH LLP
Commerce Center
30 Exchange Terrace
Providence, Rhode Island 02903
Telephone:  (401) 831-8900
Facsimile:  (401) 751-7542

Frank E. Scherkenbach
(scherkenbach@fr.com)
Kurt L. Glitzenstein
(glitzenstein@fr.com)
FISH & RICHARDSON P.C.
One Marina Park Dr.
Boston, MA 02210
Telephone:  (617) 542-5070
Facsimile:  (617) 542-8906

Laura R. Braden
(braden@fr.com)
FISH & RICHARDSON P.C.
1425 K Street, N.W.
11th Floor
Washington, D.C.  20005-3500
Telephone:  (202) 783-5070
Facsimile:  (202) 783-2331

Roger A. Denning
(denning@fr.com)
FISH & RICHARDSON P.C.
12390 El Camino Real P.C.
San Diego, CA  92130
Telephone:  (858) 678-5070
Facsimile:   (858) 678-5099

ATTORNEYS FOR PLAINTIFFS
UNILOC USA, INC. AND UNILOC
SINGAPORE PRIVATE LIMITED

ATTORNEYS FOR DEFENDANT
MICROSOFT CORPORATION

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing STIPULATION OF DISMISSAL WITH PREJUDICE filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 6th day of March, 2012.

/s/ Kurt L. Glitzenstein
Kurt L. Glitzenstein

22802267.doc